TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0721
    Facsimile:  (213) 894-0141
    E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-cv-06396-JAK-E |
|---|---|
| Plaintiff, | AFFIDAVIT OF CONSENT TO EXTRADITION |
| v. | |
| RAFAEL ENRIQUE GÁMEZ SALAS, aka "Adrian Rafael Gámez Finol," aka "Turko," | |
| A Fugitive from the Government of the Republic of Chile. | |

I, RAFAEL ENRIQUE GÁMEZ SALAS, having been fully informed by my attorney, Deputy Federal Public Defender Erica Choi, with whose services I am satisfied, that I have certain rights pursuant to United States law, including 18 U.S.C. §§ 3184-3196, and the extradition treaty in force between the United States and the Republic of Chile ("Chile").  In particular, I understand that:

1.  The Government of Chile has requested my provisional arrest and extradition; and

2.    Under 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

a.    That currently there is an extradition treaty in force between the United States and Chile;

b.    That the treaty covers the offenses for which my extradition was requested;

c.    That I am the person whose extradition is sought by Chile; and

d.    That probable cause exists to believe that I committed the offenses for which extradition was requested.

I further understand that I cannot be extradited to Chile unless and until a court of the United States issues a ruling certifying my extraditability and the Secretary of State of the United States issues a warrant of surrender.

In full knowledge of the above, I hereby admit that I am the individual against whom charges are pending in Chile and for whom process is outstanding there.  I further stipulate that there is probable cause to support my extradition to Chile for the charges for which extradition was sought.  I consent to a certification by the Court of my extraditability without the need for a hearing as contemplated under 18 U.S.C. § 3184; to a decision by the Secretary of State authorizing my surrender; to be transported in custody, as soon as possible, to Chile, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Chile.  I give this consent voluntarily, knowingly, and entirely of my own free will and accord.  No representative, official, or officer of the United States or of the Government of Chile, nor any other person whosoever, has made any promise or offered any other

form of inducement or made any threat or exercised any form of intimidation against me.

Executed this **18** day of June 2026, at Los Angeles, California.

_____
RAFAEL ENRIQUE GÁMEZ SALAS
Relator

_____
ERICA CHOI
Deputy Federal Public Defender
Attorney for Relator
RAFAEL ENRIQUE GÁMEZ SALAS

**CERTIFICATION OF INTERPRETER**

I, Ma. Dolores Martin, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire affidavit from English into Spanish to relator RAFAEL ENRIQUE GÁMEZ SALAS, on this date.

_____        June 18, 2026
INTERPRETER                                              Date

Presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney