TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
 1200 United States Courthouse
 312 North Spring Street
 Los Angeles, California 90012
 Telephone:  (213) 894-0721
 Facsimile:  (213) 894-0141
 E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-cv-06396-JAK-E |
|---|---|
| Plaintiff, | UNITED STATES' NOTICE OF LODGING OF [PROPOSED] CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT |
| v. | |
| RAFAEL ENRIQUE GÁMEZ SALAS, aka "Adrian Rafael Gámez Finol," aka "Turko," | |
| A Fugitive from the Government of the Republic of Chile. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby lodges the attached [Proposed] Certification of Extraditability and Order of Commitment.

Dated: June 24, 2026           Respectfully submitted,

                               TODD BLANCHE
                               Acting Attorney General

                               BILAL A. ESSAYLI
                               First Assistant United States Attorney

                               JENNIFER L. WAIER
                               Chief Assistant United States Attorney &
                               Chief, Criminal Division


                               */s/ John J. Lulejian*
                               JOHN J. LULEJIAN
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA