# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CV26-6396-JAK (E) | | Date | June 30, 2026 |
|---|---|---|---|---|

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge |
|---|---|

| Interpreter | Thomas Kavelin, Spanish Interpreter |
|---|---|

| Bea Martinez | CS 6/30/2026 | John J. Lulejian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Rafael Enrique Gamez Salas | X | X | | Erica Choi | X | X | |

**Proceedings:** HEARING ON RELATOR'S CONSENT TO EXTRADITION

Case called.  Counsel made their appearances.  Relator is present and in custody.  Also present is Spanish interpreter Thomas Kavelin.

The Court questions the Relator regarding Relator's Affidavit of Consent to Extradition signed and filed, June 18, 2026.  The Court makes findings that Relator is competent to consent, understands the nature of the charges pending against him in the Republic of Chile, and has been advised of his rights to a hearing under 18 U.S.C. § 3184, and his consent to extradition to the Republic of Chile is knowingly and voluntarily given.

The Court approves the proposed Certification of Extraditability and Order of Commitment lodged on June 24, 2026.  Relator is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

:06

Initials of Deputy Clerk:    bm