TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-cv-06396-JAK-E |
|---|---|
| Plaintiff, | [Proposed] CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT |
| v. | |
| RAFAEL ENRIQUE GÁMEZ SALAS, aka "Adrian Rafael Gámez Finol," aka "Turko," | |
| A Fugitive from the Government of the Republic of Chile. | |

The Court has received the Complaint filed on March 6, 2026, by John J. Lulejian, Assistant United States Attorney for the Central District of California, pursuant to the request of the Government of the Republic of Chile ("Chile"), for the provisional arrest and extradition of RAFAEL ENRIQUE GÁMEZ SALAS. The Government of Chile, subsequent to that date, made a formal request for the extradition of RAFAEL ENRIQUE GÁMEZ SALAS. The Court has also received an Affidavit of Consent to Extradition, dated June 18, 2026, executed by RAFAEL

ENRIQUE GÁMEZ SALAS and witnessed by his attorney, Deputy Federal Public Defender Erica Choi (Docket No. 18).

On June 30, 2026, RAFAEL ENRIQUE GÁMEZ SALAS appeared before the Court in open session, accompanied by his attorney, and in the presence of Assistant United States Attorney John J. Lulejian. The Court addressed RAFAEL ENRIQUE GÁMEZ SALAS and is satisfied that he is aware of his rights as set forth in the affidavit of consent to extradition and that the affidavit was executed knowingly and voluntarily.

Inasmuch as RAFAEL ENRIQUE GÁMEZ SALAS has conceded that he is extraditable on the charges for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in the custody of the United States Marshal pending arrival of duly authorized representatives of the Government of Chile to effect his transfer to Chile, the Court finds on the basis of the record herein and the representations of RAFAEL ENRIQUE GÁMEZ SALAS and counsel that:

1. The undersigned judicial officer is authorized under 18 U.S.C. § 3184 to conduct an extradition hearing;

2. The Court has personal jurisdiction over RAFAEL ENRIQUE GÁMEZ SALAS and subject matter jurisdiction over the case;

3. There is currently in force an extradition treaty between the Government of the United States and the Government of Chile: the Extradition Treaty Between the Government of the United States of America and the Government of the Republic of Chile, U.S.-Chile, June 5, 2013, T.I.A.S. No. 16-1214 (the "Extradition Treaty");

4. RAFAEL ENRIQUE GÁMEZ SALAS was charged in Chile with the following offenses:

a. one count of criminal association, in violation of Article 293, section 2, of the Chilean Criminal Code;

b. two counts of extortion, in violation of Article 438 of the Chilean Criminal Code;

c. two counts of unjustified firearm discharge, in violation of Article 14(d) of Chile's Law No. 17,798;

d. one count of kidnapping resulting in homicide, in violation of Article 141, section 5, of the Chilean Criminal Code; and

e. one count of kidnapping for extortion, in violation of Article 141, section 3, of the Chilean Criminal Code.

5. These charges constitute extraditable offenses within the meaning of Article 2 of the Extradition Treaty;

6. Chile seeks the extradition of RAFAEL ENRIQUE GÁMEZ SALAS to be held for trial or other disposition; and

7. RAFAEL ENRIQUE GÁMEZ SALAS has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing, the Court concludes that RAFAEL ENRIQUE GÁMEZ SALAS is extraditable for the offenses for which extradition was requested, and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs,

Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that RAFAEL ENRIQUE GÁMEZ SALAS be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of duly authorized representatives of Chile, at which time RAFAEL ENRIQUE GÁMEZ SALAS, together with any evidence seized incidental to his arrest and sought by the Government of Chile, will be transferred to the custody of such authorized representatives of Chile at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Chile to be transported to Chile.

IT IS SO ORDERED.

Dated this **3DH** day of June 2026.

THE HONORABLE CHARLES F. EICK
United States Magistrate Judge



**1179**

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney