TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0721
     Facsimile:  (213) 894-0141
     E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:26-cv-06396-JAK-E |
| Plaintiff, | REQUEST FOR CERTIFICATION OF EXTRADITION; REDACTED EXHIBITS |
| v. | [18 U.S.C. § 3184] |
| RAFAEL ENRIQUE GAMEZ SALAS, aka "Adrian Rafael Gamez Finol," aka "Turko," | |
| A Fugitive from the Government of the Republic of Chile. | |

The United States, acting in accordance with its treaty obligations to the Government of the Republic of Chile ("Chile"), hereby files a redacted copy[1] of the Request for Certification of Extradition of RAFAEL ENRIQUE GAMEZ SALAS, also known as ("aka") "Adrian Rafael Gamez Finol," aka "Turko" ("GAMEZ SALAS"), pursuant to

---

[1] Personally identifiable information ("PII"), including images of victims or minors, has been redacted consistent with the applicable federal and local rules, to the extent they apply, and local practice.

the Extradition Treaty Between the Government of the United States of America and the Government of the Republic of Chile, U.S.-Chile, June 5, 2013, T.I.A.S. No. 16-1214 (the "Extradition Treaty"). Included herewith are a declaration from the U.S. Department of State, which annexes Chile's diplomatic note formally requesting extradition and a copy of the Extradition Treaty (Exhibit A); and the redacted documentary evidence accompanying the Request for Extradition (Exhibit B) received by the United States from the Government of Chile.

GAMEZ SALAS was arrested pursuant to an arrest warrant issued on March 6, 2026, by the Honorable Pedro V. Castillo, United States Magistrate Judge for the Central District of California, and came before the Court for an initial appearance on March 11, 2026, in Case No. 2:26-mj-01311-DUTY.

Under the procedures of this Court, this extradition matter was assigned a new civil docket number (2:26-cv-06396-JAK-E) and a United States District Judge (in this case, the Honorable John A. Kronstadt, United States District Judge for the Central District of California) with the existing United States Magistrate Judge (in this case, the Honorable Charles F. Eick, United States Magistrate for the Central District of California), for further proceedings.

\\
\\
\\
\\
\\
\\
\\

On June 30, 2026, following the acceptance of GAMEZ SALAS's consent to extradition, the Court issued a Certification of Extraditability and Order of Commitment.

Dated: July 23, 2026          Respectfully submitted,

                              TODD BLANCHE
                              Acting Attorney General

                              BILAL A. ESSAYLI
                              First Assistant United States Attorney

                              JENNIFER L. WAIER
                              Chief Assistant United States Attorney &
                              Chief, Criminal Division


                              */s/ John J. Lulejian*
                              JOHN J. LULEJIAN
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA