# EXHIBIT B



## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| 1. País | CHILE |
| country/pays | |

**El presente documento público / This public document / Le présent acte public**

| 2. Ha sido firmado por | JORGE EDUARDO SAEZ MARTIN |
| has been signed by / | |
| a été signé par | |

| 3. Quien actúa en calidad de | SECRETARIO DE LA CORTE SUPREMA |
| acting in the capacity of / | |
| agissant en qualité de | |

| 4. Revestido del sello - timbre | CORTE SUPREMA |
| bears the seal - stamp of / | |
| est revêtu du sceau - timbre de | |

**Certificado / Certified / Attesté**

| 5. En | SANTIAGO | 6. El día | 26-02-2025 |
| at / à | | the / le | |

| 7. Por | Marta Elena Bonet Guerricabeitia |
| by / par | |

| 8. Bajo el número | EAC7735730 |
| N° / sous N° | |

| 9. Sello - Timbre | 10. Firma |
| seal - stamp / sceau - timbre | signature |
| |  |

Esta apostilla certifica únicamente la autenticidad de la firma, la calidad en que el firmante del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido. La apostilla no certifica el contenido del documento para el cual se expidió.
Este documento ha sido firmado electrónicamente conforme a la Ley N° 19.799, sobre Documentos Electrónicos, Firma Electrónica y Servicios de Certificación de dicha Firma; y a la Ley N° 20.711, que implementa en Chile la Convención de La Haya que Suprime Exigencia de Legalización de Documentos Públicos Extranjeros.

This apostille only certifies the signature of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears. This apostille does not certify the content of the document for which it was issued.
This document has been signed electronically according to Law N° 19.799, about Electronic Documents, Electronic Signature and Certification Services of that Signature; and to Law N° 20.711, which implements in Chile the Convention of The Hague Abolishing the Requirement of Legalisation for Foreign Public Documents.

Cette apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu. Cette apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Le présent document est muni d'une signature électronique conformément à la loi n°19799 relative aux actes électroniques, à la signature électronique et aux services de certification de signature électronique, ainsi qu'à la loi n°20711 portant application au Chili de la Convention de La Haye qui supprime l'obligation de légalisation des actes publics étrangers.

### INDIVIDUALIZACIÓN DEL DOCUMENTO APOSTILLADO

**Tipo de documento** / Type of document / Type de document: EXTRADICION

**Titular** / Holder / Titulaire: ADRIÁN RAFAEL GAMEZ FINOL

**Número de páginas:** 225
number of pages / quantité de pages

**Folio/serie/otro:** OF. 300- 2025
serie / other
folio / série / autre

**VERIFICACIÓN EN LÍNEA**
La autenticidad de esta apostilla puede ser verificada en:
To verify the issuance of this apostille, see
Cette apostille peut être vérifiée à l'adresse suivante:

https://consulta.apostilla.gob.cl

Número Apostilla [ EAC7735730 ]
Fecha Emisión [ 26-02-2025 ]

| Código de verificación: | 3D7EA08514 |
| Verification code / Code de vérification | |



SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00039

# ORDEN DE DETENCION 2511230000072-7
## EXPEDIDA POR

| Tribunal | 1 | 11º JUZGADO DE GARANTÍA DE SANTIAGO | | | |
|---|---|---|---|---|---|
| Juez(ces) | 2 | CARLOS CESAR MORENO BRIONES | | | |
| | 3 | | | | |
| | 4 | | | | |
| Con fecha | 5 | 10/01/2025 | En Causa RIT Nº | Ordinaria 7787-2024 (2401355710-8) | |
| Por delito(s) | 6 | SECUESTRO. ART. 141 INC. 1 y . | | | |

## DECRETADA DETENCIÓN DE:

| Nombre Completo | 7 | ADRIAN RAFAEL GAMEZ FINOL | | | |
|---|---|---|---|---|---|
| R.U.N. | 8 | 0000000000-0 | Nacionalidad | Colombia | Fecha de nacimiento |
| Profesión u oficio | 9 | | | | |
| Domicilio 1 | 10 | | | | |
| Domicilio 2 | 11 | | | | |
| Alias 1 | 12 | | | | |
| Alias 2 | 13 | | | | |
| Nombre padre | 14 | | | | |
| Nombre madre | 15 | | | | |

## DATOS DE LA ORDEN

ES OBLIGATORIO MARCAR X EN SOLO UNA DE LAS CASILLAS QUE SIGUEN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Calidad | 16 | Imputado | | 1 | X | | |
| | 17 | Condenado (Sólo Juez de Garantía) | | 2 | | Declarada rebeldía el | |
| | 18 | Otra: | | 3 | | | |
| Cúmplase por | 19 | Carabineros de Chile | | | | 4 | |
| | 20 | Policía de Investigaciones | | | | 5 | |
| | 21 | U.E. Carabineros de Chile | SEC. ORDENES JUDICIALES OS9 | | | 6 | X |
| | 22 | U.E. Polic. Investigaciones | BRIGADA DE INVESTIGACIONES POLICIALES ESPECIALES METROPOLITANA | | | 7 | X |
| A efecto de | 23 | Prestar declaración | | | | 8 | |
| | 24 | Comparecer | | | | 9 | X |
| | 25 | Cumplir condena | | | | 10 | |
| | 26 | Otros | | | | 11 | |
| Detenido debe | 27 | Conducirse ante este tribunal | | | | 12 | X |
| | 28 | Conducirse a centro de detención preventiva | | | | 13 | |
| | 29 | Permanecer en su residencia | | | | 14 | |

## ENTRADA Y REGISTRO EN LUGAR CERRADO                VENCE

(Art. 205 CPP.) FACULTAD VALIDA POR 10 DÍAS DESDE FECHA DE EXPEDICIÓN (Linea 5) SI NO SE ESPECIFICA VENCIMIENTO ANTERIOR.

| Lugar(es) | 30 | |
|---|---|---|
| Solicitó | 31 | |
| Motivo | 32 | |

OBSERVACIONES:

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl

Código: XZLXXSBZSWD

EXT-GAMEZ-SALAS-00040

**SERVICIO DE REGISTRO CIVIL E IDENTIFICACIÓN**



REPUBLICA DE CHILE

**FOLIO : 182139584**

Código Verificación: **e1a81359e10b**



182139584

## EXTRACTO DE FILIACION Y ANTECEDENTES

NOMBRE : ADRIAN RAFAEL GAMEZ FINOL

R.U.N. : ▐▐▐▐▐  Fecha nacimiento: ▐▐▐▐ 1987
Circunscripción :
Nro. inscripción : Registro :  Año : 0000
Estado civil : S  Extranjero
Domicilio : ▐▐▐▐▐
Comuna : QUILICURA

REGISTRO GENERAL DE CONDENAS
R U N  EXTRACTO
26688428-1 SIN ANTECEDENTES FILIACION

REGISTRO ESPECIAL DE CONDENAS POR ACTOS DE
VIOLENCIA INTRAFAMILIAR
R U N  EXTRACTO
26688428-1 SIN ANOTACIONES FILIACION

FECHA EMISIÓN: 28 Enero 2025, 13:17.
- EXENTO IMPUESTO -
EXTRACTO DE FILIACION Y ANTECEDENTES
Impreso en:
REGION :

Verifique documento en www.registrocivil.gob.cl o a nuestro Call Center 600 370 2000, para teléfonos fijos y celulares. La próxima vez, obtén este certificado en www.registrocivil.gob.cl.



**Timbre electrónico SRCeI**

**Víctor Rebolledo Salas**
Jefe de Archivo General
Incorpora Firma Electrónica
Avanzada

8744626  RUN : 26688428-1  BY63E+

www.registrocivil.gob.cl

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00041

## Minutas hechos y Evidencia ADRIÁN RAFAEL GÁMEZ FINOL [aka TURKO]

El Ministerio Público tiene la función constitucional de dirigir exclusivamente la investigación de los hechos que revisten carácter de delito y la protección de víctimas y testigos. Dicha función la ejerce a través de los Fiscales Adjuntos, quienes instruyen a las policías las diligencias de investigación que deben realizarse o las realizan por sí mismos. El Fiscal Adjunto es el que debe representar los intereses del Estado frente a los tribunales de justicia al momento de imputar los cargos, solicitar medidas cautelares, solicitar autorización judicial para la realización de diligencias de investigación intrusivas, y luego sostener la acusación penal.

Las investigaciones de delitos pueden iniciarse por una denuncia ante la policía o la Fiscalía o por QUERELLA.

La querella es equivalente a la denuncia, pero se presenta ante los tribunales de justicia por un abogado en representación de las víctimas, sean estas personas naturales o jurídicas. La entidad que presenta la querella se le llama querellante y tiene derecho a solicitar diligencias y acusar.

### CONTEXTO

La presente solicitud de extradición se basa en el desarrollo de un trabajo investigativo sobre la organización criminal denominada "El Tren de Aragua" que dentro de los países que opera se encuentra Chile, lográndose descubrir, como se explicará más adelante en este escrito, que en la Región Metropolitana, hay una facción o célula de esta organización llamada "Los Piratas", quienes operan bajo el resguardo de la primera, debiendo actuar con previa autorización de esta, además de tener que tributarles por el hecho de delinquir dentro de Chile.

Es así, que producto de los esfuerzos en conjunto con las dos policías Chilenas, Carabineros y Policía de Investigaciones, quienes junto con el Ministerio Público, realizaron un cruce de información de match balísticos, vaciado y análisis de teléfonos incautados a imputados, lectura de patente de vehículos, cámaras de seguridad, testimonios, tráficos de antenas y celulares, que permitieron evidenciar que en la organización criminal "Los Piratas", existe un líder de llamado **ADRIÁN RAFAEL GÁMEZ FINOL [ en adelante TURKO]** , encargado de organizar, planificar, autorizar y seleccionar a las víctimas, dentro de la Región Metropolitana, que van a ser afectadas de delitos como secuestro extorsivo, secuestro con homicidio, homicidio, extorsión, disparos injustificados, entre otros ilícitos, como se explicará a continuación.

Debido a las diligencias indicadas en el párrafo anterior, se estableció que el **TURKO**, participó en los delitos de secuestro con homicidio ocurrido el 21 de febrero de 2024 en la comuna de Independencia, el secuestro extorsivo ocurrido el día 28 de febrero de 2024, los delitos de extorsiones y disparos injustificados de fecha 19 y 27 de diciembre de 2023, y 9 de abril de 2024 y en el secuestro extorsivo de fecha 12 de junio de 2024, ocurrido en la comuna de Estación Central.



EXT-GAMEZ-SALAS-00042

Para entender la cronología de la investigación, ese necesario tener presente que la Fiscalía investigaba diversos homicidios y secuestros extorsivos, y al cruzar información recopilada en las distintas investigaciones se develó la participación del **TURKO** en 4 hechos marcados con rojo en la siguiente línea del tiempo.

# Hechos de la Asociación Criminal

* **Hecho a:**   Secuestro San Miguel                    15 de abril de 2023
* **Hecho b:**   Extorsión y Disparos Injustificados     19 y 27 de diciembre de 2023
* **Hecho c:**   Secuestro con Homicidio                 28-29 de diciembre de 2023
* **Hecho d:**   Secuestro con Homicidio                 09 de enero 2024
* **Hecho e:**   Secuestro ███RLOM███                    21 de febrero de 2024
* **Hecho f:**   Secuestro                               28 de febrero de 2024
* **Hecho g:**   Secuestro                               03 de marzo de 2024
* **Hecho h:**   Secuestro                               05 de marzo de 2024
* **Hecho I:**   Extorsión y Disparos Injustificados     09 de abril de 2024
* **Hecho J:**   Homicidio Teniente Sánchez              10 de abril de 2024
* **Hecho k:**   Secuestro con Homicidio                 08 de junio de 2024
* **Hecho I:**   Secuestro extorsivo                     12 de junio de 2024



SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00043



Cronología

**Hechos 19-27 de diciembre de 2023**

La víctima RDSD declara ante la policía que el 19 de diciembre de 2023 recibió un mensaje de whatsapp extorsionándolo para que pague por protección, enviándole también fotografías de su familia y un video de una granada, diciéndole que se la iban a ir a arrojar a su local, refiriendo también que ignoró los mensajes. Indica que el día 27 de diciembre a las 23:45 aproximadamente, mientras se encontraba haciendo aseo en su domicilio particular que es colindante a su local comercial, momento en que escucho una ráfaga de disparos. Del análisis del sitio del suceso realizado por la polica se encontraron 15 vainillas en la vía pública, y un video de una cámara de seguridad donde se ve a dos sujetos llegar abordo una motocicleta y disparar en contra del local comercial.

El día 12 de enero de 2024, se detuvo con motivo de un secuestro extorsivo ocurrido el día 14 de diciembre de 2023, en donde se utilizó el vehículo Chevrolet Onix (aqui tenía sus placas patentes originales ██W.16, después le pusieron las falsas PYSZ.11) imputado **EDWARD MAURICIO GONZÁLEZ ARANGO [en adelante EDWARD],a quien se le incautó,** con la debida autorización, un teléfono celular marca IPHONE, modelo 12 PRO MAX, solicitándose el mismo día autorización judicial para la extracción, vaciado y análisis del teléfono, accediendo a la diligencia el 7° Juzgado de Garantía de Santiago.

Del análisis del vaciado del teléfono, en el informe policial N° 5551 del OS9 de Carabineros, se dio cuenta que se encontró una conversación del día 8 de enero de 2024 a las 19:47 horas, mediante la aplicación de Whatsapps, entre el imputado **EDWARD,** y el número teléfono ██████6152 que tiene el nombre de perfil de Whatsapps **"TURKO", en donde TURKOle manda a Edward** un link de una noticia de prensa sobre una extorsión de un local comercial en la comuna de Independencia, que **corresponde al delito denunciado por** Ruben Darío Salvador Deudor. Posteriormente el TURKOle escribió a EDWARD "ese hp(hijo de puta) no quiere pagar ya lo voy a volver a atacar".

SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00044

La noticia compartida corresponde a una **amenaza que se realizó mediante un video enviado vía WhatsApp a la víctima,** en las que se le muestran granadas, con la finalidad de obligar al amenazado a pagar por su seguridad, y finaliza el extorsionador diciendo que ese mismo día lo iba a empezar a atacar, ocurriendo que dos sujetos arriba de una motocicleta efectuaron una serie de disparos con armas de fuego al local comercial.



*¿Cómo está mi hermanito?, ¿Cómo está?, Papi este marica de JAIRO, JAIME, JAIRO, me está diciendo que tiene una vuelta ahí pa hacer, pa que coordinemos eso que hay una plata que cobrar ahí también.*



*Ya, hágale, hágale, hágale, pa que nos activemos de una vez, hay una platica que hay que cobrar por allá, entonces para que coordinemos con este loco de una vez. Me mandaron el número otro loco de allá pa que coordinemos bien.*

Ese hp no quiere pagar ya lo voy a volver atacar  17:53

En virtud de esto, se realizó una búsqueda asociada al apodo **"TURKO"** en el teléfono celular incautado a **EDWARD,** encontró los siguientes números guardados en la aplicación de whatsapp con este apodo:



SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00045



    

**Secuestro** RLOM        **21 de febrero de 2024**

La investigación en contra de la organización criminal de "Los Piratas", comenzó a raíz del secuestro con homicidio en contra de la víctima RLOM , ocurrido el día 21 de febrero de 2024 en la comuna de Independencia, en dicha investigación como primer antecedente, se obtuvo El Parte Policial N°184 de fecha 21 de febrero de 2024, de la 9ª Comisaría de Independencia, que da cuenta que entre las primeras diligencias realizadas, se entrevistaron con la cónyuge de la víctima, quien señaló que el día 21 de febrero de 2024, mientras se encontraba en su domicilio ubicado en calle El Molino N°1755, departamento 1403, de la comuna de Independencia, mientras estaba en compañía de su pareja y su hijo, a eso de alrededor de las 03:15 horas, escuchó 03 golpes desde la puerta de acceso de su vivienda, momento en que se prendió la luz y divisó a 03 sujetos vestidos con uniforme de la Policía de Investigaciones de Chile, que estaban con los rostros cubiertos y chalecos antibalas con las letras amarillas en su espalda que decía PDI, portando además armamento, procediendo los sujetos a levantar a la víctima, esposarla, sustraerle sus dos celulares, y llevarse a RLOM por el ascensor, ingresándola de manera posterior a un vehículo y retirarse del lugar. En razón de lo anterior, los funcionarios policiales revisaron las cámaras del lugar, percatándose que todo lo anterior quedó registrado, estableciéndose que en el secuestro se ocupó el vehículo marca Nissan, modelo Versa, año 2020, color gris plata, Placa Patente Única    D.14 [ en adelante    D.14 el que según los registros policiales mantenía denuncia por robo. El registro de las cámaras muestra que en el    D.14 se mantuvo uno de los captores, mientras los otros 4 ingresan al edificio, uno de los sujetos se queda en conserjería. Conforme a la declaración del conserje del edificio de la víctima, Johan Alexis Mendoza Pallares, 4 sujetos ingresaron premunidos de armas de fuego y un ariete metálico, uno de ellos se quedó en conserjería y le muestra una supuesta orden judicial mientras los 3 restantes subieron al departamento de RLOM . Según los lo registrado en las cámaras de seguridad, los otros 03 sujetos subieron por el ascensor hasta el piso    para finalmente golpear con el ariete metálico la puerta de acceso al departamento    ingresando a su interior para capturar a la víctima, utilizando las armas que portaban, trasladándola hasta e    D.14.

SBU -LAW ENFORCEMENT



EXT-GAMEZ.SALAS-00046

Imágenes de las cámaras de seguridad



Imagen de la conserjería del edificio



Imagen de como quedó la puerta de la víctima

SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00047



Imagen del pasillo del piso de la víctima.



Imagen del ascenso del edificio, con la víctima secuestrada.

La policía encontró abandonado en la autopista Costanera Norte, en el kilómetro 20, comuna de Renca, el vehículo ████D.14 en donde se encontró en el interior un chaleco antibalas negro con logo de la PDI, un casco color negro, un cargador de pistola con 14 municiones, una zapatilla, ademas de encontrar en las cercanías del vehículo dos celulares pertenecientes a la víctima.

Debido al trabajo del sitio del suceso ubicado en la autopista, y la recopilación de cámaras de seguridad, se logró confirmar que los imputados junto con la víctima, abandonaron el vehículo ████D.14 para separarse y subirse a los vehículos Chevrelot Sail placa patente única ████D.14 [ en adelante ████D.14 ] y un Hyuandai Grand I10, patente única ████J.44 [ en adelante ████J.44 ].La policía analizo los movimientos en cámaras de seguridad y autopistas de los vehículos antes, durante y después de cometido el delito investigado. Es por ello, que el Fiscal, con los antecedentes que se tenían

SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00048

recopilados, el día 21 de febrero de 2024, solicitó a la Jueza Judith Guzman del 3°Juzgado de Garantía de Santiago, autorización para obtener el tráfico de telefónicas asociadas al domicilio de la víctima, a la autopista Costanera Norte Sentra y autopista Central, por donde circularon los vehículos ████ D.14, ████ D.14 y ████ J.44 la noche del secuestro.

En la autopista Central, en el kilómetro 20, donde fue abandonado el vehículo ████ D.14, la policía encontró en el interior del vehículo uno de los celulares de la víctima, reconocido por su pareja, en el que se logró obtener una huella dactilar que mediante análisis forense fue posible asociar al imputado Walter de Jesús RODRIGUEZ PEREZ, venezolano con residencia legal en Chile, prófugo hasta la fecha.

Además mediante las cámaras de seguridad se pudo acreditar que el automóvil ████ D.14, el 20.FEB.024, alrededor de las 21:48 horas (previo al delito), se trasladó hasta la intersección de calle Pedro Lagos con Zenteno, comuna de Santiago, donde recogió a un sujeto, quien es residente del edificio ubicado en calle ████ En los registros de residentes del edificio en calle ████████ se pudo identificar al sujeto registrado en las cámaras como Angel David CASTELLANO RODRIGUEZ.

De igual forma, en relación a los vehículos ████ /D.14 , ████ D.14 y ████ J.44 a través del Sistema de Pórticos Lectores de Patentes de las autopistas, la policía obtuvo que el 21 de febrero de 2024, a las 04:14 horas (posterior al delito), el automóvil ████ D.14 , tuvo un desplazamiento por el pórtico "P7", situado en avenida Santa Rosa N° 9280, comuna de La Granja. Cerca del pórtico P7 hay servicentro COPEC, ubicado en avenida Santa Rosa N° 9468, comuna de La Granja. La policía, tomó contacto con la administración del local, quien permitió la revisión de las cámaras de seguridad del recinto, visualizando a dos ocupantes al interior del automóvil ████ D.14, descendiendo uno de ellos y efectuando el pago con tarjeta bancaria y digitando números que podrían corresponder a su número nacional de identificación eventualmente, para un programa de beneficios. Este fiscal solicitó información sobre la transacción en el servicentro COPEC , con la deibada autorización judicial a la empresa Copec, obteniendo que esta corresponde a la boleta ████ señalando que está asociada a MAICKEL VILLEGAS RODRÍGUEZ, cédula de identidad para extranjeros N° 26.602.043-0 teléfono número ████ 18950, correo electrónico ████████

Imágenes de COPEC



SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00049



Fotografías del vehículo al momento de la carga de combustible.



Vista de Maickel David VILLEGAS RODRÍGUEZ, cuando realizó la carga e ingresó su rut para el programa de beneficios Copec.

En virtud de los antecedentes asociados a la participación del automóvil ▇▇▇ D.14 , los funcionarios policiales, a través de la recolección de cámaras de seguridad, lograron recrear los movimientos realizados por el imputado MAICKEL VILLEGAS RODRÍGUEZ, estableciéndose que el día 20 de febrero de 2024, llegó hasta la intersección de calle Pedro Lagos con Zenteno en la comuna de Santiago, donde recogió a ÁNGEL DAVID CASTELLANO RODRÍGUEZ, , con quien se trasladó hasta la comuna de Independencia, donde residía RLOM permaneciendo allí entre las 22:22 horas y las 23:44 horas, conforme al análisis de tráfico de las antenas.





SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00050



Fotografía de Ángel David CASTELLANO RODRÍGUEZ en el ascensor del edificio ███████████████████ Santiago.



Fotografía de Ángel David CASTELLANO RODRÍGUEZ después de haber salido del edificio ████████████████████████ lugar donde abordo el vehiculo placa patente única ██████ D-43.

SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00051



Comparativo entre las fotografías captadas en la servicentro COPEC, ubicado ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ comuna de La Granja, y las fotografías del ascensor del domicilio del imputado Ángel David CASTELLANO RODRÍGUEZ.

El día 29 de febrero de 2024 en horas de la tarde, se presentó ante funcionarios de la PDI, un testigo de nacionalidad venezolana, quien solicitó resguardo de su identidad, indicando que había tomado conocimiento por un residente venezolano, del campamento Santa Marta, que el día 24 de febrero de 2024 a eso de las 23:00 horas, sujetos de nacionalidad venezolana, habrían trasladado desde una mediagua herramientas tales como palas, chuzos y carretillas, llevándolas hasta otra mediagua, donde hicieron una excavación la que posteriormente cubrieron con cemento, aportando el testigo indicaciones de los inmuebles. Agrega, que el día siguiente, esto es el domingo 25 de febrero de 2024, estos sujetos empezaron a sacar sus pertenencias, diciendo que estaban involucrados en algo muy grande y que debían abandonar el sector rápidamente.

Con esta información, el día de 29 de febrero de 2024 en horas de la tarde, Oficiales de la PDI, concurrieron a las indicaciones entregadas por el testigo, efectuando un vuelo con un dispositivo RPA (Drone) para observar las calles interiores de la toma, logrando singularizar ambos inmuebles, los cuales fueron fotografiados, además de comprobar que efectivamente uno de los inmuebles mantiene un radier de cemento en el suelo que sobresale de una especie de puerta de acceso y muro perimetral, el que adicionalmente mantiene un color atribuible a una reciente instalación.

De acuerdo con los antecedentes recién expuestos, el día 1 de marzo de 2024, el 3° Juzgado de Garantía de Santiago, autorizó la entrada y registro a dos mediaguas levantadas en el sector de la toma Santa Marta, comuna de Maipú, correspondientes a las siguientes coordenadas GPS:

SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00052



Fotografía de la media agua ubicada en las coordenadas GPS -

Producto de la autorización judicial antes indicada, los funcionarios policiales encontraron en el inmueble correspondiente a las coordenadas GPS - una mediagua, que estaba ubicada bajo la intersección de frente a la línea férrea. Al ingresar a la estructura, se observó que el piso corresponde a concreto, apreciándose que debajo de una cama y una carpeta de pasto sintético que había, el concreto tenía a simple vista otra coloración con respecto al resto de la dependencia, presumiéndose que esa parte era más nueva y fresca, iniciándose los trabajos de perforación, encontrándose el cadáver de la víctima, lo que fue comprobado mediante las pericias forenses pertinentes.

Producto de este hallazgo, se pudo establecer que RLOM permaneció privado de libertad, para después fallecer mediante asfixia, siendo ocultado su cuerpo al interior de una maleta con cal, enterrado a aproximadamente 1 metro 40 centímetros de profundidad, para posteriormente cubrirlo a través de la construcción de un radier, en la denominada toma Santa Marta en la comuna de Maipú.

Conforme al informe de autopsia 13-SCL-AUT-587-24, realizado por el servicio médico legal, de fecha 04 de abril de 2024, de la víctima RLOM , en el que se señaló como conclusiones:

1.- Cadáver de un adulto de sexo masculino identificado dactiloscópicamente como RLOM .

2.- Causa de muerte: Asfixia por suspensión.

3.- El mecanismo de muerte se explica por una insuficiencia respiratoria aguda de origen mecánico secundaria a un agotamiento progresivo de la musculatura respiratoria por colgamiento en suspensión completa del cuerpo desde las extremidades superiores.

4.- Se corresponde con una muerte violenta compatible con la etiología médico lega homicida.

5.- Se registran signos de sujeción de extremidades superiores y de extremidades inferiores.

SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00053

6.- Existen lesiones que categorizan como maniobras de tortura aplicadas sobre la víctima(la suspensión propiamente tal y las contusiones en la región lumbar).

7.- Se evidencian maniobras incompletas de desmembramiento postmortal.

8.- Por el contexto del hallazgo del cuerpo se evidencia que existió intención de ocultamiento del cadáver.

9.- No se registran signos de lucha o defensa en el cuerpo de la víctima.

10.- La data de muerte fue estimada en el sitio del suceso entre 7 a 10 días aproximadamente y se estima que la víctima presentó una sobrevida de entre 24 y 48 horas posteriores a su desaparición forzada.

Con estos antecedentes el 01 de marzo de 2024, se pidió orden de detención de los imputados WALTER DE JESÚS RODRIGUEZ PEREZ, MAICKEL DAVID VILLEGAS RODRÍGUEZ y ÁNGEL DAVID CASTELLANO RODRÍGUE. Este último fue detenido el mismo día en el que prestó declaración voluntaria, señalando de manera resumida que: Que hace 3 años llegó a Chile junto con su madre por un paso no habilitado desde Perú a la ciudad de Arica. Indica que actualmente vive en ███████████████████ ██████████████ El día 20 de febrero de 2024, a las 22:00 horas aproximadamente, se reunió con un amigo que conoció en un trabajo de empaquetador en Independencia, de nombre MAICKEL, venezolano, de 28 años de edad, quien que lo pasó a buscar a su domicilio a bordo del vehículo Chevrolet Sail Color blanco, a quién lo acompañó a hacer una entrega de un paquete en la comuna de Independencia, luego de esto fueron a comprar hamburguesas, y dirigirse hasta el estacionamiento de un edificio de la misma comuna, donde se estacionaron a fumar marihuana, para permanecer en ese lugar desde las 23:30 horas hasta 01:00, para ir a comprar más comida, para luego a las 02:00 horas, regresar al mismo estacionamiento, permaneciendo en el lugar hasta las 03:00 horas aproximadamente, momento en vio llegar un vehículo Nissan Versa color gris, con una luz azul, y en su interior iban 05 sujetos vestidos como miembros de la PDI. Pasado tres minutos, vio que los mismos sujetos vestidos de policías venían con una persona en ropa interior, al que acercaron al vehículo Versa, momento en que MAICKEL comenzó a grabar, percatándose el declarante que los falsos policías acercaron a la víctima hasta la vereda de afuera de la entrada al estacionamiento del edificio, tomando al sujeto en ropa interior, mostrándolo hacia el vehículo de MAICKEL, haciendo pensar al declarante que los falsos policías sabían que MAICKEL los estaba grabando. Posterior a esto, todos los sujetos, tanto imputados como víctimas se subieron al vehículo Versa.

Indica que después de lo ocurrido, MAICKEL, comenzó a hablar con alguien por chat, a la vez que eliminaba el video, momento en que MAICKEL, hizo un giro brusco y se dirigieron hacia la caletera de la autopista, donde se encontró el vehículo Versa, ingresando después a la calle Los Gobelinos, una vez en el lugar, observó que estaban los 05 sujetos vestidos como policías, quienes venían bajando desde la autopista, al igual que llegó otro vehículo con un sujeto venezolano, que se posicionó en calle Issa Pichara, frente al vehículo de MAICKEL, comenzándole a preguntar a MAICKEL, que era lo que había pasado, momento en que llegaron los demás sujetos, subiéndose 03 falsos policías al auto de MAICKEL y los otros dos junto a la víctima al otro vehículo. Refiere que estos 03 sujetos, tenían acento venezolano, salvo uno que parecía colombiano por sus expresiones, pero que los dos que sonaban como venezolanos, por su acento eran de Aragua, y que eran miembros del Tren de Aragua.

SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00054

Una vez que se subieron los falsos policías, el declarante entendió que por lo que hablaban, que la función de MAICKEL solo era grabar el delito, y que producto de que el auto había tenido un problema mecánico, tuvo que ir a buscarlos. Mientras MAICKEL conducía por la autopista central al sur, se percataron que el otro vehículo los estaba siguiendo, por lo que llamaron a los otros imputados, diciéndoles "desvíense, ustedes van pa' la nevera, el marrano va para Renca".

Refiere que durante el viaje, se realizaron varias llamadas, en donde en una de ellas le preguntaron a un sujeto apodado "Chito", si estaba en Independencia, para que fuera a quemar el vehículo. De manera posterior se dirigieron hasta Lo Blanco, donde avanzaron aproximadamente 8 minutos, y luego se metieron a un pasaje pequeño, donde había una plaza pequeña, deteniéndose, momento en que salieron 03 chilenos de un portón, ingresando MAICKEL en el vehículo al inmueble, donde los 03 chilenos taparon a los venezolanos vestidos de policía, para que no vieran las vestimentas que utilizaban. Luego de ello, MAICKEL regresó al vehículo y se retiraron inmediatamente hacía avenida Santa Rosa, para luego cargar bencina en un servicentro Copec de autoservicio.

Señala que después de lo ocurrido, no volvió a hablar con MAICKEL. Agrega que MAICKEL le había dicho en varias ocasiones que se alineara con el Tren de Aragua para que le dieran mas droga para vender, a lo que el declarante se negó.

El día 04 de marzo de 2024, se formalizó al adolescente ANGEL DAVID CASTELLANO RODRÍGUEZ, por el delito de Secuestro con Homicidio, ocurrido el 21 de febrero de 2024 en la comuna de Independencia, decretándose la medida cautelar de Internación Provisoria. Con fecha 01 de octubre de 2024, mediante un procedimiento abreviado, se le condenó en total a 5 años.

De igual manera, la policía dio cuenta a este Fiscal que mientras se realizaban diligencias en la investigación por un doble secuestro con homicidio ocurrido los días 28 y 29 de diciembre de 2023, consistente en vigilancias a un vehículo Chevrolet Onix, que portaba las placas patentes ███Z.11, el día 12 de febrero de 2024, en el frontis del edificio ubicado en avenida Dorsal 1395, comuna de Conchalí, se encontraba estacionado el vehículo ███D.14, que fue ocupado para el delito contra RLOM . Es por ello, que los funcionarios policiales fueron a recopilar las cámaras de seguridad de dicho edificio, estableciéndose que desde el día 14 de febrero de 2024, el vehículo ███D.14 se estacionó en el frontis del edificio, ingresando su conductor al condominio La policía realizó las respectivas consultas a la administración y conserjería logrando identificar al conductor del LWVD.14 como EDGAR JAVIER BENÍTEZ RUBIO, venezolano

Además por cámaras de seguridad del edificio, se pudo establecer que la última vez que EDGAR JAVIER BENÍTEZ RUBIO, utilizó el LWVD.14 fue el día 19 de febrero de 2024, momento que a las 16:45 horas, en las cámaras de seguridad del edificio se le ve que se estacionó frente al acceso vehicular del condominio, desciendo desde el copiloto una persona de contextura gruesa, a quien BENÍTEZ RUBIO le entregó las llaves, llevándose este sujeto el vehículo para utilizarlo suponemos en el secuestro con homicidio del día 21 de febrero de 2024.

SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00055

El día 11 de abril de 2024, la policía detuvo a tres sujetos involucrados en el homicidio de un policía, ocurrido el 10 de abril , incautando en ese acto sus teléfonos celulares. Los imputados detenidos son YOLVI MIGUEL GONZÁLEZ ARCAYA, WUILBERTH DE JESUS OLIVARES PEÑA y JOSUE DAVID RAMÍREZ OLIVARES, El homicidio del carabinero no es parte de la presente investigación y no se le imputa participación al TURKO. Con la debida autorización judicial los teléfonos incautados, fueron vaciados, obteniendo acceso a las llamadas y conversaciones mediante la aplicación whatsapp, se logró vincular al sujeto apodado TURKO, en varios hechos delictuales

En el celular del imputado JOSUE DAVID RAMIREZ OLIVARES, se encontró unas capturas de pantallas de fecha 11 de febrero de 2024, de un grupo de whatsapp que tenía por nombre un icono de una bandera pirata, donde un contacto guardado como un punto (.) planificó el secuestro con homicidio de RLOM , indicando que *"desde arriba le habían dado la confianza"*, señando además, *"es pa dentro como pdi"*, indicando después que el día de mañana solo una persona debía de hablar para explicar el plan, entendiéndose que se refería a un delito de alta connotación en el que se iba realizar disfrazados como funcionarios de la Policía de Investigaciones de Chile.

En los mensajes que aparecen en la captura de pantalla, se logra ver que quien manda los mensajes recién indicados, tiene la misma foto de perfil de whatsapp, que tiene los números de teléfono ▇▇▇▇4381 y ▇▇▇▇6152 guardados en el celular de EDWARD y que están asociados al TURKO. Al revisar la agenda de JOSUE DAVID RAMÍREZ OLIVARES, se encontró que el número ▇▇▇▇6152, estaba guardado con el nombre de un punto (.), y al revisar la agenda del teléfono incautado a YOLVI MIGUEL GONZÁLEZ ARCAYA, se encontró que ese mismo número estaba guardado con el nombre de "TURKO".

De igual manera, la policía en el informe policial N° 821 de la Brigada de Investigaciones Policiales Especiales y Antisecuestro, se dio cuenta del análisis de la extracción del teléfono celular del imputado YOLVI MIGUEL GONZÁLEZ ARCAYA, donde se encontró una fotografía de fecha 14 de febrero de 2024, en que aparece YOLVI MIGUEL GONZÁLEZ ARCAYA, este estaba vistiendo un chaleco antibala negro, con letras de PDI, grilletes y pantalones color beige y zapatos tácticos del mismo color, indumentaria muy parecida a la utilizada para cometer el secuestro con homicidio de RLOM.

Tras la revisión del celular del imputado YOLVI MIGUEL GONZÁLEZ ARCAYA, se encontró que el día 10 de febrero de 2024, el "TURKO" con el número ▇▇▇▇6152, creó un grupo de whatsapp, el que tenía como nombre un icono de una bandera de pirata, activando la modalidad de que los mensajes luego de 24 horas sean borrados.

En relación a esto último, el día 27 de diciembre del 2024, declaró un testigo reservado, quien de manera resumida, señaló que el delito de secuestro con homicidio de RLOM, amigos y conocidos de él participaron de manera directa en el delito. Refiere que lo agregaron 10 días antes del delito al grupo de whatsapp que tiene como nombre un icono de bandera de pirata, en donde un sujeto apodado "TURKO", escribió que los lideres del "TREN DE ARAGUA", le habían dado la confianza para hacer un trabajo, él que se debía hacer vestidos como funcionarios de la Policía de Investigaciones de Chile, reuniéndose los imputados en la casa de DAYONIS JUNIOR CASTILLO OROZCO. En dicha reunión, se realizó una video llamada, el "TURKO", explicó el plan.

SBU -LAW ENFORCEMENT





EXT-GAMEZ SALAS-00056

**Sobre el Secuestro Extorsivo de la víctima de iniciales H.A.T.R., ocurrido el día 28 de febrero de 2024, en la comuna de Cerrillos.**

Según la declaración de la víctima H.A.T.R. ante la policía, quien de manera resumida señala que a través de la aplicación de Instagram, se dedicaba a vender ropa, zapatillas y accesorios, siendo contactado de un perfil de la misma red social, ▮▮▮▮▮▮▮, cuyo nombre no se acuerda, pero que de manera posterior se cambió al nombre de Anthony Bracho, quien a través de las fotos que subía a sus estados de Instagram se notaba que estaba preso. Es así qué un día este perfil le escribió para poder comprarle unas zapatillas, para lo que la víctima le indicó un día y una hora, entregando además su número de teléfono. Refiere que posteriormente el número ▮▮▮▮3205, procedió a escribirle por whatsapp, concertándose para realizar la venta para el día 28 de febrero de 2024 a las 23:00 aproximadamente. Al llegar al lugar, la víctima se encontró con un sujeto, quien fingió ser un comprador, probándose las zapatillas para distraer a la víctima, momento en que aparecieron dos sujetos por la espalda, portando armas de fuego, obligando a la víctima a subir a un vehículo para llevársela contra su voluntad. Este hecho quedó registrado en las cámaras de seguridad del lugar. También las cámaras registran el momento en el que llegan los vehículos al lugar, suben a la fuerza a la víctima a uno de ellos y luego se retiran.



EXT-GAMEZ-SALAS-00057



SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00058



SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00059



SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00060



SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00061



SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00062



De igual manera, la víctima entrego a la policía la captura de pantalla de la conversación con el imputado, donde se ve el nombre de Anthony Bracho.

Producto del homicidio al funcionario de Carabineros de Chile ocurrido el 10 de abril de 2024 en la comuna de Quinta Normal, en donde se tomó detenido a **YOLVI MIGUEL GONZÁLEZ ARCAYA**, quien al momento de que las noticias mostraran su imagen, la víctima lo reconoció como uno de los sujetos que la habían secuestrado, específicamente el que se había hecho pasar por comprador.

Producto de esto último, y en atención a que se tenía incautado el teléfono del imputado **YOLVI MIGUEL GONZÁLEZ ARCAYA**, la policía realizó un análisis del teléfono, con la debida autorización judicial, encontrando un grupo de la aplicación de whatsapp que se llamaba "*de la mano de dios*" en él que era parte el imputado **YOLVI MIGUEL GONZÁLEZ ARCAYA**, siendo creado y administrado por el número ███████4392, el que estaba registrado en el celular de **GONZÁLEZ ARCAYA** con el nombre de **"TURKO"**.

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00063

En este grupo de whatsapp se encontraron mensajes en donde se ve que se planifica y ejecuta el secuestro extorsivo de fecha 28 de febrero de febrero de 2024, en donde el contacto guardado con el nombre **"TURKO"**, reenvió una captura de pantalla, de una conversación de Instagram entre la víctima y el perfil _____ en donde aparece el número de teléfono de la víctima, la que es coincidente con la aportada por la víctima a funcionarios policiales. También se registra que el **"TURKO"**, en el grupo de whatsapp "de la mano de dios", envió fotografías del Instagram de H.A.T.R., empezando el **"TURKO"** a impartir instrucciones, instruyendo que los miembros del grupo, que estaban en Chile, se encargaran de conseguir los vehículos y choferes necesarios para ejecutar el secuestro, para que seguidamente, instruir directamente al imputado **YOLVI GONZÁLEZ ARCAYA**, para que simule ser el comprador, debiendo probarse las zapatillas y poder así distraer a la víctima, para que otros sujetos puedan abordarla y subirla a un vehículo.

De manera posterior, en el grupo de **"De la mano de dios"**, el imputado **"TURKO"**, solicitó que alguien le escriba a la víctima.



Imagen de la creación de la creación del grupo de whatsapp "de la manos de Dios", obtenida del celular de YOLVI

**GONZÁLEZ ARCAYA.**



Fotografía de los integrantes del grupo de whatsapp "de la mano de Dios" obtenida del celular de YOLVI

**GONZÁLEZ ARCAYA**

SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00064



Fotografías enviadas por el contacto **"TURKO"** grupo whatsapp "de la mano de Dios". Las dos primeras imágenes son de la víctima, obtenidas desde el perfil de Instagram de esta, mientras que las dos últimas son las capturas de pantallas de la conversación entre ANTHONY BARBOZA BRACHO con la víctima, quién después se las envió a **"TURKO"**, renviándola este último al grupo "de la mano de Dios".

Fotografías enviadas por el contacto **"TURKO"** al grupo whatsapp "de la mano de Dios", la que corresponde a la conversación que mantuvo ANTHONY BRACHO BARBOZA con la víctima.

SBU -LAW ENFORCEMENT



EXT-GAMEZ.SALAS-00065



Imagen de los mensajes de texto enviados por "TURKO" al grupo de whatsapp "de la mano de Dios", donde empieza a instruir los primeros pasos para cometer el secuestro. Las conversaciones se obtuvieron desde el teléfono del imputado YOLVI GONZÁLEZ ARCAYA.

Imagen de los mensajes de texto enviados por "TURKO" al grupo de whatsapp "de la mano de Dios", donde instruye conseguir a los choferes que manejaran los vehículos para el secuestro. Las conversaciones se obtuvieron desde el teléfono del imputado YOLVI GONZÁLEZ ARCAYA.

SBU -LAW ENFORCEMENT



EXT-GAMEZ.SALAS-00066



Imagen de los mensajes enviado por **"TURKO"** al grupo de whatsapp "de la mano de Dios", donde instruye que alguien le escriba a la víctima que vende zapatos, indicnado "Alguien q tenga un potecito con una linea que no este legal", haciendo referencia a alguien que tenga un número prepago para que sea más difícil dar con los imputado.



Imagen de los mensajes enviado por **"TURKO"** al grupo de whatsapp "de la mano de Dios", donde les indican como tienen que secuestrar a la víctima, debiendo uno de los miembros del grupo distraer a la víctima por la venta de las zapatillas, momento es que otros dos miembros "Son loque la van a pelar por chavi", haciendo referencia que otros dos sujetos premunidos de armas de fuego, tienen que abalanzarse sobre la víctima para forzarla a subir a los vehículos y secuestrarla.



SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00067



**Sobre la extorsión ocurrida el día 09 de abril del año 2024 a las 21:04 horas aproximadamente, de la víctima de iniciales L.D.C.A.**

La víctima L.D.C.A denuncia a la policía que es propietaria de un local comercial ubicado en calle ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, que el 9 de abril de 2024, indicó que un sujeto con acento venezolano, desde el número telefónico ▮▮▮▮▮▮7538 lo llamó, solicitando que pagara una suma de dinero a cambió de protección, de lo contrario se tenía que atener a las consecuencias. Ante la negativa, el extorsionador comenzó a amenazar a la víctima, lo que fue grabado por esta última, señalando el imputado que iba a enviar a alguien a dispararle a su local. 20 minutos después, dos sujetos llegaron a bordo de una motocicleta, percutando aproximadamente 08 disparos en contra del local comercial de la víctima.

El día 10 de abril de 2024, la víctima decira haber recibido desde el mismo teléfono desde donde la habían llamado el día anterior para extorsionarla, unos mensajes través de la aplicación de whatsapp señalando que:

"vamos a ver si tienes el mismo pensamiento, busca la comunicación y lo que te voy a decir es esto: los pdi no van a estar 24/7 contigo, así que es mejor llegar a un acuerdo.

No seas bruto, más vas a perder... Si paras la empresa...

Así que comunícate, tienes 24 horas, sino te atienes a las consecuencias".

La policía que concluye que la persona que amenazó a la víctima por teléfono es el sujeto conocido como TURKO. Para llegar a esa conclusión la policía comparó el registro fílmico, realizado por la víctima, la que al momento de recibir el llamado extorsivo, comenzó a grabar la conversación, con los mensajes de voz y video que se tienen, extraídos de los celulares incautados en otros procedimientos, del TURKO. Entre esos archivos existe un video de 14 minutos donde "TURKO", está retando a sus subalternos, además de indicarles las funciones que deben cumplir cada uno de ellos. No se utilizó un software para comparar las voces, es una conclusión de los funcionarios policiales.

Producto del análisis del teléfono incautado del imputado **YOLVÍ GONZÁLEZ ARCAYA en otro procedimiento policial, se encontró evidencia de que fue YOLVÍ GONZÁLEZ ARCAYA**, quien concurrió hasta el frontis del local comercial de la víctima, percutando una serie de disparos en contra del inmueble.

Así quedo registrado en la grabación de la cámara de seguridad del lugar del local comercial baleado, donde se aprecia llegar una motocicleta con dos sujetos, bajando uno de ellos, vestido con zapatillas blancas, pantalón rosado, chaleco marrón y gorro rojo, quién premunido de un arma y un celular, dispara contra el local comercial mientras se graba.

EXT-GAMEZ SALAS-00068



Esta imagen cobra relevancia, ya que tras el análisis del aparato celular de **YOLVI GONZÁLEZ ARCAYA**, se logró encontrar un archivo de video grabado el día 09 de abril 2024, en el que se observa a un sujeto disparando contra un portón con un arma de fuego, video que fue enviado a un contacto almacenado como **TURKO**, que utiliza el número ████████4392.



SBU -LAW ENFORCEMENT





EXT-GAMEZ SALAS-00069



Siguiendo con el análisis del teléfono celular, el equipo policial constató que momentos previos a los disparos ejecutados por el imputado GONZÁLEZ ARCAYA, se realizó una video llamada grupal realizada por TURKO(███████4392), ████████0944 (YOLVI GONZÁLEZ) y otros 5 personas.

La imagen de GONZÁLEZ ARCAYA, disparando en contra del inmueble de la víctima, también esta registrado en las cámaras de seguridad del lugar.

### IDENTIFICACION DE ADRIAN RAFAEL GAMEZ FINOL O RAFAEL ENRIQUE GÁMEZ SALAS

En el marco de la investigación en la causa RUC 2400677347-4, por un secuestro extorsivo ocurrido el 12 de junio de 2024 en la comuna de Estación Central, que no es parte de esta solicitud de extradición, la policía obtuvo la primera fotografía del TURKO. La pareja de la víctima secuestrada, al recibir una video llamada solicitando la suma de 20 millones de pesos a cambio de la libertad de la víctima, sacó una captura de pantalla, logrando así obtener la imagen extorsionador. Por su parte el imputado en este secuestro NIXON QUINTERO CHOURIO, quien fue detenido por la policía de investigaciones, in fraganti, mientras trasladaba a bordo de un vehículo a la víctima retenida, declaró que sujeto que planificó el secuestro y realizó los llamados extorsivos fue una persona apodada "TURKO".

De la extracción de la información del teléfono celular **incautado al imputado YOLVI MIGUEL GONZÁLEZ ARCAYA**, se encontró una imagen obtenida desde la dirección del dispositivo: **iPhone/mobile/Media/DCIM/108APPLE/IMG_8995.PNG**, **correspondiente a una captura de pantalla de de una video llamada**, donde en la parte superior se visualiza a un sujeto de contextura gruesa, barba con canas, lo que coincide con las fotografía aportada por la pareja de la víctima del delito de Secuestro extorsivo de fecha 12 de Junio de 2024, en la comuna de Estación Central R.U.C. 2400677347-4.

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00070



FOTOGRAFÍA OBTENIDA DEL CELULAR DE YOLVI.

SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00071



FOTOGRAFÍA APORTADA POR LA PAREJA DE LA VÍCTIMA QUE RECIBIÓ LOS LLAMADOS EXTORSIVOS EN LA CAUSA RUC R.U.C. 2400677347-4, SECUESTRO EXTORSIVO DE FECHA 12 DE JUNIO DE 2024.

De igual forma, desde el análisis del teléfono incautado al imputado YOLVI MIGUEL GONZÁLEZ ARCAYA, se obtuvieron 9 registros de contactos que se **encuentran registrados como "Turko"**, siendo dos de estos de relevancia para el efecto de individualización del imputado, ambos asociados al teléfono N° +1 ████5018, correspondiente al prefijo internacional para Estados Unidos y la región e Illinois, como se aprecia en la siguiente imagen:

SBU -LAW ENFORCEMENT



EXT-GAMEZ SALAS-00072



Del detalle del contacto previamente destacado, se obtiene una fotografía de perfil en el archivo "⬛⬛⬛5018-1710657321.jpg", donde se observa a un menor de edad, la cual se encuentra asociada en ambos contactos:



Imagen ⬛⬛⬛5018-1710657321.jpg", asociada al perfil de WhatsApp del contacto registrado como "Turkoo".

En virtud de la información recién señalada, el equipo investigador remitió un correo electrónico al Equipo de Operaciones Digitales de la Macrozona Norte (GOD PRECONOR), con la finalidad de realizar una búsqueda en fuentes

SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00073

abiertas de la fotografía obtenida en el archivo "IMG_8995.PNG", específicamente para el sujeto observado en la parte superior y la fotografía del perfil asociada al teléfono N° +1 ██████-5018, ambas vinculadas al sujeto apodado "Turko", **obteniendo respuesta el mismo día mediante correo electrónico, indicando que las personas que se observan en ambas fotografías se encuentran vinculadas al usuario del perfil de Instagram "TURKO.rhm", link** ████████████████████ **y el usuario de Facebook "Adrian Gamez",** ████████████████████

Asimismo, GOD PRECONOR aporta el N° ████████5301, el que obtuvieron desde la información pública del mencionado perfil de Instagram, link ████████████████████ donde indica su **contacto bajo el nombre de "Rafa"**, como se observa a continuación:



Del análisis efectuado por el equipo investigador, de la información pública contenida en el referido perfil, se obtienen fotografías entre el 16 de febrero de 2018 y 15 de noviembre de 2018, que dan cuenta de su trabajo como barbero, desempeñándose en Av. Libertador Bernardo O'Higgins N° 3410, local M-59, del Persa Estación Central.

Con la referida información, se efectuó la búsqueda en fuentes abiertas para el nombre **"Rafael Gamez"**, obteniendo las cuatro coincidencias que se indican a continuación y que son correspondientes con la morfología del usuario del perfil "Adrian Gamez" y "TURKO.rhm", los que se detallan a continuación:



EXT-GAMEZ SALAS-00074



SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00075



Respecto de este último perfil, en la fotografía de portada se observa una imagen correspondiente a una captura de instagram donde se observa el perfil del usuario "turkopakistan"



turkopakistan

Conforme a lo anterior, la policía consultó el perfil @turkopakistan, encontrándose como cuenta privada, no siendo posible acceder a sus publicaciones.

SBU -LAW ENFORCEMENT





EXT-GAMEZ SALAS-00076



Complementando lo anterior, los analistas de esta fiscalia, al analizar las amistades de los perfiles anteriormente indicados, obtuvieron de la cuenta de instragram, de quien es indicado en diversas publicaciones como su hijo, quien se mantiene registrado como "Turkito David", link destacando en sus fotografías una del 20 de junio de 2022, que publica como "Dad" agregando el icono de un corazón.



SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00077

Además se pudo obtener el perfil de la madre del hijo del TURKO y quien sería su actual pareja, quien se mantiene bajo el nombre de **"Gene Ferrer"**, link ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ quien mantiene diversas fotografías y videos, refiriendo ser de Maracaibo y actualmente encontrarse en West Valley City, Estados Unidos.



Del referido perfil, los analistas obtienen diversas fotografías públicas donde se muestra su familia, lugar de residencia, celebraciones, entre otros, destacándose una fotografía que se presenta a continuación, **donde se observa un niño que presenta similares características a la foto de perfil que utiliza el usuario registrado como "Turko"** en el WhatsApp del teléfono ▮▮▮▮▮5018.



A la izquierda, fotografía obtenida del link ▮▮▮▮▮▮▮▮ del 01.ENE.024. A la derecha, fotografía de perfil de WhatsApp del teléfono registrado como "Turko".

Conforme a lo anterior, **se realizaron las consultas en el Sistema B-3000, del Servicio Nacional de Migraciones**, obteniendo resultados positivos para **"Genesis Ferrer"**, toda vez que fue controlada en su ingreso clandestino a territorio nacional el 28 de agosto de 2020, junto a su hijo **SEBASTIÁN DAVID SALAS FERRER**, Venezolano, indocumentado. Asimismo, **en su declaración**

SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00078

señala que viene a vivir con su pareja, ADRIAN RAFAEL GAMEZ FINOL, cédula de identidad chilena para extranjeros N° ███████.

Finalmente y considerando los antecedentes expuestos en el presente informe, se consultó a en el Sistema Integral de Búsqueda de Información (SIBI) y sistemas de acceso institucional, obteniendo lo siguiente. Esta imagen corresponde a la que aparece en su cedula de identidad chilena :



ADRIAN RAFAEL GAMEZ FINOL, cédula de identidad N° ███████, nacido el ████.987, DNI Colombiano N° ████████ Pasaportes Ordinarios Colombianos ████████.

De los antecedentes expuestos, este fiscal concluye que el TURKO corresponde ADRIAN RAFAEL GAMEZ FINOL, cédula de identidad N° ███████ nacido e ████ 987, DNI Colombiano N° ████████.

En cuanto a los **trámites migratorios** realizados por **GAMEZ FINAL** en **el país, presentó documentación de nacionalidad Colombiana, indicando haber nacido en Barranquilla, el** ████████ **1987, soltero, domiciliado en** ████████ **, teléfono** ████ **5301, registrando los Pasaportes Ordinarios Colombianos** ████████ **(este último con fecha vencimiento el 2028).** Último antecedente registrado: Una Visa temporaria otorgada mediante Resolución Exenta N° ████ de fecha 08 de noviembre de 2018, hasta el 04 de febrero de 2020.

Este fiscal ordenó el cotejo a nivel antropométrico y morfológico, entre la imagen registrada por las autoridades chilena en el Sistema Integral de Búsqueda de Información s , el peritaje concluye que entre estas existe una diferencia de peso y edad, no obstante, presentan semejanzas en diversos elementos que configuran el rostro, incluyendo elementos singulares y características.



EXT-GAMEZ SALAS-00079



ANALISIS MORFOLÓGICO

Vista comparativa de los elementos característicos del rostro obtenidos en el análisis morfológico.

Complementando lo anterior, a través de información que continúa recabando el equipo investigativo, desde la cuenta de Instagram "interpolfalcon", link [REDACTED] se obtuvo una publicación del 07 de agosto de 2023, donde se indica:

INTERPOL: MAIQUETIA DETENIDO: RAFAEL ENRIQUE GÁMEZ SALAS, [REDACTED]/1986, 37 AÑOS DE EDAD C.I V-[REDACTED] SIIPOL: (+) SOLICITADO DESPACHO: JUZGADO SEGUNDO DE EJECUCIÓN DEL ESTADO
DELITO: TRAFICO DE DROGAS".



SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00080

La referida publicación resulta de interés para la investigación, toda vez que se observa a una persona de sexo masculino quien mantiene similares características físicas a las del **imputado apodado "Turko", además, de compartir el nombre de "Rafael" y el apellido "Gámez",** aportándose un **DNI venezolano V-1**▓▓▓▓▓.

Dicho DNI fue consultado por los analistas en fuentes abiertas, en el sitio www.dateas.com, el que mantiene información del Consejo Nacional Electoral de Venezuela, **obteniendo que dicho documento de identidad se encuentra asociado a Rafael Enrique GÁMEZ SALAS, DNI V-**▓▓▓▓▓ nacido el ▓▓▓**086, ubicación en Chiquinquira, Maracaibo, Edo. Zulia"**

| | |
|---|---|
| **Nombre** | GAMEZ SALAS RAFAEL ENRIQUE |
| **Cédula** | 1▓▓▓▓▓ |
| **Fecha de Nacimiento** | ▓▓▓/1986 |
| **Ubicación** | CHIQUINQUIRA, MARACAIBO, EDO. ZULIA |

Así también, se encontró en el sitio https://vlexvenezuela.com/vid/gamez-salas-rafael-enrique-304361006, detalle de una condena por el delito de Transporte Ilícito de Sustancias Estupefacientes o Psicotrópicas en modalidad intraorganica, **donde se señala que el imputado GAMEZ SALAS R.E., de nacionalidad venezolana, natural de Caracas, nacido en fecha** ▓▓▓**1986, de 23 años de edad, de estado civil soltero, de profesión u oficio estudiante, residenciado en el sector** ▓▓▓▓▓ **estado Zulia e identificado con cédula de identidad N°** ▓▓▓▓, **opta a la Suspensión Condicional de la Ejecución de la Pena.**

Lo anterior, resulta concordante con la información publicada por el sitio de Interpol Falcon y, asimismo, con parte de la información aportada en su solicitud migratoria, toda vez que el imputado señaló haber nacido el ▓▓▓▓▓ de 1987, siendo correspondientes el día y mes, existiendo un año de diferencia; así también, con los antecedentes de sus redes sociales, donde señala ser de la ciudad de Maracaibo.

SBU -LAW ENFORCEMENT



EXT-GAMEZ.SALAS-00081

# DETENTION ORDER 25112300000072-7

## ISSUED BY

| Court | 1 | 11th GUARANTEE COURT OF SANTIAGO | | | |
|---|---|---|---|---|---|
| Judge(s) | 2 | CARLOS CESAR MORENO BRIONES | | | |
| | 3 | | | | |
| | 4 | | | | |
| Dated | 5 | 10/01/2025 | In Case RIT No. | Ordinary 7787-2024 (2401355710-8) | |
| For the offence(s) | 6 | KIDNAPPING, ART. 141 SEC. 1 and . | | | |

## DETENTION ORDERED FOR:

| Full Name | 7 | ADRIAN RAFAEL GAMEZ FINOL | | | |
|---|---|---|---|---|---|
| ID No. | 8 | 0000000000-0 | Nationality Colombian | Date of Birth | |
| Profession or Occupation | 9 | | | | |
| Address 1 | 10 | | | | |
| Address 2 | 11 | | | | |
| Alias 1 | 12 | | | | |
| Alias 2 | 13 | | | | |
| Father's Name | 14 | | | | |
| Mother's Name | 15 | | | | |

## ORDER DETAILS

IT IS MANDATORY TO MARK X IN ONLY ONE OF THE FOLLOWING BOXES

| | 16 | Defendant | | 1 | X | | |
|---|---|---|---|---|---|---|---|
| Status | 17 | Convicted (Only Guarantee Judge) | | 2 | | Declared in default on | |
| | 18 | Other: | | 3 | | | |
| | 19 | Carabineros de Chile | | | | 4 | |
| To be enforced by | 20 | Policia de Investigaciones | | | | | |
| | 21 | S.U. Carabineros de Chile | JUDICIAL ORDERS SECTION OS9 | | | 6 | X |
| | 22 | S.U. Polic. Investigaciones | METROPOLITAN BRIGADE OF SPECIAL POLICE INVESTIGATIONS | | | 7 | X |
| | 23 | Providing a statement | | | | 8 | |
| For the purpose of | 24 | Appearing in court | | | | 9 | X |
| | 25 | Serving a sentence | | | | 10 | |
| | 26 | Other | | | | 11 | |
| The detainee must | 27 | Be brought before this court | | | | 12 | X |
| | 28 | Be taken to a preventive detention centre | | | | 13 | |
| | 29 | Be held at their residence | | | | 14 | |

## ENTRY AND SEARCH OF PREMISES          EXPIRY

(Art. 205 of the CPC) VALID FOR 10 DAYS FROM THE DATE OF ISSUE (Line 5), UNLESS AN EARLIER EXPIRY DATE IS SPECIFIED.

| Location(s) | 30 | |
|---|---|---|
| Requested by | 31 | |
| Reason | 32 | |

OBSERVATIONS:



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

58

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00082

**CHILEAN CIVIL REGISTRY AND IDENTIFICATION SERVICE**

SHEET: 182139584

Verification Code: e1a81359e10b

REPUBLIC OF CHILE

182139584

## EXTRACT OF PERSONAL DETAILS AND CRIMINAL RECORD

NAME :  ADRIAN RAFAEL GAMEZ FINOL

ID No. :  ███████  Date of birth: ████████  1987

Constituency :

Inscription No. :  Registration :  Year : 0000

Marital status : S Foreign

Address : ███████████

District : QUILICURA

GENERAL REGISTER OF CRIMINAL CONVICTIONS

ID No.  IDENTITY

26688428-1 NO RECORDS EXTRACT

SPECIAL REGISTER OF CONVICTIONS FOR DOMESTIC VIOLENCE

ID No.  IDENTITY

26688428-1 NO ENTRIES EXTRACT

DATE OF ISSUE

28th January 2025, 13:17.

- EXEMPT OF TAX -
EXTRACT OF PERSONAL DETAILS AND CRIMINAL RECORD
Printed in :
REGION :

Check this document at www.registrocivil.gob.cl or at our Call Centre on 600 370 2000 for landlines and mobile phones. Next time get this certificate at www.registrocivil.gob.cl.

SRCeI Electronic stamp

Stamp: CIVIL REGISTRY AND IDENTIFICATION SERVICE * GENERAL ARCHIVE * CHILE

Illegible signature

**Victor Rebolledo Salas**
Head of General Archive
Incorporates Advanced Electronic Signature

9744626   ID No.: 26688428-1   BY63E-

www.registrocivil.gob.cl



59

EXT-GAMEZ.SALAS-00083

================================================================

Translation done by Grato Language Solutions, at the request of the Chilean Ministry of Foreign Affairs.

This signature does not certify the truthfulness of the content of the translation.

Santiago de Chile, 2nd March 2025.

Cristian Arancibia Ramírez
Head of the Infrastructure and Logistics Division
================================================================



60

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00084

## Brief: Facts and Evidence ADRIÁN RAFAEL GÁMEZ FINOL [aka TURKO].

Under the Chilean Constitution, the Public Prosecutor's Office has the exclusive mandate to direct investigations into conduct of a criminal nature, as well as to protect victims and witnesses. This function is performed by Deputy Prosecutors who issue instructions to law enforcement regarding investigative steps required. The prosecutors may also carry them out directly. The Deputy Prosecutor is further responsible for representing the interests of the Government before the courts, including initiating criminal charges, requesting precautionary measures, seeking judicial authorization for intrusive investigative measures, and prosecuting the criminal case in court.

Criminal investigations can be initiated by a complaint filed with law enforcement or the Public Prosecutor's Office or by means of a private criminal complaint.

The latter is filed by a private attorney on behalf of the victim(s), who in turn may be individuals or corporate entities. The private complainants are called "plaintiffs" and are entitled to request proceedings and to press charges.

### CONTEXT

This extradition request arises from an ongoing investigation into a criminal organization known as "El Tren de Aragua." In Chile's Metropolitan Region, a subcell of this organization operated under the name "Los Piratas." This cell acted under the authority of the parent organization and was required to obtain prior approval for criminal activities within Chile, as well as pay a "tax" to the organization for such activities.

As a result of the joint efforts of the two Chilean police forces—Carabineros and the Investigative Police—working in coordination with the Public Prosecutor's Office, a comprehensive investigation was conducted. This included cross-checking ballistic matches, extracting and analyzing data from phones seized from the defendant, reviewing vehicle license plate readings and security camera footage, collecting testimonies, and examining antenna and cell phone traffic. These combined efforts made it possible to establish that the criminal organization known as "Los Piratas" is led by **ADRIÁN RAFAEL GÁMEZ FINOL** (hereinafter "**TURKO**"). He is responsible for organizing, planning, authorizing, and selecting the leader of the organization, as well as choosing the victims within the Metropolitan Region. These victims are then targeted for crimes such as kidnapping for ransom, kidnapping resulting in homicide, homicide, extortion, and unjustified shootings, among other offenses, as will be detailed below.

As a result of the investigative proceedings outlined above, it was established that **TURKO** participated in multiple serious crimes attributed to the "Los Piratas" organization. These include a kidnapping resulting in homicide committed on February 21, 2024, in the township of Independencia; an extortive kidnapping on February 28, 2024; acts of extortion and unjustified shootings carried out on December 19 and 27, 2023, and April 9, 2024; as well as another extortive kidnapping on June 12, 2024, in the township of Estación Central.

To understand the chronology of the investigation, it is important to note that the Prosecutor's Office had been investigating multiple homicides and extortive kidnappings. Through the cross-referencing of information obtained during these separate investigations, TURKO's involvement in four key incidents—highlighted in red in the following timeline—was uncovered.

**Events in the Conspiracy**



EXT-GAMEZ-SALAS-00085

- **Event a:** San Miguel Kidnapping – *April 15, 2023*
- **Event b:** Extortion and Unjustified Shootings – *December 19 and 27, 2023*
- **Event c:** Kidnapping with Homicide – *December 28–29, 2023*
- **Event d:** Kidnapping with Homicide – *January 9, 2024*
- **Event e:** RLOM Kidnapping – *February 21, 2024*
- **Event f:** Kidnapping – *February 28, 2024*
- **Event g:** Kidnapping – *March 3, 2024*
- **Event h:** Kidnapping – *March 5, 2024*
- **Event i:** Extortion and Unjustified Shootings – *April 9, 2024*
- **Event j:** Lieutenant Sánchez Homicide – *April 10, 2024*
- **Event k:** Kidnapping with Homicide – *June 8, 2024*
- **Event l:** Extortive Kidnapping – *June 12, 2024*

[Chart below shows timeline, including victim initials]



Chronology

**Events December 19-27, 2023**

The victim, RDSD informed the police that on December 19, 2023, he received a WhatsApp message extorting him to pay for protection. The message included photographs of his family and a video showing a grenade, accompanied by a threat stating that it would be thrown at his place of business. He also stated that he chose to ignore the messages. On December 27, at approximately 11:45 p.m., while he was cleaning his private residence—which is adjacent to his business premises—he heard a burst of gunfire. A subsequent analysis of the crime scene conducted by the police revealed 15 bullet casings scattered on the public roadway. In addition, security camera footage captured two individuals arriving on a motorcycle and opening fire on the business premises.

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00086

On January 12, 2024, **EDWARD MAURICIO GONZÁLEZ ARANGO** (hereinafter "**EDWARD**") was arrested in connection with a kidnapping for ransom that took place on December 14, 2023. A Chevrolet Onix vehicle was used in the commission of the crime; it initially bore the original license plates ████W.16, which were later replaced with false plates PYSZ.11. At the time of his arrest, **EDWARD** was found in possession of an iPhone 12 Pro Max, which was lawfully seized. On the same day, judicial authorization was requested for the extraction, download, and analysis of the phone's contents, which was granted by the 7th Criminal Magistrate Court of Santiago.

From the analysis of the phone's data, as documented in Police Report No. 5551 from OS9 of Carabineros, investigators found a WhatsApp conversation dated January 8, 2024, at 19:47 hours, between the defendant **EDWARD** and the phone number ████6152, which has the WhatsApp profile name "**TURKO**." In the exchange, **TURKO** sent **EDWARD** a link to a press article reporting an extortion incident at a commercial establishment in the municipality of Independencia. This event corresponds to the crime reported by Rubén Darío Salvador Deudor. Following the link, **TURKO** messaged **EDWARD**: "that shithead doesn't want to pay, I'm going to hit him again."

The news article shared relates to a threat delivered via WhatsApp to the victim, featuring a video in which grenades are displayed as a means of intimidation to force payment for protection. The video ends with the extortionist warning that the attacks would begin that same day. Shortly thereafter, two individuals on a motorcycle carried out a series of firearm attacks on the commercial establishment.



¿Cómo está mi hermanito? ¿Cómo está?, Papi este menor de JAIRO, JAIME, JAIRO, me está diciendo que tiene una vuelta ahí pa hacer, pa que coordinemos eso que hay una plata que cobrar ahí también

[How's my Little brother doing? How is he? Paps, this fucker JAIRO, JAIME, JAIRO is telling me that he's got a thing to do, so we coordinate that, 'cause there's some dough to collect there too. ]

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00087



[Shared news link preview: *"Business shot at and salesmen in Independencia threated with grenade]*(https://youtu.be/2OupeP9Gt7c?si=E0R_F1Bo0r0vXn3A)

[Message transcribed from audio: Alright, go for it, go for it, go for it, so we can get moving right away. There's some money we need to collect over there, so let's coordinate with that guy right away. They sent me the number of another guy over there so we can coordinate properly.]

[Text message: "that shithead doesn't want to pay, I'm going to hit him again."

As a result, a search for the nickname "TURKO" was performed on the cell phone seized from EDWARD, resulting in the numbers saved in Whatsapp with this nickname:



RLOM        kidnapping February 21, 2024

The investigation into the "Los Piratas" organization began following the abduction and subsequent homicide of victim RLOM on February 21, 2024, in the municipality of Independencia. The first investigative report—Police Report No. 184, dated February 21, 2024, from the 9th Police Station of Independencia—includes a witness statement from the victim's spouse. She reported that at approximately 3:15 a.m. on that day, while at home with the victim and their son, she heard three knocks at the front door. Upon switching on the light, she observed three

EXT-GAMEZ SALAS-00088

individuals dressed in uniforms resembling those of the Chilean Investigative Police (PDI), wearing bulletproof vests marked with yellow "PDI" lettering and armed with firearms. These individuals forcibly removed the victim from the apartment, confiscated his two cell phones, handcuffed him, and abducted him via the elevator. They subsequently put him in a car and left the premises. As a result, police reviewed the building's surveillance footage, which corroborated the victim's wife's account. The footage showed that the perpetrators arrived in a silver-gray 2020 Nissan Versa with false license plates marked█████D.14. While one individual remained in the vehicle, four others entered the building. One suspect remained at the doorman desk area. According to the statement of the doorman at the victim's building, Johan Alexis Mendoza Pallares, four armed individuals entered with a metal battering ram. One of them remained in the lobby with him and showed him an alleged court order, while the other three went up to RLOM████████████ apartment. Security camera footage shows the other three individuals taking the elevator to the ██ floor, where they used the battering ram to break down the door to apartment ██ restrained the victim inside, and then transferred him to the waiting vehicle with license plate ██D.14.

**Security Camera Screenshots**



Photo of Doorman Area



Photo of Victim's Door



SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00089



Photo of Victim's Hallway



Photo of the Victim in the Elevator after being abducted

The vehicle bearing license plate ███D.14 was later found abandoned at kilometer 20 of the Costanera Norte highway in the township of Renca. Inside, police discovered a black bulletproof vest bearing the PDI logo, a black helmet, a firearm magazine containing 14 rounds, and a sneaker and two cell phones belonging to the victim.

As a result of the efforts made at the crime scene located on the highway, and the collection of footage from security cameras, it was confirmed that the defendant and the victim exited vehicle ███D.14 and separated, subsequently entering a Chevrolet Sail bearing license plate ███D.14 (hereinafter ███D.14) and a Hyundai Grand i10 with license plate ███J.44 (hereinafter ███J.44). The police analyzed the movements of these vehicles captured on security cameras and highway surveillance systems before, during, and after the commission of the crime under investigation.

Based on this information, on February 21, 2024, the Prosecutor requested authorization from Judge Judith Guzmán of the 3rd Criminal Magistrate Court of Santiago to obtain telephone traffic data associated with the victim's residence, as well as with the Costanera Norte Sentra highway and the Central Highway—areas where the vehicles

EXT-GAMEZ SALAS-00090

██ D.14, ██ D.14, and ██ J.44 were observed circulating on the night of the kidnapping.

On the Central Highway, at kilometer 20, where vehicle ██ D.14 was later abandoned, police officers found one of the victim's cell phones inside the vehicle. The phone was recognized by the victim's partner. A fingerprint recovered from the device underwent forensic analysis and was matched to defendant Walter de Jesús RODRÍGUEZ PÉREZ, a Venezuelan national with legal residency in Chile, who remains a fugitive to date.

In addition, security cameras captured vehicle ██ D.14 on February 20, 2024, at approximately 21:48 hours (prior to the crime), driving to the intersection of Pedro Lagos and Zenteno streets in Santiago, where it picked up an individual. This individual was identified as a resident of the building located at ████████ Based on the resident registry of the building and the video footage, the subject seen in the security camera recordings was identified as Angel David CASTELLANO RODRÍGUEZ.

Furthermore, in relation to vehicles ██ D.14, ██ D.14, and ██ J.44, the police obtained data from the Highway License Plate Reader Portal System showing that, on February 21, 2024, at 04:14 hours (after the crime), vehicle ██ D.14 passed through the "P7" portal, located at Santa Rosa Avenue No. 9280, in the municipality of La Granja. Near this portal, there is a COPEC service station located at Santa Rosa Avenue No. 9468, also in La Granja. Police contacted the management of the establishment, who authorized a review of the store's security footage. The video showed two individuals inside vehicle ██ D.14; one of them exited the vehicle to make a payment using a bank card, entering a sequence of numbers that appeared to correspond to a national identification number—possibly for a benefit or loyalty program.

With the required judicial authorization, the Prosecutor requested transaction information from COPEC. The data provided confirmed the purchase corresponded to receipt ████ and was associated with MAICKEL VILLEGAS RODRÍGUEZ, holder of Chilean identity card for foreigners number ████████, phone number ██ 8950, and email address ████████

Images of COPEC



EXT-GAMEZ SALAS-00091



Photographs of the vehicle at the time of fueling.



View of Maickel David VILLEGAS RODRÍGUEZ, when he filled the tank and entered his ID for the Copec benefits program.

Thanks to the information associated with the use of the vehicle bearing license plate ████ D.14, police officers were able to reconstruct the movements of the defendant MAICKEL VILLEGAS RODRÍGUEZ through the collection and review of security camera footage. It was established that on February 20, 2024, he arrived at the intersection of Pedro Lagos and Zenteno streets in the township of Santiago, where he picked up ÁNGEL DAVID CASTELLANO RODRÍGUEZ. Together, they traveled to the township of Independencia, where RLOM resided. According to the analysis of antenna traffic data, they remained in that location between 22:22 and 23:44 hours.



SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00092



Photograph of Angel David CASTELLANO RODRÍGUEZ in the elevator of the building at ███████████



Photograph of Ángel David CASTELLANO RODRÍGUEZ after leaving the building at ████████████████████ where he boarded the vehicle with the license plate ███ D-43.



Comparison between the photographs taken at the COPEC service center, located at ████████████████ La Granja, and the photographs of the elevator of the home of defendant Angel David CASTELLANO RODRÍGUEZ.

On the afternoon of February 29, 2024, a Venezuelan national appeared before officers of the Investigative Police (PDI), requesting that his identity be protected. The witness stated that he had received information from another Venezuelan resident of the

EXT-GAMEZ SALAS-00093

Santa Marta camp. According to this source, on February 24, 2024, at approximately 11:00 p.m., a group of Venezuelan nationals had transported tools—such as shovels, buckets, and wheelbarrows—from one shack to another, where they carried out an excavation. The witness further indicated that the group later covered the excavation with cement and provided details about the properties involved.

He also reported that on the following day, Sunday, February 25, 2024, the individuals in question began removing their belongings, stating that they were involved in something very serious and needed to leave the area immediately.

Based on this information, on the afternoon of February 29, 2024, PDI officers followed the directions provided by the witness. Using an RPA (drone) device, they conducted an aerial survey of the internal streets of the camp. They successfully identified both properties which were photographed. Additionally, they confirmed that one of the properties had a cement floor on the ground that extended from what appeared to be an access door and a perimeter wall. The color and texture of the cement suggested a recent installation.

Considering this information, on March 1, 2024, the 3rd Court of Guarantee of Santiago authorized the entry and search of two *mediaguas* (makeshift dwellings) located in the Santa Marta housing development, in the township of Maipú, at the following GPS



coordinates:

Photograph of the *mediagua* makeshift dwellings located at GPS coordinates -

As a result of the aforementioned judicial authorization, police officers searched the property located at GPS coordinates ███████████. There, they found a *mediagua* situated beneath the intersection of the road to ███████████ directly across from the railway line. Upon entering the structure, officers observed that the floor was made of concrete. Notably, beneath a bed and a synthetic grass carpet, part of the concrete appeared to be a different color from the rest, suggesting that this section had been recently poured and was relatively fresh. Drilling work was initiated at that location, ultimately leading to the discovery of the victim's body, a finding later confirmed through forensic analysis.

As a result of this discovery, it was determined that RLOM ███████ had been unlawfully deprived of his freedom and subsequently died by asphyxiation. His body was concealed inside a suitcase covered with lime and buried approximately 1 meter and 40 centimeters deep. The burial site was then concealed by the construction of a concrete slab (radier) in the area known as Santa Marta, in the township of Maipú.

According to autopsy report No. 13-SCL-AUT-587-24, conducted by the Forensic Medical Service and dated April 4, 2024, regarding the victim RLOM ███████, the following conclusions were reached:

EXT-GAMEZ-SALAS-00094

1. Decedent: Adult male, positively identified via fingerprint analysis as **RLOM** ██████████.
2. Cause of Death: Asphyxia due to hanging.
3. Mechanism of Death: Acute respiratory failure of mechanical origin, resulting from progressive fatigue of the respiratory musculature due to complete body suspension by the upper extremities.
4. Manner of Death: Violent death consistent with a medico-legal classification of homicide.
5. Ancillary Findings: Evidence of physical restraint to both upper and lower extremities.
6. Associated Injuries: Presence of lesions consistent with torture, including those resulting from the suspension itself and blunt force trauma localized to the lumbar region.
7. Postmortem Findings: Evidence of incomplete postmortem dismemberment.
8. Body Disposition: Circumstantial and physical evidence at the recovery site indicates deliberate concealment of the body.
9. Defensive Injuries: No signs of struggle or defensive wounds were observed on the decedent.
10. Postmortem Interval (PMI): Estimated time of death is approximately 7 to 10 days prior to recovery. The victim is believed to have remained alive for an estimated 24 to 48 hours following the time of forced disappearance.

With this background, on March 1, 2024, an arrest warrant was requested for the defendants WALTER DE JESÚS RODRÍGUEZ PÉREZ, MAICKEL DAVID VILLEGAS RODRÍGUEZ, and ÁNGEL DAVID CASTELLANO RODRÍGUEZ. The latter was arrested the same day and voluntarily gave a statement, in which he summarized the following:

Three years ago, he arrived in Chile with his mother through an unauthorized border crossing from Peru, entering the city of Arica. He stated that he currently resides at ████.

On February 20, 2024, at approximately 22:00 hours, he met up with a friend he had met while working as a packer in Independencia. The friend, named MAICKEL, is a 28-year-old Venezuelan who picked him up at his residence in a white Chevrolet Sail. MAICKEL told him he needed to deliver a package in the municipality of Independencia. After the delivery, they bought hamburgers and then went to the parking lot of a building in the same area, where they parked to smoke marijuana. They remained there from approximately 23:30 to 01:00. After a brief outing to buy more food, they returned to the same parking lot at 02:00 and stayed until approximately 03:00.

Around that time, the declarant observed a gray Nissan Versa arrive. The vehicle had a blue light and inside were five individuals dressed as members of the PDI (Investigative Police). After about three minutes, the same individuals emerged with a person in his underwear. They led this individual toward the Versa but first walked him past MAICKEL's vehicle. At that moment, MAICKEL began recording the scene on his phone. The declarant believed that the fake police officers intentionally showed the victim to them, possibly aware that they were being recorded. Afterward, all individuals—both the false police officers and the victim—entered the Versa and left the scene.

Following the incident, MAICKEL began chatting with someone via text while deleting the video he had recorded. He then abruptly turned the vehicle onto the highway, apparently heading toward the location where the Versa had been seen. They entered Los Gobelinos Street, where the declarant observed five individuals dressed as police officers descending from the highway. Another vehicle then arrived, driven by a Venezuelan male, who positioned himself on Issa Pichara Street in front of MAICKEL's car and began questioning him about what had happened. At that point, the other individuals arrived. Three of the fake police officers got into MAICKEL's vehicle, while the remaining two, along with the victim, got into the other car.

The declarant stated that the three men who entered MAICKEL's vehicle had Venezuelan accents, except for one who appeared to be Colombian based on his expressions.



EXT-GAMEZ SALAS-00095

He added that the other two, who clearly had Venezuelan accents, were likely from Aragua and identified them as members of the Tren de Aragua criminal organization.

Once the fake officers were inside the vehicle, the declarant gathered from their conversation that MAICKEL's only role was to record the crime, and that due to a mechanical problem with the original vehicle, he had been called in to assist. As MAICKEL drove south on the central highway, they noticed the other vehicle was following them. At that point, one of the occupants made a call to the other suspects, saying: "Detour, you're going to the fridge, the pig is going to Renca."

He stated that during the trip, several phone calls were made. In one of them, someone asked a man nicknamed "Chito" if he was in Independencia, instructing him to go burn the vehicle. Later, they traveled to Lo Blanco, where they drove for approximately eight minutes before turning into a small passageway that led to a small square. There, they stopped, and three Chileans emerged from a gate. They brought MAICKEL into the building in the vehicle, while the three Chileans shielded the Venezuelans—who were dressed as police officers—so their clothing would not be seen. Afterward, MAICKEL returned to the vehicle, and they immediately drove off toward Santa Rosa Avenue, where they stopped to refuel at a Copec self-service gas station.

He stated that after these events, he did not speak to MAICKEL again. He adds that MAICKEL had repeatedly encouraged him to align himself with the Tren de Aragua so they would supply him with more drugs to sell—an offer the declarant refused.

On March 4, 2024, the adolescent ANGEL DAVID CASTELLANO RODRÍGUEZ was formally charged with the crime of kidnapping with homicide, which occurred on February 21, 2024, in the township of Independencia. The court imposed a precautionary measure of Provisional Confinement. Subsequently, on October 1, 2024, he was sentenced to a total of five years following a plea agreement and an abbreviated proceeding.

Additionally, the police informed the Prosecutor's Office that while they were conducting investigative procedures related to a double kidnapping with homicide committed on December 28 and 29, 2023—including surveillance of a Chevrolet Onix bearing license plate ███Z.11—on February 12, 2024, they observed a vehicle with license plate ███D.14 parked in front of the building located at 1395 Dorsal Avenue, Conchalí. This was the same vehicle used in the crime against ██RLOM██ As a result, officers collected the building's security camera footage and confirmed that, since February 14, 2024, the vehicle ███D.14 had been parked in front of the building and its driver had entered the condominium. After making inquiries with the building's administration and doorman, the police identified the driver as EDGAR JAVIER BENÍTEZ RUBIO, a Venezuelan national. In addition, through security cameras of the building, it could be established that the last time EDGAR JAVIER BENÍTEZ RUBIO, used the LWVD.14 was on February 19, 2024, when at 16:45 hours, in the security cameras of the building it is seen that he parked in front of the vehicular access of the condominium, a person of thick build descended from the passenger seat, to whom BENÍTEZ RUBIO gave the keys. The individual then took the vehicle, we allege, to use it in the kidnapping with homicide of February 21, 2024.

On April 11, 2024, the police arrested three individuals involved in the homicide of a policeman, which occurred on April 10, 2024, and seized their cell phones. The defendants arrested are YOLVI MIGUEL GONZÁLEZ ARCAYA, WUILBERTH DE JESUS OLIVARES PEÑA and JOSUE DAVID RAMÍREZ OLIVARES. The homicide of the policeman is not part of the present investigation and TURKO is not charged in that offense. However, the phones seized on that occasion were dumped under court order, which provided access to calls and conversations via Whatsapp that linked the suspect nicknamed TURKO to several offenses.

Screenshots were found on the cell phone of the defendant JOSUE DAVID RAMÍREZ OLIVARES, dated February 11, 2024. These screenshots came from a WhatsApp group identified by a pirate flag icon as its name. In the group, a contact saved under the name "." (period) discussed the planning of the kidnapping and homicide of ██RLOM██ stating that "from above they had entrusted him with it." The messages also

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00096

included the phrase "it's in as PDI," suggesting that the crime would be carried out disguised as officers of the Chilean Investigative Police (PDI). The same contact later indicated that only one person should speak the next day to explain the plan, implying the sensitive and high-profile nature of the operation.

In the messages shown in the screenshots, the sender used a WhatsApp profile picture that matched the one associated with two phone numbers: █████4381 and █████6152. These numbers were saved on EDWARD's phone and are linked to TURKO. When reviewing the contact list of JOSUE DAVID RAMÍREZ OLIVARES, the number █████6152 was found saved under the name "." Likewise, when reviewing the contact list of the phone seized from YOLVI MIGUEL GONZÁLEZ ARCAYA, the same number appeared saved under the name "TURKO."

In addition, according to Police Report No. 821 from the Special Police Investigations and Anti-Kidnapping Brigade, the analysis of the extracted data from YOLVI MIGUEL GONZÁLEZ ARCAYA's cell phone revealed a photograph dated February 14, 2024. In the photo, GONZÁLEZ ARCAYA is seen wearing a black bulletproof vest with "PDI" lettering, handcuffs, beige pants, and tactical shoes—an outfit very similar to that used during the kidnapping and homicide of RLOM

Upon further review of GONZÁLEZ ARCAYA's phone, it was found that on February 10, 2024, TURKO (associated with the number █████6152) created a WhatsApp group named with a pirate flag icon. He activated the disappearing message function, which deletes messages after 24 hours.

In relation to this group, on December 27, 2024, a protected witness gave testimony summarizing that the kidnapping and homicide of RLOM involved his friends and acquaintances. The witness stated that he was added to the WhatsApp group with the pirate flag icon approximately ten days before the crime. In the group, an individual using the nickname "TURKO" wrote that the leaders of "El Tren de Aragua" had entrusted him with a task, which was to be carried out disguised as officers of the Chilean Investigative Police. The witness also recalled meeting the defendant at the home of DAYONIS JUNIOR CASTILLO OROZCO, where a video call took place during which TURKO explained the plan.

**Regarding the extortive kidnapping of the victim with initials H.A.T.R., which occurred on February 28, 2024, in the district of Cerrillos:**

According to the victim's police statement, H.A.T.R. had been selling clothes, sneakers, and accessories through Instagram. He was contacted by a profile under the handle ████████████, whose display name later changed to Anthony Bracho. Though the victim could not recall the original name, he noticed through Instagram status updates that the individual behind the account appeared to be in prison.

At one point, the profile reached out expressing interest in purchasing sneakers. The victim arranged a meeting by providing a date and time, along with his phone number. Communication then continued via WhatsApp to the number █████3205, and they agreed to meet on February 28, 2024, around 23:00 hours.

When the victim arrived at the agreed-upon location, he met an individual posing as the buyer. While the supposed buyer tried on the sneakers to distract him, two other individuals appeared from behind, armed with firearms. They forced the victim into a vehicle and took him away against his will. This entire incident was captured on the location's **security cameras**, which recorded the arrival of the vehicles, the forced abduction, and their subsequent departure.



EXT-GAMEZ.SALAS-00097



[Vehicle where YOLVI waited for the victim.]



EXT-GAMEZ SALAS-00098



[Victim▮▮▮▮▮]



SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00099



[Interaction btw victim and YOLVI]



SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00100

[Other defendants
arrive to kidnap the
victim]





SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00101





EXT-GAMEZ SALAS-00102

[Defendants flee w/abducted victim in vehicle with YOLVI]

The victim also provided the police with a screenshot of a conversation with the defendant, in which the name Anthony Bracho appears.

As a result of the homicide of a Carabineros de Chile officer that occurred on April 10, 2024, in the township of Quinta Normal, **YOLVI MIGUEL GONZÁLEZ ARCAYA** was taken into custody. When the news broadcast showed his image, the victim recognized him as one of the individuals who had kidnapped her—specifically, the one who had posed as the buyer.

Following this development and given that the phone belonging to the defendant **YOLVI MIGUEL GONZÁLEZ ARCAYA** had been seized, the police carried out a forensic analysis of the device with the appropriate judicial authorization. During the analysis, they discovered a WhatsApp group named "de la mano de dios," in which the defendant was an active participant. The group had been created and administered by the number ███████4392, which was saved in GONZÁLEZ ARCAYA's phone under the name "TURKO."

Within this WhatsApp group, investigators found messages indicating that the extortive kidnapping of February 28, 2024, had been planned and carried out by its members. The contact saved as "TURKO" had forwarded a screenshot of an Instagram conversation between the victim and the account ███████libertap, in which the victim's phone number appears. This number matches the one the victim later provided to police officers. Additionally, "TURKO" shared photos of the Instagram profile belonging to H.A.T.R. and began issuing instructions in the "de la mano de dios" Whatsapp group. He directed members of the group who were in Chile to secure the vehicles and drivers needed to execute the

kidnapping. He then gave specific instructions to the defendant, **YOLVI GONZÁLEZ ARCAYA**, telling him to pose as the buyer, try on the sneakers, and distract the victim—allowing other individuals to approach and force her into a vehicle. Later, in the "De la mano de dios" group, the defendant "TURKO" requested that someone write to the victim.



Image of the creation of the WhatsApp group "de la manos de Dios", obtained from the cell phone of **YOLVI GONZÁLEZ ARCAYA.**



Photograph of the members of the WhatsApp group "de la mano de Dios" obtained from **YOLVI GONZÁLEZ ARCAYA's** cell phone.



EXT-GAMEZ SALAS-00104







Photographs sent by the contact "TURKO" in the WhatsApp group "de la mano de Dios". The first two images are of the victim, obtained from the victim's Instagram profile, while the last two are screenshots of the conversation between ANTHONY BARBOZA BRACHO with the victim, who then sent them to "TURKO", the latter forwarding them to the group "de la mano de Dios".

Photographs sent by the contact "TURKO" to the WhatsApp group "de la mano de Dios", which corresponds to the conversation between ANTHONY BRACHO BARBOZA and the victim.

Image of the text messages sent by "TURKO" to the WhatsApp group "de la mano de Dios", where he provides initial instructions for the kidnapping. The conversations were obtained from the phone of the defendant YOLVI GONZÁLEZ ARCAYA.

Image of the text messages sent by "TURKO" to the WhatsApp group "de la mano de Dios", where he instructs to get the drivers to drive the vehicles for the kidnapping. The



EXT-GAMEZ SALAS-00105

conversations were obtained from the phone of the defendant YOLVI GONZÁLEZ ARCAYA.

Image of the messages sent by "TURKO" to the WhatsApp group "de la mano de Dios", where he instructs someone to write to the victim who sells shoes, indicating "Someone who has a small pot with a line that is not legal", referring to someone who has a prepaid number to make it more difficult to find the defendant.

Image of the messages sent by "TURKO" to the WhatsApp group "de la mano de Dios", where they indicate how they have to kidnap the victim, one of the members of the group must distract the victim by selling the sneakers, at which time two other members "Son lo que la van a pelar por chavi", referring that two other subjects armed with firearms who will pounce on the victim to force him to get into the vehicle and kidnap him.

**Regarding the extortion that occurred on April 9, 2024, at approximately 9:04 p.m., involving the victim with the initials L.D.C.A.:**

The victim, L.D.C.A., reported to the police that she is the owner of a commercial establishment located at ▉▉▉▉▉▉▉▉. She stated that on April 9, 2024, she received a call from a man with a Venezuelan accent, using the phone number ▉▉▉▉7538. The caller demanded a sum of money in exchange for "protection," warning that if she refused, she would have to face the consequences.

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00106

When the victim declined, the caller began issuing threats, which she recorded. During the call, the man warned her that he would send someone to shoot at her business. Approximately 20 minutes later, two individuals arrived at the location on a motorcycle and fired approximately eight shots at the establishment.

On April 10, 2024, the victim reported having received additional messages on WhatsApp from the same phone number used in the previous day's extortion call. The messages stated:

"Let's see if you have the same thought. Look for communication, and what I'm going to tell you is this: the pdi is not going to be with you 24/7, so it's better to come to an agreement.
Don't be stupid, you will lose even more... If your company stops operating...
So, get in touch, you have 24 hours, otherwise you will face the consequences."

The police concluded that the individual who threatened the victim by telephone is the subject known as "TURKO." To reach this determination, investigators compared footage recorded by the victim—who began recording the conversation upon receiving the extortion call—with voice and video messages retrieved from cell phones seized in unrelated operations involving TURKO. Among these files is a 14-minute video in which TURKO is seen reprimanding his subordinates and assigning specific roles to each of them. It is important to note that no voice analysis software was used; the identification was made solely by the officers based on their observations.

Additionally, an analysis of the phone seized from defendant YOLVÍ GONZÁLEZ ARCAYA during a separate police operation provided evidence implicating him as the shooter in the incident at the victim's business. According to footage from a security camera installed at the targeted commercial premises, a motorcycle carrying two individuals arrived at the scene. One of them—wearing white sneakers, pink pants, a brown vest, and a red cap—gets off the motorcycle. Holding a gun in one hand and a cell phone in the other, he fires multiple shots at the storefront while the security camera continues to record.



This image is relevant because, following the analysis of YOLVI GONZÁLEZ ARCAYA's cell phone, a video file dated April 9, 2024, was discovered. In the video, a subject is seen firing a gun at a gate. The footage was subsequently sent to a contact saved under the name TURKO, associated with the phone number: ████4392.



EXT-GAMEZ SALAS-00107





Continuing with the analysis of the cell phone, law enforcement found that moments before the shots were fired by the defendant GONZÁLEZ ARCAYA, a group video call was made between TURKO (████4392), ██████0944 (YOLVI GONZÁLEZ) and 5 other individuals.

The image of GONZÁLEZ ARCAYA shooting at the victim's property is also registered in the security cameras at the location.

### IDENTIFICATION OF ADRIAN RAFAEL GAMEZ FINOL OR RAFAEL ENRIQUE GÁMEZ SALAS

In the context of the investigation related to case RUC 2400677347-4, concerning an extortive kidnapping that took place on June 12, 2024, in the township of Estación Central— an incident not included in the present extradition request—the police obtained the first known photograph of the individual known as "TURKO." The image was captured by the partner of the kidnapping victim, who took a screenshot during a video call in which a ransom of 20 million pesos was demanded in exchange for the victim's release.

The defendant in that case, NIXON QUINTERO CHOURIO, was arrested in flagrante delicto by investigative police while transporting the kidnapped victim in a vehicle. During questioning, he stated that the individual who had planned the kidnapping and made the extortion calls was known by the alias "TURKO."

Further evidence was uncovered during the forensic examination of a mobile phone seized from the defendant YOLVI MIGUEL GONZÁLEZ ARCAYA. Among the extracted data was an image located at the device path: iPhone/mobile/Media/DCIM/108APPLE/IMG_8995.PNG. The image, a screenshot from a video call, depicts a heavyset, bearded man with gray hair in the upper portion of the

EXT-GAMEZ SALAS-00108

screen—features that match the photograph provided by the kidnapping victim's partner in the June 12, 2024, incident, case RUC 2400677347-4, in Estación Central.



PHOTO OBTAINED FROM YOLVI'S CELL PHONE.





SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00109

PHOTOGRAPH PROVIDED BY THE PARTNER OF THE VICTIM WHO RECEIVED THE EXTORTION CALLS IN THE CASE RUC R.U.C. 2400677347-4, KIDNAPPING FOR RANSOM DATED JUNE 12, 2024.

Similarly, from the analysis of the telephone seized from the defendant YOLVI MIGUEL GONZÁLEZ ARCAYA, **nine contact records were obtained that are registered as "Turko"**, two of which are relevant for the purpose of identifying the defendant, both associated with telephone number + ▉▉▉▉▉ -5018, corresponding to the international prefix for the United States and the Illinois region, as can be seen in the following image:

| | |
|---|---|
| Name | **Turko (1 entry, 0 addresses, 0 notes)**<br>Mos e▉▉▉▉6152 |
| Name | **Turkoo (1 entry, 0 addresses, 0 notes)**<br>Mobile: ▉▉▉▉5018 |
| Value | 👥 **(2 entries, 0 addresses, 0 notes)**<br>WhatsApp User Id: ▉▉▉▉▉▉  Additional Name: Turko |
| Name | **Turko (2 entries, 0 addresses, 0 notes)**<br>WhatsApp User Id ▉▉▉▉▉  Additional Name: ▉▉▉2 6982 |
| Name<br>Value | **Turko (2 entries, 0 addresses, 0 notes)**<br>WhatsApp User Id ▉▉▉▉▉▉  Additional Name: Turkoo |
| Name | **Turko (2 entries, 0 addresses, 0 notes)**<br>WhatsApp User Id ▉▉▉▉▉  Additional Name: Turkiño |
| Name | **Turko (2 entries, 0 addresses, 0 notes)**<br>Identificación del usuario: B238AEA2-AB94-47AE-AB84-698EA381BA64:ABPerson, Móvil: ▉▉▉6152 |
| Name | **Turkoo (2 entries, 0 addresses, 0 notes)**<br>Identificación del usuario: 7DED97A0-01CC-4E7F-8D1F-ED8025153724:ABPerson, Móvil: ▉▉▉5018 |
| Name<br>Value | **Turkoo (2 entries, 0 addresses, 0 notes)**<br>WhatsApp User Id: ▉▉▉▉▉  CELL: +1 ▉▉▉5018 |

From the details of the previously highlighted contact, a profile picture was retrieved in the file ▉▉▉▉5018-1710657321.jpg." The image shows a minor who appears to be associated with both contacts.



Image ▉▉▉▉5018-1710657321.jpg", associated with the WhatsApp profile of the contact registered as "Turkoo".



EXT-GAMEZ-SALAS-00110

Based on the information described above, the investigative team sent an email to the Digital Operations Team of the North Macrozone (GOD PRECONOR), requesting an open-source search for the photograph found in the file "IMG_8995.PNG"—specifically, of the individual appearing at the top of the image—as well as the profile photograph associated with the phone number +███████-5018. Both images are linked to the individual known by the alias "Turko."

**The same day, GOD PRECONOR responded via email, reporting that both individuals appearing in the referenced photographs are associated with the Instagram account "TURKO.rhm"** ██████████████████████ **and the Facebook user "Adrian Gamez"** ████████████████

Additionally, GOD PRECONOR provided the phone number ████████ 5301, which they retrieved from publicly available information on the aforementioned Instagram profile ████████████████████████. The profile lists this number **as the contact for someone identified as "Rafa,"** as shown below:



Based on the analysis conducted by the investigative team using publicly available information from the referenced profile, photographs dated between February 16, 2018, and November 15, 2018, were obtained. These images document his work as a barber at Av. Libertador Bernardo O'Higgins N° 3410, local M-59, within the Persa Estación Central marketplace.

Using this information, an open-source search was carried out for the name "Rafael Gamez." This search yielded four relevant results, which match the morphology of the user profiles "Adrian Gamez" and "TURKO.rhm." These findings are detailed below:



EXT-GAMEZ SALAS-00111

SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00112



Regarding the latter profile, the cover photo shows an image corresponding to an Instagram capture where the profile of the user "turkopakistan" can be seen.



Accordingly, the police consulted the profile @turkopakistan, which was found to be a private account, and it was not possible to access its publications.



In addition to the above, analysts from this Prosecutor's Office reviewed the friendships associated with the aforementioned profiles. Their analysis included information obtained from the Instagram account of the individual frequently referred to in various posts as his son, registered under the name "Turkito David" (link:



EXT-GAMEZ SALAS-00113



Among the photographs posted, one dated June 20, 2022, stands out, where the image is captioned "Dad" along with a heart icon.

We were also able to obtain the profile of the mother of TURKO's son and her current partner, who goes by the name of "Gene Ferrer",                                    at                           .

The account suggests the owner is from Maracaibo, currently resides in West Valley City, United States and shows several photographs and videos.



From the profile in question, analysts obtained several public photographs showing the family, place of residence, celebrations, among others. One photograph in particular stands out: the image of a child who bears a striking resemblance to the individual in the profile photo of the person registered as "Turko" in the WhatsApp account of phone number ▮▮▮▮▮5018. The photos follow below:



EXT-GAMEZ SALAS-00114



Left: Photo obtained from

Right: WhatsApp profile photo of the phone registered as "Turko".

In accordance with the above, a search was conducted in the B-3000 System of the **National Migration Service, yielding positive results for "Genesis Ferrer."** Records confirm that she was inspected during her unauthorized entry into Chile on August 28, 2020, accompanied by her undocumented son, **SEBASTIÁN DAVID SALAS FERRER**, a Venezuelan national. In her statement at the time, she indicated that she was coming to Chile **to live with her partner, ADRIAN RAFAEL GAMEZ FINOL, Chilean identity card for foreigners No.** ▓▓▓▓

Lastly, based on the information contained in this report, a search was performed in the Comprehensive Information Search System (SIBI) and institutional databases. The following information was obtained, including the photograph that appears on the GAMEZ FINOL's Chilean identity card:



**ADRIAN RAFAEL GAMEZ FINOL**, identity card N° ▓▓▓▓ born ▓▓▓▓ .987, Colombian ID N° ▓▓▓▓ . Ordinary Colombian Passports ▓▓▓▓ and ▓▓▓▓ .

Based on this information, the undersigned prosector has reasonable grounds to believe that the individual known as "TURKO" is in fact **ADRIAN RAFAEL GAMEZ FINOL, Chilean identification number** ▓▓▓▓ **born on** ▓▓▓▓ **.1987, Colombian Identification number** ▓▓▓▓



SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00115

In terms of the immigration status in Chile, GAMEZ FINOL presented documentation in support of Colombian nationality, stating he was born in Barranquilla on ▇▇▇▇ 1987. He is single and resides at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, township of ▇▇▇ o. His contact number is ▇▇▇ 5301. He registered two Ordinary Colombian Passports: ▇▇▇▇ and ▇▇▇▇ (the latter valid until 2028). The most recent record in the system shows the granting of a Temporary Visa under Exempt Resolution No. ▇▇▇, issued on November 8, 2018, valid until February 4, 2020.

The undersigned prosecutor ordered a comparative analysis at the anthropometric and morphological level between the image registered by Chilean authorities in the Comprehensive Information Search System (SISI). The expert analysis concluded that, although there are differences in weight and apparent age, there are notable similarities in several facial features, including unique and distinguishing elements.



Comparative view of the characteristic elements of the face obtained via morphological analysis.

Furthermore, continued analysis of the information contained on the Instagram account "interpolfalcon" at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ a post dated August 07, 2023 was identified with the following text:

INTERPOL: MAIQUETIA ARRESTED: RAFAEL ENRIQUE GÁMEZ SALAS, ▇▇▇1986, 37 YEARS OLD C.I. V▇▇▇▇ SIIPOL: (+) REQUESTED OFFICE: STATE PROCESSING COURT NUMBER 2. CRIME: DRUG TRAFFICKING".



EXT-GAMEZ SALAS-00116



The post is of particular interest in the investigation, as it shows a male with similar physical features to those of the defendant nicknamed "Turko" in addition the first and last names "Rafael" and "Gámez." The individual is identified with a Venezuelan identification number: DNI V-████████.

Analysts searched open sources for that Venezuelan ID number, including www.dateas.com which maintains information from the National Electoral Council of Venezuela. The search revealed that the identification number in question -- ████████ -- is associated with Rafael Enrique GÁMEZ SALAS, born on ████.1986 and based in Chiquinquira, Maracaibo, State of Zulia."

| | |
|---|---|
| Nombre | GAMEZ SALAS RAFAEL ENRIQUE |
| Cédula | ████████ |
| Fecha de Nacimiento | ████/1986 |
| Ubicación | CHIQUINQUIRA, MARACAIBO, EDO. ZULIA |

Additionally, information was found on the website https://vlexvenezuela.com/vid/gamez-salas-rafael-enrique-304361006 detailing a conviction for the crime of Illicit Transport of Narcotic or Psychotropic Substances in its intra-organic modality. The document indicates that the defendant, GAMEZ SALAS R.E., a Venezuelan national born in Caracas on ████████, 1986, was 23 years old at the time, single, a student by profession or trade, and residing in the ████████████. He was identified with identity card No. ████████ and opted for the Conditional Suspension of the Execution of the Sentence.

This information is consistent with data published on the Interpol Falcón website, as well as with details provided in his immigration application. In that application, the defendant stated that he was born ████████ 1987—matching the day and month, with only a

EXT-GAMEZ.SALAS-00117

one-year discrepancy. It also aligns with information from his social media profiles, where he states that he is from the city of Maracaibo.



EXT-GAMEZ-SALAS-00118



# PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL



CON ANEXO

Uno
TS 1

DT666JK

**OFICIO N° 300-2025**
**MAT:** Solicitud de Extradición.
**ADJ.:** Compulsas piezas pertinentes.

MINISTERIO DE RELACIONES EXTERIORES
RECEPCIÓN DE DOCUMENTOS

1 7 FEB 2025

Jesús Soto
OFICINA DE PARTES

**Ruc :** 2401355710-8
**Rol Corte N°373-2025 Penal**
**Rit :** 7787-2024
**11° Juzgado de Garantía Santiago**

San Miguel, 13 de febrero de 2025.

Dando cumplimiento a lo ordenado por sentencia dictada el doce de febrero de dos mil veinticinco, pronunciada por la Primera Sala de este Tribunal de Alzada, integrada por los Ministros Juan Ángel Muñoz L., Mauricio Alejandro Olave A. y Ministro Suplente Christian Carvajal S. dictada en recurso de **Extradición N°373-2025 Penal** solicito a US., se sirva ordenar la práctica de las gestiones diplomáticas necesarias para requerir la extradición activa de **Adrián Rafael Gámez Finol, cedula de identidad para extranjeros N** ████████, por la responsabilidad que se le atribuye como autor de un delito consumado de asociación criminal del artículo 293 inciso 2° del Código Penal; de dos delitos consumados de extorsión del artículo 438 del Código Penal; de dos delitos consumados de disparos injustificados, previsto y sancionado en el artículo 14 letra d) de la Ley N°17.798; de un delito de secuestro con homicidio del artículo 141 inciso 5° del Código Penal; y de un delito de secuestro extorsivo, contemplado en el artículo 141 inciso 3° del mismo cuerpo legal, todos ilícitos cometidos durante los años 2023 y 2024, en virtud de los siguientes antecedentes de hecho y de derecho que a continuación se expondrán:

**Identificación de la persona reclamada:**

1.1) Adrián Rafael Gámez Finol
1.2) Cédula nacional de identidad N ████████
1.3) Fecha de nacimiento ████████ de 1987
1.4) Nacionalidad colombiana
1.5) Masculino
1.6) Registra antecedentes penales anteriores: no
1.7) Calidad en la que es requerido: Imputado.

**Audiencia de Formalización (ausente)**

Audiencia de Formalizacion de tres de febrero de dos mil veinticinco dictada por el 11° Juzgado de Garantía de Santiago.



MINISTERIO DE RELACIONES EXTERIORES
GABINETE DEL MINISTRO

782069

1 8 FEB 2025

2744 - 07 ████

RECEPCION DOCUMENTOS



DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS
MINISTERIO DE RELACIONES EXTERIORES

1 9 FEB 2025

2744 - 782163

MARCELA VICENCIO M.
RECEPCIÓN SECRETARÍA

1



Este documento tiene firma electrónica
y su original puede ser validado en
http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00119

dos.
FS 2

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

<u>Hechos:</u>

<u>HECHO N°1</u>

Desde a lo menos el año 2019 hasta la fecha, se ha instalado en territorio chileno, una organización criminal transnacional cuyo origen se encuentra en la República Bolivariana de Venezuela, la que también se ha insertado en diversos países del continente americano, denominada "El Tren de Aragua". Dicha organización actúa con permanencia en el tiempo, cumpliendo sus integrantes distintas funciones, de acuerdo con su jerarquía dentro de la organización, con existencia de un centro de poder del cual emanan las directrices hacia los distintos niveles jerárquicos, con la finalidad de lucrarse con las actividades ilícitas que la organización criminal realiza en los diversos países en los cuales se encuentra inserta, ocupando los mercados ilegales disponibles.

Esta organización criminal, para concretar sus objetivos, se estructura con líderes que entregan las directrices desde el extranjero, principalmente desde Venezuela, Colombia y países cercanos, desde donde se planifican los diversos delitos que se deben realizar en los territorios en donde la organización criminal mantiene a sus integrantes, ejerciendo un férreo control del cumplimiento de las instrucciones dadas. En el mismo sentido, una de las características más relevantes de la organización criminal, es la fungibilidad o intercambialidad de sus miembros, por cuanto si uno de estos fallece o es detenido, es reemplazado rápidamente, asegurando con esto la subsistencia de la organización criminal en el tiempo.

En los países donde la organización criminal opera, se mantienen células que tributan a los líderes de la organización criminal, para efectos de poder utilizar el nombre "Tren de Aragua", y consecuentemente, acceder a los beneficios que ello conllevan, principalmente la comisión de ilícitos bajo esta nomenclatura y poder a su vez cobrar a otros grupos criminales o delincuentes, principalmente extranjeros, el pago de altas sumas de dinero por el permiso de delinquir en los territorios en los cuales opera. Estos cobros, son los conocidos como "vacuna", que hace las veces de una especie de impuesto para poder operar criminalmente en los mercados ilegales disponibles.

Para cumplir la finalidad última de la asociación criminal, esto es, el lucro, esta estructura organizada comete diversos delitos funcionales a este objetivo, ocupando principalmente espacios o mercados ilegales no explotados por la delincuencia nacional, entre los que se encuentran los secuestros extorsivos, secuestros por encargo, secuestros con homicidio, tráfico de inmigrantes, trata de personas, mercado de la prostitución, sicariato, tráfico de drogas, delitos contra la propiedad, extorsión, entre otros. Del mismo modo, con el fin de asegurar los objetivos de la asociación criminal, se cometen delitos destinados a someter a bandas rivales y/o castigar a sus propios miembros cuando estos no siguen las instrucciones entregadas por los líderes de la asociación criminal, o cuando actúan sin las autorizaciones requeridas, entre los que se encuentran los delitos de homicidios, secuestros con homicidios, lesiones, entre otros. El



2

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl

Código: MCQHXGDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00120

*tres*
*Fs3*

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

no cumplir las instrucciones o la disciplina interna de la estructura criminal, puede acarrear hasta la muerte.

En Chile, esta organización criminal opera en diversas regiones del país, con varias células con distintos nombres, pero todas dependientes del "Tren de Aragua", y del mando ejercido desde el extranjero o, eventualmente, desde el territorio nacional. En la ciudad de Santiago, la principal célula que opera es la conocida como "Los Piratas" o "Los Piratas de Aragua", la que se dedica principalmente a cometer delitos de secuestros, secuestros con homicidio, homicidios, tráfico de drogas, extorsiones y delitos contra la propiedad, detectándose participación en un número importante de delitos de secuestros y homicidios, entre el año 2023 y el año 2024.

En dicho periodo de tiempo, han tenido participación en estos delitos diversos integrantes de la célula de los "Piratas", los que se mantuvieron hasta que fueron detenidos, fallecieron, o huyeron del país una vez cometidos delitos de alta relevancia para así evitar su detención. Lo anterior por instrucciones de los lideres a fin de evitar la pérdida de miembros activos, siendo reemplazados por nuevos integrantes, que se encuentran en el país o son enviados a Chile, o que regresan desde el extranjero, quienes continúan cometiendo los mismos delitos, repitiéndose así el proceso, pero siempre bajo el alero de la organización criminal, por cuanto se siguen detectando patrones comunes insertos en la organización, los que se mantienen en el tiempo, sin perjuicio que sus miembros operativos en Chile varíen.

Durante el tiempo de operación en Chile, esta estructura criminal ha tenido diversos niveles de jerarquía, manteniéndose en el tiempo el liderazgo ejercido sobre la célula los "Piratas", tanto desde el extranjero como en Chile, de CARLOS FRANCISCO GOMEZ MORENO, ALIAS "CARLOS BOBBY", quien es el lider a nivel de Sudamérica del Tren de Aragua y de RAFAEL ENRIQUE GAMEZ SALAS o también con nombre ADRIAN RAFAEL GAMEZ FINOL, apodado, "TURKO", "TURKIÑO", "MUSCULITO", "RAFA", "RAFITA", "GORDO" o "EL VIEJO", quien ejerce mando y dirección de la célula "Los Piratas" o "Piratas de Aragua" que opera en Chile, entre otros partícipes aún no identificados a la fecha, quienes planifican, coordinan, y autorizan la comisión de delitos, imparten las instrucciones y deciden quiénes serán las víctimas, extorsionan directamente, determinan las medidas disciplinarias contra sus miembros o de otras organizaciones criminales, establecen qué miembros participaran de los ilícitos, cuándo y quiénes deben salir del territorio nacional luego de la comisión de delitos para evitar detenciones, cuidando no perder la experiencia adquirida de los miembros operativos de la asociación criminal.

Conforme con lo anterior, dentro de este organigrama delictual, existen jefes de plaza, que se encargan de dirigir directamente la sociedad criminal en Chile, cuyo es el caso del "TURKO", bajo la supervisión de los líderes que se encuentran en el extranjero como es el caso de "Carlos Bobby". Dichas personas, se encargan de supervisar las



3

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

*Quatro.*
*7s4*

# PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

operaciones delictuales cometidas en nuestro territorio nacional, que se remitan o paguen desde Chile al extranjero las remesas de dinero correspondientes, y que los brazos operativos se sometan a los cánones impuestos por los estamentos superiores.

En el mismo sentido, ya en lo operativo, existe un compartimentaje y distribución de funciones para asegurar el éxito de los actos criminales, en donde existen integrantes dedicados a funciones logísticas, destinan inmuebles para la guarda de elementos para cometer delitos y mantener cautivas a las víctimas, custodios de las víctimas, facilitación de recursos para cometer delitos tales como, armas, vehículos, elementos distractores, transporte, información de las víctimas, vigilancias, celulares, entre otros elementos.

Por otro lado, para la ejecución misma de los delitos, existen miembros destinados a la comisión de estos, quienes realizan directamente la detención o aprehensión de personas y sustracción de especies, como asimismo la comisión directa de los homicidios encargados por la organización criminal, siendo por lo tanto estos los encargados de las labores operativas.

En ese sentido, CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", es uno de los máximos líderes en Chile de la organización criminal, encargado del control en Sudamérica, por lo cual se encuentra a cargo de las actividades criminales, manteniendo un férreo control del accionar criminal, pero también de mantener el control de los integrantes de la organización criminal, siendo quién autoriza los secuestros extorsivos, así como quienes participan y quiénes serán las víctimas y los aspectos operativos que deben ser consultados a este antes de llevarse a cabo.

En cuanto al imputado ADRIÁN RAFAEL GÁMEZ FINOL o RAFAEL ENRIQUE GÁMEZ SALAS, al igual que CARLOS FRANCISCO GOMEZ MORENO, ejerce funciones de jefatura en Chile, siendo el primero, una de las personas encargadas de elegir a las víctimas de los secuestros, como también dividir las funciones entre los integrantes, disponiendo a sus subalternos conseguir elementos para cumplir los secuestros, tales como vehículos, armas, entre otros, quienes después de realizados los trabajos deben reportarle y rendirle cuenta. También imparte instrucciones directas a los otros estamentos para asegurar la impunidad de los partícipes de los delitos, encargándose, en algunos casos, de hacer los llamados extorsivos a los familiares para obtener el pago por la liberación de las víctimas en los secuestros.

Para el funcionamiento de la organización criminal, el imputado EDGARD JAVIER BENITEZ RUBIO, con el fin de asegurar los actos delictuales que se realizan, se encarga de la logística para la comisión de los ilícitos, de la custodia, guarda y entrega de los vehículos utilizados por la organización para la comisión de los delitos, con pleno conocimiento del uso de dichos automóviles, la mayoría de ellos receptados y con placas patentes falsas, y con pleno sentido de pertenencia a la célula criminal "Los Piratas", en concreto mantiene en su poder, facilita y hace entrega a integrantes de la organización criminal de varios vehículos, huyendo del país, luego de cometido el delito de secuestro

4



Este documento tiene firma electrónica
y su original puede ser validado en
http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

EXT-GAMEZ-SALAS-00122

**PODER JUDICIAL**
**CORTE DE APELACIONES DE SAN MIGUEL**

con homicidio de la víctima RLOM ███████, dando cuenta de su vinculación y participación dentro de la sociedad.

En cuanto a los imputados JHONNY JOSÉ LÓPEZ MENDOZA, apodado "MUDO" o "NIÑO", JOSE CARLOS VALVERDE ARAUJO, alias "JOSE CARLO", DAYONIS JUNIOR OROZCO CASTILLO, apodado "BOTI" o "BOTIJA", WINMER JESÚS RIVAS OLIVARES, alias "TITI", YOLVI MIGUEL GONZÁLEZ ARCAYA, alias "YOLVI", WUILBERTH DE JESÚS OLIVARES PEÑA, alias "NIÑO DE ORO" y NIXON JOSE QUINTERO CHOURIO, participan de los grupos creados en redes sociales, específicamente WhatsApp, a través de las que se entregan instrucciones directas por parte de los líderes de la organización criminal, para efectos de mantener las comunicaciones y así concretar los ilícitos planificados. Participan, por instrucciones de los líderes, preparando, planificando, coordinando y ejecutando los secuestros extorsivos que llevan a cabo, para luego participar de manera directa en la privación ilegal de la libertad de las víctimas de los delitos y eventualmente en la ejecución de las víctimas cuando ello es necesario conforme a las instrucciones que se impartan. Además, los imputados participan de manera conjunta, en delitos contra la propiedad y extorsiones, entre otros delitos para obtener recursos para la organización criminal, ocupando cualquier tipo de mercado delictual disponible.

Respecto de los imputados ANTHONY ALEJANDRO LIENDO CANTO, CARLOS DAYAN MAYOR FERNÁNDEZ, ALEXANDER RAFAEL CHOURIO LEAL, RENZO ABRAHAM SÁNCHEZ HERNÁNDEZ, JOSUE DAVID RAMÍREZ OLIVEROS, YORMAN GUILLERMO PEROZO ARRAGA, OSMAR ENRIQUE ROMERO PRINCE, JOSE MARINO GARCÍA ORJUELA y JOHANDRY ALBERTO VALLADARES RIVAS, son integrantes que realizan labores netamente operativas, participando directamente de los secuestros llevados a cabo por la organización criminal, siguiendo las instrucciones de los líderes de esta, haciendo vigilancias en terreno a las víctimas, secuestrándolas, intimidándolas, manteniéndolas retenidas en los lugares de cautiverio, manejando los vehículos en que las trasladan, y asesinándolas cuando los líderes de la organización lo decreten, entre otras funciones.

En tanto, el imputado WALTER DE JESÚS RODRÍGUEZ PÉREZ, es uno de los integrantes de la organización criminal encargado de materializar los secuestros, manteniendo una expertiz en la materia, por lo que ingresa y sale del país por pasos no habilitados de nuestras fronteras, sólo para llevar a cabo secuestros de relevancia y una vez realizados, sale rápidamente para no ser detectado o detenido.

De igual forma, dentro de las filas de la organización el imputado ANTHONY YUHANDRI BARBOZA BRACHO, quien estaba privado de libertad por delitos cometidos bajo el alero de la asociación, quienes siguieron cumpliendo las directrices ordenadas por la jefatura de la agrupación criminal dentro de la cárcel, particularmente realizan la función de contactar a las víctimas, obtener datos sensibles de ellas, obtener su confianza y engañarlas, a fin





Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Codigo: MCQHXSDJTCU

5

EXT-GAMEZ.SALAS-00123

Seis

FS6

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

de generar las condiciones necesarias para que los miembros operativos de la organización criminal puedan actuar sobre seguro, y de esa forma secuestrar, privar de libertad y extorsionar tanto a las víctimas como a sus familiares y terceros, además de funcionar como intermediario con otros imputados detenidos, para facilitar el tráfico de armas con la asociación criminal, y así obtener un redito económico.

Los imputados KEVIN DANIEL HERNANDEZ RAMOS, alías "PICHOTA" o "BICHOTA", LUIS ALFREDO CARRILLO ORTIZ, alías "GOCHO", JULIO CESAR IGLESIAS PEREIRA, alías "EL BARRANQUILLA", JULIÁN ANDRES IGLESIAS HOYOS, HECTOR OSVALDO SOTO MAUREIRA y LEONAL ALBERTO SANZ BRITO, alías "LEO", son integrantes de la organización criminal, que operan principalmente en la toma SANTA MARTA, quienes en pleno conocimiento de la existencia de la organización criminal, los imputados recién nombrados, liderados por KEVIN DANIEL HERNÁNDEZ RAMOS, se encontraban a cargo de la mencionada toma, conocida dentro de la organización como la invasión, en donde la administraban, cobraban por protección, traficaban droga, prestaban cobertura a la organización como un lugar seguro para reunirse, mantener a víctimas secuestradas, domicilio de algunos imputados e incluso como lugar para recibir los dineros producto de los secuestros extorsivos.

Conforme con lo anteriormente señalado, la organización criminal comete en el tiempo distintos delitos, cumpliendo los imputados las siguientes funciones:
En cuanto al estamento superior de esta estructura criminal, esta cuenta con dos jefes, uno que ejerce el mando y control sobre Sudamérica y que corresponde a CARLOS FRANCISCO GÓMEZ MORENO, alías "Carlos Bobby" o "Bobby", y como Jefe de plaza, dentro de Chile y que imparte directrices e instrucciones a los demás estamentos, se sitúa ADRIÁN RAFAEL GAMEZ FINOL, o RAFAEL ENRIQUE GÁMEZ SALAS, alías "Turko", "Turco", "Turkiño", "Musculo", "Musculito", "Viejo", "Rafa", entre otros, situándose jerárquicamente en un plano superior el imputado CARLOS FRANCISCO GÓMEZ MORENO. De esta manera, la estructura jerárquica o piramidal, queda conformada de la siguiente manera y con los roles que señalaremos a continuación:

El liderazgo del imputado CARLOS FRANCISCO GÓMEZ MORENO se establece en el tiempo pues decreta e imparte órdenes o instrucciones a otros integrantes de la organización criminal.

De esta manera, su liderazgo se evidencia en el doble secuestro con homicidio, ocurrido los días 28 y 29 de diciembre de 2023, ya que al tomar conocimiento de lo sucedido en la zona que tiene a su cargo, esto es, el territorio de Chile entre otros, decide aplicar una férrea disciplina sobre las víctimas JOSEPH TORRES MARTÍNEZ, RAY NAPOLES CASTILLO y EDIXSON RIVERO CARMONA, quienes realizan un secuestro de otros integrantes de la organización criminal, sin la autorización del imputado, decretando "CARLOS BOBBY", que se les secuestrara en el inmueble de la organización criminal ubicada en Rinconada de Maipú N°5.700 de la comuna de Maipú, para luego de esto



6

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00124

Sete
757.

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

disponer que debían ser asesinados, por lo que miembros de la organización lo concretaron.

Sobre esta última decisión, es el propio imputado CARLOS FRANCISCO GOMEZ MORENO, quien le informa a la pareja de una de las víctimas, que hizo matar a JOSEPH TORRES MARTÍNEZ, he inclusive le indica que lo dejaron en el río. En este dialogo, ella se refiere al imputado como PURE, representando con esto un estatus de líder dentro de la asociación.

Este mismo liderazgo de CARLOS BOBBY, se evidencia en la forma en que los demás integrantes se refieren a él, como ocurre en diálogos vía mensajería WhatsApp, entre el imputado YOLVÍ GONZÁLEZ ARCAYA y el sujeto apodado "MOROCHO", quien tiene por función, junto a WIMNER RIVAS OLIVARES, alias "TITI" de adquirir la logística necesaria para cometer los delitos, donde se aprecia la intención de GONZÁLEZ ARCAYA de realizar algún secuestro, a lo que le responde el sujeto apodado "MORO" o "MOROCHO", que estaba esperando a que ADRIÁN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, lo llame para armar un equipo, a lo que GONZÁLEZ ARCAYA, le señala que no siempre la gente lo va llamar, que hay que "activarse" ellos mismos, haciendo referencia con esta última palabra a buscar realizar actividades ilícitas, ante lo que el sujeto apodado "MORO" o "MOROCHO", señala que está a la espera de lo que diga el hermano "BOBY". De esta manera, la jerarquía de la asociación criminal está compuesta por distinto estamentos, pudiendo situar al imputado YOLVI GONZÁLEZ ARCAYA, en el estamento encargado ejecutar las órdenes dispuesta por el centro de poder; así como en el escalafón de los encargados de la logística donde se encuentra el sujeto apodado "MORO" o "MOROCHO". Por lo anterior es que aquellos que imparten directrices y órdenes, como es ADRIÁN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, no puede dar la orden de armar el equipo para realizar el secuestro, si no es autorizado por CARLOS FRANCISCO GÓMEZ MORENO, alias "CARLOS BOBBY", quién ocupa un rol de jefatura por sobre el de ADRIÁN RAFAEL GÁMEZ FINOL, también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, actuando el primero, bajo el alero y la supervigilancia de los fundadores y líderes superiores del "TREN DE ARAGUA".

De igual manera, es posible apreciar el rol de jefatura de CARLOS FRANCISCO GÓMEZ MORENO, en actuaciones como la creación de un grupo en la aplicación de WhatsApp, que lleva como nombre una bandera pirata, "CARLOS BOBBY" instruye a sus subalternos mover de lugares de cautiverio a las víctimas y que le informen sobre los vehículos que tiene la organización para usar, lo que es respondido por un número guardado con el nombre "CALVIN", que corresponde a ENDER ROJAS MONTANA, imputado que estaba preso por un delito de secuestro ocurrido el 25 de septiembre de 2023 en la comuna de Pichidangui. De igual manera, en un teléfono incautado a un compañero de delito del imputado WALTER DE JESÚS RODRÍGUEZ PEREZ, el que era

SBU -LAW ENFORCEMENT

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

EXT-GAMEZ SALAS-00125

*Ocho.*
*JS 8*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

de propiedad de DONOVAN TELLERIA TORRES, actualmente privado de libertad por el secuestro ocurrido el 15 de abril de 2023, se cuenta con una conversación que mantiene CARLOS FRANCISCO GÓMEZ MORENO con DONOVAN TELLERIA TORRES, quién le solicita autorización al primero, para proceder a secuestrar a la víctima propuesta por el mismo DONOVAN TELLERIA, autorización que fue entregada por "CARLOS BOBBY", delito que se concretó el día 14 de noviembre de 2023, en la comuna de Estación Central. Con fecha 26 de febrero de 2024, en el contexto post secuestro con homicidio del Teniente Venezolano ▮RLOM▮▮▮▮▮▮, en conversación entre los imputados YOLVI GONZÁLEZ ARCAYA y JHONNY LÓPEZ MENDOZA, alias "MUDO", este último señala que recibió un llamado de "BOBY", quien le instruyó que debían escapar para "CURARSE DE SALUD", haciendo referencia a que tenían que huir de Chile, para no ser detenidos por la policía y apaciguar su participación en el delito, acto que fue ordenado directamente por CARLOS FRANCISCO GÓMEZ MORENO, quedando en evidencia una vez más, su jerarquía por sobre el imputado apodado "TURKO" quien se encontraba a cargo de la coordinación de este delito en Chile.

En cuanto al imputado ADRIÁN RAFAEL GÁMEZ FINOL también conocido como RAFAEL ENRIQUE GAMEZ SALAS, se evidencia su rol de jefatura, dentro de varios ilícitos cometidos por la organización criminal, que se indican a continuación:

1.- El imputado GÁMEZ FINOL también GAMEZ SALAS apodado "TURKO", es quien selecciona a las víctimas de secuestro en el hecho ocurrido el 28 de febrero de 2024, en donde también distribuye las funciones para la realización del delito, ordenando directamente a los imputados ANTONY YUANDRI BARBOZA BRACHO y YOLVI GONZÁLEZ ARCAYA, que tienen que contactar a la víctima que vende por redes sociales, ropa, zapatillas y accesorios, simulando ser compradores, para concretar un encuentro, indicándole a GONZÁLEZ ARCAYA que tiene que vestir de manga larga, para así evitar ser reconocidos por sus tatuajes.

2.- De igual manera, en relación al delito de homicidio del funcionario de Carabineros Emmanuel Sánchez Soto, ocurrido el 10 de abril de 2024, momentos previos al homicidio, se produce una conversación entre ADRIÁN RAFAEL GAMEZ FINOL también conocido como RAFAEL ENRIQUE GAMEZ SALAS y YOLVI GONZÁLEZ ARCAYA, en donde el último le manda un video al primero, dándole cuenta que estaban realizando robos abordo de una motocicleta, para posteriormente "TURKO" impartir directrices de un secuestro que estaban planificando, señalándole que debían ocupar el mismo vehículo de la víctima para ese hecho.

Del mismo modo, luego de ocurrido el homicidio al funcionario de Carabineros, ADRIÁN RAFAEL GAMEZ FINOL también conocido como RAFAEL ENRIQUE GAMEZ SALAS, impartió claras instrucciones respecto de los cursos a seguir luego de cometido el delito, sobre todo con la finalidad que los autores logren huir sin ser detenidos por parte de los funcionarios policiales, entre ellas, cambiar vestimentas, cómo realizar el viaje,



8

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00126

*nueve*
*Fs 9*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

cuántos y como viajar en cada vehículo, entre otras.

3.- También queda en evidencia el liderazgo del imputado GAMEZ FINOL o GAMEZ SALAS, pues es el encargado de decidir a qué persona se va a extorsionar, y en caso de que no se acceda a la extorsión, las represalias que sufrirá la víctima, pues es el imputado apodado "TURKO", quien mantiene un control sobre estos hechos, ya que al reenviarle la noticia al imputado EDWARD GONZÁLEZ ARANGO, de las agresiones causadas a la víctima, el primero indica textualmente "Ese hdp no quiere pagar ya lo voy a volver a atacar". También, en los hechos ocurridos el día 9 de abril de 2024, es ADRIÁN RAFAEL GÁMEZ FINOL también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, quién llamó a la víctima extorsionándola para que pague una suma de dinero a la organización a cambio de protección, y que ante la negativa de la víctima a pagar, lo amenazó con que iba a enviar a alguien a disparar a su local, hecho que se concretó de manera posterior, por instrucciones de este último al imputado YOLVI GONZÁLEZ ARCAYA, quién además se grabó así mismo disparando, remitiéndole el video al "TURKO", a fin de rendirle cuentas de lo ordenado por él.

4.- Además de los hechos y antecedentes ya descritos, el imputado lideró el secuestro extorsivo ocurrido el día 12 de junio de 2024, en que el imputado privado de libertad, HUASCAR BAEZ PEÑA, le envió la fotografía de la víctima a secuestrar, reenviando TURKO este archivo a sus brazos operativos, JOHANDRI ALBERTO VALLADARES RIVAS, quién estaba junto a OSMAR ENRIQUE ROMERO PRINCE y NIXON JOSE QUINTEROS CHOURIO. De manera posterior, y ya habiendo sido privada de libertad la víctima, ADRIÁN RAFAEL GÁMEZ FINOL también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, procedió mediante una video llamada, a contactar a la pareja de la víctima, a fin de que este pague la suma de $20.000.000(veinte millones de pesos), debido a una supuesta deuda por droga que existía entre la pareja de la víctima y la organización criminal.

5.- En el secuestro con homicidio del ex Teniente Venezolano RLOM ████████, ocurrido el 21 de febrero de 2024, el imputado GÁMEZ FINOL o GÁMEZ SALAS, participó en la planificación y ejecución del delito, quién creó un grupo de la aplicación WhatsApp, que mantiene como nombre el icono de una bandera pirata, se ve que el "TURKO", señala que para cometer el delito van a ir vestidos como PDI, lo que en la práctica así sucedió, lo que ya está autorizado por estamentos superiores de la organización criminal, comenzando ADRIÁN RAFAEL GÁMEZ FINOL también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, a instruir las primeras directrices, además de ordenar guardar el secreto de la operación, activar a los distintos miembros, y que el día de mañana cuando expliquen el plan solo uno va hablar.

6.- Por otro lado, queda establecido el liderazgo del imputado GÁMEZ FINOL o GÁMEZ SALAS, apodado "TURKO", en una conversación que uno de los partícipes de esta registra mediante un video, en la que "TURKO" le indica a la persona con quien inició

9

SBU -LAW ENFORCEMENT



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

EXT-GAMEZ.SALAS-00127

*diez*

*FS10*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

la conversación, que debe mantener su lealtad y compromiso, y que no les pasará nada, además de evitar mezclarse entre ellos, ya que, si buscan a uno, existe la posibilidad que los encuentren a todos juntos, dando a entender que se deben diferenciar y de la existencia de una organización criminal con una estructura piramidal, ya que habla de los ascensos dentro de la misma, e incluso, llegando uno de los sujetos a pedir vacaciones a "TURKO", por cuanto se encontraría muy agotado.

La conversación se desarrolla con el "TURKO", que le habla a una persona indicándole que debe enfocarse más en el trabajo, y dejar de "RUMBEAR", ya que él sería el próximo en ocupar el puesto de él, indicando este último que el sujeto apodado "BOTY", que corresponde a DAYONIS JUNIOR OROZCO CASTILLO, tiene que ser la mano derecha de la persona que lo va a suceder, por cuanto ambos no pueden cumplir la misma función.

Respecto a la asociación criminal, es posible establecer que está compuesta por una serie de sujetos que se indican, pudiendo establecer una red delictual que opera bajo los cánones impuestos por los líderes ya señalados, consiguiendo establecer antecedentes vinculantes entre los distintos imputados y las conexiones a través de los equipos celulares incautados, los match balísticos, los automóviles utilizados para los secuestros como también los lugares usados para resguardarse así como para mantener en cautiverio a las víctimas. De esta manera, se encuentran elementos comunes pertenecientes a la organización y que son utilizados en las actividades delictivas de la asociación:

1°. En cuanto al doble secuestro con homicidio ocurrido con fecha 28 y 29 de diciembre de 2023, en la comuna de Maipú, correspondiendo las víctimas a RAY ARGENIS NAPOLES CASTILLO y JHOSEP EMMANUEL TORRES MARTINEZ y secuestro de EDIXSON RIVEROS CARMONA, donde se pudo establecer participación de los siguientes sujetos de la asociación:

CARLOS FRANCISCO GÓMEZ MORENO, quien instruye secuestrar a los integrantes de la organización que realizan el secuestro sin su autorización, para posteriormente ordenar que ambos sean ejecutados por los otros integrantes de la organización criminal, quienes los asesinan en el sector de Rinconada de Maipú y dejan sus cuerpos tirados en el lugar, logrando darse a la fuga solo una de las víctimas a ejecutar EDIXSON RIVEROS CARMONA.

BRIAN PIÑA MENDOZA, es el imputado que proporcionó el inmueble para mantener cautivas y torturar a las víctimas, ubicado en Camino a Rinconada de Maipú N°5700, comuna de Maipú, quien participa en delitos similares, por los que otros integrantes de la organización criminal se encuentran privados de libertad por su participación en los ilícitos realizados bajo el alero de la asociación criminal.

CARLOS SEPULVEDA MORALES, imputado que proporcionó el inmueble donde mantuvieron cautiva a las víctimas, cercano a Rinconada de Maipú N°5.700, comuna de

10

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCGHXSDJTCU

EXT-GAMEZ-SALAS-00128

*once.*
*#S11*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

Maipú, donde las víctimas fueron retenidas y torturadas.

JHONNY LOPEZ MENDOZA, apodado "MUDO", "JHONNY PANITA" o NIÑO" imputado que realiza las gestiones para la organización criminal, con la finalidad que los imputados PIÑA MENDOZA y SEPULVEDA MORALES, proporcionaran un lugar donde torturar y mantener en cautiverio a las víctimas.

CARLOS DAYAN MAYOR FERNÁNDEZ, imputado que traslada a las víctimas en un vehículo Nissan modelo Versa que portaba la PPU RKST.88, el que también fue utilizado en el doble secuestro con homicidio ocurrido el día 9 de enero de 2024 en la comuna San Bernardo, y el doble homicidio ocurrido en la comuna de Malloa el 27 de enero de 2024, donde dos agricultores fueron asesinados por a lo menos 4 imputados de nacionalidad venezolana, pertenecientes al "TREN DE ARAGUA". Dicho vehículo antes era utilizado por la víctima RAY NAPOLES CASTILLO, quien también era un miembro del "TREN DE ARAGUA", y que fue secuestrado y asesinado en Rinconada de Maipú junto a JOSEPH TORRES MARTÍNEZ, por instrucciones de "CARLOS BOBY".

Además, las armas ocupadas en este ilícito dieron match balístico, y por ende está vinculada, al doble homicidio ocurrido el día 9 de enero de 2024, en la comuna de San Bernardo.

2° Por otro lado, en el doble secuestro con homicidio de las víctimas cuyos cuerpos fueron encontrados en la comuna de San Bernardo, el día 09 de enero de 2024, esto es, WJLB and AASM en donde las pruebas científicas obtenidas por las pericias balísticas, se concluye que las armas utilizadas en este delito, fueron también usadas en el doble secuestro con homicidio ocurrido el 28 y 29 de diciembre de 2023 en la comuna de Maipú, y con el doble homicidio ocurrido en la comuna de Malloa el día 27 de enero de 2024, existiendo otra coincidencia más con este último hecho, ya que también se utilizó el mismo automóvil, NISSAN VERSA que portaba la placa patente única ███T-88, que también se utilizó en los delitos de la Comuna de Malloa y San Bernardo y que igualmente es utilizado en el delito de doble secuestro con homicidio ocurrido el 28 y 29 de diciembre de 2024 en la comuna de Maipú y que era de propiedad de una de las víctimas.

3° En cuanto a la participación del imputado ANTHONY LIENDO CANTO, se pudo establecer que tenía bajo su poder, por lo menos desde el día 4 de enero de 2024 y hasta el día 19 de enero de 2024, el vehículo NISSAN VERSA ███T-88 utilizado en los hechos narrados en el párrafo anterior, siendo captado en cámaras el imputado ANTHONY LIENDO CANTO, utilizando dicho vehículo 5 días después del homicidio de su antiguo propietario, así como también lo ocupó en el doble secuestro con homicidio ocurrido el 9 de enero de 2024 en acceso sur. Además, en su función de resguardar y proveer de vehículos a la organización criminal, se pudo establecer que el día 20 de enero de 2024, mantenía bajo su poder el vehículo marca Chevrolet, modelo Onix, color blanco, que portaba las placas patentes ███Z.11, el que también fue utilizado en el secuestro de

11

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00129

*oloce*
*Is12*

**PODER JUDICIAL**
**CORTE DE APELACIONES DE SAN MIGUEL**

fecha 14 de diciembre de 2023, en la comuna de Santiago, y en el homicidio del funcionario de Carabineros ocurrido el 10 de abril del año 2024 en la comuna de Quinta Normal.

4° Respecto al secuestro con Homicidio de la victima RLOM ████████████, ocurrido con fecha 21 de febrero de 2024, en la comuna de Independencia, cuyo cuerpo fue sepultado en el campamento Santa Marta, comuna de Maipú, es posible conectarlo con la organización, ya que ADRIÁN RAFAEL GÁMEZ FINOL también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, a través del grupo de WhatsApp que tiene una bandera pirata, informó al resto de los sujetos, que los estamentos superiores de la organización criminal habían autorizado proceder a cometer un delito vestidos como funcionarios de PDI, como ocurrió en el secuestro con homicidio de fecha 21 de febrero de 2024 en la comuna de Independencia, pudiendo verse que en dicho grupo, también eran miembros el imputado WIMNER RIVAS OLIVARES, alias "TITI", y los sujetos apodados "MONITO", "MOROCHO", YOLVI GONZÁLEZ ARCAYA, DAYONIS JUNIOR OROZCO CASTILLO, alias "BOTY" y JHONNY JOSÉ LÓPEZ MENDOZA, alías "MUDO" o "NIÑO", y que dicha conversación se encuentra almacenada como captura de pantalla, en el teléfono del imputado JOSUE DAVID RAMIREZ OLIVEROS, sujetos que se encuentran vinculados directa e indirectamente en gran parte de los hechos investigados.

De igual manera, el día 14 de febrero de 2024, el imputado YOLVI GONZÁLEZ ARCAYA, se toma una selfie donde aparece vestido con la misma indumentaria de la Policía de Investigaciones de Chile, utilizado para cometer el secuestro con homicidio del Teniente Venezolano RLOM ████████████. Además, el imputado GONZÁLEZ ARCAYA, está vinculado con el secuestro extorsivo de fecha 28 de febrero de 2024, la extorsión del día 09 de abril de 2024 y homicidio del funcionario de Carabineros sucedido el día 10 de abril de 2024.

Sobre el vehículo en que fue secuestrada la víctima, se tiene evidencia que este fue proporcionado por el imputado EDGAR JAVIER BENÍTEZ RUBIO, quien dentro de la asociación ocupa la función de resguardar y proveer de autos a la organización. Es así que el día 19 de febrero de 2024, entrego a otro miembro de la organización el vehículo NISSAN VERSA que portaba las placas patentes ███D.14, utilizado para trasladar a la victima RLOM ████████████, luego que fue secuestrada desde su domicilio. De igual manera, fue posible evidenciar que EDGAR JAVIER BENÍTEZ RUBIO, resguardaba y mantenía bajo su poder los automóviles marca Chevrolet modelo Spark, color azul, placa patente única ███K-81, que se utilizó en los secuestros ocurridos el 28 de febrero y 03 de marzo de 2024, y el vehículo marca Chevrolet, modelo Onix, color blanco, que portaba las placas patentes ███Z.11, que fue ocupado en el doble secuestro con homicidio de fecha 09 de enero de 2024 y en el homicidio al funcionario de Carabineros de fecha 10 de abril de 2024, fecha en la que fue incautado.

Sobre el imputado JOSE CARLOS VALVERDE ARAUJO, alias "JOSE CARLOS",

12

Este documento tiene firma electrónica y su original puede ser validada en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00130

*Trece*

*FS13*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

se tiene establecido que además de su participación en el secuestro con homicidio ocurrido el día 21 de febrero de 2024, también participa de los grupos de WhatsApp creados por el "TURKO" para la planificación de delitos de secuestro como en el secuestro extorsivo ocurrido el día 28 de febrero de 2024, en que proporcionó fotografias de la red social de la víctima, además de colaborar a YOLVI GONZÁLEZ ARCAYA a redactar el mensaje que este envió al secuestrado. De igual manera, interviene en el delito de extorsiones ocurrido el día 09 de abril de 2024, en que la víctima luego de que su local comercial recibiera disparos de parte del imputado YOLVI GONZÁLEZ ARCAYA, por orden de GÁMEZ FINOL o GÁMEZ SALAS, solicitó, mediante un familiar, que JOSE CARLOS VALVERDE ARAUJO, intercediera con la organización criminal, esto en atención a que se sabía que este último pertenecía a ella, organizando una reunión entre la víctima, el extorsionador, líderes de la banda y él, a fin de que se pudiera pactar un pago en cuotas, para así poder hacer cesar las represalias.

En relación a JHONNY JOSÉ LÓPEZ MENDOZA, conocido como "MUDO" o "NIÑO", se tiene establecido que además de su participación en el secuestro con homicidio ocurrido el día 21 de febrero de 2024, también participa de los grupos de WhatsApp creados por el "TURKO" para la planificación de delitos de secuestro, de igual manera se encuentra vinculado mediante agendas telefónicas, en las que aparecen en la agenda telefónica de YOLVI GONZÁLEZ ARCAYA como JHONNY PANITA, los que mantenían conversaciones con PIÑA MENDOZA y SEPULVEDA MORALES, en los que se coordinaba el uso de los inmueble proporcionados por estos dos últimos, como lugares de tortura y cautiverio, como aconteció en el doble secuestro con homicidio ocurrido el 28 y 29 de diciembre de 2023. En tanto, el imputado JHONNY JOSE LÓPEZ MENDOZA, mantiene una video llamada con los imputados YOLVI GONZÁLEZ ARCAYA y EDGAR BENÍTEZ RUBIO, horas posteriores al secuestro del ex Teniente Venezolano ▮RLOM▮ ▮▮▮▮▮▮, donde también se le logra vincular a la organización criminal, ya que después de cometido el secuestro con homicidio de fecha 21 de febrero de 2024, recibió la orden de parte de CARLOS FRANCISCO GÓMEZ MORENO, para que saliera del país por su participación en el ilícito recién mencionado, cumpliendo con esta orden.

Sobre el imputado WALTER DE JESÚS RODRÍGUEZ PEREZ, este aparece vinculado con la organización criminal, toda vez que participa en el secuestro de fecha 15 de abril de 2023, junto a otros imputados, quien recibe órdenes directas de los líderes de la organización criminal, en el secuestro de la víctima DENNY RINCON VILLALOBOS, el que fue perpetrado por integrantes del "TREN DE ARAGUA" por el no pago de la "vacuna", es decir, pagar por tener el derecho a delinquir en territorio a cargo del "TREN DE ARAGUA". Del mismo modo, participa en el secuestro con homicidio de fecha 21 de febrero de 2024, que afecto a la víctima Venezolana ▮RLOM▮ ▮▮▮▮▮▮▮, siendo uno de los imputados que ingresó al edificio y la secuestro materialmente, para lo cual entró al país con este solo objetivo, toda vez que su expertiz consiste justamente en ser

13

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00131

*Catorce.*

*FS14*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

un avezado secuestrador.

En relación al lugar donde fue sepultado y ocultado el cuerpo de la víctima, esto es, la toma "SANTA MARTA", participan los imputados KEVIN DANIEL HERNANDEZ RAMOS, alias "PICHOTA" o "BICHOTA", LUIS ALFREDO CARRILLO ORTIZ, alias "GOCHO", JULIO IGLESIAS PEREIRA, alias "BARRANQUILLA", JULIÁN IGLESIAS HOYOS, LEONAL ALBERTO SANZ BRITO, alias "LEO", quienes son miembros del "TREN DE ARAGUA", en el estamento más operativo de la pirámide, cumpliendo órdenes de los líderes de la organización, participando en el ocultamiento del cuerpo de la víctima y participan como integrantes del "TREN DE ARAGUA", traficando droga, cobrando vacuna y controlando la toma "SANTA MARTA", lugar que ellos llaman la invasión.

5°. En relación con el secuestro de la víctima H.A.T.R., ocurrido con fecha 28 de febrero de 2024, en la comuna de Cerrillos, se establece la participación de los siguientes imputados: ADRIÁN RAFAEL GÁMEZ FINOL, también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, quien, instruye al imputado privado de libertad, ANTONY YUANDRI BARBOZA BRACHO, para que le escriba al Instagram que ocupa la víctima para vender ropa, zapatos y accesorios, con la finalidad de realizar un encuentro con este y solicitar su número de teléfono para coordinar la entrega de las especies y así poder ejecutar el secuestro por parte de otros miembros de la organización. Luego que el líder, ADRIÁN RAFAEL GÁMEZ FINOL, también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, obtuviera la información recién descrita, la entregó en el grupo de WhatsApp, creado por él mismo, donde se planificaban distintos secuestros, y que ocuparon los miembros para despedirse, una vez cometido el delito de Ojeda Moreno, haciendo alusiones con emoticones de piratas.

Después que se envió la información de la víctima, ADRIÁN RAFAEL GÁMEZ FINOL, también conocido como RAFAEL ENRIQUE GÁMEZ SALAS comenzó a impartir órdenes y distribuir funciones entre los miembros, siendo secundado por un sujeto apodado "MOROCHO" y el imputado WINMER RIVAS OLIVARES, alias "TITI", quien recibió y proporcionó para la comisión del delito, el vehículo marca Chevrolet modelo Spark, color azul, placa patente única ███X-81, además de después que el "TURKO", impartiera las directrices del secuestro, se encargó que los brazos ejecutivos, cumplieran las órdenes dadas.

En este hecho, se utilizaron los vehículos, marca Toyota, modelo 4runner de color gris plata, placa patente única ███664, que también fue utilizada en los secuestros ocurridos los días 03 y 05 de marzo de 2024, siendo ademas vista el 13 de marzo de 2024 trasladando al imputado DAYONIS JUNIOR OROZCO CASTILLO, quien era miembro del grupo de WhatsApp en que se planificaban los secuestros y que participó en el homicidio al funcionario de Carabineros ocurrido el 10 de abril de 2024; el automóvil marca Chevrolet modelo Spark, color azul, placa patente única ███X-81, que también participó en el secuestro ocurrido el 03 de marzo de 2024, siendo también resguardado

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCLI

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00132

*quince.*

*J's 15.*

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

por el imputado EDGARD BENÍTEZ RUBIO, quién además tenía bajo su custodia los vehículos NISSAN VERSA que portaba las placas patentes ▮▮D.14, el Chevrolet, modelo Onix, color blanco, que portaba las placas patentes ▮▮Z.11; y el automóvil marca Great Wall, modelo Florid, color negro, placa patente única ▮▮P-75, que participo también del secuestro ocurrido el día 05 de marzo de 2024.

De igual manera, existe la vinculación entre el secuestro ocurrido el 28 de febrero de 2024, con los sucedidos los días 03 y 05 de marzo de 2024, debido a que en los 3 casos, las comunicaciones extorsivas se hicieron a través del telefono que estaba guardado a nombre de Wilianyelis, hija del imputado WINMER RIVAS OLIVARES alias "TITI", en el dispositivo celular del imputado WUILBERTH DE JESÚS OLIVARES PEÑA, quien fue detenido por el homicidio del Teniente de Carabineros SÁNCHEZ SOTO, cuyos compañeros de delito corresponden a YOLVI GONZÁLEZ ARCAYA y DAYONIS OROZCO CASTILLO.

6°. Secuestro de la victima L.F.C.R., ocurrido con fecha 03 de marzo de 2024, en la comuna de Santiago, en que se utilizaron los vehículos marca Chevrolet modelo Spark, color azul, placa patente única ▮▮K-81, y el vehículo marca Toyota, modelo 4runner de color gris plata, placa patente única ▮▮564, los que también fueron utilizados en el secuestro ocurrido el día 28 de febrero de 2024, siendo igualmente coincidente que en el grupo de la aplicación de WhatsApp, llamado de la "De la mano de dios", creado por el imputado "TURKO", se aportaron los datos de ambas victimas, además de hacerles a estas un seguimiento por sus redes sociales y de manera física, esto último por parte del imputado JOSE CARLOS VALVERDE ARAUJO, para que luego de la privación de libertad, se ocupara el mismo tele fono, que se utilizó en los secuestros de fecha 28 de febrero y 05 de marzo de 2024, para realizar comunicaciones extorsivas con parientes o amigos de las victimas.

Los encargados de materializar fisicamente el secuestro de la victima L.F.C.R., correspondió a los imputados ALEXANDER RAFAEL CHOURIO LEAL y RENZO ABRAHAM SÁNCHEZ HERNANDEZ, quienes cumplen labores en terreno de las instrucciones impartidas por los líderes de la organización.

7°. Sobre el homicidio del funcionario de Carabineros ocurrido el 10 de abril de 2024, en donde participaron los imputados WUILBERTH OLIVARES PEÑA, alias "NIÑO DE ORO", YOLVI GONZÁLEZ ARCAYA, alias "YOLVITO", JOSUÉ DAVID RAMIREZ OLIVEROS, alias "TACHUELA" y DAYONIS JUNIOR OROZCO CASTILLO, alias el "BOTI" o el "BOTIJA", gran parte de estos imputados se encuentran incorporados a los grupos de la aplicación de WhatsApp, creados por GAMEZ FINOL, o GÁMEZ SALAS, para cometer delitos, como es el caso de los grupos de WhatsApp llamados "Los", "De la mano de dios" y el grupo que tiene como nombre un icono de bandera pirata.

Sobre los hechos ocurridos el 10 de abril de 2024, queda claramente establecido que el grupo se encontraba cometiendo delitos en la comuna de Santiago, particularmente

SBU -LAW ENFORCEMENT

15

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

EXT-GAMEZ-SALAS-00133

*dieciseis,*

*7516.*

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

robos, lo que corresponde a uno de los mercados ilícitos ocupados por esta organización, con la finalidad de generar lucro económico constante para la asociación, en intertanto se organiza la comisión de otros delitos. Paralelamente, mientras se encontraban cometiendo delitos de robo, los imputados mantenían contacto con GÁMEZ FINOL o GÁMEZ SALAS, para coordinar otro secuestro, momentos en que se produce el enfrentamiento con armas de fuego, con el funcionario de Carabineros EMMANUEL SANCHEZ SOTO, resultando este último y un imputado fallecido.

Una vez producido este hecho, el imputado GÁMEZ FINOL o GAMEZ SALAS, comienza a impartir instrucciones a seguir, con la finalidad que los integrantes de la organización no sean detenidos, indicándoles que se cambien la ropa, que si viajan juntos en el mismo auto, que lo hagan escondidos y manejando el imputado que no se haya bajado, o en el caso de viajar en bus, que lo hagan divididos en grupos de dos personas y que cambien los celulares, entre otras cosas.

En la comisión de dichos hechos, los imputados utilizaron el vehículo marca Chevrolet modelo Onix, color blanco, que portaba las placas patentes ███Z.11, el que también fue utilizado en el secuestro de fecha 14 de diciembre de 2023, en la comuna de Santiago; en el doble secuestro con homicidio ocurrido el 9 de enero de 2024 en acceso sur de la comuna de San Bernardo; del mismo modo este vehículo fue mantenido bajo su custodia, por el imputado EDGAR BENÍTEZ RUBIO en su domicilio ubicado en Dorsal N°1395, comuna de Conchalí ; así como también, al momento de la incautación del vehículo que portaba las placas patentes ███Z-11, se logró evidenciar que estas eran falsas, ya qué según el número de chasis y motor, el vehículo correspondía a las placas patentes ███W-16, que son las mismas que el día 7 de diciembre de 2023, el imputado EDWARD GONZÁLEZ ARANGO, envió vía WhatsApp al imputado GAMEZ FINOL o GAMEZ SALAS, siendo el primero detenido por el delito de secuestro cometido el día 14 de diciembre de 2023.

En el mismo sentido, fue posible establecer que el automóvil Hyundai Grand I10, que portaba la placa patente ███-44, fue utilizado en el secuestro con homicidio ocurrido el día 21 de febrero de 2024. A través de la recopilación de cámaras de seguridad, se logró establecer que dicho vehículo se mantuvo oculto en calle Doctor Lucas Sierra N°3860, en la comuna Quinta Normal hasta las 13:42 horas del mismo día 21 de febrero de 2024, en donde al lugar se acerca el vehículo marca Chevrolet, modelo Sonic, placa patente única ███K-38, el que estacionó detrás del otro vehículo, y desde su interior descendió una persona que se acercó al Hyundai Grand I10 para subirse al puesto del conductor, llevándoselo del lugar, siendo seguido por el Chevrolet Sonic placa patente única ███K.38. El día 8 de marzo de 2024, funcionarios policiales realizaron un control de identidad a quienes estaban al interior del vehículo Chevrolet Sonic placa patente única ███K.38, siendo identificado uno de los sujetos como el imputado que falleció en el intercambio de disparos con el funcionario de Carabineros Sánchez Soto.

16



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl

Código: MCQHXSDJTCU

EXT-GAMEZ.SALAS-00134

*diecisiete.*

*7517*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

Además de lo anterior, conforme a las pericias balísticas realizadas al armamento y munición utilizado en el homicidio al funcionario de Carabineros, EMMANUEL SANCHEZ SOTO, se produce un hit balístico entre una de las armas utilizadas en este hecho, con el secuestro de la víctima L.F.C.R., ocurrido con fecha 03 de marzo de 2024, en la comuna de Estacio n Central, donde la víctima recibió un impacto balístico en una de sus piernas.

8°. Sobre el secuestro extorsivo ocurrido el día 12 de junio de 2024, el que fue instruido por el imputado ADRIÁN RAFAEL GÁMEZ FINOL o RAFAEL ENRIQUE GÁMEZ SALAS, cumplieron materialmente el acto de privar de libertad a la víctima, los imputados NIXON QUINTEROS CHOURIO, OSMAR ROMERO PRINCE y JOHANDRY VALLADARES RIVAS, este último mantenía un contacto directo con el "TURKO", trasladando los 3 imputados a la casa de cautiverio ubicada en la toma "Ribera del Rio", comuna de Talagante, la que era administrada por YORMAN PEROZO ARRAGA, quien además se encargaba de hacer video llamadas hacía el "TURKO", mostrando a la victima, mientras este último al mismo tiempo hacía una video llamada extorsionando a la pareja de la víctima. Por último, también cumplía labores de celador el imputado JOSE GARCÍA ORJUELA. Respecto de este secuestro extorsivo, se pueden establecer conexiones con otros delitos perpetrados por la asociación criminal, como es el lugar donde mantuvieron en cautiverio a la víctima, que corresponde a la toma denominada "Ribera del Rio", ubicada en la comuna de Talagante, mismo lugar utilizado por la organización, para mantener privado de libertad a las víctimas del secuestro ocurrido el día 03 de marzo de 2024 y el secuestro con homicidio ocurrido el día 08 de junio de 2024, utilizándose en este último delito, los mismos vehículos asociados al secuestro de fecha 12 de junio de 2024, los que corresponden al CHEVROLET CORSA que portaba las placas patentes CDGF-52 y el MARCA CHANGAN CX70 que portaba las placas patentes LXPZ.73, en la que se trasladaban los imputados OSMAR ROMERO PRINCE y JOSE GARCÍA ORJUELA, quienes el día 08 de junio de 2024, secuestraron a la victima EDGARD LASSO RODRIGUEZ, quien posteriormente fue asesinada por captores.

De igual manera, mediante la evidencia pericial balística se pudo establecer que el arma utilizada en el secuestro con homicidio de fecha 08 de junio de 2024, se utilizó en: El quíntuple homicidio ocurrido en la comuna de Lampa el día 16 de junio de 2024; en un homicidio ocurrido el 15 de octubre de 2021 en la comuna de Lo Prado; secuestro con homicidio ocurrido el 30 de diciembre de 2021, todas causas vinculadas a la organización criminal "TREN DE ARAGUA".

También fue posible conectar los diversos hechos delictuales cometidos por la asociación criminal, ya que los imputados utilizan lugares comunes para la comisión de distintos delitos, tanto como resguardo, para mantener privados de libertad a las víctimas de secuestro, también siendo frecuentados por los imputados, ya que los vehículos utilizados por la organización criminal fueron vistos en lugares vinculados a esta.



17



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCGHX8DJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00135

*diciocho*
*Fs18*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

Conforme con esto, se puede indicar que los siguientes lugares están asociados a las siguientes actividades delictuales:

1.- Sobre el domicilio ubicado en calle Chorrillos N° 130, comuna de Graneros, se estableció su directa vinculación con los partícipes en el homicidio al funcionario de Carabineros ESS █████████ ya que después de ocurrido el hecho, se vio salir de este domicilio a YOLVI GONZÁLEZ ARCAYA con una maleta, junto a los otros imputados que cometieron este hecho; también se vincula dicho domicilio, con los secuestros ocurridos el 28 de febrero, 03 y 05 de marzo todos de 2024, ya que se vio en ese lugar la camioneta marca TOYOTA, modelo 4RUNNER, que portaba la placa patente única WF.5664, siendo captados en fotografía al igual que el Chevrolet Spark azul que portaba la placa patente única ███K-81 y el marca Great Wall, modelo Florid, color negro, placa patente única ███P-75.

2.- En relación al domicilio de Nueva Imperial N°4975, comuna de Quinta Normal, se estableció su directa vinculación con el doble secuestro con homicidio ocurrido el día 09 de enero de 2024, ya que la víctima ASM █████████ mantenía registrado ese domicilio en una medida cautelar de arresto domiciliario nocturno, además que sobre el mismo delito, el día de los hechos se vio en las cámaras de seguridad cercanas al domicilio, a los vehículos que se utilizaron; de igual manera está vinculado con el secuestro con homicidio ocurrido el 05 de junio de 2024, ya que las dos víctimas estuvieron privadas de libertad en dicho domicilio, siendo posteriormente trasladadas y asesinadas en la comuna de Lampa; además, en el homicidio cometido por miembros del "TREN DE ARAGUA", al funcionario de Carabineros del 05 de abril de 2023, del Carabinero █████████ donde se solicitó una orden de detención a una persona que registraba domicilio en Nueva Imperial N°4975, comuna de Quinta Normal.

3.- Respecto del campamento llamado toma "SANTA MARTA", en la comuna de Maipú, este corresponde a un lugar que ha sido utilizado por la asociación, tanto para mantener a víctimas secuestradas, como domicilio de algunos imputados, lugar de resguardo de los miembros de la organización e incluso como lugar para recibir los dineros producto de los secuestros extorsivos, vinculando este campamento con el secuestro con homicidio ocurrido el 21 de febrero de 2024, lugar donde sepultaron el cuerpo de la víctima RLOM █████████, y se realizaron las reuniones de coordinación antes y después de ocurrido el hecho; con el secuestro extorsivo ocurrido el 28 de febrero, el 03 y 05 de marzo, todos del año 2024, donde los autos utilizados fueron captados en la toma de Santa Marta; con el lugar donde se mantuvo privado de libertad a la víctima del secuestro extorsivo ocurrido el 27 de julio de 2024, en donde también participó manteniendo retenida a la víctima en el lugar de cautiverio, el imputado JULIAN IGLESIAS HOYOS, hijo de JULIO IGLESÍAS PEREIRA; también fue el lugar donde se realizó el pago por la liberación del empresario secuestrado de Rancagua del 8 de noviembre de 2023.

18

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHX5DJTCU

EXT-GAMEZ-SALAS-00136

diecinueve.
7519

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

En cuanto al ánimo de pertenencia a la organización criminal, este se establece mediante una serie de antecedentes como lo son el uso de un mismo estandarte que consiste en el concepto de Pirata, el que se ve reproducido de manera constante a través de los grupos de WhatsApp con la utilización de emoticones de bandera de piratas, subir historias a las redes sociales mostrando armas de fuego con sticker de calaveras y huesos cruzados, como también ADRIÁN RAFAEL GÁMEZ FINOL o RAFAEL ENRIQUE GÁMEZ SALAS, publicó el 21 de septiembre de 2023, es decir, al día siguiente que se hizo una redada en la cárcel de Tocorón, una imagen que dice "TUMBARON AL CASTILLO MAS NO AL REY ASÍ QUE EL JUEGO SIGUE" con unas banderas piratas, haciendo alusión que no detuvieron al líder y fundador HÉCTOR RUSTHENFORD GUERRERO FLORES, alías "NIÑO GUERRERO". Luego el mismo imputado publico el día 26 de marzo de 2024, una imagen indicando el precio al que se debí a vender la droga, señalando que estaba prohibido vender droga por bajo el precio estipulado por la organización criminal.

También, el "TURKO" sube un estado de WhatsApp el 24 de marzo de 2024, donde señala textualmente: "HOY QUIERO DARLE GRACIAS A MIS HERMANOS QUE AH ESTADO DESDE EL MINUTO 0 CONMIGO EN LAS BUENAS Y LAS MALAS CONMIGO QUE DE UN PAN COMEMOS TODOS Y QUE NO NOS LLAMAMOS NADA QUE SIEMPRE TODOS EN LA CAMA O TODOS EN EL PISO BENDICIONES VIDA Y SALUD PARA TODO USTEDES SIEMPRE DE CORAZON NUNCA POR ENVENIENCIA... AQUÍ NO NOS IMPORTA QUIEN SEA EL MÁS VELOCISTA SI NO EL QUE CONDUSCA COMO DEBE SER FELIZ DÍA BENDICIONES PARA TODOS (iconos de banderas piratas, iconos de una letra "B" e iconos de banderas de Turquía).

Igualmente, en captura de pantalla de fecha 30 de marzo de 2024, correspondiente a un estado de WhatsApp del imputado apodado "Turko", donde se observan 06 armas de fuego tipo pistolas con sus respectivos cargadores, señalando textualmente: "PUROS PIRATAS NOMAS.

**HECHO 2:**

El día 19 de diciembre de 2023 a las 22:37 horas aproximadamente, el imputado RAFAEL ADRIAN GAMEZ FINOL, también conocido como ADRIAN ENRIQUE GAMEZ SALAS, se comunicó con la víctima R.D.S.D., propietario de un minimarket ubicado ███████████████████████████, a través de la aplicación de Whatsapp desde del número ██████ 0580, señalándole textualmente lo siguiente:

"buenas noches █ un saludo ante todo lee bien lo que te voy a escribir te tenemos ubicado sabemos que tienes un Mazda 2022 que vives en la plata baja del edificio Inglaterra con portones blancos tienes dos minimarket una panadería dos bodegas tienes varios negocios en la zona necesitamos que colabores a nuestra organización te



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTQU

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00137

*vecinte.*

*Ts 20*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

brindaremos protección en todos tus negocios y casa... si no estás dispuesto a colaborarnos todo te va salir más caro espero que me trates con respeto y me des una respuesta contundente y positiva con la petición que te estoy haciendo vuelvo y te repito somos una organización no juegues con nosotros que te estamos respirando en la nuca. espero tu respuesta",

Con el objeto de intimidar a la víctima y de esta forma conminarla a pagar, el imputado le envió por la misma aplicación una foto de su familia, un audio diciendo "colabora" y también un video de una granada de mano.

Como la víctima no accedía a pagar el dinero que se le estaba exigiendo, el imputado ADRIAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS, ordenó a dos sujetos cuya identidad se investiga que concurrieran al local comercial de la víctima en la misma comuna de Independencia, lo que hicieron con fecha día 27 de diciembre de 2023, a las 23:45 horas aproximadamente y abordo ambos de una motocicleta llegaron hasta el frontis del mismo y uno de ellos realizó disparos provocando daños en el inmueble.

Finalmente, con fecha 04 de enero de 2024, el imputado ADRIAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS, se comunica a través de aplicación whatsapp con el imputado EDWARD GONZALEZ ARANGO a quien envía un link con la noticia del ataque que sufrió la víctima en su domicilio el 27 de diciembre de 2023 y le encarga seguir amenazándola con el objeto de que pague, pues no lo había hecho y habría que atacarla nuevamente.

### HECHO 3:

El imputado CARLOS FRANCISCO GOMEZ MORENO, alias "Carlos Bobby" es un líder de la organización criminal que se encarga de las actividades del tren de Aragua en la Región Metropolitana, principalmente del tráfico de Ketamina, secuestros, extorsiones y homicidios.

Para cometer los delitos de secuestro, la asociación criminal a través del imputado JHONNY LOPEZ MENDOZA, apodado el "MUDO", se vinculaba con BRIAN PIÑA MENDOZA, a fin de que este último proporcionara habitualmente el domicilio ubicado en Camino Rinconada de Maipú 5700, comuna de Maipú, a cambio del pago de una suma de dinero.

En ese contexto, dentro de los sujetos que integran la organización criminal, bajo el mando de CARLOS FRANCISCO GOMEZ MORENO, alias "Carlos Bobby", se encontraban JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO y EDIXSON RIVERO CARMONA, entre otros, quienes cometían delitos de secuestro, homicidios, torturas y tráfico de drogas, bajo las órdenes de los líderes de la organización criminal.



20

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

EXT-GAMEZ-SALAS-00138

*veintiuno*
*Fs 21*

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

Entre los días 26 al 28 de diciembre del 2023, JOSEPH TORRES MARTINEZ, alias "GORDO JOSEPH", RAY NAPOLES CASTILLO, alias "RAY", y EDIXSON RIVERO CARMONA, alias "DISPARO", entre otros, sin la autorización de CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", concurrieron al domicilio de PB ████████ ubicado en calle ████████ lugar en el cual, premunidos de armas de fuego, le exigieron el pago de una supuesta deuda por tráfico de drogas, correspondiente a 10 millones de pesos, como también la entrega de 2 litros de ketamina. De esta manera, PB ████████ les dice que un sujeto apodado "Mala Fama" tenía más litros de Ketamina, por lo cual, deciden secuestrar a este sujeto a fin de apropiarse de la Ketamina y del dinero, fracasando en este intento de secuestro, puesto que el sujeto se dio a la fuga. Como PB ████████ solo mantenía $700.000 y medio litro de Ketamina, procedieron además de apoderarse de estas especies, a privarlos de libertad junto a su pareja en diversos domicilios, uno de ellos ubicado en calle ████████

correspondientes a otros compañeros de delitos de JOSEPH TORRES MARTÍNEZ.

Fue en este contexto, que el día 27 de Diciembre de 2023, CARLOS FRANCISCO GÓMEZ MORENO, se contacta vía telefónica con PB ████████ a quien le consulta sobre la efectividad de la deuda de dinero que mantenía con Joseph y por ende con la organización, quién le señala que esta no era efectiva, y como se trataba de un secuestro realizado sin su autorización, resolvió ponerle fin, ordenando el secuestro y asesinato de JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO y EDIXSON RIVEROS CARMONA, por realizar estas acciones sin su consentimiento.

El 28 de diciembre de 2023, JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO y EDIXSON RIVEROS CARMONA trasladan contra su voluntad a PB ████████ y su pareja S.K.B.V. al domicilio proporcionado para ser lugar de cautiverio, por el imputado BRIAN PIÑA MENDOZA ubicado en Rinconada de Maipú 5700, comuna de Maipú, gestiones que realizó JHONNY LOPEZ MENDOZA alias "MUDO". Estando ya en ese lugar, CARLOS FRANCISCO GOMEZ MORENO alias "CARLOS BOBBY" dispone que PB ████████ y su pareja sean liberados, ordenando, que JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO y EDIXSON RIVEROS CARMONA sean privados de libertad por haber actuado sin su autorización, por lo que procedieron a retenerlos contra su voluntad mediante la fuerza y llevados a una de las piezas del inmueble donde fueron retenidos, para luego ser trasladados hasta el inmueble de CARLOS SEPULVEDA MORALES, alias "VECINO", quién a cambio de un pago de dinero les proporcionaba un domicilio para mantener a las víctimas secuestradas y torturarlas en el sector de Machicura de la misma comuna.

21

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00139

*veintidos.*

*7522*

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

Posteriormente, alrededor de las 00:50 horas del día 29 de diciembre de 2023, el imputado CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", se contacta con los sujetos que tenían privados de libertad, bajo sus instrucciones, a JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLOS y EDIXSON RIVEROS CARMONA, entre los que se encontraba CARLOS DAYAN MAYOR FERNÁNDEZ, disponiendo que sean asesinados. Para dicho efecto, fueron sacados de la propiedad, e ingresados a un vehículo Nissan modelo Versa que portaba la PPU ███.88 y trasladados a un sitio eriazo ubicado en El Trébol con Camino Rinconada de la comuna de Maipú. Una vez que llegaron al lugar, y en los momentos que los obligaban a descender del vehículo, EDIXON RIVERO CARMONA, logra librarse de sus captores y darse a la fuga. Por su parte JOSEPH TORRES MARTÍNEZ y RAY NAPOLES CASTILLO, una vez fuera del vehículo, fueron objeto de múltiples disparos por los sujetos que los mantenían privados de libertad, entre ellos CARLOS DAYAN MAYOR FERNÁNDEZ, provocándoles la muerte en el lugar, siendo la causa del fallecimiento en el caso de JOSEPH TORRES MARTINEZ múltiples heridas por proyectil de arma de fuego (PAF) transfixiantes y no transfixiantes en región encefálica, abdominal, trauma, y de RAY NAPOLES CARMONA heridas cérvico cráneo encefálicas por balas con y sin salida de proyectiles.

*Se elimina el Hecho n°4 por corresponder a imputado que se encuentra con orden de detención pendiente. No obstante, se mantiene la numeración de los hechos para mayor orden y entendimiento de las partes y del tribunal, por lo cual del hecho n°3 se pasa al hecho n°5.

### HECHO 5:

Los días previos al secuestro del ex militar, don RLOM ███████, ocurrido el 21 de febrero de 2024, integrantes del "TREN DE ARAGUA", liderados por CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY" y RAFAEL ENRIQUE GAMEZ SALAS o ADRIAN RAFAEL GAMEZ FINOL, apodado el "TURKO", entre otros apodos según se indicó, recibieron instrucciones de la cúpula de la organización, a cambio de una alta suma de dinero, para secuestrar y posteriormente matar al ciudadano refugiado venezolano, el ex Teniente RLOM ████████, para lo que se comenzó a planificar dicho delito, reuniendo los elementos físicos y de inteligencia que permitiesen primero el secuestro y luego su ejecución.

Para ello, el imputado ADRÍAN RAFAEL GÁMEZ FINOL también conocido como RAFAEL ENRIQUE GÁMEZ SALAS, con a lo menos previa autorización de CARLOS FRANCISCO GÓMEZ MORENO, Para organizar el secuestro con homicidio de la víctima RLOM ██████████, creó un grupo de la aplicación WhatsApp, en donde selecciona e incorpora a quienes van a participar del secuestro, da a conocer que se le





Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCOHXSDJTCU

EXT-GAMEZ-SALAS-00140

*veinti tres*

*FS 23*

**PODER JUDICIAL**
## CORTE DE APELACIONES DE SAN MIGUEL

solicitó coordinar y ejecutar el delito, agregando al grupo a: YOLVI GONZÁLEZ ARCAYA, DAYONIS JUNIOR OROZCO CASTILLO, WIMNER RIVAS OLIVARES, JOHNNY JOSÉ LÓPEZ MENDOZA, un sujeto identificado como MONITO y otro apodado MOROCHO, para lo que le instruyó a sus subalternos, reunirse en la casa del imputado WIMNER RIVAS OLIVARES, quien cumple labores de mano derecha del primer imputado, en la región metropolitana, hecho que se realiza concurriendo los imputados a la denominada "Toma Santa Marta", afin de que en dicho lugar se pueda explicar el plan, además de instruir distintas directrices para cometer el delito, entre las que se encuentra que YOLVI MIGUEL GONZÁLEZ ARCAYA sea el encargado de custodiar los chalecos antibalas, que ocuparan para hacerse pasar como falsos funcionarios de la PDI.

Una vez concertados y coordinados, los miembros de la organización criminal lograron acceder a los elementos físicos necesarios para la concreción del ilícito, tales como, vehículos, armamentos, vestimenta que les permitian simular ser funcionarios de la PDI, un ariete metálico, un lugar donde mantener cautivo al secuestrado, y otro donde ocultar su cuerpo, como así mismo obtener información de la victima y distribuir las funciones de quienes participarían de este ilícito, principalmente en la sustracción de la victima desde su domicilio, labores de cobertura, transporte, custodia, homicidio del secuestrado y ocultamiento de su cadáver.

Es así como EDGARD JAVIER BENITEZ RUBIO, desde a lo menos el 12 de febrero del 2024, mantenía en su poder el vehículo NISSAN modelo VERSA, de color gris, que portaba las placas patentes únicas ▄D-14, la que no correspondía a dicho vehículo, por cuanto, de acuerdo al número de motor y chasis, correspondía al vehículo placa patente única ▄S-67, el que mantenía encargo por el delito de robo desde el 03 de febrero de 2024 en la comuna de Peñalolén, no pudiendo menos que saber el imputado el origen ilícito del automóvil.

Durante la tarde del día 19 de febrero de 2024, pocas horas antes del secuestro, ▄▄▄ el imputado EDGARD JAVIER BENÍTEZ RUBIO, hace entrega y facilita a otros integrantes de la asociación criminal, el vehículo que mantenía bajo su custodia, para ser utilizado al día siguiente en el delito que se planificaba.

El día 20 de febrero de 2024, aproximadamente a las 23:00 horas, como estaba planificado, los imputados MAICKEL VILLEGAS RODRÍGUEZ y ÁNGEL CASTELLANO RODRÍGUEZ, llegaron a las inmediaciones del edificio ubicado en calle E▄▄▄. ▄ de la comuna de ▄▄▄, correspondiente al edificio donde residía la victima RLOM▄▄▄ y su grupo familiar, donde montaron un punto de vigilancia en las cercanías del domicilio con la finalidad de prestar cobertura, a bordo del vehículo Chevrolet Sail, color blanco, placa patente única ▄D-43. Posteriormente, a las 03:05 horas, llegan al lugar otros 5 participes, entre ellos los imputados WALTER RODRÍGUEZ PEREZ, JHONNY JOSÉ LÓPEZ MENDOZA apodado "MUDO" Y JOSÉ

23

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-0014T

*veinticuatro*

*fs 24*

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

CARLOS VALVERDE ARAUJO, a bordo de un vehículo Nissan Versa de color gris, que portaba las placas patentes única ███D-14, con una baliza de color azul, caracterizados como funcionarios de la Policía de Investigaciones de Chile -PDI-, portando armas de fuego, procediendo a ingresar primero uno de los sujetos al hall del edificio, quien exhibe una orden falsa al conserje de turno, para luego ingresar los otros 3 imputados, portando uno de ellos un ariete metálico, entre ellos WALTER RODRÍGUEZ PEREZ, tomando luego estos 3 sujetos el ascensor y subir hasta el piso ███████████ El imputado WALTER RODRÍGUEZ PEREZ, con otros dos imputados, provistos de un ariete, forzaron la puerta de acceso del departamento █████ correspondiente al domicilio de la víctima, para ingresar inmediatamente y aprehender por la fuerza a RLOM ████████████, a quien intimidaron mediante la exhibición de armas de fuego y esposaron sus manos por la espalda, sustrayéndole además dos teléfonos celulares de propiedad de la víctima, trasladándolo luego, contra su voluntad, al exterior del departamento, transitando por el pasillo hacia el ascensor, manteniéndolo uno de ellos, todo el tiempo tomado del cuello y esposado, bajando con la víctima así retenida hasta el primer piso del edificio, para finalmente pasar por el hall de entrada, sacarla por el portón de ingreso vehicular a la vía pública en instantes que MAICKEL VILLEGAS RODRÍGUEZ y ANGEL CASTELLANO RODRÍGUEZ esperaban frente a ese lugar en el Chevrolet Sail blanco, con la finalidad de prestar cobertura y de filmar la salida de la víctima secuestrada y esposada, para así reportar la ejecución del delito a los líderes de la organización, para luego subir a la víctima, siempre en contra de su voluntad, al vehículo Nissan Versa que portaba las placas patente única ███D-14, donde los esperaba el quinto sujeto caracterizado como policía. Ambos vehículos, el Nissan Versa, con la víctima secuestrada y amenazada en su interior, en donde se movilizaban los imputados WALTER DE JESÚS RODRÍGUEZ PEREZ, JHONNY JOSÉ LOPEZ MENDOZA Y JOSE CARLOS VALVERDE ARAUJO, y el Chevrolet Sail, conducido por VILLEGAS RODRÍGUEZ y CASTELLANO RODRÍGUEZ como copiloto, salen del lugar y se reúnen en el kilo metro 20 de la autopista Costanera Norte, comuna de Renca, debido a que el vehículo Nissan modelo Versa P.P.U. ███D.14, sufre un desperfecto mecánico. A dicho lugar, además concurre un tercer vehículo que corresponde a un Hyundai I10, que portaba las placas patentes única ███J-44 de color gris, conducido por un partícipe cuya identidad se investiga, momentos en que los falsos policías se dividieron en dos grupos, subiéndose el imputado RODRIGUEZ PEREZ junto a la víctima, y otro de los falsos policías al Hyundai I10, mientras que los otros tres sujetos caracterizados de falsos policías suben al vehículo Chevrolet Sail, en el que los esperaban los imputados VILLEGAS RODRÍGUEZ y CASTELLANO RODRÍGUEZ, quienes los trasladaron, asegurándose que pudieran huir del lugar y evitar la detención, en dirección al sur por avenida General Velásquez, en tanto el vehículo Hyundai I10 se dirige hacia la comuna de Renca.

La víctima permaneció privada de libertad, para posteriormente provocarle la



24

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00142

**PODER JUDICIAL**
**CORTE DE APELACIONES DE SAN MIGUEL**

veinticinco.
FS 25

muerte mediante asfixia por suspensión, procediendo los imputados KEVIN DANIEL HERNÁNDEZ RAMOS, alias "PICHOTA", LUIS ALFREDO CARRILLO ORTIZ, alias "Gocho", LEONAL ALBERTO SANZ BRITO, alias "LEO", JULIO CÉSAR IGLESIAS PEREIRA, JULIÁN ANDRÉS IGLESIAS HOYOS y HÉCTOR OSVALDO SOTO MAUREIRA, con el fin ocultar el cuerpo y que no sea descubierto el delito, a excavar un hoyo al interior del domicilio donde habitaba JORDÁN ERNESTO SOTO FUENZALIDA, correspondiente a una media agua en la denominada toma Santa Marta, ubicada en la comuna de Maipú, en el que enterraron el cuerpo de la víctima el cual fue introducido previamente en una maleta con cal, y cubriendo la superficie con una construcción de radier de cemento, destinada a dificultar el hallazgo del cuerpo y ocultar cualquier tipo de evidencia de lo ocurrido.

El día 25 de febrero de 2024, se realizó una reunión en el inmueble de WIMNER RIVAS OLIVARES, en donde por parte de CARLOS FRANCISCO GÓMEZ MORENO, se instruyó que los imputados que concurrieron a secuestrar a la víctima desde su domicilio, debían huir del país, orden que fue cumplida por los secuestradores, entre ellos JHONNY JOSÉ LÓPEZ MENDOZA y JOSE CARLOS VALVERDE ARAUJO.

De manera posterior, se pudo determinar que el automóvil que mantenía en su poder el imputado EDGARD BENÍTEZ RUBIO, previo a su huida de Chile, correspondía a un automóvil Chevrolet, modelo Spark, placa patente única ███X-81, el que quedó estacionado en las afueras del domicilio de este, ubicado en el condominio de avenida Dorsal N° 1.395, comuna de Conchalí , siendo retirado por dos sujetos desconocidos, a cambio del pago de dinero, el día 27 de febrero de 2024, a eso de las 23:07 horas, quienes abordaron el automóvil y se lo llevaron en dirección desconocida.

De igual manera, se pudo corroborar que dicho automóvil fue utilizado en a lo menos otros 2 secuestros, ocurridos los días 28 de febrero de 2024 y 03 de marzo de 2024, en donde fue utilizado para realizar cobertura y trasladar a los sujetos que perpetraron los ilícitos, obteniendo EDGAR BENÍTEZ RUBIO una retribución económica por la facilitación de este vehículo a la asociación criminal.

El cuerpo de la víctima ██RLOM██████████████ fue encontrado por personal policial el día 01 de marzo de 2024 en el lugar donde fue sepultado, en el campamento Santa Marta de la comuna de Maipú.

**HECHO 6:**

El 28 de febrero de 2024 y los días previos, el imputado ADRIAN RAFAEL GAMEZ FINOL, también conocido como, RAFAEL ENRIQUE GAMEZ SALAS, alías "TURKO", planificó el delito de secuestro en contra de la víctima de iniciales H.A.T.R., a través del grupo de Whatsapps llamado "De la mano de dios". Para ello, ADRIAN RAFAEL GAMEZ FINOL, también conocido como, RAFAEL ENRIQUE GAMEZ SALAS, alías "TURKO", dispuso que el imputado ANTONY BARBOZA BRACHO, quien estaba privado de

25

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT



EXT-GAMEZ-SALAS-00143

*veintiseis*

*#526*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

libertada en el CDP Santiago I, contactara a través de la aplicación de Instagram a la víctima, quién vendía ropa, accesorios y calzado, a través de esta red social, fingiendo ser un comprador de unas zapatillas, accediendo la víctima a reunirse para venderle estas en su domicilio laboral, que corresponde a una barbería, junto con entregar su número de teléfono para coordinar el encuentro.

Posteriormente, el imputado GAMEZ FINOL, envió las fotografías de la víctima, junto con su número de teléfono y dirección laboral, instruyendo a los imputados WIMNER RIVAS OLIVARES y "MOROCHO", que se encargaran de conseguir los vehículos y choferes necesarios para ejecutar el secuestro, para que seguidamente, instruir directamente al imputado YOLVI GONZÁLEZ ARCAYA, para que en el momento que se realice la compra de las zapatillas, simule ser el comprador y poder así distraer a la víctima, para que otros sujetos puedan abordarla y subirla contra su voluntad a un vehículo.

De manera posterior, en el grupo de "De la mano de dios", el imputado ADRIAN RAFAEL GAMEZ FINOL, también conocido como, RAFAEL ENRIQUE GAMEZ SALAS, alías "TURKO", solicitó que alguien le escriba a la víctima, orden que fue secundada por WIMNER RIVAS OLIVARES, alías "TITI" y otro imputado apodado "MOROCHO", quienes dictaminaron que debía de ser alguien con un número "que no esté legal", es decir, un teléfono pre-pago, y además que ese alguien debía de ser el imputado YOLVI GONZALEZ ARCAYA. Seguidamente, el imputado JOSE CARLOS VALVERDER ARAUJO, redactó un mensaje, a fin de que YOLVI GONZÁLEZ ARCAYA, se lo remitiera a la víctima, logrando así que ella concurriera el día 28 de febrero de 2024 a las 23:00 horas al frontis de su domicilio.

De esta manera entonces, a las 23:00 horas aproximadamente, la víctima de iniciales H.A.T.R., se encontraba al frente del domicilio ubicado en ███████████ ████████████████████ esperando realizar la venta de unas zapatillas, momento en que llegaron los vehículos placas patentes únicas ███564, marca Toyota, modelo 4runner, color gris, el placa patente única ███K-81, marca Chevrolet, modelo Spark, color azul, y el placa patente única, ███P-75, marca Great Wall, modelo Florid, color negro, desde el cual descendió el imputado YOLVI GONZALEZ ARCAYA, quién para distraer a la víctima le solicitó probarse las zapatillas, momento en que desde los vehículos placas patentes únicas ███K-81 y ███564, se bajaron otros imputados, quienes premunidos con armas de fuego, intimidaron a la víctima, obligándola a subir en contra de su voluntad al vehículo marca Great Wall, placa patente ███P-75, para luego huir del lugar con la víctima secuestrada.

Seguidamente, la víctima fue trasladada contra su voluntad y bajo amenazas de muerte, hasta un lugar de cautiverio, donde los secuestradores le sustrajeron sus

26



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCGHXBDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00144

*Veintisiete*
*7527*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

pertenencias, para luego realizar llamados extorsivos a su pareja de iniciales, P.A.A.G. exigiéndole dinero en efectivo, joyas y objetos de valor para pagar por la liberación del secuestrado, accediendo P.A.A.G. a estas extorsiones, por lo que el imputado WIMNER RIVAS OLIVARES, llegó a bordo de una motocicleta a retirar las especies y dineros, reuniéndose con los familiares en las cercanías del domicilio de la víctima. Una vez realizado este pago, fue liberada la víctima H.A.T.R. en la intersección de avenida Lo Espejo con Camino a Lonquén, comuna de Lo Espejo.

**HECHO 7:**

El día 09 de abril de 2024 a las 20:24 horas, el imputado ADRIAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS, se comunicó con la víctima iniciales L.D.C.A. propietario de un local comercial ubicado en ███████████████████████████████████████ desde el número telefónico ███7538 a través de la aplicación whatsapp mediante un mensaje de texto señalando:

"vamos a ver si tienes el mismo pensamiento, busca la comunicación y lo que te voy a decir es esto: los pdi no van a estar 24/7 contigo, así que es mejor llegar a un acuerdo.

No seas bruto, más vas a perder... Si paras la empresa...

Así que comunícate, tienes 24 horas, sino te atienes a las consecuencias".

Como la víctima no respondió los mensajes, lo llamó también a través de la misma aplicación exigiendo dinero a cambio de protección. En esa llamada, la víctima se excusó diciendo que solo era un empleado, por lo que el imputado ADRIAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS le dice que mandará a alguien a disparar al local comercial.

Acto seguido, le envía una foto de la víctima junto a su pareja y le escribe señalando:

"Tranquilo... ya perdiste la oportunidad de hacer las cosas por las buenas".

Con el objeto de cumplir sus amenazas, el imputado ADRIAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS ordena al imputado YOLVI GONZÁLEZ ARCAYA que concurra al local de la víctima, lo que este último hace a las 20:45 horas del mismo 09 de abril de 2024, a bordo de una motocicleta y en compañía de un segundo sujeto desconocido que la conduce. Detenidos en el frontis del local comercial de la víctima y mientras él se encontraba en el interior, el imputado YOLVI GONZÁLEZ ARCAYA baja de la motocicleta y portando en su mano derecha un arma de fuego y en su mano izquierda su teléfono, graba un video mientras dispara en contra del inmueble, provocando daños producto de los impactos balísticos.

27

Este documento tiene firma electrónica y su original puede ser validado en http://verificador.pjud.cl
Código: MCQHX6DJTCU

EXT-GAMEZ-SALAS-00145

*Veintiocho*

*FS 28*

## PODER JUDICIAL
### CORTE DE APELACIONES DE SAN MIGUEL

Finalmente, el imputado YOLVI GONZÁLEZ ARCAYA envió por la aplicación Whatsapp al imputado ADRÍAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS, el video grabado mientras realizaba los disparos.

**Calificación jurídica del hecho**

**Calificación jurídica Hecho N°1:** El delito de asociación criminal, previsto y sancionado en el artículo 293 inciso 2 del código penal, cabiéndole en dicha asociación criminal, funciones de jefatura, mando o dirección a los imputados CARLOS FRANCISCO GOMEZ MORENO, venezolano, alias "CARLOS BOBBY", cédula de identidad para extranjeros ▇▇▇▇ y ADRÍAN RAFAEL GAMEZ FINOL, DNI colombiano ▇▇▇▇ cedula de identidad para extranjeros ▇▇▇▇ Pasaportes Colombianos NRo ▇▇▇▇ y Nro. ▇▇▇▇, quien también es conocido como RAFAEL ENRIQUE GAMEZ SALAS, venezolano, Pasaporte venezolano Nro. ▇▇▇▇, alias "TURKO", "TURKIÑO", "VIEJO", "GORDO", "RAFA" o "MUSCULITO"; cabiéndole a todos los imputados participación en calidad de autor del artículo 15 N°1, en grado de desarrollo de consumado.

En cuanto al resto de los integrantes, esto es, EDGAR JAVIER BENITEZ RUBIO, venezolano, DNI ▇▇▇▇ JOSÉ CARLOS VALVERDE ARAUJO, cédula de identidad N ▇▇▇▇ JHONNY JOSÉ LÓPEZ MENDOZA, alias "MUDO" venezolano, DNI N ▇▇▇▇, KEVIN DANIEL HERNÁNDEZ RAMOS, alias "Pichota", venezolano, cédula de identidad N ▇▇▇▇ LUIS ALFREDO CARRILLO ORTIZ, alias "GOCHO" venezolano, DNI ▇▇▇▇, JULIÁN ANDRÉS IGLESIAS HOYOS, colombiano, Pasaporte ▇▇▇▇, JULIO CÉSAR IGLESIAS PEREIRA, colombiano, cédula de identidad para extranjeros N ▇▇▇▇, HÉCTOR OSVALDO SOTO MAUREIRA, chileno, cédula de identidad N ▇▇▇▇, LEONAL ALBERTO SANZ BRITO, alias "LEO", cedula de identidad venezolana V ▇▇▇▇, ANTHONY ALEJANDO LIENDO CANTO, DNI Venezolano ▇▇▇▇, CARLOS DAYAN MAYOR FERNÁNDEZ, cédula de identidad venezolana ▇▇▇▇ cedula de identidad 1 ▇▇▇▇, WIMNER JESÚS RIVAS OLIVARES, apodado "TITI", venezolano, DNI ▇▇▇▇, DAYONIS JUNIOR OROZCO CASTILLO, Venezolano, apodado "BOTI", DNI ▇▇▇▇, WALTER DE JESÚS RODRÍGUEZ PERÉZ, venezolano, cédula de identidad para extranjeros N ▇▇▇▇ ANTONY YUANDRI BARBOZA BRACHO, Venezolano, Cédula Nacional para extranjeros, N ▇▇▇▇, YOLVI MIGUEL GONZALEZ ARCAYA, Venezolano, DNI ▇▇▇▇, ALEXANDER RAFAEL CHOURIO LEAL, Venezolano, DNI ▇▇▇▇, RENZO ABRAHAM SANCHEZ HERNANDEZ, Peruano, cedula Nacional para extranjeros, N ▇▇▇▇ JOSUE DAVID RAMIREZ OLIVEROS, Venezolano, Cédula Nacional para extranjeros, N ▇▇▇▇ WUILBERTH DE JESUS OLIVARES PEÑA, Venezolano, Cédula Nacional para extranjeros, N ▇▇▇▇ YORMAN GUILLERMO



28

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHX6DJTCU

SBU - LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00146

*veintinueve*

*FS 29*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

PEROZO ARRAGA, Venezolano, cedula Nacional para extranjeros, Nº ▇▇▇▇ OSMAR ENRIQUE ROMERO PRINCE, Venezolano, Cédula Nacional para extranjeros, N▇▇▇▇▇, JOSE MARINO GARCIA ORJUELA, Venezolano, cedula Nacional para extranjeros, N▇▇▇▇▇, NIXON JOSE QUINTERO CHOURIO, Venezolano, cedula Nacional para extranjeros, N▇▇▇▇▇ JOHANDRY ALBERTO VALLADARES RIVAS, Venezolano, Cédula Nacional para extranjeros, N▇▇▇▇▇, cabiéndole a todos los imputados participación en calidad de autor del artículo 15 Nº1, en grado de desarrollo consumado, en el delito de asociación criminal, establecido en el artículo 293 inciso 1° del Código Penal.

Calificación jurídica Hecho Nº2: El delito de extorsión, previsto y sancionado en el artículo 438 del código penal, y el delito de disparos injustificados, previsto y sancionado en el artículo 14 letra D, de la ley 17798, cabiéndole al imputado ADRÍAN RAFAEL GAMEZ FINOL, DNI colombiano N▇▇▇▇▇ cedula de identidad para extranjeros N▇▇▇▇▇, Pasaportes Colombianos NR▇▇▇▇▇ y Nro. ▇▇▇▇, quien también es conocido como RAFAEL ENRIQUE GAMEZ SALAS, venezolano, Pasaporte venezolano Nro. ▇▇▇▇, alias "TURKO", "TURKIÑO", "VIEJO", "GORDO", "RAFA" o "MUSCULITO", cabiéndole al imputado participación como autor del artículo 15 Nº1 respecto del delito de extorsión, y en calidad de autor del artículo 15 Nº2 respecto del delito de disparos injustificado, ambos ilícitos en grado de desarrollo consumado.

Calificación jurídica Hecho Nº3: Dos delitos de secuestro con homicidio, previsto y sancionado en el artículo 141 inciso 5°, cabiéndole a los imputados CARLOS FRANCISCO GOMEZ MORENO, CARLOS DAYAN MAYOR FERNÁNDEZ, JHONNY LOPEZ MENDOZA, BRIAN JESUS PIÑA MENDOZA y CARLOS ALFREDO SEPULVEDA MORALES, participación en calidad de autor del artículo 15 Nº1 del Código Penal, en grado de desarrollo consumado. Del mismo modo, a los imputados antes mencionados les corresponde también participación en calidad de autores del 15 Nº1 del Código Penal, por un delito de secuestro del artículo 141 inciso 1° del Código Penal y un homicidio frustrado establecido en el artículo 391 n°2 del Código Penal, todos en grado de desarrollo consumado.

Calificación jurídica Hecho Nº5: El delito de secuestro con homicidio, previsto y sancionado en el artículo 141 inciso 5°, cabiéndole a los imputados ADRÍAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS, EDGARD JAVIER BENITEZ RUBIO, JOSE CARLOS VALVERDE ARAUJO, JHONNY JOSÉ LÓPEZ MENDOZA, CARLOS FRANCISCO GOMEZ MORENO, WALTER DE JESUS RODRÍGUEZ PEREZ, WIMNER RIVAS OLIVARES, KEVIN DANIEL HERNÁNDEZ RAMOS, LUIS ALFREDO CARRILLO ORTIZ, JULIO CÉSAR IGLESIAS PEREIRA, JULIÁN ANDRÉS IGLESIAS HOYOS, HÉCTOR OSVALDO SOTO MAUREIRA, LEONAL





Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00147

*Treinta*

*FS 30*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

ALBERTO SANZ BRITO y YOLVI MIGUEL GONZALEZ ARCAYA participación en calidad de autores del artículo 15 N°1 del código penal, en grado de desarrollo consumado.

Calificación jurídica Hecho N°6: El delito de secuestro extorsivo, previsto y sancionado en el artículo 141 inciso 3°, cabiéndole al imputado ADRÍAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS, WIMNER RIVAS OLIVARES, ANTONY YUANDRI BARBOZA BRACHO, YOLVI GONZÁLEZ ARCAYA y JOSE CARLOS VALVERDE ARAUJO, participación como autores del artículo 15 N°1, todos en grado de desarrollo consumado.

Calificación jurídica Hecho N°7: El delito de extorsión, previsto y sancionado en el artículo 438 del código penal, y el delito de disparos injustificados, previsto y sancionado en el artículo 14 letra D de la ley 17.798, de control de armas y explosivos, cabiéndole a los imputados ADRÍAN RAFAEL GAMEZ FINOL, quien también es conocido como RAFAEL ENRIQUE GAMEZ SALAS, venezolano, Pasaporte venezolano Nro. ████████ alias "TURKO", "TURKIÑO", "VIEJO", "GORDO", "RAFA", "MUSCULO" o "MUSCULITO", y YOLVI GONZÁLEZ ARCAYA, cabiéndole a los imputados participación como autor del artículo 15 N°1 respecto del delito de extorsión a ambos imputados, y del delito de disparos injustificado, respecto del imputado YOLVI GONZÁLEZ ARCAYA autor del 15 N°1 y respecto de ADRÍAN RAFAEL GAMEZ FINOL, también conocido como RAFAEL ENRIQUE GAMEZ SALAS, en calidad de autor del artículo 15 N°2, ambos ilícitos en grado de desarrollo consumado.

**Orden de Detención vigente**

N°2511230000072-7 de fecha 10 de enero de 2025, emanada del 11° Juzgado de Garantía de Santiago.

**Localización del imputado en el Estado requerido:**

Actualmente se encuentra detenido en el condado de Cameron, en Brownsville, Texas, Estados Unidos, según da cuenta el oficio N°20530 del Departamento de Justicia, División Criminal, de los Estados Unidos

**Disposiciones jurídicas aplicables y pena probable en Chile.**

**Artículos 431, 432, 433, 434, 435 y 436 Código Procesal Penal:** Establecen que la extradición activa exige, para declarar su procedencia, que se hubiere formalizado por un delito que tenga asignada una pena privativa de libertad cuyo mínimo exceda de un año y que, además, conste en el procedimiento el país y el lugar en que el imputado se encuentra actualmente.

**Artículo 141 Código Penal:**

El que sin derecho encerrare o detuviere a otro privándole de su libertad, comete el delito de secuestro y será castigado con la pena de presidio o reclusión menor en su grado

30

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

EXT-GAMEZ.SALAS-00148

Treinta y uno

FS 31

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

máximo.

En la misma pena incurrirá el que proporcionare lugar para la ejecución del delito.

Si se ejecutare para obtener un rescate o imponer exigencias o arrancar decisiones, o si el encierro o detención se prolongare por más de 24 horas, será castigado con la pena de presidio mayor en su grado mínimo a medio.

Si en cualesquiera de los casos anteriores, el encierro o la detención se prolongare por más de quince días o si de ello resultare un daño grave en la persona o intereses del secuestrado, la pena será presidio mayor en su grado medio a máximo.

El que con motivo u ocasión del secuestro cometiere además homicidio, violación o algunas de las lesiones comprendidas en los artículos 395, 396 y 397 N°1, en la persona del ofendido, será castigado con presidio perpetuo a presidio perpetuo calificado.

### Artículo 293 del Código Penal

Quien sea parte en una asociación criminal será sancionado con presidio menor en su grado máximo.

La pena será presidio mayor en su grado mínimo si la participación consiste en cumplir funciones de jefatura, ejercer mando en ella, financiarla o proveerle recursos o medios, o en haberla fundado.

Se entenderá por asociación criminal toda organización formada por tres o más personas, con acción sostenida en el tiempo, que tenga entre sus fines la perpetración de hechos constitutivos de crímenes.

Si la asociación tiene entre sus fines la perpetración de crímenes y simples delitos se aplicarán las sanciones dispuestas en el inciso primero.

### Artículo 438 del Código Penal

El que para obtener un provecho patrimonial para sí o para un tercero constriña a otro con violencia o intimidación a suscribir, otorgar o entregar un instrumento público o privado que importe una obligación estimable en dinero, o a ejecutar, omitir o tolerar cualquier otra acción que importe una disposición patrimonial en perjuicio suyo o de un tercero, será castigado con las penas respectivamente señaladas en este párrafo para el culpable de robo.

### Ley N°17.798, artículo 14 letra d)

Los que portaren alguna de las armas o elementos señalados en los incisos primero o segundo del artículo 3° serán sancionados con presidio menor en su grado máximo a presidio mayor en su grado mínimo.

Si dichas armas son material de uso bélico o aquellas señaladas en el inciso final del artículo 3°, la pena será de presidio mayor en sus grados mínimo a medio.

A.- Los que, teniendo las autorizaciones correspondientes, abandonaren armas o elementos sujetos al control de esta ley, incurrirán en la sanción administrativa de multa

31

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl

Código: MCOHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00149

*Treinta y dos.*
*7532*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

de 8 a 100 unidades tributarias mensuales y la cancelación del permiso. Las armas y elementos abandonados serán destruidos por la Dirección General de Movilización Nacional.

La misma sanción se impondrá a quienes, teniendo las autorizaciones correspondientes, no denunciaren en la forma prevista en el artículo 173 del Código Procesal Penal el robo o hurto de armas o elementos sujetos al control de esta ley, o no comunicaren a alguna de las autoridades indicadas en el inciso tercero del artículo 4 su pérdida o extravío dentro de las cuarenta y ocho horas siguientes del hecho, o del momento en que se tuvo o pudo tener conocimiento de su robo, hurto, pérdida o extravío.

La sola constancia ante la autoridad no eximirá de la obligación de denuncia del robo o hurto, prevista en el inciso anterior.

B.- Constituye circunstancia agravante de los delitos de que trata esta ley dotar las armas o municiones, que se posean o tengan, de dispositivos, implementos o características que tengan por finalidad hacerlas más eficaces, ocasionar más daño o facilitar la impunidad del causante.

Si los implementos a que se refiere el inciso anterior fueren de aquellos señalados en las letras h), i) y j) del artículo 3, no se impondrá al delito el grado mínimo o el mínimum de la pena que correspondería sin esa circunstancia.

C.- En los delitos previstos en los artículos 9, 13 y 14, el tribunal podrá prescindir de toda pena si el imputado procede a la entrega voluntaria de las armas o elementos a las autoridades señaladas en el artículo 1º, sin que haya mediado actuación policial, judicial o del Ministerio Público de ninguna especie.

El Ministerio de Defensa Nacional, a través de la Dirección General de Movilización Nacional, y el Ministerio del Interior y Seguridad Pública, por medio de la Subsecretaría de Prevención del Delito, podrán diseñar, ejecutar, evaluar y difundir programas de incentivo para la entrega voluntaria de armas o elementos señalados en los artículos 2º y 3º. Dicha entrega deberá realizarse a las autoridades indicadas en el artículo 1º. Estos programas podrán ejecutarse a través de la autoridad fiscalizadora, de otros servicios públicos o de particulares.

D.- El que colocare, enviare, activare, arrojare, detonare, disparare o hiciere explosionar bombas o artefactos explosivos, incendiarios, corrosivos en, desde o hacia la vía pública, edificios públicos o de libre acceso al público, o dentro de o en contra de medios de transporte público, vehículos policiales o de Gendarmería de Chile, vehículos militares empleados en funciones de orden público y resguardo fronterizo, vehículos municipales, o que presten servicios a municipalidades empleados para labores de seguridad, instalaciones sanitarias, de almacenamiento o transporte de combustibles, de instalaciones de distribución o generación de energía eléctrica, portuarias, aeronáuticas o ferroviarias, incluyendo las de trenes subterráneos, u otros lugares u objetos semejantes, será sancionado con presidio mayor en su grado medio. Igual pena se aplicará a quienes

32

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl Código: MCGHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00150

*Treinta y Tres.*
*Fs 33*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

arrojen, detonen o disparen dichos elementos hacia recintos militares o policiales. La misma pena se impondrá al que enviare cartas o encomiendas explosivas, incendiarias, corrosivas de cualquier tipo.

Si las conductas descritas en el inciso precedente se realizaren en, desde o hacia lugares u objetos distintos de los allí señalados, la pena será presidio mayor en su grado mínimo.

Ejecutándose las conductas descritas en los incisos anteriores con artefactos incendiarios, explosivos, tóxicos, corrosivos o infecciosos cuyos componentes principales sean pequeñas cantidades de combustibles u otros elementos químicos de libre venta al público y de bajo poder expansivo, tales como las bombas molotov y otros artefactos similares, se impondrá únicamente la pena de presidio menor en su grado máximo, en el caso del inciso primero, y de presidio menor en su grado medio, en el del inciso segundo.

El que coloque, envíe, active, arroje, detone, dispare, o haga explosionar artefactos incendiarios, explosivos, tóxicos, corrosivos o infecciosos cuyos componentes principales sean pequeñas cantidades de combustibles u otros elementos químicos de libre venta al público y de bajo poder expansivo, tales como las bombas molotov y otros artefactos similares en, desde o hacia recintos policiales y militares, será sancionado con la pena de presidio menor en su grado máximo a presidio mayor en su grado mínimo. Cuando se perpetren las conductas señaladas en este inciso mediante el uso de fuegos artificiales, se impondrá la pena de presidio menor en su grado máximo.

Quien disparare injustificadamente un arma de fuego de las señaladas en la letra b) del artículo 2° a un inmueble privado con personas en su interior, o en, desde o hacia uno de los lugares mencionados en el inciso primero será sancionado con la pena de presidio menor en su grado máximo. Si la conducta descrita en este inciso se realizare al aire o en, desde o hacia lugares u objetos distintos de los señalados, la pena será de presidio menor en su grado medio. Si el arma disparada correspondiere a las señaladas en la letra a) del artículo 2° o en el artículo 3°, se impondrá la pena inmediatamente superior en grado.

Las penas dispuestas en el inciso anterior se impondrán en su máximum cuando las conductas ahí señaladas turbaren gravemente la tranquilidad pública o infundieren temor en la población.

E.- El que, sin la competente autorización, accionare, activare o disparare alguno de los elementos señalados en la letra f) del artículo 2 será sancionado con la pena de presidio menor en sus grados mínimo a medio y multa de 10 a 20 unidades tributarias mensuales.

La pena privativa de libertad dispuesta en el inciso anterior se impondrá en su máximo cuando las conductas ahí señaladas turbaren gravemente la tranquilidad pública o infundieren temor en la población.

F.- Serán solidariamente responsables de los efectos civiles de aquellos ilícitos en que se hubieren utilizado sus armas de fuego, quienes las hubieren abandonado, no

33

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00151

*Treinteycuah*

*FS34*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

hubieren comunicado o denunciado oportunamente su extravío, robo o hurto, y quienes no hubieren realizado las declaraciones a las que hace referencia el inciso tercero del artículo 5.

En el caso de las personas jurídicas, la responsabilidad solidaria se extenderá tanto a aquella como a su representante legal.

Artículo 25 Código Penal: Las penas temporales mayores duran de cinco años y un día a veinte años, y las temporales menores de sesenta y un día a cinco años.

Las de inhabilitación absoluta y especial temporales para cargos y oficios públicos y profesiones titulares duran de tres años y un día a diez años.

La suspensión de cargo u oficio público o profesión titular, dura de sesenta y un días a tres años.

Las penas de destierro y de sujeción a la vigilancia de la autoridad, de sesenta y un días a cinco años.

La prisión dura de uno a sesenta días.

La cuantía de la multa, tratándose de crímenes, no podrá exceder de treinta unidades tributarias mensuales; en los simples delitos, de veinte unidades tributarias mensuales, y en las faltas, de cuatro unidades tributarias mensuales; todo ello, sin perjuicio de que en determinadas infracciones, atendida su gravedad, se contemplen multas de cuantía superior.

La expresión "unidad tributaria mensual" en cualquiera disposición de este Código, del Código de Procedimiento Penal y demás leyes penales especiales significa una unidad tributaria mensual vigente a la fecha de comisión del delito, y, tratándose de multas, ellas se deberán pagar en pesos, en el valor equivalente que tenga la unidad tributaria mensual al momento de su pago.

Cuando la ley impone multas cuyo cómputo debe hacerse en relación a cantidades indeterminadas, nunca podrán aquéllas exceder de treinta unidades tributarias mensuales.

En cuanto a la cuantía de la caución, se observarán las reglas establecidas para la multa, doblando las cantidades respectivamente, y su duración no podrá exceder del tiempo de la pena u obligación cuyo cumplimiento asegura, o de cinco años en los demás casos.

Artículo 26 Código Penal: La duración de las penas temporales empezará a contarse desde el día de la aprehensión del imputado.

Artículo 28 Código Penal: Las penas de presidio, reclusión, confinamiento, extrañamiento y relegación mayores, llevan consigo la de inhabilitación absoluta perpetua para cargos y oficios públicos y derechos políticos y de la inhabilitación absoluta para profesiones titulares mientras dure la condena.



34



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSD.ITCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00152

*Treinta y cinco.*
*FS 35*

# PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

Articulo 56 Código Penal: Las penas divisibles constan de tres grados, minimo, medio y máximo, cuya extensión se determina en la siguiente:

TABLA DEMOSTRATIVA

| PENAS | Tiempo que comprende toda la pena | Tiempo de su grado minimo | Tiempo de su grado medio | Tiempo de su grado máximo |
|---|---|---|---|---|
| Presidio, reclusión confinamiento, extrañamiento y relegación mayores. | De cinco años y un dia a veinte años. | De cinco años y un dia a diez años. | De diez años y un dia a quince años. | De quince años y un dia a veinte años. |
| Inhabilitación absoluta y especial temporales. | De tres años y un dia a diez años. | De tres años y un dia a cinco años. | De cinco años y un dia a siete años. | De siete años y un dia a diez años. |
| Presidio, reclusión confinamiento, extrañamiento y relegación menores y destierro. | De sesenta y un dia a cinco años. | De sesenta y uno a quinientos cuarenta dias. | De quinientos cuarenta y un dias a tres años. | De tres años y un dia a cinco años. |
| Suspensión de cargo y oficio público y profesión titular. | De sesenta y un días a tres años. | De sesenta y un días a un año. | De un año y un dia a dos años. | De dos años y un dia a tres años. |
| Prisión | De uno a sesenta dias. | De uno a veinte dias. | De veinte y uno a cuarenta dias. | De cuarenta y uno a sesenta dias. |

Articulo 57 Código Penal: Cada grado de una pena divisible constituye pena distinta.



Este documento tiene firma electrónica y su original puede ser validado en http://verificador.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00153

Treinta y seis

FS 36

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

**DE LA EXTINCION DE LA RESPONSABILIDAD PENAL.**

Artículo 93 Código Penal: La responsabilidad penal se extingue:

1° Por la muerte del responsable, siempre en cuanto a las penas personales, y respecto de las pecuniarias sólo cuando a su fallecimiento no se hubiere dictado sentencia ejecutoriada.

2° Por el cumplimiento de la condena.

3° Por amnistía, la cual extingue por completo la pena y todos sus efectos.

4° Por indulto. La gracia del indulto sólo remite o conmuta la pena; pero no quita al favorecido el carácter de condenado para los efectos de la reincidencia o nuevo delinquimiento y demás que determinan las leyes.

5° Por el perdón del ofendido cuando la pena se haya impuesto por delitos respecto de los cuales la ley sólo concede acción privada.

6° Por la prescripción de la acción penal.

7° Por la prescripción de la pena.

Artículo 94 Código Penal: La acción penal prescribe:

Respecto de los crímenes a que la ley impone pena de presidio, reclusión o relegación perpetuos, en quince años.

Respecto de los demás crímenes, en diez años. Respecto de los simples delitos, en cinco años.

Respecto de las faltas, en seis meses. Cuando la pena señalada al delito sea compuesta, se estará a la privativa de libertad, para la aplicación de las reglas comprendidas en los tres primeros acápites de este artículo; si no se impusieren penas privativas de libertad, se estará a la mayor.

Las reglas precedentes se entienden sin perjuicio de las prescripciones de corto tiempo que establece este Código para delitos determinados.

Artículo 95 Código Penal: El término de la prescripción empieza a correr desde el día en que se hubiere cometido el delito.

Artículo 96 Código Penal: Esta prescripción se interrumpe, perdiéndose el tiempo transcurrido, siempre que el delincuente comete nuevamente crimen o simple delito, y se suspende desde que el procedimiento se dirige contra él; pero si se paraliza su prosecución por tres años o se termina sin condenarle, continúa la prescripción como si no se hubiere interrumpido.

Artículo 97 Código Penal: Las penas impuestas por sentencia ejecutoria prescriben:

La de presidio, reclusión y relegación perpetuos, en quince años.

Las demás penas de crímenes, en diez años.

Las penas de simple delito, en cinco años.

Las de falta, en seis meses.



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

**SBU -LAW ENFORCEMENT**

EXT-GAMEZ.SALAS-00154

*Treinta y siete.*
*FS 37*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

Artículo 98 Código Penal: El tiempo de la prescripción comenzará a correr desde la fecha de la sentencia de término o desde el quebrantamiento de la condena, si hubiere ésta principiado a cumplirse.

Artículo 99 Código Penal: Esta prescripción se interrumpe, quedando sin efecto el tiempo transcurrido, cuando el reo, durante ella, cometiere nuevamente crimen o simple delito, sin perjuicio de que comience a correr otra vez.

Artículo 100 Código Penal: Cuando el responsable se ausentare del territorio de la República sólo podrá prescribir la acción penal o la pena contando por uno cada dos días de ausencia, para el cómputo de los años.

Para los efectos de aplicar la prescripción de la acción penal o de la pena, no se entenderán ausentes del territorio nacional los que hubieren estado sujetos a prohibición o impedimento de ingreso al país por decisión de la autoridad política o administrativa, por el tiempo que les hubiere afectado tal prohibición o impedimento.

Artículo 101 Código Penal: Tanto la prescripción de la acción penal como la de la pena corren a favor y en contra de toda clase de personas.

Artículo 102 Código Penal: La prescripción será declarada de oficio por el tribunal aun cuando el imputado o acusado no la alegue, con tal que se halle presente en el juicio.

Artículo 103 Código Penal: Si el responsable se presentare o fuere habido antes de completar el tiempo de la prescripción de la acción penal o de la pena, pero habiendo ya transcurrido la mitad del que se exige, en sus respectivos casos, para tales prescripciones, deberá el tribunal considerar el hecho como revestido de dos o más circunstancias atenuantes muy calificadas y de ninguna agravante y aplicar las reglas de los artículos 65, 66, 67 y 68 sea en la imposición de la pena, sea para disminuir la ya impuesta.

Esta regla no se aplica a las prescripciones de las faltas y especiales de corto tiempo.

### Código 14, 18 y 63 Código Orgánico de Tribunales.

Art. 14. Los juzgados de garantía estarán conformados por uno o más jueces con competencia en un mismo territorio jurisdiccional, que actúan y resuelven unipersonalmente los asuntos sometidos a su conocimiento.

Corresponderá a los jueces de garantía:

a) Asegurar los derechos del imputado y demás intervinientes en el proceso penal, de acuerdo a la ley procesal penal;

b) Dirigir personalmente las audiencias que procedan, de conformidad a la ley procesal penal;

c) Dictar sentencia, cuando corresponda, en el procedimiento abreviado que



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl Código. MCQHXSDJTCU

SBU -LAW ENFORCEMENT

Treinte y ocho.

Fs 38

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

contemple la ley procesal penal;

d) Conocer y fallar las faltas penales de conformidad con el procedimiento contenido en la ley procesal penal;

e) Conocer y fallar, conforme a los procedimientos regulados en el Título I del Libro IV del Código Procesal Penal, las faltas e infracciones contempladas en la Ley de Alcoholes, cualquiera sea la pena que ella les asigne;

f) Hacer ejecutar las condenas criminales y las medidas de seguridad, y resolver las solicitudes y reclamos relativos a dicha ejecución, de conformidad a la ley procesal penal;

g) Conocer y resolver todas las cuestiones y asuntos que la ley de responsabilidad penal juvenil les encomienden.

h) Conocer y resolver todas las cuestiones y asuntos que este Código, la ley procesal penal y la ley que establece disposiciones especiales sobre el Sistema de Justicia Militar les encomienden.

Art. 18. Corresponderá a los tribunales de juicio oral en lo penal:

a) Conocer y juzgar las causas por crimen o simple delito, salvo aquellas relativas a simples delitos cuyo conocimiento y fallo corresponda a un juez de garantía;

b) Resolver, en su caso, sobre la libertad o prisión preventiva de los acusados puestos a su disposición;

c) Resolver todos los incidentes que se promuevan durante el juicio oral;

d) Conocer y resolver todas las cuestiones y asuntos que la ley de responsabilidad penal juvenil les encomienden, y

e) Conocer y resolver los demás asuntos que la ley procesal penal y la ley que establece disposiciones especiales sobre el Sistema de Justicia Militar les encomiende.

Art. 63. Las Cortes de Apelaciones conocerán:

1° En única instancia:

a) De los recursos de casación en la forma que se interpongan en contra de las sentencias dictadas por los jueces de letras de su territorio jurisdiccional o por uno de sus ministros, y de las sentencias definitivas de primera instancia dictadas por jueces árbitros.

b) De los recursos de nulidad interpuestos en contra de las sentencias definitivas dictadas por un tribunal con competencia en lo criminal, cuando corresponda de acuerdo a la ley procesal penal;

c) De los recursos de queja que se deduzcan en contra de jueces de letras, jueces de policía local, jueces árbitros y órganos que ejerzan jurisdicción, dentro de su territorio jurisdiccional;

d) De la extradición activa, y



Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00156

*Treinta y nueve*
*fs 39*

## PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

e) De las solicitudes que se formulen, de conformidad a la ley procesal, para declarar si concurren las circunstancias que habilitan a la autoridad requerida para negarse a proporcionar determinada información, siempre que la razón invocada no fuere que la publicidad pudiere afectar la seguridad nacional.

**Derecho Internacional.**

Acuerdo sobre Extradición entre el Gobierno de la República de Chile y el Gobierno de los Estados Unidos de América, publicado por Chile en abril de 2017, preceptúa, en su artículo 2, numeral 1, que un delito dará lugar a la extradición si es punible conforme a la legislación de los dos Estados con pena de privación de libertad por un plazo máximo mayor de un año o con una pena más severa.

**Ministerio Público de Chile: autoridad a cargo de la investigación penal:**

El artículo 1° de la Ley 19.640, Orgánica Constitucional del Ministerio Público, señala que "El Ministerio Público es un organismo autónomo y jerarquizado, cuya función en dirigir en forma exclusiva la investigación de los hechos constitutivos de delito, los que determinen la participación punible y los que acrediten la inocencia del imputado y, en su caso, ejercer la acción penal pública en la forma prevista por la ley". Por su parte, el artículo 3° del Código Procesal Penal, dispone que "El Ministerio Público dirigirá en forma exclusiva la investigación de los hechos constitutivos de delito, los que determinaren la participación punible y los que acreditaren la inocencia del imputado, en la forma prevista por la Constitución y la ley".

**Contactos:**

En caso de requerir más antecedentes sobre el particular, no dude en contactarse con cualquiera de las siguientes autoridades:

**Secretaria Titular:** Patricia Silva Rojas,
**Oficial Primero:** José Patricio Tapia Oyarzún,
**Mesa Central**
**Ministerio Público de Chile:** Teléfono

Saluda atentamente a US.

MARIA ALEJANDRA PIZARRO SOTO
PRESIDENTA

SEÑOR MINISTRO





39

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: MCQHXSDJTGU

EXT-GAMEZ.SALAS-00157

cuarenta

7540

### PODER JUDICIAL
## CORTE DE APELACIONES DE SAN MIGUEL

ALBERTO VAN KLAVEREN
MINISTERIO DE RELACIONES EXTERIORES DE CHILE
PRESENTE/

40



Este documento tiene firma electrónica
y su original puede ser validado en
http://verificadoc.pjud.cl

Código: MCQHXSDJTCU

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00158

Cuarenta y uno.
JS41

**María Alejandra Pizarro Soto**
Ministro(P)
Corte de Apelaciones
Trece de febrero de dos mil veinticinco
08:02 UTC-3

SBU -LAW ENFORCEMENT



Este documento tiene firma electrónica
y su original puede ser validado en
http://verificadoc.pjud.cl

Código: MCQHXSDJTCU

EXT-GAMEZ.SALAS-00159



**PODER JUDICIAL**
REPUBLICA DE CHILE

Doscientos veinticuatro 224

**CERTIFICO**: que el oficio de fojas 1 a 41, fue firmado mediante firma electrónica avanzada, por doña MARÍA ALEJANDRA PIZARRO SOTO, Presidente (S); que la foja siguiente, no contiene firma ni timbre alguno; que las copias autorizadas de fojas 42 a 221, fueron firmadas mediante firma manuscrita y timbre y la certificacion de fojas 222 a 223, fue firmada mediante firma electrónica avanzada, ambas por doña PATRICIA AVELINA SILVA ROJAS, Secretaria en lo Criminal, ambos de la Corte de Apelaciones de San Miguel. Santiago, veintiuno de febrero de dos mil veinticinco.

JORGE EDUARDO SÁEZ MARTIN
SECRETARIO TITULAR CORTE SUPREMA

EXT-GAMEZ-SALAS-00160

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

OFFICIAL LETTER No. 300-2025

SUB: <u>Extradition request.</u>

ATTACHMENT: Official extracts of pertinent case files

Ruc: 2401355710-8

Court Case No. 373-2025 Penal

Rit: 7787-2024

11th Guarantee Court of Santiago

San Miguel, 13th February 2025.

In compliance with the ruling issued on 12th February 2025 by the First Chamber of this Court of Appeal made up of Ministers Juan Ángel Muñoz L., Mauricio Alejandro Olave A., and Deputy Minister Christian Carvajal S., in **Extradition Appeal No. 373-2025 Penal**, I hereby request that you order the necessary diplomatic procedures to secure the active extradition of **Adrián Rafael Gámez Finol**, holder of **foreign identity card No.** ▮▮▮▮▮▮▮ for his criminal liability as the perpetrator of a consummated offence of criminal association under Article 293, section 2 of the Criminal Code; two consummated offences of extortion under Article 438 of the Criminal Code; two consummated offences of unjustified firearm discharge, as defined and sanctioned under Article 14 letter d) of Law No. 17,798; one consummated offence of kidnapping resulting in homicide under Article 141, section 5 of the Criminal Code; and one consummated offence of kidnapping for extortion, covered under Article 141, section 3 of the same legal instrument. All of these offences were committed between 2023 and 2024. The factual and legal grounds supporting this request are set forth below:

**Identification of the requested person:**

1.1) Adrián Rafael Gámez Finol

1.2) National identity card No. ▮▮▮▮▮▮

1.3) Date of birth ▮▮▮▮▮▮ 1987

1.4) Colombian nationality

1.5) Male

1.6) Prior criminal record: None

1.7) Status in the proceedings: Defendant.

**Arraignment Hearing (absent)**

Arraignment hearing of 3rd February 2025 issued by the 11th Guarantee Court of Santiago.

**Facts:**



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

SBU - LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00161

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

FACT No. 1

Since at least 2019, a transnational criminal organisation known as "Tren de Aragua" has established itself in Chilean territory. Originating in the Bolivarian Republic of Venezuela, this organisation has also expanded into multiple countries across the Americas. This criminal organisation operates on a permanent basis, with its members fulfilling different roles according to their hierarchical position within the structure. A central power controls the organisation, issuing directives to various hierarchical levels with the primary objective of profiting from illicit activities in the countries where it has established a presence, exploiting available illegal markets.

To achieve its objectives, this criminal organisation is structured under the leadership of individuals who issue instructions from abroad, primarily from Venezuela, Colombia, and neighbouring countries. From these locations, various offences are planned for execution in the territories where the organisation maintains operatives, ensuring strict compliance with its directives. A key characteristic of this criminal organisation is the fungibility or interchangeability of its members. If a member dies or is detained, they are swiftly replaced, thereby ensuring the organisation's continuity and long-term survival.

In the countries where the criminal organisation operates, local cells pay tribute to its leaders in order to use the name "Tren de Aragua" and, consequently, gain access to the benefits associated with it. These benefits primarily include the ability to commit offences under the organisation's name and the authority to demand large sums of money from other criminal groups or individual offenders, particularly foreigners, as payment for permission to engage in criminal activities within the territories it controls. These payments, commonly referred to as "vacuna" (literally "vaccine"), function as a form of tax imposed for the right to operate within illicit markets.

To achieve its ultimate objective, that is, financial gain, this criminal organisation engages in a variety of offences designed to serve this purpose. It primarily exploits illegal markets or criminal opportunities that remain untapped by domestic criminal groups. These activities include, but are not limited to, kidnappings for extortion, contract kidnappings, kidnappings resulting in homicide, migrant smuggling, human trafficking, the prostitution market, contract killings, drug trafficking, property-related crimes, and extortion. Additionally, in order to secure its objectives, the organisation commits offences aimed at subjugating rival gangs and/or punishing its own members who fail to follow orders from its leadership or act without proper authorisation. These punitive measures include homicide, kidnappings resulting in homicide, and grievous bodily harm, among others. Failure to obey the organisation's directives or to adhere to its internal discipline can ultimately result in execution.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

2

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00162

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

In Chile, this criminal organisation operates across various regions of the country, with multiple cells under different names. However, all remain subordinate to "Tren de Aragua" and under the command of its leadership, whether based abroad or, in some cases, within the national territory. In Santiago, the primary cell in operation is known as "Los Piratas" or "Los Piratas de Aragua". This group primarily engages in offences such as kidnapping, kidnappings resulting in homicide, homicides, drug trafficking, extortion, and property-related offences. A significant number of kidnappings and homicides have been attributed to this cell between 2023 and 2024.

During this period, multiple members of "Los Piratas" have been involved in these offences, remaining active until they were either detained, killed, or fled the country to evade capture after committing high-profile offences. These actions were carried out under direct orders from the organisation's leaders, aimed at minimising the loss of active members. Those who are removed are swiftly replaced by new recruits, either already present in Chile, sent into the country, or returning from abroad. These new members continue engaging in the same offences, thereby perpetuating the organisation's operations. Despite changes in its members, the organisation's underlying criminal patterns remain consistent over time.

During its period of operation in Chile, this criminal organisation has maintained a structured hierarchy. The leadership over the "Los Piratas" cell has remained consistent over time, exercised both from abroad and within Chile by CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", who serves as the leader of Tren de Aragua at the South American level. Additionally, RAFAEL ENRIQUE GAMEZ SALAS, also known as ADRIAN RAFAEL GAMEZ FINOL, and by the aliases "TURKO", "TURKIÑO", "MUSCULITO", "RAFA", "RAFITA", "GORDO", and "VIEJO", commands and directs the "Los Piratas" or "Piratas de Aragua" cell operating in Chile. In addition, other participants, who have not yet been identified, are responsible for planning, coordinating, and authorising the commission of offences. They issue directives, determine the victims, directly engage in extortion, impose disciplinary measures against their own members and other criminal organisations, designate which individuals will participate in specific offences, and decide when and who must leave the country after committing offences in order to evade detention. They also take measures to ensure that the operational experience gained by the organisation's members is not lost.

In accordance with the above, this criminal structure includes local commanders, who are responsible for directly overseeing the organisation's activities in Chile. One such figure is "TURKO", who operates under the supervision of high-ranking leaders based abroad, such as "Carlos Bobby". These individuals oversee criminal operations within Chile, ensure that the corresponding financial



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

3

EXT-GAMEZ-SALAS-00163

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

remittances are transferred abroad, and enforce compliance with the directives imposed by the organisation's upper hierarchy.

Operationally, the organisation employs a system of compartmentalisation and functional distribution to ensure the success of its criminal activities. Within this structure, certain members are dedicated to logistical roles, which include allocating properties for storing materials used to commit offences and for holding victims captive, guarding hostages, facilitating resources for criminal operations, such as firearms, vehicles, diversionary tools, transport, victim intelligence, surveillance equipment, mobile phones, and other elements.

Additionally, there are members specifically assigned to commit offences. These individuals are responsible for directly detaining or abducting victims, stealing property, and executing homicides ordered by the organisation. As such, they serve as the primary operatives within the organisation's criminal framework.

In this context, CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", is one of the highest-ranking leaders of the organisation in Chile, overseeing its South American operations. He exercises strict control not only over criminal activities but also over the organisation's members. He authorises the kidnappings for extortion, determines who will participate in these offences, selects the victims, and oversees key operational aspects, all of which must be consulted with him before being executed.

Regarding the defendant ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, like CARLOS FRANCISCO GOMEZ MORENO, he holds a leadership role in Chile. He is responsible for selecting kidnapping victims and assigning specific tasks to members of the organisation. He instructs his subordinates to acquire the necessary resources for carrying out kidnappings, such as vehicles and firearms, among other items. After executing these orders, those involved are required to report back to him and be held accountable for their actions. Additionally, he issues direct instructions to other levels of the organisation to ensure the impunity of those involved in offences. In some cases, he personally conducts extortion calls to the victims' families to demand ransom payments.

For the continued operation of the criminal organisation, the defendant EDGARD JAVIER BENITEZ RUBIO is responsible for logistics, ensuring that illicit activities proceed as planned. He manages the storage, custody, and distribution of vehicles used by the organisation for the commission of offences, with full knowledge of their intended purpose. Most of these vehicles are stolen and equipped with false licence plates. Fully aligned with the "Los Piratas" criminal cell, he maintained possession of, provided, and distributed multiple vehicles to members of the organisation. After participating in the kidnapping and homicide of victim RLOM



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

4

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00164

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

▉▉▉▉▉▉▉▉▉, he fled the country, further confirming his involvement and active role within the criminal organisation.

Regarding the defendants JHONNY JOSÉ LÓPEZ MENDOZA, alias "MUDO" or "NIÑO", JOSE CARLOS VALVERDE ARAUJO, alias "JOSE CARLO", DAYONIS JUNIOR OROZCO CASTILLO, alias "BOTI" or "BOTIJA", WINMER JESÚS RIVAS OLIVARES, alias "TITI", YOLVI MIGUEL GONZÁLEZ ARCAYA, alias "YOLVI", WUILBERTH DE JESÚS OLIVARES PEÑA, alias "NIÑO DE ORO", and NIXON JOSE QUINTERO CHOURIO, they are participants in groups created on social network platforms, specifically WhatsApp. Through these channels, the leaders of the criminal organisation issue direct instructions to maintain communication and coordinate the execution of planned offences. Under the leaders' orders, these individuals are responsible for preparing, planning, coordinating, and executing kidnappings for extortion. They are directly involved in the unlawful deprivation of liberty of victims and, when instructed, in their execution. Additionally, the defendants jointly engage in property-related crimes, extortion, and other offences to generate resources for the criminal organisation, exploiting any available illicit market.

Regarding the defendants ANTHONY ALEJANDRO LIENDO CANTO, CARLOS DAYAN MAYOR FERNÁNDEZ, ALEXANDER RAFAEL CHOURIO LEAL, RENZO ABRAHAM SÁNCHEZ HERNÁNDEZ, JOSUE DAVID RAMÍREZ OLIVEROS, YORMAN GUILLERMO PEROZO ARRAGA, OSMAR ENRIQUE ROMERO PRINCE, JOSE MARINO GARCÍA ORJUELA, and JOHANDRY ALBERTO VALLADARES RIVAS, they serve as operational members of the organisation, carrying out kidnappings in direct compliance with orders from the leadership. Their duties include conducting on-site surveillance on potential victims, abducting and intimidating them, holding them captive at designated locations, transporting them in vehicles, and, when ordered by the organisation's leaders, executing them, among other functions.

Meanwhile, the defendant WALTER DE JESÚS RODRÍGUEZ PÉREZ, is one of the members of the criminal organisation responsible for carrying out kidnappings. Possessing specialised expertise in this field, he enters and exits the country through unauthorised border crossings solely to execute high-profile kidnappings. Once these have been carried out, he swiftly leaves the country to evade detection and capture.

At the same time, within the ranks of the organisation, the defendant ANTHONY YUHANDRI BARBOZA BRACHO, who was deprived of liberty for offences committed under the organisation's protection, continued to follow directives issued by the leadership while incarcerated. His specific role within the prison involved contacting victims, obtaining sensitive information about them, gaining their trust

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

5

EXT-GAMEZ-SALAS-00165

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

through deception, and creating the necessary conditions to ensure the operational members of the criminal organisation could act with minimal risk. This facilitated the kidnapping, unlawful deprivation of liberty, and extortion of victims, as well as their families and third parties. Additionally, he acted as an intermediary between other detained defendants to facilitate arms trafficking on behalf of the criminal organisation, thereby securing financial gain.

The defendants KEVIN DANIEL HERNÁNDEZ RAMOS, alias "PICHOTA" or "BICHOTA", **LUIS ALFREDO CARRILLO ORTIZ**, alias "GOCHO", JULIO CESAR IGLESIAS PEREIRA, alias "EL BARRANQUILLA", JULIÁN ANDRES IGLESIAS HOYOS, HECTOR OSVALDO SOTO MAUREIRA, and LEONAL ALBERTO SANZ BRITO, alias "LEO", are members of the criminal organisation who primarily operate in the SANTA MARTA settlement. Fully aware of the organisation's existence, these defendants, under KEVIN DANIEL HERNÁNDEZ RAMOS's leadership, were responsible for this settlement, referred to within the organisation as "the invasion". They administered the area, collected payments for protection, trafficked drugs, and provided cover for the organisation by offering a secure location for meetings, holding kidnapped victims, housing some of the defendants, and even serving as a collection point for ransom payments obtained through kidnappings for extortion.

In accordance with the foregoing, the criminal organisation has, over time, engaged in various offences, with the defendants fulfilling the following roles:

At the highest level of this criminal structure, there are two principal leaders. One oversees command and control across South America, namely CARLOS FRANCISCO GÓMEZ MORENO, alias "Carlos Bobby" or "Bobby". The second, serving as the local commander within Chile and responsible for issuing directives and instructions to other members, is ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, and by the aliases "Turko", "Turco", "Turkiño", "Musculo", "Musculito", "Viejo", "Rafa", among others. Within the organisation's hierarchy, the defendant CARLOS FRANCISCO GÓMEZ MORENO holds the superior position. Thus, the hierarchical or pyramid structure is organised as follows, with the roles outlined below:

The leadership of the defendant CARLOS FRANCISCO GÓMEZ MORENO has been firmly established over time, as he is responsible for issuing orders and directives to other members of the criminal organisation.

His authority is particularly evident in the double kidnapping and homicide that took place on 28th and 29th December 2023. Upon learning of an unauthorised kidnapping conducted by victims JOSEPH TORRES MARTÍNEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVERO CARMONA, who had abducted other members of the criminal organisation without his approval, the defendant "CARLOS BOBBY", imposed strict disciplinary action. He ordered that the three be kidnapped and

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

6

EXT-GAMEZ.SALAS-00166

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

detained at a property controlled by the criminal organisation, located at Rinconada de Maipú No. 5,700 in the district of Maipú. Following their detention, he issued an order for their execution, which was subsequently carried out by members of the organisation.

Regarding this final decision, the defendant CARLOS FRANCISCO GOMEZ MORENO personally informed the partner of one of the victims that he had ordered the killing of JOSEPH TORRES MARTÍNEZ and even disclosed that his body had been left in the river. During this conversation, the woman referred to the defendant as "PURE", reflecting his status as a leader within the organisation.

This same leadership exercised by CARLOS BOBBY is evident in the way other members of the organisation refer to him, as seen in WhatsApp conversations between the defendant YOLVÍ GONZÁLEZ ARCAYA and the individual known as "MOROCHO", who, along with WIMNER RIVAS OLIVARES, alias "TITI", is responsible for acquiring the logistical resources necessary to commit the offences. In these exchanges, GONZÁLEZ ARCAYA expresses his intent to carry out a kidnapping, to which "MORO" or "MOROCHO" replies that he is waiting for a call from ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS to assemble a team. GONZÁLEZ ARCAYA then remarks that they cannot always wait for orders and must "activate" themselves, using this term as a reference to seek out criminal activities on their own. "MORO" or "MOROCHO" responds that he is awaiting instructions from "brother BOBY". This interaction illustrates the structured hierarchy within the criminal organisation. The defendant YOLVI GONZÁLEZ ARCAYA is positioned within the operational level, responsible for executing orders issued by the central power, while "MORO" or "MOROCHO" belongs to the logistics division. As a result, individuals responsible for issuing directives and orders, such as ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, cannot issue an order to form a team to carry out a kidnapping unless explicitly authorised by CARLOS FRANCISCO GÓMEZ MORENO, alias "CARLOS BOBBY", who holds a higher leadership role over ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS. CARLOS FRANCISCO GÓMEZ MORENO operates under the command and oversight of the founders and senior leaders of "TREN DE ARAGUA".

Furthermore, CARLOS FRANCISCO GÓMEZ MORENO's leadership role is evident in actions such as the creation of a WhatsApp group bearing a pirate flag as its name. In this group, "CARLOS BOBBY" instructed his subordinates to relocate kidnapping victims from one place of captivity to another and to update him on the organisation's available vehicles. This instruction was acknowledged by a contact saved under the name "CALVIN", identified as ENDER ROJAS MONTANA, a defendant who was imprisoned for a kidnapping that took place on 25th September

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00167

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

2023 in the district of Pichidangui. Similarly, a mobile phone seized from an associate of the defendant WALTER DE JESÚS RODRÍGUEZ PEREZ, which belonged to DONOVAN TELLERIA TORRES, (who is currently in custody for a kidnapping that took place on 15th April 2023), contains a conversation between CARLOS FRANCISCO GÓMEZ MORENO and DONOVAN TELLERIA TORRES. In this exchange, the latter requests authorisation from "CARLOS BOBBY" to proceed with the kidnapping of a specific victim he had selected. "CARLOS BOBBY" granted this authorisation, and the offence was carried out on 14th November 2023 in the district of Estación Central.

On 26th February 2024, in the aftermath of the kidnapping and homicide of Venezuelan Lieutenant RLOM ████████, a conversation took place between the defendants YOLVI GONZÁLEZ ARCAYA and JHONNY LÓPEZ MENDOZA, alias "MUDO". During this exchange, the latter stated that he had received a call from "BOBY", who instructed them to "RECOVER THEIR HEALTH", a coded reference indicating that they needed to flee Chile to avoid being detained by the police and to conceal their involvement in the offence. This order was issued directly by CARLOS FRANCISCO GÓMEZ MORENO, once again demonstrating his superior hierarchical position over the defendant known as "TURKO", who was responsible for coordinating this offence within Chile.

Regarding the defendant ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, his leadership role within various offences committed by the organisation is evidenced as follows:

1.- The defendant GÁMEZ FINOL, also known as GAMEZ SALAS, alias "TURKO", was responsible for selecting the kidnapping victims in an operation that took place on 28th February 2024. He also assigned specific roles for the execution of the offence, directly ordering the defendants ANTONY YUANDRI BARBOZA BRACHO and YOLVI GONZÁLEZ ARCAYA to contact the victim, who sold clothing, footwear, and accessories through social media, by posing as potential buyers to arrange a meeting. He further instructed GONZÁLEZ ARCAYA to wear long sleeves to prevent identification by his tattoos.

2.- Similarly, concerning the homicide of Carabineros officer Emmanuel Sánchez Soto, which occurred on 10th April 2024, shortly before the homicide, a conversation took place between ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS and YOLVI GONZÁLEZ ARCAYA. During this exchange, the latter sent a video to GAMEZ FINOL or GAMEZ SALAS, informing him that they had been carrying out robberies while riding a motorcycle. Subsequently, "TURKO", issued orders regarding a kidnapping they were planning, instructing that they should use the victim's own vehicle for the crime.

Furthermore, following the Carabineros officer's homicide, ADRIÁN RAFAEL



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

8

EXT-GAMEZ-SALAS-00168

**JUDICIAL BRANCH
COURT OF APPEAL OF SAN MIGUEL**

GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, issued explicit instructions regarding the necessary actions to be taken after the offence was committed to ensure that the perpetrators could escape without being detained by law enforcement. These directives included changing clothes, instructions on travel logistics, the number of individuals per vehicle, and other details.

3.- The leadership role of the defendant GAMEZ FINOL, also known as GAMEZ SALAS, is further demonstrated through his control over extortion operations. He personally decides which individuals are to be targeted for extortion and dictates the consequences if they refuse to comply. As evidence of this, when the defendant alias "TURKO" forwarded news of the physical assault inflicted on a victim to the defendant EDWARD GONZÁLEZ ARANGO, he explicitly stated: "That son of a bitch doesn't want to pay; I'll go after him again". Additionally, on 9th April 2024, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, personally called a victim, demanding a payment to the organisation in exchange for protection. When the victim refused, he threatened to send someone to shoot at his business premises. This threat was subsequently carried out under his direct orders to the defendant YOLVI GONZÁLEZ ARCAYA, who not only executed the shooting but also filmed himself doing so and sent the footage to "TURKO" as proof of compliance with the order.

4.- In addition to the previously described facts and evidence, the defendant played a leading role in the kidnapping for extortion that took place on 12th June 2024. In this case, the defendant HUASCAR BAEZ PEÑA, who was already in custody, sent him a photograph of the intended victim to be kidnapped. TURKO then forwarded this image to his operatives, JOHANDRI ALBERTO VALLADARES RIVAS, who was with OSMAR ENRIQUE ROMERO PRINCE and NIXON JOSE QUINTEROS CHOURIO. Later, after the victim had been unlawfully deprived of liberty, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, contacted the victim's partner via video call, demanding a payment of $20,000,000 (twenty million Chilean pesos) for an alleged drug-related debt between the victim's partner and the criminal organisation.

5.- In the kidnapping and homicide of former Venezuelan Lieutenant ▮RLOM▮ ▮▮▮▮▮▮▮▮▮, which took place on 21st February 2024, the defendant GÁMEZ FINOL, also known as GÁMEZ SALAS, was involved in both the planning and execution of the offence. He created a WhatsApp group named with the icon of a pirate flag, where "TURKO" instructed that, in order to commit the offence, they would pose as PDI (Policía de Investigaciones - Chilean Investigative Police) officers. This plan was ultimately executed as instructed and had already been approved by higher-ranking members of the criminal organisation. ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, issued the



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

9

EXT-GAMEZ.SALAS-00169

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

initial directives, which included ordering operatives to maintain secrecy regarding the operation, mobilising various members, and instructing that when the plan was later explained, only one person would speak.

6.- Further evidence of the leadership of the defendant GÁMEZ FINOL also known as GÁMEZ SALAS, alias "TURKO" is found in a recorded conversation between "TURKO", and another individual involved in the organisation. In this video, he explicitly states that loyalty and commitment to the organisation must be maintained and reassures the person that nothing will happen to them. He also warns them to avoid gathering together too frequently, as that if one member is targeted, the entire group could be exposed. This conversation further confirms the existence of a hierarchical and pyramidal criminal organisation, as "TURKO" discusses promotions within the structure. At one point, one of the members even requests time off from him, claiming exhaustion.

In the same conversation, "TURKO" tells another individual that they must remain focused on their tasks and stop "PARTYING", as he is next in line to take over his position. He further states that "BOTY", identified as DAYONIS JUNIOR OROZCO CASTILLO, must act as the right-hand man to this successor, as both cannot perform the same role simultaneously.

Regarding the criminal organisation, it has been established that it consists of multiple individuals identified below, forming a criminal network operating under the directives imposed by its recognised leaders. Evidence has been gathered linking the various defendants through confiscated mobile devices, ballistic matches, the vehicles used in kidnappings, and the locations used both as hideouts and detention sites for victims. These elements confirm the existence of shared resources used in the organisation's criminal activities:

1. Regarding the double kidnapping and homicide that took place on 28th and 29th December 2023, in the district of Maipú, the victims were RAY ARGENIS NAPOLES CASTILLO and JOSEPH EMMANUEL TORRES MARTINEZ, and the kidnapping of EDIXSON RIVEROS CARMONA, the participation of the following individuals from the organisation has been established:

CARLOS FRANCISCO GÓMEZ MORENO issued the order to abduct members of the organisation who had conducted an unauthorised kidnapping. He later instructed that both be executed by other members of the criminal organisation. The victims were subsequently murdered in the Rinconada de Maipú area, abandoning their bodies at the scene. Only EDIXSON RIVEROS CARMONA, one of the intended victims, managed to escape execution.

The defendant BRIAN PIÑA MENDOZA provided the property where the victims were held captive and tortured, located at Camino a Rinconada de Maipú No. 5,700, in the district of Maipú. He is also implicated in similar offences, for which

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

10

EXT-GAMEZ-SALAS-00170

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

other members of the criminal organisation are currently in custody due to their involvement in illicit activities carried out under the protection of the criminal group.

The defendant CARLOS SEPULVEDA MORALES provided the premises where the victims were detained, located near Rinconada de Maipú No. 5,700, in the district of Maipú, where they were held captive and tortured.

The defendant JHONNY LOPEZ MENDOZA, alias "MUDO", "JHONNY PANITA", or "NIÑO", is responsible for facilitating arrangements within the criminal organisation, ensuring that the defendants PIÑA MENDOZA and SEPULVEDA MORALES provided a location for torturing and detaining the victims.

The defendant CARLOS DAYAN MAYOR FERNÁNDEZ transported the victims in a Nissan Versa, bearing licence plate RKST-88. This same vehicle was used in the double kidnapping and homicide on 9th January 2024, in the district of San Bernardo, as well as in the double homicide on 27th January 2024, in the district of Malloa, where two farmers were murdered by at least 4 Venezuelan nationals, members of "TREN DE ARAGUA". This vehicle had previously been used by RAY NAPOLES CASTILLO, one of the victims, who was also a member of "TREN DE ARAGUA" before being kidnapped and murdered in Rinconada de Maipú alongside JOSEPH TORRES MARTÍNEZ, following direct orders from "CARLOS BOBBY".

Additionally, the firearms used in this crime matched ballistics evidence from the double homicide on 9th January 2024 in the district of San Bernardo.

2. Furthermore, the double kidnapping and homicide of victims WJLB ▮▮▮▮▮▮ and AASM ▮▮▮▮▮▮▮▮▮▮ whose bodies were found in the district of San Bernardo on 9th January 2024, is linked to the same firearms and vehicle used in other crimes. Ballistic forensic analysis confirmed that the firearms used in this offence were also used in the double kidnapping and homicide that took place in the district of Maipú on 28th and 29th December 2023, as well as the double homicide in the district of Malloa on 27th January 2024. Further linking these cases is the use of the same NISSAN VERSA, bearing licence plate ▮▮▮T-88, which was also used in the offences committed in the district of Malloa and San Bernardo, as well as in the double kidnapping and homicide in the district of Maipú on 28th and 29th December 2024. This vehicle was originally owned by one of the victims.

3. Regarding the defendant ANTHONY LIENDO CANTO, it has been established that he was in possession of the NISSAN VERSA, licence plate ▮▮▮T-88, from at least 4th January 2014 to 19th January 2024, the same vehicle involved in the offences mentioned above. Surveillance footage captured the defendant ANTHONY LIENDO CANTO using this vehicle 5 days after the homicide of its previous owner. He also used the same car during the double kidnapping and homicide on 9th January 2024 at the south access. Additionally, in his role of



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

11

EXT-GAMEZ-SALAS-0017/1

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

safeguarding and supplying vehicles for the criminal organisation, it was established that on 20th January 2024, he was also in possession of a white Chevrolet Onix, bearing licence plate ████Z-11. This vehicle was previously used in the kidnapping on 14th December 2023 in the district of Santiago and in the homicide of a Carabineros officer on 10th April 2024, in the district of Quinta Normal.

4. Regarding the kidnapping and homicide of the victim RLOM ████████████, it took place on 21st February 2024, in the district of Independencia, and his body was later buried in the Santa Marta settlement in the district of Maipú. This offence has been directly linked to the criminal organisation, as ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, through a WhatsApp group identified by a pirate flag, informed other members that the higher ranks of the organisation had authorised the commission of an offence while dressed as PDI officers. This tactic was later used in the kidnapping and homicide on 21st February 2024 in the district of Independencia. Members of the WhatsApp group included the defendant WIMNER RIVAS OLIVARES, alias "TITI", as well as individuals known as "MONITO", "MOROCHO", YOLVI GONZÁLEZ ARCAYA, DAYONIS JUNIOR OROZCO CASTILLO, alias "BOTY" and JHONNY JOSÉ LÓPEZ MENDOZA, alias "MUDO" or "NIÑO". Screenshots of this conversation were later found on the phone of the defendant JOSUE DAVID RAMIREZ OLIVEROS, individuals who are directly and indirectly linked to multiple offences under investigation.

Additionally, on 14th February 2024, the defendant YOLVI GONZÁLEZ ARCAYA took a selfie wearing a uniform of the Policia de Investigaciones de Chile (Chilean Investigative Police), the same disguise used in the kidnapping and homicide of Venezuelan Lieutenant RLOM ████████████. Furthermore, the defendant GONZÁLEZ ARCAYA is implicated in the kidnapping for extortion that took place on 28th February 2024, the extortion on 9th April 2024, and the homicide of the Carabineros officer on 10th April 2024.

Regarding the vehicle used in the kidnapping, evidence shows that it was provided by the defendant EDGAR JAVIER BENÍTEZ RUBIO, who, within the organisation, was responsible for securing and supplying vehicles. On 19th February 2024, he handed over a NISSAN VERSA bearing licence plate ████D-14, to another member of the organisation. This vehicle was later used to transport the victim RLOM ████████████, after he was kidnapped from his residence. Additionally, evidence established that EDGAR JAVIER BENÍTEZ RUBIO, was in possession of and responsible for safeguarding a blue Chevrolet Spark, licence plate ████K-81, which was used in the kidnappings that took place on 28th February and 3rd March 2024, and a white Chevrolet Onix, bearing licence plate ████Z-11, which was used in the double kidnapping resulting in homicide on 9th January 2024,



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

12

EXT-GAMEZ-SALAS-0017/2

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

as well as in the homicide of a Carabineros officer on 10th April 2024, the date on which the vehicle was seized by authorities.

Regarding the defendant JOSE CARLOS VALVERDE ARAUJO, alias "JOSE CARLOS", it has been established that he was not only involved in the kidnapping and homicide on 21st February 2024 but also participated in the WhatsApp groups created by "TURKO" for the planning of kidnapping offences, including the kidnapping for extortion that took place on 28th February 2024, in which he provided photographs of the victim obtained from social media. He also assisted YOLVI GONZÁLEZ ARCAYA in drafting the message that was later sent to the kidnapped victim. Additionally, he was involved in the extortion offence on 9th April 2024, in which the victim's business premises were shot at by the defendant YOLVI GONZÁLEZ ARCAYA under orders from GÁMEZ FINOL, also known as GÁMEZ SALAS. Following this attack, the victim, through a family member, requested JOSE CARLOS VALVERDE ARAUJO to mediate with the criminal organisation, as it was widely known that he was affiliated with the group. He subsequently arranged a meeting between the victim, the extortionist, leaders of the gang, and himself, where a payment plan was negotiated to put an end to further retaliatory actions.

In relation to JHONNY JOSÉ LÓPEZ MENDOZA, known as "MUDO" or "NIÑO", it has been established that he was not only involved in the kidnapping and homicide on 21st February 2024 but also participated in the WhatsApp groups created by "TURKO" for the planning of kidnapping offences. He is further linked to the organisation through contact lists, as his number appears in YOLVI GONZÁLEZ ARCAYA's phone as JHONNY PANITA. They maintained conversations with PIÑA MENDOZA and SEPULVEDA MORALES, coordinating the use of properties provided by these two individuals as sites for torture and captivity, as was the case in the double kidnapping and homicide on 28th and 29th December 2023. Moreover, the defendant JHONNY JOSE LÓPEZ MENDOZA, was in a video call with the defendants YOLVI GONZÁLEZ ARCAYA and EDGAR BENÍTEZ RUBÍO just hours after the kidnapping of former Venezuelan Lieutenant, RLOM ▮▮▮▮▮▮, further linking him to the criminal organisation. After the kidnapping and homicide on 21st February 2024, he received a direct order from CARLOS FRANCISCO GÓMEZ MORENO instructing him to leave the country due to his involvement in the offence, a directive he subsequently followed.

Regarding the defendant WALTER DE JESÚS RODRÍGUEZ PEREZ, evidence links him to the criminal organisation, as he participated in the kidnapping on 15th April 2023, alongside other defendants. He operated under direct orders from the organisation's leaders, specifically in the kidnapping of the victim DENNY RINCON VILLALOBOS, which was carried out by members of "TREN DE ARAGUA" due to the non-payment of the "vacuna", this is, a fee demanded by the organisation


This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

13

EXT-GAMEZ-SALAS-00173

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

to allow individuals to engage in criminal activities within the territory controlled by "TREN DE ARAGUA". Furthermore, he was involved in the kidnapping and homicide of the Venezuelan victim RLOM ▆▆▆▆▆▆▆▆▆ on 21st February 2024. He was one of the defendants who entered the victim's residence and carried out the abduction. He entered Chile solely for this purpose, as his criminal expertise lies in kidnappings.

In relation to the burial site of the victim, his body was located in the "SANTA MARTA" settlement. Several members of "TREN DE ARAGUA" were directly involved in this operation, including KEVIN DANIEL HERNANDEZ RAMOS, alias "PICHOTA" or "BICHOTA", LUIS ALFREDO CARRILLO ORTIZ, alias "GOCHO", JULIO IGLESIAS PEREIRA, alias "BARRANQUILLA", JULIÁN IGLESIAS HOYOS, and LEONAL ALBERTO SANZ BRITO, alias "LEO". These individuals operate within the most active level of the organisation's hierarchical structure, following direct orders from the organisation's leaders. In addition to concealing the victim's body, they were responsible for drug trafficking, collecting "vacuna" payments, and controlling the "SANTA" MARTA settlement, which they refer to as "the invasion".

5. Regarding the kidnapping of victim H.A.T.R, which took place on 28th February 2024 in the district of Cerrillos, the following defendants were identified as participants: ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, instructed the imprisoned defendant ANTONY YUANDRI BARBOZA BRACHO to contact the victim via Instagram, where the victim sold clothing, footwear, and accessories. The purpose was to arrange a meeting and obtain the victim's phone number to coordinate the delivery of goods. This strategy enabled other members of the organisation to carry out the kidnapping. Once the leader, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, obtained the victim's information, he shared it in a WhatsApp group he had created, which was used for planning various kidnappings. This group was also used by members to bid farewell after the offence against Ojeda Moreno was carried out, often making references using pirate emojis.

After the victim's information was shared, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, issued directives, and assigned roles among the members, with the assistance of an individual known as "MOROCHO", and the defendant WINMER RIVAS OLIVARES, alias "TITI". The latter was responsible for securing and providing a blue Chevrolet Spark, licence plate ▆▆X-81, for use in the offence. Furthermore, after "TURKO" issued orders for the kidnapping, he ensured that the operational members complied with the given instructions.

The vehicles used in this operation were a silver-grey Toyota 4Runner, licence plate ▆▆▆664, which was also used in the kidnappings on 3rd and 5th

 This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

14

EXT-GAMEZ-SALAS-00174

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

March 2024. Additionally, on 13th March 2024, it was seen transporting the defendant DAYONIS JUNIOR OROZCO CASTILLO, who was a member of the WhatsApp group where kidnappings were planned and later participated in the homicide of a Carabineros officer on 10th April 2024; a blue Chevrolet Spark, licence plate ███X-81, which was also used in the kidnapping on 3rd March 2024. This vehicle was safeguarded by the defendant EDGARD BENÍTEZ RUBIO, who was also responsible for securing other vehicles for the organisation, including a NISSAN VERSA, bearing licence plate ███D-14; a white Chevrolet Onix, bearing licence plate ███Z-11; and a black Great Wall Florid, licence plate ███P-75, which was also used in the kidnapping on 5th March 2024.

Furthermore, a direct link exists between the kidnapping on 28th February 2024, and the kidnappings on 3rd and 5th March 2024, as in all three cases, the extortion calls were made using the same phone. This phone was registered under the name of Wilianyelis, the daughter of the defendant WINMER RIVAS OLIVARES, alias "TITI". This device was later found in the possession of the defendant WUILBERTH DE JESÚS OLIVARES PEÑA, who was detained for the homicide of Carabineros Lieutenant SÁNCHEZ SOTO. His criminal associates were YOLVI GONZÁLEZ ARCAYA and DAYONIS OROZCO CASTILLO.

6. The kidnapping of victim L.F.C.R, took place on 3rd March 2024 in the district of Santiago. The perpetrators used a blue Chevrolet Spark, licence plate ███X-81, and a silver-grey Toyota 4Runner, licence plate ███64. Both vehicles were previously used in the kidnapping on 28th February 2024. Further connections were identified in the WhatsApp group named "De la mano de dios", which was created by the defendant "TURKO". In this group, the personal details of both victims were shared, and they also were monitored through social media and physical surveillance, which was conducted by the defendant JOSE CARLOS VALVERDE ARAUJO. Following the abduction, the same mobile phone used in the kidnappings on 28th February and 5th March 2024 was employed to make extortion calls to the victims' relatives or acquaintances.

The individuals responsible for the physical execution of the kidnapping of L.F.C.R. were the defendants ALEXANDER RAFAEL CHOURIO LEAL and RENZO ABRAHAM SÁNCHEZ HERNANDEZ. Their role was to carry out on-site operations following the instructions issued by the leaders of the criminal organisation.

7. Regarding the homicide of a Carabineros Officer on 10th April 2024, it involved the participation of the defendants WUILBERTH OLIVARES PEÑA, alias "NIÑO DE ORO", YOLVI GONZÁLEZ ARCAYA, alias "YOLVITO", JOSUÉ DAVID RAMIREZ OLIVEROS, alias "TACHUELA", and DAYONIS JUNIOR OROZCO CASTILLO, alias "BOTI" or "BOTIJA". A significant number of these defendants were members of WhatsApp groups created by GAMEZ FINOL, also known as GÁMEZ

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

15

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00175

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

SALAS, which were used for planning and coordinating offences. These groups included "Los", "De la mano de dios", and another group identified by a pirate flag icon.

Regarding the events on 10th April 2024, it has been clearly established that the group was actively engaged in criminal offences in the district of

Santiago, particularly robberies, which represent one of the illicit markets controlled by the organisation to ensure a steady stream of revenue while simultaneously planning other offences. While engaging in these robbery offences, the defendants remained in direct contact with GÁMEZ FINOL, also known as GÁMEZ SALAS, to coordinate another kidnapping. During this period, they engaged in an armed confrontation with Carabineros officer EMMANUEL SANCHEZ SOTO, which resulted in the death of both the officer and one of the defendants.

Following the incident, the defendant GÁMEZ FINOL, also known as GAMEZ SALAS, issued immediate instructions to the organisation's members to avoid detention. His directives included changing their clothing, conceal themselves if travelling together in the same vehicle, ensure that the driver was someone who had not exited the vehicle, or if travelling by bus, dividing into groups of two and switch mobile phones, among other measures.

During the commission of these acts, the defendants used a white Chevrolet Onix bearing licence plate ▇Z-11. This same vehicle had previously been used in the kidnapping on 14th December 2023, in the district of Santiago, and in the double kidnapping and homicide on 9th January 2024 in the southern access of the district of San Bernardo. Additionally, this vehicle had been kept under the custody of the defendant EDGAR BENÍTEZ RUBIO at his residence, located at Dorsal No. 1395, in the district of Conchalí. Upon its seizure, authorities discovered that the licence plate ▇Z-11 was falsified. According to the chassis and engine numbers, the vehicle was originally registered under licence plate ▇W-16. This same plate had been sent via WhatsApp on 7th December 2023 by the defendant EDWARD GONZÁLEZ ARANGO to the defendant GAMEZ FINOL, also known as GAMEZ SALAS. He was later detained for his involvement in the kidnapping that took place on 14th December 2023.

Furthermore, it was established that a Hyundai Grand I10, bearing licence plate ▇J-44, was used in the kidnapping and homicide that took place on 21st February 2024. Surveillance footage revealed that this vehicle was hidden at Doctor Lucas Sierra No. 3860, in the district of Quinta Normal, until 13:42 hours on 21st February 2024. At that time, a Chevrolet Sonic, licence plate ▇K-38, approached and parked behind it. A suspect exited the Sonic, entered the Hyundai Grand I10, and drove it away, followed by the Chevrolet Sonic, licence plate ▇K-38. On 8th March 2024, police officers conducted an identity check on the occupants of the

 This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

16

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-0176

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

Chevrolet Sonic, licence plate ███K-38. One of the individuals inside was later identified as the defendant who was killed during the shoot-out with Carabineros officer Sánchez Soto.

Additionally, a ballistic analysis of the firearms and ammunition used in the homicide of Carabineros officer EMMANUEL SANCHEZ SOTO, revealed a direct match with one of the firearms used in the kidnapping of victim L.F.C.R, on 3rd March 2024, in the district of Estacion Central. During that kidnapping, the victim sustained a gunshot wound to the leg.

8. Regarding the kidnapping for extortion that took place on 12th June 2024, it was ordered by the defendant ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS. The act of unlawfully depriving the victim of liberty was carried out by the defendants NIXON QUINTEROS CHOURIO, OSMAR ROMERO PRINCE, and JOHANDRY VALLADARES RIVAS, with the latter maintaining direct contact with "TURKO" throughout the operation. The 3 defendants transported the victim to a captivity site located in the "Ribera del Rio" settlement in the district of Talagante, which was administered by YORMAN PEROZO ARRAGA. He was also responsible for conducting video calls with "TURKO", during which he showed the victim on camera, while "TURKO" simultaneously made an extortion call to the victim's partner. Furthermore, the defendant JOSE GARCÍA ORJUELA acted as a guard. Regarding this kidnapping for extortion, it is directly linked to other offences committed by the criminal organisation, specifically through the site where the victim was held captive, the "Ribera del Rio" settlement in the district of Talagante. This same location was previously used by the organisation to detain victims of the kidnapping on 3rd March 2024, as well as in the kidnapping and homicide that took place on 8th June 2024. Moreover, the same vehicles associated with the kidnapping on 12th June 2024 were used, a CHEVROLET CORSA, bearing licence plate CDGF-52 and a CHANGAN CX70, bearing licence plate LXPZ-73. These vehicles were used to transport the defendants OSMAR ROMERO PRINCE and JOSE GARCÍA ORJUELA who, on 8th June 2024, abducted the victim EDGARD LASSO RODRIGUEZ, who was later murdered by his captors.

Furthermore, forensic ballistic analysis established that the firearm used in the kidnapping and homicide on 8th June 2024 was also used in: The quintuple homicide in the district of Lampa on 16th June 2024; a homicide in the district of Lo Prado on 15th October 2021; a kidnapping resulting in homicide on 30th December 2021. All these offences are directly linked to the criminal organisation "TREN DE ARAGUA".

The various criminal acts committed by the organisation have been linked through the use of common locations for the commission of various offences, including safe houses for sheltering gang members, detention sites for kidnapping

This document incorporates an electronic signature, and its original can be validated at http://verificadoo.pjud.cl

Code: UEKMXSXMHWT



17

EXT-GAMEZ-SALAS-0017

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

victims, and meeting points for members of the organisation. These locations were also frequented by the defendants, as vehicles linked to the criminal organisation were observed at these sites. The following locations have been directly associated with the organisation's criminal operations:

1.- Regarding the property located in Chorrillos No. 130, in the district of Graneros, it has been directly linked to individuals involved in the homicide of Carabineros officer ESS ▮▮▮▮▮▮▮▮▮ Following the operation, the defendant YOLVI GONZÁLEZ ARCAYA was seen leaving the residence with a suitcase, accompanied by other defendants involved in the offence. This location is also associated with the kidnappings that took place on 28th February, 3rd March, and 5th March 2024, as vehicles used in these offences were photographed near the property. These include a TOYOTA 4RUNNER, bearing license plate WF-5664, a blue Chevrolet Spark, bearing license plate ▮▮X-81, and black Great Wall Florid, license plate ▮▮P-75.

2.- Regarding the property at Nueva Imperial No. 4975, in the district of Quinta Normal, it has been directly linked to the double kidnapping and homicide that took place on 9th January 2024, as one of the victims, ASM ▮▮▮▮▮▮▮▮ was under a court-imposed night-time house arrest at this address. On the day of the offence, surveillance footage near the property recorded the vehicles used in the kidnapping. The property is also linked to the kidnapping and homicide on 5th June 2024, as both victims were held captive at this address before being transported and murdered in the district of Lampa. Additionally, this location is linked to the homicide of Carabineros officer DP ▮▮▮▮ on 5th April 2023, which was perpetrated by members of "TREN DE ARAGUA". In this case, an arrest warrant was issued for an individual registered at Nueva Imperial No. 4975, in the district of Quinta Normal.

3.- Regarding the "SANTA MARTA" settlement, in the district of Maipú, it has been frequently used by the organisation for holding kidnapped victims, providing shelter for some defendants, and even serving as a secure location for receiving ransom payments from kidnappings for extortion. This location is linked to multiple offences, including: the kidnapping and homicide of RLOM ▮▮▮▮▮▮▮ on 21st February 2024, where the victim's body was buried at the site, as it serves as the meeting place for coordinating the offence before and after its commitment; the kidnapping for extortion on 28th February, 3rd March and 5th March 2024, where the vehicles used in these offences were captured on surveillance near the Santa Marta settlement; the kidnapping for extortion on 27th July 2024, in which the victim was detained at this location, in which the defendant JULIAN IGLESIAS HOYOS, son of JULIO IGLESIAS PEREIRA, was responsible for guarding the victim; the ransom payment for a businessman kidnapped in Rancagua on 8th November 2023 was also processed at this location.



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

18

SBU -LAW ENFORCEMENT

EXT-GAMEZSALAS-00178

**JUDICIAL BRANCH
COURT OF APPEAL OF SAN MIGUEL**

Regarding the indicators of membership in the criminal organisation, it demonstrates a clear group identity, which is reinforced through the recurrent use of pirate imagery as a common insignia, the constant use of pirate flag emojis in WhatsApp group messages, and social media posts displaying firearms alongside skull and crossbones stickers. On 21st September 2023, following a police raid at Tocorón Prison ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, posted an image stating: "THEY KNOCKED DOWN THE CASTLE BUT NOT THE KING, SO THE GAME CONTINUES", accompanied by pirate flags. This was a direct reference to the fact that the organisation's founder and leader, HÉCTOR RUSTHENFORD GUERRERO FLORES, alias "NIÑO GUERRERO", had not been captured. Later, on 26th March 2024, the same defendant posted an image specifying the official drug prices set by the organisation, warning that selling below these rates was prohibited.

Furthermore, on 24th March 2024, "TURKO" posted a WhatsApp status stating: "TODAY, I WANT TO THANK MY BROTHERS WHO HAVE BEEN WITH ME SINCE DAY ONE, THROUGH GOOD AND BAD. WE ALL SHARE ONE PIECE OF BREAD, AND WE DO NOT TURN OUR BACKS ON EACH OTHER. EITHER WE ALL RISE OR WE ALL FALL TOGETHER. BLESSINGS, LIFE, AND HEALTH TO ALL OF YOU, ALWAYS FROM THE HEART, NEVER OUT OF CONVENIENCE... HERE, WE DON'T CARE WHO IS THE FASTEST, BUT RATHER WHO DRIVES PROPERLY. HAPPY DAY, BLESSING TO ALL" (pirate flag emojis, a "B" symbol, and Turkish flag emojis).

Similarly, on 30th March 2024, a screenshot of a WhatsApp status posted by the defendant alias "Turko" displayed 6 firearms with loaded magazines, captioned: "PIRATES ONLY".

**FACT No. 2:**

On 19th December 2023 at approximately 22:37 hours, the defendant RAFAEL ADRIAN GAMEZ FINOL, also known as ADRIAN ENRIQUE GAMEZ SALAS, contacted the victim R.D.S.D, owner or a minimarket located at ▮▮▮▮ Independencia ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ via WhatsApp from the number ▮▮▮▮0580. In the message, the defendant explicitly stated:

"Good evening, ▮. First of all, a greeting. Read carefully what I'm about to write. We have your location. We know that you own a 2022 Mazda, that you live on the ground floor of the Inglaterra building with white gates, that you own two minimarkets, a bakery, two warehouses, and that you have various businesses in the area. We require your cooperation with our organisation. In return, we will provide you with protection for all your businesses and your home. If you are not willing to cooperate, things will become far more costly for you. I expect you to treat



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00179

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

me with respect and provide a clear and positive response to my request. I repeat: we are an organisation. Do not play with us, we are breathing down your neck. I await your response".

With the clear intent of intimidating the victim and coercing him into making a payment, the defendant sent additional threats via WhatsApp, including a photograph of the victim's family, an audio message simply stating, "collaborate", and a video showing a hand grenade.

Despite these threats, the victim refused to pay the sum demanded. In response, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, ordered two unidentified individuals, currently under investigation, to target the victim's business premises in the district of Independencia. On 27th December 2023, at approximately 23:45 hours, both individuals, riding a motorcycle, arrived at the front of the victim's business and one of them discharged firearms, causing damage to the property.

Finally, on 4th January 2024, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, contacted the defendant EDWARD GONZALEZ ARANGO, via WhatsApp, sending him a link to a news article reporting the shooting on 27th December 2023. Then he instructed him to continue threatening the victim in order to force payment, stating that since the victim had still not complied, further attacks would be necessary.

**FACT No. 3:**

The defendant CARLOS FRANCISCO GOMEZ MORENO, alias "Carlos Bobby", is a leader of the criminal organisation responsible for coordinating the activities of Tren de Aragua in the Metropolitan region, particularly in the trafficking of ketamine, kidnappings, extortions, and homicides.

To facilitate the commission of kidnappings, the criminal association, through the defendant JHONNY LOPEZ MENDOZA, alias "MUDO", maintained contact with BRIAN PIÑA MENDOZA, who regularly provided access to a property located at Camino Rinconada de Maipú 5700, in the district of Maipú, in exchange for monetary compensation.

Within the structure of the criminal organisation, under the leadership of CARLOS FRANCISCO GOMEZ MORENO, alias "Carlos Bobby", individuals such as JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVERO CARMONA, were involved in offences of kidnappings, homicides, torture, and drug trafficking under the direct orders of the organisation's leaders.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00180

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

Between 26th and 28th December 2023, JOSEPH TORRES MARTINEZ, alias "GORDO JOSEPH", RAY NAPOLES CASTILLO, alias "RAY", and EDIXSON RIVERO CARMONA, alias "DISPARO",  along with other individuals, without authorisation from CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", went to the residence of PB ⬛, located at ⬛ ⬛ Armed with firearms, they demanded payment of an alleged drug-related debt amounting to 10 million Chilean pesos, as well as the surrender of two litres of ketamine. PB ⬛ claimed that another individual, known as "Mala Fama", possessed additional quantities of ketamine. In response, the group attempted to kidnap him to seize both the ketamine and the money. However, their attempt failed when the target managed to escape. Since PB ⬛ had only 700,000 Chilean pesos and half a litre of ketamine, the group not only stole these items but also kidnapped him and his partner. They were held in various locations, including a property at ⬛ ⬛ owned by associates of JOSEPH TORRES MARTÍNEZ.

Within this context, on 27th December 2023, CARLOS FRANCISCO GÓMEZ MORENO personally contacted PB ⬛ by phone to inquire about the legitimacy of the alleged debt owed to Joseph and, by extension, the organisation. Upon learning that no such debt existed, and that the kidnapping had been carried out without his authorisation, he decided to take punitive action, ordering the kidnapping and subsequent execution of JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVEROS CARMONA for acting without his consent.

On 28th December 2023, JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVEROS CARMONA forcibly transported PB ⬛ ⬛ and his partner, S.K.B.V., to the property at Rinconada de Maipú 5700, in the district of Maipú, a designated site for captivity provided by the defendant BRIAN PIÑA MENDOZA, as arranged by JHONNY LOPEZ MENDOZA, alias "MUDO". Upon their arrival, CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", ordered the release of PB ⬛ and his partner. Simultaneously, he instructed the detention of JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVEROS CARMONA for their unauthorised actions. The three were forcibly restrained and confined to a room in the property before being relocated to another site, owned by CARLOS SEPULVEDA MORALES, alias "VECINO", who, in exchange for monetary compensation, provided a secure location in Machicura, within the same district, for torturing and detaining victims.



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

21

EXT-GAMEZ-SALAS-00181

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

Subsequently, at approximately 00:50 hours on 29th December 2023, the defendant CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY" personally contacted his subordinates, including CARLOS DAYAN MAYOR FERNÁNDEZ, and issued direct instructions to execute JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLOS, and EDIXSON RIVEROS CARMONA. Following this order, the three detainees were forcibly removed from the property, placed inside a Nissan Versa, bearing licence plate ▮▮T-88, and transported to a deserted area at El Trébol with Camino Rinconada, in the district of Maipú. Upon arrival, they were ordered to exit the vehicle. At this moment, EDIXON RIVERO CARMONA managed to escape from his captors. However, JOSEPH TORRES MARTÍNEZ and RAY NAPOLES CASTILLO were immediately shot multiple times by the perpetrators, including CARLOS DAYAN MAYOR FERNÁNDEZ, resulting in their deaths at the scene. The cause of death was determined as follows: JOSEPH TORRES MARTÍNEZ suffered penetrating and non-penetrating gunshot wounds to the head, abdomen, and other regions, whereas RAY NAPOLES CASTILLO sustained cervico-cranioencephalic gunshot wounds, including projectile entry and exit wounds.

*It is noted that Fact No. 4 has been omitted from the record due to the pending detention order for the respective defendant. However, to maintain logical consistency and clarity for legal proceedings, fact numbering proceeds directly from Fact No. 3 to Fact No. 5.

FACT No. 5:

In the days leading up to the kidnapping of former military officer, RLOM ▮▮▮▮▮▮▮▮▮▮▮▮, which took place on 21st February 2024, members of "TREN DE ARAGUA", under the leadership of CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", and RAFAEL ENRIQUE GAMEZ SALAS, also known as ADRIAN RAFAEL GAMEZ FINOL, alias "TURKO", among other aliases previously indicated, received instructions from the leadership of the organisation to kidnap and subsequently execute the Venezuelan refugee and former Lieutenant, RLOM ▮▮▮▮▮▮▮▮▮, in exchange for a large sum of money. As a result, the organisation began planning the crime, gathering the necessary intelligence and physical resources to first abduct and then execute the victim.

To facilitate the kidnapping and execution of the victim RLOM ▮▮▮▮▮▮▮, the defendant ADRÍAN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, acting with at least prior authorisation from CARLOS FRANCISCO GÓMEZ MORENO, took charge of coordinating the operation. took charge of coordinating the operation. To this end, he created a WhatsApp group, in which he selected and added the individuals who would



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

22

EXT-GAMEZ-SALAS-00182

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

participate in the kidnapping and informed the group that he had been assigned the task of coordinating and executing the offence. He added the following individuals to the group: YOLVI GONZÁLEZ ARCAYA, DAYONIS JUNIOR OROZCO CASTILLO, WIMNER RIVAS OLIVARES, JOHNNY JOSÉ LÓPEZ MENDOZA, an individual identified as MONITO, and another individual known as MOROCHO. He instructed his subordinates to meet at the residence of the defendant WIMNER RIVAS OLIVARES, who was his right-hand man in the Metropolitan region. This meeting took place at the so-called "Santa Marta" settlement, where the plan was explained, and various orders were issued. YOLVI MIGUEL GONZÁLEZ ARCAYA was assigned the responsibility of storing and securing bulletproof vests, which would be worn to impersonate officers of the PDI (Policía de Investigaciones de Chile - Chilean Investigative Police).

Once the group was fully assembled and coordinated, they secured the necessary resources for the execution of the offence, including vehicles, firearms, police uniforms to impersonate PDI officers, a metallic battering ram, a designated location to detain the kidnapped victim, and a separate site to dispose of the body. In addition, the group gathered intelligence on the victim, and assigned specific roles to each participant, including abducting the victim from his residence, providing cover and security, transporting, detaining, and executing the victim, and disposing of the body.

As part of the preparations, EDGARD JAVIER BENITEZ RUBIO, from at least 12th February 2024, was in possession of a grey NISSAN VERSA, bearing licence plate ▇▇ D-14. However, the licence plate did not correspond to this vehicle. According to the engine and chassis numbers, the vehicle was actually registered with licence plate ▇▇ S-67. This vehicle had been reported as stolen on 3rd February 2024, in the district of Peñalolén. Given these facts, the defendant must have been aware of the vehicle's illicit origin.

On the afternoon of 19th February 2024, a few hours before the abduction, at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ the defendant EDGARD JAVIER BENÍTEZ RUBIO delivered and facilitated a vehicle under his custody to other members of the criminal organisation, to be used the following day for the commission of the offence.

On 20th February 2024, at approximately 23:00 hours, as premeditated, the defendants MAICKEL VILLEGAS RODRÍGUEZ and ÁNGEL CASTELLANO RODRÍGUEZ, arrived at the vicinity of the building located at ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ where the victim, RLOM ▇▇▇▇▇▇▇ and his family resided. Inside a white Chevrolet Sail, licence plate ▇▇ D-43, they set up a surveillance post in the immediate surroundings of the building to provide cover and support for the operation. Subsequently, at 03:05 hours, five other

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT



23

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00183

## JUDICIAL BRANCH
## COURT OF APPEAL OF SAN MIGUEL

participants arrived at the location, including the defendants WALTER RODRÍGUEZ PEREZ, JHONNY JOSÉ LÓPEZ MENDOZA, alias "MUDO", and JOSÉ CARLOS VALVERDE ARAUJO. They arrived on board a grey Nissan Versa bearing licence plate ████D-14, equipped with a blue beacon, and impersonating officers of the Policía de Investigaciones de Chile (Chilean Investigative Police - PDI), armed with firearms. One of the individuals entered the building lobby first, presenting a false warrant to the concierge on duty. Subsequently, three other defendants entered, including WALTER RODRÍGUEZ PEREZ, carrying a metallic battering ram. They took the lift to the ████. The defendant WALTER RODRÍGUEZ PEREZ, along with two other defendants, used the battering ram to force entry into the flat No. ████ where the victim resided. Upon entering, they restrained and handcuffed RLOM ████████████████, threatened him with firearms, handcuffed his hands behind his back, and seized two mobile phones belonging to the victim. Then, they removed him from his residence against his will, leading him through the hallway and into the lift while one of the kidnappers kept him restrained by the neck, he remained handcuffed throughout the descent to the ground floor. They escorted the victim out of the building through the vehicle entrance gate to the public street, where MAICKEL VILLEGAS RODRÍGUEZ and ANGEL CASTELLANO RODRÍGUEZ were waiting in the white Chevrolet Sail. Their role was to provide cover, record footage of the kidnapped victim handcuffed, and report the offence to the criminal organisation's leaders. The victim, still restrained and under threat, was then forced into the grey Nissan Versa bearing licence plate ████D-14, where a fifth perpetrator, also impersonating a police officer, was waiting. Once the victim was secured inside the vehicle, both cars left the crime scene. The Nissan Versa carrying the kidnapped victim and the defendants WALTER DE JESÚS RODRÍGUEZ PEREZ, JHONNY JOSÉ LOPEZ MENDOZA, and JOSE CARLOS VALVERDE ARAUJO, followed by the Chevrolet Sail, driven by VILLEGAS RODRÍGUEZ with CASTELLANO RODRÍGUEZ as co-driver. Both vehicles left the scene and reunited at kilometre 20 of the Costanera Norte motorway, in the district of Renca, because the Nissan Versa, license plate ████D-14, suffered a mechanical failure. At this location, a third vehicle, a grey Hyundai I10 bearing licence plate ████J-44 arrived. The driver of this vehicle remains unidentified and is under investigation. At this point, the group of police impersonators split into two teams: the defendant RODRIGUEZ PEREZ, along with the victim and another fake police officer, boarded the Hyundai I10. The remaining three impostors boarded the Chevrolet Sail, where the defendants VILLEGAS RODRÍGUEZ and CASTELLANO RODRÍGUEZ were waiting to assist in their escape, ensuring that the kidnappers could flee the scene and evade law enforcement detection. The Chevrolet Sail then travelled south along Avenida General Velásquez, while the Hyundai I10 headed towards the district of Renca.



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

24

EXT-GAMEZ-SALAS-00184

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

The victim remained deprived of liberty before being killed by asphyxiation by suspension. The defendants KEVIN DANIEL HERNÁNDEZ RAMOS, alias "PICHOTA", LUIS ALFREDO CARRILLO ORTIZ, alias "Gocho", LEONAL ALBERTO SANZ BRITO, alias "LEO", JULIO CÉSAR IGLESIAS PEREIRA, JULIÁN ANDRÉS IGLESIAS HOYOS, and HÉCTOR OSVALDO SOTO MAUREIRA, subsequently concealed the body to prevent discovery of the offence. They dug a hole inside the residence of JORDÁN ERNESTO SOTO FUENZALIDA which was a makeshift structure (media agua) located in the settlement known as Santa Marta, in the district of Maipú. The victim's body was placed inside a suitcase, filled with lime, then buried in the hole, and lastly, filled and concealed with a concrete slab. This measure was intended to hinder the discovery of the body and eliminate any trace of evidence related to the offence.

On 25th February 2024, a meeting was held at the residence of WIMNER RIVAS OLIVARES, during which CARLOS FRANCISCO GÓMEZ MORENO instructed the defendants involved in the kidnapping to flee the country. Among those who complied with this order were JHONNY JOSÉ LÓPEZ MENDOZA and JOSE CARLOS VALVERDE ARAUJO.

It was later determined that the vehicle in the possession of the defendant EDGARD BENÍTEZ RUBIO prior to his departure from Chile was a Chevrolet Spark, licence plate ███X-81. This vehicle was parked outside his residence at Avenida Dorsal No. 1395, in the district of Conchalí. On 27th February 2024, at approximately 23:07 hours, two unidentified individuals arrived, took possession of the vehicle in exchange for a cash payment, and drove it to an unknown location.

Moreover, it was confirmed that the same vehicle had been used in at least two other kidnappings, which occurred on 28th February 2024 and 3rd March 2024. In these offences, the vehicle was used to provide cover and transport for the perpetrators. EDGAR BENÍTEZ RUBIO received financial compensation for providing the vehicle to the criminal organisation.

On 1st March 2024, Chilean law enforcement personnel located the body of the victim RLOM ████████████████, at the burial site in the Santa Marta settlement in the district of Maipú.

**FACT No. 6:**

On 28th February 2024, and in the days prior, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, alias "TURKO", planned the kidnapping of the victim, identified by the initials H.A.T.R., through a WhatsApp group called "De la mano de dios". To this end, ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, alias "TURKO", instructed the defendant ANTONY BARBOZA BRACHO, who was incarcerated at the Preventive Detention Centre Santiago I, to contact the victim via

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT



25

EXT-GAMEZ-SALAS-00185

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

Instagram, where he sold clothing, accessories, and footwear. He was ordered to pose as a customer interested in purchasing a pair of trainers. The victim agreed to meet him at his workplace, a barbershop, and provided his phone number to coordinate the transaction.

Subsequently, the defendant GAMEZ FINOL, shared the victim's photographs, phone number, and workplace in the WhatsApp group. He instructed the defendants WIMNER RIVAS OLIVARES and "MOROCHO" to secure the necessary vehicles and drivers for the kidnapping. He also directly ordered the defendant YOLVI GONZÁLEZ ARCAYA to pose as the buyer during the transaction, as this would serve as a distraction for the other accomplices to subdue the victim and force him into a vehicle.

Later, in the WhatsApp group "De la mano de dios", the defendant, ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, alias "TURKO", instructed that someone message the victim. This order was followed by WIMNER RIVAS OLIVARES, alias "TITI", and another defendant known as "MOROCHO". They decided the message should be sent from an untraceable "burner" phone. This is a prepaid, unregistered mobile number. They decided that the message should be sent by the defendant YOLVI GONZALEZ ARCAYA. The defendant JOSE CARLOS VALVERDER ARAUJO drafted the message, which was then sent to the victim by YOLVI GONZÁLEZ ARCAYA. As a result, the victim was lured to the front of his residence at approximately 23:00 hours on 28th February 2024.

At approximately 23:00 hours, the victim, identified by the initials H.A.T.R., was waiting outside his residence at ███████████ in the district of ██████, to sell a pair of trainers. At that moment, arrived at the scene a grey Toyota 4Runner, licence plate ███ 664; a blue Chevrolet Spark, licence plate ███ X-81; and a black Great Wall Florid, licence plate ███ P-75. The defendant YOLVI GONZALEZ ARCAYA stepped out of the Great Wall Florid and distracted the victim by asking to try on the trainers. At that moment, the armed defendants exited the vehicles bearing licence plates ███ X-81 and ███ 664, threatened the victim, and forced him into the Great Wall Florid, licence plate ███ P-75. The perpetrators then fled the scene with the kidnapped victim.

Subsequently, the victim was transported against his will and under death threats to a secret location where the kidnappers seized his personal belongings, called the victim's partner, identified by the initials P.A.A.G., and demanded cash, jewellery, and other valuables in exchange for the victim's release. P.A.A.G. complied with the extortion demands. Therefore, the defendant WIMNER RIVAS OLIVARES arrived on a motorcycle to retrieve the valuables and cash from the victim's family near his residence. Once the ransom was paid, the victim H.A.T.R.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

26

EXT-GAMEZ SALAS-00186

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

was released at the intersection of Avenida Lo Espejo and Camino a Lonquén, in the district of Lo Espejo.

FACT No. 7:

On 9th April 2024 at 20:24 hours, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, contacted the victim identified by the initials L.D.C.A., owner of a commercial establishment located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, via WhatsApp from the telephone number ▮▮▮▮7538, sending the following text message:

"let's see if you still think the same. Reach out, and what I'm going to tell you is this: the PDI will not be with you 24/7, so it's better to come to an agreement.

Don't be stupid, you have more to lose... If you shut down the business...

So, get in touch, you have 24 hours, otherwise, you will face the consequences".

As the victim did not respond to the messages, he also called him through the same application, demanding money in exchange for protection. During this call, the victim excused himself, claiming he was merely an employee. In response, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, stated that he would send someone to shoot at the commercial premises.

Immediately afterwards, he sent a photograph of the victim alongside his partner, accompanied by the following message:

"Don't worry... you've already lost the chance to settle things the right way".

With the intent of following through on his threats, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, ordered the defendant YOLVI GONZÁLEZ ARCAYA to go to the victim's business premises, which the latter did at 20:45 hours on the same day, 9th April 2024. He arrived on a motorcycle, accompanied by a second unidentified individual who was driving. Once stationed in front of the commercial premises while the victim was inside. The defendant YOLVI GONZÁLEZ ARCAYA dismounted the motorcycle. Holding a firearm in his right hand and his mobile phone in his left hand, he then recorded a video while discharging the firearm at the premises, causing damage due to the ballistic impacts.

Finally, the defendant YOLVI GONZÁLEZ ARCAYA sent the recorded video via WhatsApp to the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, as evidence of the shooting.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00187

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

<u>Legal classification of the facts</u>

<u>Legal classification - Fact No. 1:</u> The offence of criminal association, as defined and sanctioned under Article 293, Section 2 of the Criminal Code, attributed to the defendants who held positions of leadership, command, or direction within the organisation, CARLOS FRANCISCO GOMEZ MORENO, a Venezuelan national, alias "CARLOS BOBBY", foreign identity card No. ███████, and ADRÍAN RAFAEL GAMEZ FINOL, Colombian identity document No. ███████, foreign identity card No. ███████, Colombian passports No. ███████ and No. A███████, also known as RAFAEL ENRIQUE GAMEZ SALAS, a Venezuelan national, Venezuelan passport No. ███████, alias "TURKO", "TURKIÑO", "VIEJO", "GORDO", "RAFA" or "MUSCULITO". All the defendants are liable as perpetrators under Article 15 No. 1, with the offence classified as consummated. Regarding the remaining members of the organisation, EDGAR JAVIER BENITEZ RUBIO, a Venezuelan national, identity document No. ███████ JOSÉ CARLOS VALVERDE ARAUJO, identity card No. ███████ JHONNY JOSÉ LÓPEZ MENDOZA, alias "MUDO", a Venezuelan national, identity document No. ███████, KEVIN DANIEL HERNÁNDEZ RAMOS, alias "Pichota", a Venezuelan national, identity card No. ███████ LUIS ALFREDO CARRILLO ORTIZ, alias "GOCHO", a Venezuelan national, identity document No. ███████, JULIÁN ANDRÉS IGLESIAS HOYOS, a Colombian national, passport No. ███████, JULIO CÉSAR IGLESIAS PEREIRA, a Colombian national, foreign identity card No. ███████ HÉCTOR OSVALDO SOTO MAUREIRA, a Chilean national, identity card No. ███████ LEONAL ALBERTO SANZ BRITO, alias "LEO", Venezuelan identity card No. ███████ ANTHONY ALEJANDO LIENDO CANTO, Venezuelan identity document No. ███████ CARLOS DAYAN MAYOR FERNÁNDEZ, Venezuelan identity card No. ███████ identity card No. ███████, WIMNER JESÚS RIVAS OLIVARES, alias "TITI", a Venezuelan national, identity document No. ███████, DAYONIS JUNIOR OROZCO CASTILLO, a Venezuelan national, alias "BOTI", identity document No. ███████, WALTER DE JESÚS RODRÍGUEZ PERÉZ, a Venezuelan national, foreign identity card No. ███████ ANTONY YUANDRI BARBOZA BRACHO, a Venezuelan national, foreign identity card No. ███████ YOLVI MIGUEL GONZALEZ ARCAYA, a Venezuelan national, identity document No. ███████, ALEXANDER RAFAEL CHOURIO LEAL, a Venezuelan national, identity document No ███████, RENZO ABRAHAM SANCHEZ HERNANDEZ, a Peruvian national, foreign identity card No. ███████ JOSUE DAVID RAMIREZ OLIVEROS, a Venezuelan national, foreign identity card No. ███████, WUILBERTH DE JESUS OLIVARES PEÑA, a Venezuelan national, foreign identity card No. ███████, YORMAN GUILLERMO PEROZO ARRAGA, a Venezuelan national, foreign identity



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UBKMXSXMHWT

28

EXT-GAMEZ-SALAS-00188

# JUDICIAL BRANCH
## COURT OF APPEAL OF SAN MIGUEL

card No. 2[REDACTED], OSMAR ENRIQUE ROMERO PRINCE, a Venezuelan national, foreign identity card No. [REDACTED], JOSE MARINO GARCIA ORJUELA, a Venezuelan national, foreign identity card No. [REDACTED] NIXON JOSE QUINTERO CHOURIO, a Venezuelan national, foreign identity card No. [REDACTED], JOHANDRY ALBERTO VALLADARES RIVAS, a Venezuelan national, foreign identity card No. [REDACTED], all the defendants are liable as perpetrators under Article 15 No. 1, with the offence of criminal association classified as consummated, as established under Article 293, Section 1 of the Criminal Code.

Legal classification - Fact No. 2: The offence of extortion, as defined and sanctioned under Article 438 of the Criminal Code, and the offence of unjustified fire discharge, as defined and sanctioned under Article 14, letter D, of Law No. 17,798, attributed to the defendant ADRÍAN RAFAEL GAMEZ FINOL, Colombian identity document No. [REDACTED], foreign identity card No. [REDACTED], Colombian passports No. [REDACTED] and No. [REDACTED], also known as RAFAEL ENRIQUE GAMEZ SALAS, a Venezuelan national, Venezuelan passport No. [REDACTED] alias "TURKO", "TURKIÑO", "VIEJO", "GORDO", "RAFA" or "MUSCULITO". The defendant is liable as a perpetrator under Article 15 No. 1 for the offence of extortion, and liable as a perpetrator under Article 15 No. 2, for the offence of unjustified firearm discharge, both offences classified as consummated.

Legal classification - Fact No. 3: Two offences of kidnapping resulting in homicide, as defined, and sanctioned under Article 141, section 5 attributed to the defendants CARLOS FRANCISCO GOMEZ MORENO, CARLOS DAYAN MAYOR FERNÁNDEZ, JHONNY LOPEZ MENDOZA, BRIAN JESUS PIÑA MENDOZA, and CARLOS ALFREDO SEPULVEDA MORALES. The defendants are liable as perpetrators under Article 15 No. 1 of the Criminal Code, with the offence classified as consummated. Additionally, the aforementioned defendants are also liable as perpetrators under Article 15 No. 1 of the Criminal Code, for the offence of kidnapping, as defined in Article 141, section 1 of the Criminal Code, and attempted homicide, as defined in Article 391 No. 2 of the Criminal Code, with all offences classified as consummated.

Legal classification - Fact No. 5: The offence of kidnapping resulting in homicide, as defined and sanctioned under Article 141, section 5 of the Criminal Code, attributed to the defendants ADRÍAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, EDGARD JAVIER BENITEZ RUBIO, JOSE CARLOS VALVERDE ARAUJO, JHONNY JOSÉ LÓPEZ MENDOZA, CARLOS FRANCISCO GOMEZ MORENO, WALTER DE JESUS RODRÍGUEZ PEREZ, WIMNER RIVAS OLIVARES, KEVIN DANIEL HERNÁNDEZ RAMOS, LUIS ALFREDO CARRILLO ORTIZ, JULIO CÉSAR IGLESIAS PEREIRA, JULIÁN ANDRÉS IGLESIAS HOYOS, HÉCTOR OSVALDO SOTO MAUREIRA, LEONAL ALBERTO SANZ BRITO, and



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

29

EXT-GAMEZ SALAS-00189

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

YOLVI MIGUEL GONZALEZ ARCAYA. The defendants are liable as perpetrators under Article 15 No. 1 of the Criminal Code, with the offence classified as consummated.

Legal classification - Fact No. 6: The offence of kidnapping for extortion, as defined and sanctioned under Article 141, section 3, attributed to the defendants ADRÍAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, WIMNER RIVAS OLIVARES, ANTONY YUANDRI BARBOZA BRACHO, YOLVI GONZÁLEZ ARCAYA, and JOSE CARLOS VALVERDE ARAUJO. The defendants are liable as perpetrators under Article 15 No. 1, with the offence classified as consummated.

Legal classification Fact No. 7: The offence of extortion, as defined and sanctioned under Article 438 of the Criminal Code, and the offence of unjustified firearm discharge, as defined and sanctioned under Article 14, letter D of Law No. 17,798 on the control of arms and explosives attributed to the defendants ADRÍAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, a Venezuelan national, Venezuelan passport No. ███████ alias "TURKO", "TURKIÑO", "VIEJO", "GORDO", "RAFA", "MUSCULO" or "MUSCULITO", and YOLVI GONZÁLEZ ARCAYA. Both defendants are liable as perpetrators under Article 15 No. 1, for the offence of extortion. For the offence of unjustified firearm discharge, the defendant YOLVI GONZÁLEZ ARCAYA is liable as perpetrator under Article 15 No. 1. ADRÍAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, is liable as perpetrator under Article 15 No. 2. Both offences classified as consummated.

**Order of Detention in force**

No. 2511230000072-7 dated 10th January 2025, issued by the 11th Guarantee Court of Santiago.

**Location of the defendant in the requested State:**

The defendant is currently detained in Cameron County, Brownsville, Texas, United States, as confirmed by Official Letter No. 20,530 from the United States Department of Justice, Criminal Division.

**Legal provisions and probable sentence in Chile.**

**Articles 431, 432, 433, 434, 435, and 436 of the Code of Criminal Procedure:** Establish that active extradition may only be granted if formal charges have been brought for an offence that is punishable by deprivation of liberty for a minimum period exceeding one year, provided that the proceedings specify the country and specific location where the defendant is currently situated.

**Article 141 of the Criminal Code:**

Whoever unlawfully detains or imprisons another person, depriving them of their

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT



30

EXT-GAMEZ.SALAS-00190

## JUDICIAL BRANCH
## COURT OF APPEAL OF SAN MIGUEL

liberty, commits the offence of kidnapping and shall be punished with simple imprisonment in its maximum term.

The same penalty shall apply to anyone who provides a place for the commission of the offence.

If the offence is committed to obtain a ransom, impose demands, or force decisions, or if the confinement or detention lasts for more than 24 hours, the penalty shall be rigorous imprisonment from the minimum to the medium term.

If, in any of the aforementioned cases, the confinement or detention extends beyond fifteen days or results in serious harm to the person or interests of the kidnapped individual, the penalty shall be rigorous imprisonment from its medium to maximum term.

Whoever, in connection with the kidnapping, also commits homicide, rape, or any of the injuries specified in Articles 395, 396, and 397 No. 1 against the victim, shall be punished with life imprisonment or aggravated life imprisonment.

### Article 293 of the Criminal Code

Whoever is a member of a criminal association shall be punished with simple imprisonment in its maximum term.

The penalty shall be rigorous imprisonment in its minimum term if the individual's role involves leadership, exercising command, financing, providing resources or means, or if they were one of the founders of the association.

A criminal association is defined as any organisation consisting of three or more individuals, operating over time, with the intent of committing criminal acts.

If the association's objectives include the commission of both crimes and lesser offences, the penalties stipulated in the first section shall apply.

### Article 438 of the Criminal Code

Whoever, with the intent of obtaining a financial benefit for themselves or a third party, coerces another person through violence or intimidation into signing, granting, or delivering a public or private instrument that entails a monetary obligation, or into performing, omitting, or tolerating any other act that results in a financial disposition to their own detriment or that of a third party, shall be punished with the same penalties applicable to robbery as outlined in this section.

### Law No. 17.798 - Article 14, letter d)

Whoever carries any of the firearms or elements mentioned in the first or second sections of Article 3 shall be punished with simple imprisonment in its maximum term to rigorous imprisonment in its minimum term.

If the firearms in question are military-grade or among those specified in the final section of Article 3, the penalty shall be rigorous imprisonment in its minimum to medium term.

A.- Whoever, despite having the necessary authorisations, abandons

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT



SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00191

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

firearms or other regulated items shall be subject to an administrative penalty of a fine ranging from 8 to 100 monthly tax units and the revocation of their permit. The abandoned firearms and elements shall be destroyed by the General Directorate of National Mobilisation.

The same penalty shall apply to whoever, despite having the necessary authorisations, fails to report, as required under Article 173 of the Code of Criminal Procedure, the theft or loss of firearms or regulated items, or fails to inform any of the authorities listed in the third section of Article 4 within 48 hours of the incident or from the moment they became aware, or should have become aware, of the theft, loss, or misplacement.

Merely notifying the incident to the authorities does not exempt the individual from the legal duty to formally report the theft or loss, as stipulated in the previous section.

B.- It shall constitute an aggravating circumstance of the offences covered by this law to equip firearms or ammunition, whether possessed or held, with devices, modifications, or characteristics intended to increase their effectiveness, cause greater harm, or facilitate the impunity of the perpetrator.

If the modifications referred to in the previous section correspond to those listed under letters h), i), and j) of Article 3, the minimum term, or the lowest penalty applicable to the offence shall not be imposed.

C.- For offences covered under Articles 9, 13, and 14, the court may waive any penalty if the defendant voluntarily surrenders the firearms or regulated items to the authorities specified in Article 1, without prior intervention from law enforcement, judicial authorities, or the Public Prosecutor's Office.

The Ministry of National Defence, through the General Directorate of National Mobilisation, and the Ministry of the Interior and Public Security, through the Under-secretariat of Crime Prevention, may design, implement, assess, and promote incentive programmes to encourage the voluntary surrender of firearms or regulated items as defined in Articles 2 and 3. Such surrender must be made to the authorities listed in Article 1. These programmes may be implemented by regulatory authorities, other public services, or private entities.

D.- Whoever places, sends, activates, throws, detonates, fires, or causes to explode bombs or explosive, incendiary, or corrosive devices in, from, or towards public roads, public buildings, or premises with free public access, or within or against public transport, police vehicles, vehicles of the Chilean Gendarmerie, military vehicles used for public order and border security, municipal vehicles or vehicles providing municipal security services, sanitary facilities, fuel storage or transport facilities, electricity distribution or generation facilities, port, aviation, or railway infrastructure, including underground train systems, or other similar places or objects, shall be punished with rigorous imprisonment in its medium term. The

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00192

## JUDICIAL BRANCH
## COURT OF APPEAL OF SAN MIGUEL

same penalty shall apply to those who throw, detonate, or fire such devices towards military or police facilities. The same penalty shall also apply to those who send explosive, incendiary, or corrosive letters or packages of any kind.

If the acts described in the preceding section are carried out in, from, or towards locations or objects other than those specified above, the penalty shall be rigorous imprisonment in its minimum term.

If the acts described in the preceding sections are carried out using incendiary, explosive, toxic, corrosive, or infectious devices whose main components are small quantities of fuel or other freely available chemical substances with low explosive power, such as Molotov cocktails and similar devices, the penalty shall be simple imprisonment in its maximum term for the first section and simple imprisonment in its medium term for the second section.

Whoever places, sends, activates, throws, detonates, fires, or causes to explode incendiary, explosive, toxic, corrosive, or infectious devices whose main components are small quantities of fuel or other freely available chemical substances with low explosive power, such as Molotov cocktails and similar devices, in, from, or towards police or military facilities shall be punished with simple imprisonment in its maximum term to rigorous imprisonment in its minimum term. If the acts described in this section are carried out using fireworks, the penalty shall be simple imprisonment in its maximum term.

Whoever unjustifiably discharges a firearm listed in letter b) of Article 2, at a private building with people inside or in, from, or towards one of the locations mentioned in the first section shall be punished with simple imprisonment in its maximum term. If the act described in this section is carried out in the air or in, from, or towards locations or objects other than those specified, the penalty shall be simple imprisonment in its medium term. If the firearm used falls under letter a) of Article 2 or Article 3, the immediately higher penalty term shall be applied.

The penalties established in the preceding section shall be applied at their maximum terms when the acts in question seriously disturb public order or cause fear among the population.

E.- Whoever, without the proper authorisation, operates, activates, or fires any of the elements indicated in letter f) of Article 2 shall be punished with simple imprisonment in its minimum to medium terms and a fine of 10 to 20 monthly tax units.

The custodial penalty established in the previous section shall be applied at its maximum when the acts described therein seriously disturb public tranquillity or cause fear among the population.

F.- Whoever abandons, fails to report, or fails to timely notify the loss, theft, or robbery of their firearms, as well as whoever fails to make the declarations



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

33

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00193

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

referenced in the third section of Article 5 shall be jointly liable for the civil consequences of any offences in which their firearms were used.

In the case of legal entities, this joint liability shall extend to both the entity itself and its legal representative.

Article 25 of the Criminal Code: Rigorous temporary penalties range from five years and one day to twenty years, and simple temporary penalties from sixty-one days to five years.

The penalties of absolute and special temporary disqualification for public office, official positions, and regulated professions range from three years and one day to ten years.

The suspension from public office or a regulated profession range from sixty-one days to three years.

The penalties of exile and submission to official surveillance range from sixty-one days to five years.

Imprisonment ranges from one to sixty days.

In cases of criminal offences, the fine shall not exceed thirty monthly tax units; in cases of simple offences, it shall not exceed twenty monthly tax units; in cases of misdemeanours, it shall not exceed four monthly tax units. However, in certain offences, depending on their severity, higher fines may be imposed.

The term "monthly tax unit", as used in this Code, the Code of Criminal Procedure, and other special criminal laws, refers to the monthly tax unit in force at the time of the offence. Regarding fines, they must be paid in Chilean pesos, calculated according to the value of the monthly tax unit at the time of payment.

If the law imposes fines calculated based on indeterminate amounts, such fines shall not exceed thirty monthly tax units.

With respect to bonds, the rules applicable to fines shall apply, with the amount being doubled accordingly. The duration of bail shall not exceed either the length of the penalty or obligation it secures, or five years in other cases.

Article 26 of the Criminal Code: The duration of temporary penalties shall be calculated from the date of the defendant's apprehension.

Article 28 of the Criminal Code: The severe penalties of rigorous imprisonment, seclusion, confinement, exile, and relegation shall entail permanent absolute disqualification from holding public office, official positions, and political rights, and absolute disqualification from practising regulated professions for the duration of the sentence.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

34

EXT-GAMEZ.SALAS-00194

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

Article 56 of the Criminal Code: The divisible penalties consist of three terms: minimum, medium, and maximum, whose duration is determined as follows:

DEMONSTRATIVE TABLE

| PENALTIES | Total Duration | Minimum Term | Medium Term | Maximum Term |
|---|---|---|---|---|
| Rigorous imprisonment, reclusion, confinement, exile, and relegation. | 5 years and 1 day to 20 years. | 5 years and 1 day to 10 years. | 10 years and 1 day to 15 years. | 15 years and 1 day to 20 years. |
| Absolute and special temporary disqualifica-tion. | 3 years and 1 day to 10 years. | 3 years and 1 day to 5 years. | 5 years and 1 day to 7 years. | 7 years and 1 day to 10 years. |
| Simple imprisonment, seclusion, confinement, exile, relegation, and banishment. | 61 days to 5 years. | 61 days to 540 days. | 541 days to 3 years. | 3 years and 1 day to 5 years. |
| Suspension from public office or a regulated profession. | 61 days to 3 years. | 61 days to 1 year. | 1 year and 1 day to 2 years. | 2 years and 1 day to 3 years. |
| Imprisonment | 1 to 60 days. | 1 to 20 days. | 21 to 40 days. | 41 to 60 days. |

Article 57 of the Criminal Code: Each term of a divisible penalty constitutes a different penalty.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

35

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00195

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

ON THE EXTINCTION OF CRIMINAL LIABILITY.

Article 93 of the Criminal Code: Criminal liability is extinguished in the following cases:

1. Upon the death of the liable person, with regard to personal penalties; in the case of pecuniary penalties, only if no final judgement has been issued at the time of death.
2. Upon completion of the sentence.
3. By amnesty, which fully extinguishes the penalty and all its effects.
4. By pardon. The grant of a pardon only remits or commutes the penalty but does not remove the status of a convicted person for the purposes of recidivism, reoffending, or any other legal consequences determined by law.
5. By the victim's pardon, when the penalty has been imposed for offences for which the law only allows private prosecution.
6. By the limitation period on criminal prosecution.
7. By the limitation period on the penalty.

Article 94 of the Criminal Code: Criminal prosecution is subject to the following limitation periods:

For criminal offences punishable by life imprisonment, reclusion, or relegation, the limitation period is fifteen years.

For other criminal offences, the limitation period is ten years. For less serious offences, the limitation period is five years.

For minor offences, the limitation period is six months. When an offence carries a compound penalty, the limitation period is determined based on the custodial sentence, in accordance with the rules set out in the first three paragraphs of this article. If no custodial sentence is imposed, the limitation period is based on the most severe penalty applicable.

The above rules apply without prejudice to shorter limitation periods established by this Code for specific offences.

Article 95 of the Criminal Code: The limitation period begins to run from the day the offence was committed.

Article 96 of the Criminal Code: The limitation period is interrupted, and any time elapsed is disregarded if the offender commits another criminal or lesser offence. It is suspended from the moment legal proceedings are initiated against them. However, if the prosecution remains inactive for three years or concludes without a conviction, the limitation period resumes as if it had never been interrupted.

Article 97 of the Criminal Code: Penalties imposed by a final judgement are subject to the following limitation periods:

Life imprisonment, reclusion, and relegation: fifteen years.
Other penalties for criminal offences: ten years.
Penalties for less serious offences: five years
Penalties for minor offences: six months.

Article 98 of the Criminal Code: The limitation period begins to run from the date of

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT



36

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00196

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

the final sentence or from the date the sentence was violated if it was subject to enforcement.

Article 99 of the Criminal Code: The limitation period is interrupted, rendering any elapsed time ineffective, if the defendant commits another criminal or less serious offence during this period. However, the limitation period will recommence thereafter.

Article 100 of the Criminal Code: If the offender is absent from the territory of the Republic, the limitation period for criminal prosecution or the sentence will be calculated at a rate of one day for every two days of absence.

For the purposes of applying the limitation period for criminal prosecution or sentencing, individuals who have been prohibited or prevented from entering the country by decision of a political or administrative authority shall not be considered absent from the national territory for the duration of such prohibition or restriction.

Article 101 of the Criminal Code: The limitation period for both criminal prosecution and sentencing applies equally to all individuals, regardless of their status.

Article 102 of the Criminal Code: The court shall declare the limitation period ex officio, even if the defendant or accused does not invoke it, provided that they are present at the trial.

Article 103 of the Criminal Code: If the offender surrenders or is apprehended before the limitation period for prosecution or sentencing is fully completed, but after at least half of the required period has elapsed, the court must consider the case as involving two or more highly significant mitigating circumstances and no aggravating factors. Consequently, the court shall apply the provisions of Articles 65, 66, 67, and 68, either when imposing the penalty or to reduce an already imposed sentence.

This provision does not apply to minor offences or special short-term limitation periods.

**Code 14, 18, and 63 of the Organic Code of Courts**

Art. 14. The Guarantee Courts shall be made up of one or more judges with jurisdiction over the same territorial district. These judges adjudicate and decide matters brought before them individually.

The responsibilities of Guarantee Court judges include:

a) Ensuring the rights of the defendant and other participants in criminal proceedings, in accordance with the Criminal Procedure Law.

b) Personally presiding over hearings, in conformity with the Criminal Procedure Law.

c) Issuing judgements, where applicable, in the abbreviated procedure established by the Criminal Procedure Code.

d) Hearing and ruling on minor criminal offences in accordance with the procedure set out in the Criminal Procedure Law.

e) Hearing and ruling, in accordance with the procedures regulated under Title I, Book IV of the Code of Criminal Procedure, on offences and infractions



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

37

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00197

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

established under the Alcohol Law, regardless of the penalty assigned therein.

f) Enforcing criminal sentences and security measures, and resolving any requests or complaints related to their execution, in conformity with the Criminal Procedure Law.

g) Hearing and resolving all matters assigned to them under the Juvenile Criminal Responsibility Law.

h) Hearing and resolving all matters assigned to them under this Code, the Criminal Procedure Law, and the law establishing special provisions on the Military Justice System.

Art. 18. The Criminal Trial Courts shall have the following responsibilities:

a) Hearing and ruling cases involving criminal or less serious offences, except for those less serious offences that fall under the jurisdiction of a Guarantee Judge.

b) Ruling, where applicable, on the release or preventive detention of defendants brought before them.

c) Ruling on all procedural matters that arise during the oral trial.

d) Hearing and resolving all matters assigned to them under the Juvenile Criminal Responsibility Law.

e) Hearing and resolving all matters assigned to them under this Code, the Criminal Procedure Law, and the law establishing special provisions on the Military Justice System.

Art. 63. The Courts of Appeal shall have jurisdiction over the following matters:

1. As a court of first and only instance:

a) Appeals for cassation on procedural grounds filed against judgements issued by civil judges (jueces de letras) within their territorial jurisdiction or by one of their own ministers, as well as final first-instance judgements issued by arbitrator judges.

b) Appeals for nullity filed against final judgments issued by a court with criminal jurisdiction, where applicable under the Criminal Procedure Law.

c) Appeals for judicial misconduct (recursos de queja) filed against civil judges, local police judges, arbitrator judges, and other bodies exercising jurisdiction within their territorial jurisdiction.

d) Active extradition proceedings.

e) Requests submitted in accordance with procedural law to determine whether the circumstances justify an authority's refusal to provide specific information, provided that the reason invoked is not that disclosure could compromise national security.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

38

EXT-GAMEZ-SALAS-00198

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

**International Law.**

The Extradition Treaty between the Government of the Republic of Chile and the Government of the United States of America, published by Chile in April 2017, stipulates in Article 2, numeral 1 that extradition shall be granted if the offence is punishable under the laws of both States by a maximum term of imprisonment exceeding one year or by a more severe penalty.

**The Chilean Public Prosecutor's Office: Authority responsible for criminal investigations:**

Article 1 of Law No. 19,640, Organic Constitutional Law of the Public Prosecutor's Office, states that: "The Public Prosecutor's Office is an autonomous and hierarchical body, whose function is to exclusively direct the investigation of facts constituting an offence, those determining criminal liability, and those proving the innocence of the defendant. It shall also, where applicable, exercise public criminal prosecution in accordance with the law..." Meanwhile, Article 3 of the Code of Criminal Procedure provides that: "The Public Prosecutor's Office shall exclusively direct the investigation of facts constituting an offence, those determining criminal liability, and those proving the innocence of the defendant, in accordance with the Constitution and the law".

**Contact information:**

Should you require further information on this matter, please do not hesitate to contact any of the following authorities:

**Principal Secretary:** Patricia Silva Rojas, ███████████████████

**First Officer:** José Patricio Tapia Oyarzún, ██████████████

███████████

**Main Desk** ████████████████████████████

**Chilean Public Prosecutor's Office: Telephone** █████████████

████████████████████████████████

Yours faithfully,

MARÍA ALEJANDRA PIZARRO SOTO

PRESIDENT

MINISTER



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

39

SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00199

**JUDICIAL BRANCH**
**COURT OF APPEAL OF SAN MIGUEL**

ALBERTO VAN KLAVEREN STORK
MINISTRY OF FOREIGN AFFAIRS
PRESENT.-

This document incorporates an
electronic signature, and its original can
be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

40

EXT-GAMEZ.SALAS-00200



María Alejandra Pizarro Soto
Minister (P)
Court of Appeal
13th February 2025
08:02 UTC-3



This document incorporates an
electronic signature, and its original can
be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00201

Date: 12th February 2025.

Chamber: First

Court Case No.: 373-2025 (consolidated I.C.418-2024 Penal)

RIT: 7787-2024

Ruc: 2401355710-8

Court: 11th Guarantee Court of Santiago

Claimant: Ministry of the Interior and Public Security

Type of Proceeding: Extradition

Offence: Kidnapping

Documents resolved in the hearing: Sheets No. 22, 23, 24, 25, 26, and 27

San Miguel, 12th February 2025

**Whereas:**

**First:** That in the hearing held on 28th January 2025, before the 11th Guarantee Court of Santiago, the Public Prosecutor's Office formally charged, in absentia, the investigation against **Adrián Rafael Gamez Finol**, a Colombian national, identity document No. ▮▮▮▮▮ foreign identity card No. ▮▮▮▮▮ ▮ who is also registered in the Bolivarian Republic of Venezuela under the identity of **Rafael Enrique Gamez Salas**, a Venezuelan national, Venezuelan passport No. ▮▮▮▮▮ alias "Turko", as the perpetrator of a consummated offence of criminal association under Article 293, section 2 of the Criminal Code; two consummated offences of extortion under Article 438 of the Criminal Code; two consummated offences of unjustified firearm discharge, as defined and sanctioned under Article 14 letter d) of Law No. 17,798; one consummated offence of kidnapping resulting in homicide under Article 141, section 5 of the Criminal Code; and one consummated offence of kidnapping for extortion, covered under Article 141, section 3 of the same legal instrument. All of these offences were committed between 2023 and 2024.

The facts subject to formal charges are as follows:

*FACT No. 1:*

*"Since at least 2019, a transnational criminal organisation known as "Tren de Aragua" has established itself in Chilean territory. Originating in the Bolivarian Republic of Venezuela, this organisation has also expanded into multiple countries across the Americas. This criminal organisation operates on a permanent basis, with its members fulfilling different roles according to their hierarchical position within the structure. A central power controls the organisation, issuing directives to various hierarchical levels with the primary objective of profiting from illicit activities in the countries where it has established a presence, exploiting available illegal markets.*

*To achieve its objectives, this criminal organisation is structured under the leadership of individuals who issue instructions from abroad, primarily from*



This document incorporates an electronic signature, and its original can be validated at http://verificados.pjud.cl

Code: UEKMXSXMHWT

42

EXT-GAMEZ.SALAS-00202

Venezuela, Colombia, and neighbouring countries. From these locations, various offences are planned for execution in the territories where the organisation maintains operatives, ensuring strict compliance with its directives. A key characteristic of this criminal organisation is the fungibility or interchangeability of its members. If a member dies or is detained, they are swiftly replaced, thereby ensuring the organisation's continuity and long-term survival.

In the countries where the criminal organisation operates, local cells pay tribute to its leaders in order to use the name "Tren de Aragua" and, consequently, gain access to the benefits associated with it. These benefits primarily include the ability to commit offences under the organisation's name and the authority to demand large sums of money from other criminal groups or individual offenders, particularly foreigners, as payment for permission to engage in criminal activities within the territories it controls. These payments, commonly referred to as "vacuna" (literally "vaccine"), function as a form of tax imposed for the right to operate within illicit markets.

To achieve its ultimate objective, that is, financial gain, this criminal organisation engages in a variety of offences designed to serve this purpose. It primarily exploits illegal markets or criminal opportunities that remain untapped by domestic criminal groups. These activities include, but are not limited to, kidnappings for extortion, contract kidnappings, kidnappings resulting in homicide, migrant smuggling, human trafficking, the prostitution market, contract killings, drug trafficking, property-related crimes, and extortion. Additionally, in order to secure its objectives, the organisation commits offences aimed at subjugating rival gangs and/or punishing its own members who fail to follow orders from its leadership or act without proper authorisation. These punitive measures include homicide, kidnappings resulting in homicide, and grievous bodily harm, among others. Failure to obey the organisation's directives or to adhere to its internal discipline can ultimately result in execution.

In Chile, this criminal organisation operates across various regions of the country, with multiple cells under different names. However, all remain subordinate to "Tren de Aragua" and under the command of its leadership, whether based abroad or, in some cases, within the national territory. In Santiago, the primary cell in operation is known as "Los Piratas" or "Los Piratas de Aragua". This group primarily engages in offences such as kidnapping, kidnappings resulting in homicide, homicides, drug trafficking, extortion, and property-related offences. A significant number of kidnappings and homicides have been attributed to this cell between 2023 and 2024.

During this period, multiple members of "Los Piratas" have been involved in these offences, remaining active until they were either detained, killed, or fled the country to evade capture after committing high-profile offences. These actions were carried out under direct orders from the organisation's leaders, aimed at minimising the loss of active members. Those who are removed are swiftly replaced by new recruits, either already present in Chile, sent into the country, or returning from abroad. These new members continue engaging in the same offences, thereby perpetuating the organisation's operations. Despite changes in its members, the organisation's underlying criminal patterns remain consistent over time.

During its period of operation in Chile, this criminal organisation has maintained a structured hierarchy. The leadership over the "Los Piratas" cell has remained consistent over time, exercised both from abroad and within Chile by CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", who serves as the leader of Tren de Aragua at the South American level. Additionally, RAFAEL ENRIQUE GAMEZ SALAS, also known as ADRIAN RAFAEL GAMEZ FINOL, and



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

43

EXT-GAMEZ.SALAS-00203

by the aliases "TURKO", "TURKIÑO", "MUSCULITO", "RAFA", "RAFITA", "GORDO", and "VIEJO", commands and directs the "Los Piratas" or "Piratas de Aragua" cell operating in Chile. In addition, other participants, who have not yet been identified, are responsible for planning, coordinating, and authorising the commission of offences. They issue directives, determine the victims, directly engage in extortion, impose disciplinary measures against their own members and other criminal organisations, designate which individuals will participate in specific offences, and decide when and who must leave the country after committing offences in order to evade detention. They also take measures to ensure that the operational experience gained by the organisation's members is not lost.

In accordance with the above, this criminal structure includes local commanders, who are responsible for directly overseeing the organisation's activities in Chile. One such figure is "TURKO", who operates under the supervision of high-ranking leaders based abroad, such as "Carlos Bobby". These individuals oversee criminal operations within Chile, ensure that the corresponding financial remittances are transferred abroad, and enforce compliance with the directives imposed by the organisation's upper hierarchy.

Operationally, the organisation employs a system of compartmentalisation and functional distribution to ensure the success of its criminal activities. Within this structure, certain members are dedicated to logistical roles, which include allocating properties for storing materials used to commit offences and for holding victims captive, guarding hostages, facilitating resources for criminal operations, such as firearms, vehicles, diversionary tools, transport, victim intelligence, surveillance equipment, mobile phones, and other elements.

Additionally, there are members specifically assigned to commit offences. These individuals are responsible for directly detaining or abducting victims, stealing property, and executing homicides ordered by the organisation. As such, they serve as the primary operatives within the organisation's criminal framework.

In this context, CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", is one of the highest-ranking leaders of the organisation in Chile, overseeing its South American operations. He exercises strict control not only over criminal activities but also over the organisation's members. He authorises the kidnappings for extortion, determines who will participate in these offences, selects the victims, and oversees key operational aspects, all of which must be consulted with him before being executed.

Regarding the defendant ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, like CARLOS FRANCISCO GOMEZ MORENO, he holds a leadership role in Chile. He is responsible for selecting kidnapping victims and assigning specific tasks to members of the organisation. He instructs his subordinates to acquire the necessary resources for carrying out kidnappings, such as vehicles and firearms, among other items. After executing these orders, those involved are required to report back to him and be held accountable for their actions. Additionally, he issues direct instructions to other levels of the organisation to ensure the impunity of those involved in offences. In some cases, he personally conducts extortion calls to the victims' families to demand ransom payments.

For the continued operation of the criminal organisation, the defendant EDGARD JAVIER BENITEZ RUBIO is responsible for logistics, ensuring that illicit activities proceed as planned. He manages the storage, custody, and distribution of vehicles used by the organisation for the commission of offences, with full knowledge of their intended purpose. Most of these vehicles are stolen and equipped with false licence

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

EXT-GAMEZ-SALAS-00204

plates. Fully aligned with the "Los Piratas" criminal cell, he maintained possession of, provided, and distributed multiple vehicles to members of the organisation. After participating in the kidnapping and homicide of victim RLOM ████████, he fled the country, further confirming his involvement and active role within the criminal organisation.

Regarding the defendants JHONNY JOSÉ LÓPEZ MENDOZA, alias "MUDO" or "NIÑO", JOSE CARLOS VALVERDE ARAUJO, alias "JOSE CARLO", DAYONIS JUNIOR OROZCO CASTILLO, alias "BOTI" or "BOTIJA", WINMER JESÚS RIVAS OLIVARES, alias "TITI", YOLVI MIGUEL GONZÁLEZ ARCAYA, alias "YOLVI", WUILBERTH DE JESÚS OLIVARES PEÑA, alias "NIÑO DE ORO", and NIXON JOSE QUINTERO CHOURIO, they are participants in groups created on social network platforms, specifically WhatsApp. Through these channels, the leaders of the criminal organisation issue direct instructions to maintain communication and coordinate the execution of planned offences. Under the leaders' orders, these individuals are responsible for preparing, planning, coordinating, and executing kidnappings for extortion. They are directly involved in the unlawful deprivation of liberty of victims and, when instructed, in their execution. Additionally, the defendants jointly engage in property-related crimes, extortion, and other offences to generate resources for the criminal organisation, exploiting any available illicit market.

Regarding the defendants ANTHONY ALEJANDRO LIENDO CANTO, CARLOS DAYAN MAYOR FERNÁNDEZ, ALEXANDER RAFAEL CHOURIO LEAL, RENZO ABRAHAM SÁNCHEZ HERNÁNDEZ, JOSUE DAVID RAMÍREZ OLIVEROS, YORMAN GUILLERMO PEROZO ARRAGA, OSMAR ENRIQUE ROMERO PRINCE, JOSE MARINO GARCÍA ORJUELA, and JOHANDRY ALBERTO VALLADARES RIVAS, they serve as operational members of the organisation, carrying out kidnappings in direct compliance with orders from the leadership. Their duties include conducting on- site surveillance on potential victims, abducting and intimidating them, holding them captive at designated locations, transporting them in vehicles, and, when ordered by the organisation's leaders, executing them, among other functions.

Meanwhile, the defendant WALTER DE JESÚS RODRÍGUEZ PÉREZ, is one of the members of the criminal organisation responsible for carrying out kidnappings. Possessing specialised expertise in this field, he enters and exits the country through unauthorised border crossings solely to execute high-profile kidnappings. Once these have been carried out, he swiftly leaves the country to evade detection and capture.

At the same time, within the ranks of the organisation, the defendant ANTHONY YUHANDRI BARBOZA BRACHO, who was deprived of liberty for offences committed under the organisation's protection, continued to follow directives issued by the leadership while incarcerated. His specific role within the prison involved contacting victims, obtaining sensitive information about them, gaining their trust through deception, and creating the necessary conditions to ensure the operational members of the criminal organisation could act with minimal risk. This facilitated the kidnapping, unlawful deprivation of liberty, and extortion of victims, as well as their families and third parties. Additionally, he acted as an intermediary between other detained defendants to facilitate arms trafficking on behalf of the criminal organisation, thereby securing financial gain.

The defendants KEVIN DANIEL HERNÁNDEZ RAMOS, alias "PICHOTA" or "BICHOTA", LUIS ALFREDO CARRILLO ORTIZ, alias "GOCHO", JULIO CESAR IGLESIAS PEREIRA, alias "EL BARRANQUILLA", JULIÁN ANDRES IGLESIAS

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00205

HOYOS, HECTOR OSVALDO SOTO MAUREIRA, and LEONAL ALBERTO SANZ BRITO, alias "LEO", are members of the criminal organisation who primarily operate in the SANTA MARTA settlement. Fully aware of the organisation's existence, these defendants, under KEVIN DANIEL HERNÁNDEZ RAMOS's leadership, were responsible for this settlement, referred to within the organisation as "the invasion". They administered the area, collected payments for protection, trafficked drugs, and provided cover for the organisation by offering a secure location for meetings, holding kidnapped victims, housing some of the defendants, and even serving as a collection point for ransom payments obtained through kidnappings for extortion.

In accordance with the foregoing, the criminal organisation has, over time, engaged in various offences, with the defendants fulfilling the following roles:

At the highest level of this criminal structure, there are two principal leaders. One oversees command and control across South America, namely CARLOS FRANCISCO GÓMEZ MORENO, alias "Carlos Bobby" or "Bobby". The second, serving as the local commander within Chile and responsible for issuing directives and instructions to other members, is ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, and by the aliases "Turko", "Turco", "Turkiño", "Musculo", "Musculito", "Viejo", "Rafa", among others. Within the organisation's hierarchy, the defendant CARLOS FRANCISCO GÓMEZ MORENO holds the superior position. Thus, the hierarchical or pyramid structure is organised as follows, with the roles outlined below:

The leadership of the defendant CARLOS FRANCISCO GÓMEZ MORENO has been firmly established over time, as he is responsible for issuing orders and directives to other members of the criminal organisation. His authority is particularly evident in the double kidnapping and homicide that took place on 28th and 29th December 2023. Upon learning of an unauthorised kidnapping conducted by victims JOSEPH TORRES MARTÍNEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVERO CARMONA, who had abducted other members of the criminal organisation without his approval, the defendant "CARLOS BOBBY", imposed strict disciplinary action. He ordered that the three be kidnapped and detained at a property controlled by the criminal organisation, located at ███████████████████ ███████ Following their detention, he issued an order for their execution, which was subsequently carried out by members of the organisation.

Regarding this final decision, the defendant CARLOS FRANCISCO GOMEZ MORENO personally informed the partner of one of the victims that he had ordered the killing of JOSEPH TORRES MARTÍNEZ and even disclosed that his body had been left in the river. During this conversation, the woman referred to the defendant as "PURE", reflecting his status as a leader within the organisation.

This same leadership exercised by CARLOS BOBBY is evident in the way other members of the organisation refer to him, as seen in WhatsApp conversations between the defendant YOLVÍ GONZÁLEZ ARCAYA and the individual known as "MOROCHO", who, along with WIMNER RIVAS OLIVARES, alias "TITI", is responsible for acquiring the logistical resources necessary to commit the offences. In these exchanges, GONZÁLEZ ARCAYA expresses his intent to carry out a kidnapping, to which "MORO" or "MOROCHO" replies that he is waiting for a call from ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS to assemble a team. GONZÁLEZ ARCAYA then remarks that they cannot always wait for orders and must "activate" themselves, using this term as a reference to seek out criminal activities on their own. "MORO" or "MOROCHO" responds that he is awaiting instructions from "brother BOBY". This interaction illustrates the structured hierarchy within the criminal organisation. The defendant YOLVI

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

SBU - LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00206

GONZÁLEZ ARCAYA is positioned within the operational level, responsible for executing orders issued by the central power, while "MORO" or "MOROCHO" belongs to the logistics division. As a result, individuals responsible for issuing directives and orders, such as ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, cannot issue an order to form a team to carry out a kidnapping unless explicitly authorised by CARLOS FRANCISCO GÓMEZ MORENO, alias "CARLOS BOBBY", who holds a higher leadership role over ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS. CARLOS FRANCISCO GÓMEZ MORENO operates under the command and oversight of the founders and senior leaders of "TREN DE ARAGUA".

Furthermore, CARLOS FRANCISCO GÓMEZ MORENO's leadership role is evident in actions such as the creation of a WhatsApp group bearing a pirate flag as its name. In this group, "CARLOS BOBBY" instructed his subordinates to relocate kidnapping victims from one place of captivity to another and to update him on the organisation's available vehicles. This instruction was acknowledged by a contact saved under the name "CALVIN", identified as ENDER ROJAS MONTANA, a defendant who was imprisoned for a kidnapping that took place on 25th September 2023 in the district of Pichidangui. Similarly, a mobile phone seized from an associate of the defendant WALTER DE JESÚS RODRÍGUEZ PEREZ, which belonged to DONOVAN TELLERIA TORRES, (who is currently in custody for a kidnapping that took place on 15th April 2023), contains a conversation between CARLOS FRANCISCO GÓMEZ MORENO and DONOVAN TELLERIA TORRES. In this exchange, the latter requests authorisation from "CARLOS BOBBY" to proceed with the kidnapping of a specific victim he had selected. "CARLOS BOBBY" granted this authorisation, and the offence was carried out on 14th November 2023 in the district of Estación Central.

On 26th February 2024, in the aftermath of the kidnapping and homicide of Venezuelan Lieutenant ▮RLOM▮▮▮▮▮▮▮▮, a conversation took place between the defendants YOLVI GONZÁLEZ ARCAYA and JHONNY LÓPEZ MENDOZA, alias "MUDO". During this exchange, the latter stated that he had received a call from "BOBY", who instructed them to "RECOVER THEIR HEALTH", a coded reference indicating that they needed to flee Chile to avoid being detained by the police and to conceal their involvement in the offence. This order was issued directly by CARLOS FRANCISCO GÓMEZ MORENO, once again demonstrating his superior hierarchical position over the defendant known as "TURKO", who was responsible for coordinating this offence within Chile.

Regarding the defendant, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, his leadership role within various offences committed by the organisation is evidenced as follows: 1.- The defendant GÁMEZ FINOL, also known as GAMEZ SALAS, alias "TURKO", was responsible for selecting the kidnapping victims in an operation that took place on 28th February 2024. He also assigned specific roles for the execution of the offence, directly ordering the defendants ANTONY YUANDRI BARBOZA BRACHO and YOLVI GONZÁLEZ ARCAYA to contact the victim, who sold clothing, footwear, and accessories through social media, by posing as potential buyers to arrange a meeting. He further instructed GONZÁLEZ ARCAYA to wear long sleeves to prevent identification by his tattoos.

2.- Similarly, concerning the homicide of Carabineros officer Emmanuel Sánchez Soto, which occurred on 10th April 2024, shortly before the homicide, a conversation took place between ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS and YOLVI GONZÁLEZ ARCAYA. During this exchange,

  This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00207

the latter sent a video to GAMEZ FINOL or GAMEZ SALAS, informing him that they had been carrying out robberies while riding a motorcycle. Subsequently, "TURKO", issued orders regarding a kidnapping they were planning, instructing that they should use the victim's own vehicle for the crime.

Furthermore, following the Carabineros officer's homicide, ADRIÁN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, issued explicit instructions regarding the necessary actions to be taken after the offence was committed to ensure that the perpetrators could escape without being detained by law enforcement. These directives included changing clothes, instructions on travel logistics, the number of individuals per vehicle, and other details.

3.- The leadership role of the defendant GAMEZ FINOL, also known as GAMEZ SALAS, is further demonstrated through his control over extortion operations. He personally decides which individuals are to be targeted for extortion and dictates the consequences if they refuse to comply. As evidence of this, when the defendant alias "TURKO" forwarded news of the physical assault inflicted on a victim to the defendant EDWARD GONZÁLEZ ARANGO, he explicitly stated: "That son of a bitch doesn't want to pay; I'll go after him again". Additionally, on 9th April 2024, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, personally called a victim, demanding a payment to the organisation in exchange for protection. When the victim refused, he threatened to send someone to shoot at his business premises. This threat was subsequently carried out under his direct orders to the defendant YOLVI GONZÁLEZ ARCAYA, who not only executed the shooting but also filmed himself doing so and sent the footage to "TURKO" as proof of compliance with the order.

4.- In addition to the previously described facts and evidence, the defendant played a leading role in the kidnapping for extortion that took place on 12th June 2024. In this case, the defendant HUASCAR BAEZ PEÑA, who was already in custody, sent him a photograph of the intended victim to be kidnapped. TURKO then forwarded this image to his operatives, JOHANDRI ALBERTO VALLADARES RIVAS, who was with OSMAR ENRIQUE ROMERO PRINCE and NIXON JOSE QUINTEROS CHOURIO. Later, after the victim had been unlawfully deprived of liberty, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, contacted the victim's partner via video call, demanding a payment of $20,000,000 (twenty million Chilean pesos) for an alleged drug-related debt between the victim's partner and the criminal organisation.

5.- In the kidnapping and homicide of former Venezuelan Lieutenant ██RLOM████ ████ which took place on 21st February 2024, the defendant GÁMEZ FINOL, also known as GÁMEZ SALAS, was involved in both the planning and execution of the offence. He created a WhatsApp group named with the icon of a pirate flag, where "TURKO" instructed that, in order to commit the offence, they would pose as PDI (Policía de Investigaciones - Chilean Investigative Police) officers. This plan was ultimately executed as instructed and had already been approved by higher-ranking members of the criminal organisation. ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, issued the initial directives, which included ordering operatives to maintain secrecy regarding the operation, mobilising various members, and instructing that when the plan was later explained, only one person would speak.

6.- Further evidence of the leadership of the defendant GÁMEZ FINOL also known as GÁMEZ SALAS, alias "TURKO" is found in a recorded conversation between "TURKO", and another individual involved in the organisation. In this video, he explicitly states that loyalty and commitment to the organisation must be maintained



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

48

EXT-GAMEZ-SALAS-00208

and reassures the person that nothing will happen to them. He also warns them to avoid gathering together too frequently, as that if one member is targeted, the entire group could be exposed. This conversation further confirms the existence of a hierarchical and pyramidal criminal organisation, as "TURKO" discusses promotions within the structure. At one point, one of the members even requests time off from him, claiming exhaustion.

In the same conversation, "TURKO" tells another individual that they must remain focused on their tasks and stop "PARTYING", as he is next in line to take over his position. He further states that "BOTY", identified as DAYONIS JUNIOR OROZCO CASTILLO, must act as the right-hand man to this successor, as both cannot perform the same role simultaneously. Regarding the criminal organisation, it has been established that it consists of multiple individuals identified below, forming a criminal network operating under the directives imposed by its recognised leaders. Evidence has been gathered linking the various defendants through confiscated mobile devices, ballistic matches, the vehicles used in kidnappings, and the locations used both as hideouts and detention sites for victims. These elements confirm the existence of shared resources used in the organisation's criminal activities:

1. Regarding the double kidnapping and homicide that took place on 28th and 29th December 2023, in the district of Maipú, the victims were RAY ARGENIS NAPOLES CASTILLO and JOSEPH EMMANUEL TORRES MARTINEZ, and the kidnapping of EDIXSON RIVEROS CARMONA, the participation of the following individuals from the organisation has been established:

CARLOS FRANCISCO GÓMEZ MORENO issued the order to abduct members of the organisation who had conducted an unauthorised kidnapping. He later instructed that both be executed by other members of the criminal organisation. The victims were subsequently murdered in the ████████████ area, abandoning their bodies at the scene. Only EDIXSON RIVEROS CARMONA, one of the intended victims, managed to escape execution.

The defendant BRIAN PIÑA MENDOZA provided the property where the victims were held captive and tortured, located at ████████████████████ ████████████████ He is also implicated in similar offences, for which other members of the criminal organisation are currently in custody due to their involvement in illicit activities carried out under the protection of the criminal group.

The defendant CARLOS SEPULVEDA MORALES provided the premises where the victims were detained, located near ████████████████ ██████ where they were held captive and tortured.

The defendant JHONNY LOPEZ MENDOZA, alias "MUDO", "JHONNY PANITA", or "NIÑO", is responsible for facilitating arrangements within the criminal organisation, ensuring that the defendants PIÑA MENDOZA and SEPULVEDA MORALES provided a location for torturing and detaining the victims. The defendant CARLOS DAYAN MAYOR FERNÁNDEZ transported the victims in a Nissan Versa, bearing licence plate ██T-88. This same vehicle was used in the double kidnapping and homicide on 9th January 2024, in the district of San Bernardo, as well as in the double homicide on 27th January 2024, in the district of Malloa, where two farmers were murdered by at least 4 Venezuelan nationals, members of "TREN DE ARAGUA". This vehicle had previously been used by RAY NAPOLES CASTILLO, one of the victims, who was also a member of "TREN DE ARAGUA" before being kidnapped and murdered in Rinconada de Maipú alongside JOSEPH TORRES MARTÍNEZ, following direct orders from "CARLOS BOBBY".

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

49

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00209

Additionally, the firearms used in this crime matched ballistics evidence from the double homicide on 9th January 2024 in the district of San Bernardo.

2. Furthermore, the double kidnapping and homicide of victims WILCAR JOSÉ LANDAETA BRICEÑO and ANDERSON ALIRIO SANCHEZ MOLINA, whose bodies were found in the district of San Bernardo on 9th January 2024, is linked to the same firearms and vehicle used in other crimes. Ballistic forensic analysis confirmed that the firearms used in this offence were also used in the double kidnapping and homicide that took place in the district of Maipú on 28th and 29th December 2023, as well as the double homicide in the district of Malloa on 27th January 2024. Further linking these cases is the use of the same NISSAN VERSA, bearing licence plate ███T-88, which was also used in the offences committed in the district of Malloa and San Bernardo, as well as in the double kidnapping and homicide in the district of Maipú on 28th and 29th December 2024. This vehicle was originally owned by one of the victims.

3. Regarding the defendant ANTHONY LIENDO CANTO, it has been established that he was in possession of the NISSAN VERSA, licence plate ███T-88, from at least 4th January 2014 to 19th January 2024, the same vehicle involved in the offences mentioned above. Surveillance footage captured the defendant ANTHONY LIENDO CANTO using this vehicle 5 days after the homicide of its previous owner. He also used the same car during the double kidnapping and homicide on 9th January 2024 at the south access. Additionally, in his role of safeguarding and supplying vehicles for the criminal organisation, it was established that on 20th January 2024, he was also in possession of a white Chevrolet Onix, bearing licence plate ███Z-11. This vehicle was previously used in the kidnapping on 14th December 2023 in the district of Santiago and in the homicide of a Carabineros officer on 10th April 2024, in the district of Quinta Normal.

4. Regarding the kidnapping and homicide of the victim ██RLOM████████████ ████████, it took place on 21st February 2024, in the district of Independencia, and his body was later buried in the Santa Marta settlement in the district of Maipú. This offence has been directly linked to the criminal organisation, as ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, through a WhatsApp group identified by a pirate flag, informed other members that the higher ranks of the organisation had authorised the commission of an offence while dressed as PDI officers. This tactic was later used in the kidnapping and homicide on 21st February 2024 in the district of Independencia. Members of the WhatsApp group included the defendant WIMNER RIVAS OLIVARES, alias "TITI", as well as individuals known as "MONITO", "MOROCHO", YOLVI GONZÁLEZ ARCAYA, DAYONIS JUNIOR OROZCO CASTILLO, alias "BOTY" and JHONNY JOSÉ LÓPEZ MENDOZA, alias "MUDO" or "NIÑO". Screenshots of this conversation were later found on the phone of the defendant JOSUE DAVID RAMIREZ OLIVEROS, individuals who are directly and indirectly linked to multiple offences under investigation.

Additionally, on 14th February 2024, the defendant YOLVI GONZÁLEZ ARCAYA took a selfie wearing a uniform of the Policía de Investigaciones de Chile (Chilean Investigative Police), the same disguise used in the kidnapping and homicide of Venezuelan Lieutenant ██RLOM████████████. Furthermore, the defendant GONZÁLEZ ARCAYA is implicated in the kidnapping for extortion that took place on 28th February 2024, the extortion on 9th April 2024, and the homicide of the Carabineros officer on 10th April 2024.

Regarding the vehicle used in the kidnapping, evidence shows that it was provided by the defendant EDGAR JAVIER BENÍTEZ RUBIO, who, within the organisation,



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

50

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00210

was responsible for securing and supplying vehicles. On 19th February 2024, he handed over a NISSAN VERSA bearing licence plate ███D-14, to another member of the organisation. This vehicle was later used to transport the victim RLOM ████████, after he was kidnapped from his residence. Additionally, evidence established that EDGAR JAVIER BENÍTEZ RUBIO, was in possession of and responsible for safeguarding a blue Chevrolet Spark, licence plate ███X-81, which was used in the kidnappings that took place on 28th February and 3rd March 2024, and a white Chevrolet Onix, bearing licence plate ███Z-11, which was used in the double kidnapping resulting in homicide on 9th January 2024, as well as in the homicide of a Carabineros officer on 10th April 2024, the date on which the vehicle was seized by authorities.

Regarding the defendant JOSE CARLOS VALVERDE ARAUJO, alias "JOSE CARLOS", it has been established that he was not only involved in the kidnapping and homicide on 21st February 2024 but also participated in the WhatsApp groups created by "TURKO" for the planning of kidnapping offences, including the kidnapping for extortion that took place on 28th February 2024, in which he provided photographs of the victim obtained from social media. He also assisted YOLVI GONZÁLEZ ARCAYA in drafting the message that was later sent to the kidnapped victim. Additionally, he was involved in the extortion offence on 9th April 2024, in which the victim's business premises were shot at by the defendant YOLVI GONZÁLEZ ARCAYA under orders from GÁMEZ FINOL, also known as GÁMEZ SALAS. Following this attack, the victim, through a family member, requested JOSE CARLOS VALVERDE ARAUJO to mediate with the criminal organisation, as it was widely known that he was affiliated with the group. He subsequently arranged a meeting between the victim, the extortionist, leaders of the gang, and himself, where a payment plan was negotiated to put an end to further retaliatory actions.

In relation to JHONNY JOSÉ LÓPEZ MENDOZA, known as "MUDO" or "NIÑO", it has been established that he was not only involved in the kidnapping and homicide on 21st February 2024 but also participated in the WhatsApp groups created by "TURKO" for the planning of kidnapping offences. He is further linked to the organisation through contact lists, as his number appears in YOLVI GONZÁLEZ ARCAYA's phone as JHONNY PANITA. They maintained conversations with PIÑA MENDOZA and SEPULVEDA MORALES, coordinating the use of properties provided by these two individuals as sites for torture and captivity, as was the case in the double kidnapping and homicide on 28th and 29th December 2023. Moreover, the defendant JHONNY JOSE LÓPEZ MENDOZA, was in a video call with the defendants YOLVI GONZÁLEZ ARCAYA and EDGAR BENÍTEZ RUBIO just hours after the kidnapping of former Venezuelan Lieutenant, RLOM ████████, further linking him to the criminal organisation. After the kidnapping and homicide on 21st February 2024, he received a direct order from CARLOS FRANCISCO GÓMEZ MORENO instructing him to leave the country due to his involvement in the offence, a directive he subsequently followed.

Regarding the defendant WALTER DE JESÚS RODRÍGUEZ PEREZ, evidence links him to the criminal organisation, as he participated in the kidnapping on 15th April 2023, alongside other defendants. He operated under direct orders from the organisation's leaders, specifically in the kidnapping of the victim DENNY RINCON VILLALOBOS, which was carried out by members of "TREN DE ARAGUA" due to the non-payment of the "vacuna", this is, a fee demanded by the organisation to allow individuals to engage in criminal activities within the territory controlled by "TREN DE ARAGUA". Furthermore, he was involved in the kidnapping and homicide of the Venezuelan victim RLOM ████████ on 21st February 2024. He was one of the defendants who entered the victim's residence and carried

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

EXT-GAMEZ-SALAS-0021Y

out the abduction. He entered Chile solely for this purpose, as his criminal expertise lies in kidnappings.

In relation to the burial site of the victim, his body was located in the "SANTA MARTA" settlement. Several members of "TREN DE ARAGUA" were directly involved in this operation, including KEVIN DANIEL HERNANDEZ RAMOS, alias "PICHOTA" or "BICHOTA", LUIS ALFREDO CARRILLO ORTIZ, alias "GOCHO", JULIO IGLESIAS PEREIRA, alias "BARRANQUILLA", JULIÁN IGLESIAS HOYOS, and LEONAL ALBERTO SANZ BRITO, alias "LEO". These individuals operate within the most active level of the organisation's hierarchical structure, following direct orders from the organisation's leaders. In addition to concealing the victim's body, they were responsible for drug trafficking, collecting "vacuna" payments, and controlling the "SANTA" MARTA settlement, which they refer to as "the invasion".

5. Regarding the kidnapping of victim H.A.T.R, which took place on 28th February 2024 in the district of Cerrillos, the following defendants were identified as participants:

ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, instructed the imprisoned defendant ANTONY YUANDRI BARBOZA BRACHO to contact the victim via Instagram, where the victim sold clothing, footwear, and accessories. The purpose was to arrange a meeting and obtain the victim's phone number to coordinate the delivery of goods. This strategy enabled other members of the organisation to carry out the kidnapping. Once the leader, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, obtained the victim's information, he shared it in a WhatsApp group he had created, which was used for planning various kidnappings. This group was also used by members to bid farewell after the offence against Ojeda Moreno was carried out, often making references using pirate emojis.

After the victim's information was shared, ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, issued directives, and assigned roles among the members, with the assistance of an individual known as "MOROCHO", and the defendant WINMER RIVAS OLIVARES, alias "TITI". The latter was responsible for securing and providing a blue Chevrolet Spark, licence plate ███K-81, for use in the offence. Furthermore, after "TURKO" issued orders for the kidnapping, he ensured that the operational members complied with the given instructions.

The vehicles used in this operation were a silver-grey Toyota 4Runner, licence plate ███664, which was also used in the kidnappings on 3rd and 5th March 2024. Additionally, on 13th March 2024, it was seen transporting the defendant DAYONIS JUNIOR OROZCO CASTILLO, who was a member of the WhatsApp group where kidnappings were planned and later participated in the homicide of a Carabineros officer on 10th April 2024; a blue Chevrolet Spark, licence plate ███X-81, which was also used in the kidnapping on 3rd March 2024. This vehicle was safeguarded by the defendant EDGARD BENÍTEZ RUBIO, who was also responsible for securing other vehicles for the organisation, including a NISSAN VERSA, bearing licence plate ███D-14; a white Chevrolet Onix, bearing licence plate ███Z-11; and a black Great Wall Florid, licence plate ███P-75, which was also used in the kidnapping on 5th March 2024.

Furthermore, a direct link exists between the kidnapping on 28th February 2024, and the kidnappings on 3rd and 5th March 2024, as in all three cases, the extortion calls were made using the same phone. This phone was registered under the name of Wilianyelis, the daughter of the defendant WINMER RIVAS OLIVARES, alias "TITI".

 This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWY

52

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00212

This device was later found in the possession of the defendant WUILBERTH DE JESÚS OLIVARES PEÑA, who was detained for the homicide of Carabineros Lieutenant SÁNCHEZ SOTO. His criminal associates were YOLVI GONZÁLEZ ARCAYA and DAYONIS OROZCO CASTILLO.

6. The kidnapping of victim L.F.C.R, took place on 3rd March 2024 in the district of Santiago. The perpetrators used a blue Chevrolet Spark, licence plate ███K-81, and a silver-grey Toyota 4Runner, licence plate ███664. Both vehicles were previously used in the kidnapping on 28th February 2024. Further connections were identified in the WhatsApp group named "De la mano de dios", which was created by the defendant "TURKO". In this group, the personal details of both victims were shared, and they also were monitored through social media and physical surveillance, which was conducted by the defendant JOSE CARLOS VALVERDE ARAUJO. Following the abduction, the same mobile phone used in the kidnappings on 28th February and 5th March 2024 was employed to make extortion calls to the victims' relatives or acquaintances.

The individuals responsible for the physical execution of the kidnapping of L.F.C.R. were the defendants ALEXANDER RAFAEL CHOURIO LEAL and RENZO ABRAHAM SÁNCHEZ HERNANDEZ. Their role was to carry out on-site operations following the instructions issued by the leaders of the criminal organisation.

7. Regarding the homicide of a Carabineros Officer on 10th April 2024, it involved the participation of the defendants WUILBERTH OLIVARES PEÑA, alias "NIÑO DE ORO", YOLVI GONZÁLEZ ARCAYA, alias "YOLVITO", JOSUÉ DAVID RAMIREZ OLIVEROS, alias "TACHUELA", and DAYONIS JUNIOR OROZCO CASTILLO, alias "BOTI" or "BOTIJA". A significant number of these defendants were members of WhatsApp groups created by GAMEZ FINOL, also known as GÁMEZ SALAS, which were used for planning and coordinating offences. These groups included "Los", "De la mano de dios", and another group identified by a pirate flag icon. Regarding the events on 10th April 2024, it has been clearly established that the group was actively engaged in criminal offences in the district of Santiago, particularly robberies, which represent one of the illicit markets controlled by the organisation to ensure a steady stream of revenue while simultaneously planning other offences. While engaging in these robbery offences, the defendants remained in direct contact with GÁMEZ FINOL, also known as GÁMEZ SALAS, to coordinate another kidnapping. During this period, they engaged in an armed confrontation with Carabineros officer EMMANUEL SANCHEZ SOTO, which resulted in the death of both the officer and one of the defendants.

Following the incident, the defendant GÁMEZ FINOL, also known as GAMEZ SALAS, issued immediate instructions to the organisation's members to avoid detention. His directives included changing their clothing, conceal themselves if travelling together in the same vehicle, ensure that the driver was someone who had not exited the vehicle, or if travelling by bus, dividing into groups of two and switch mobile phones, among other measures.

During the commission of these acts, the defendants used a white Chevrolet Onix bearing licence plate ███Z-11. This same vehicle had previously been used in the kidnapping on 14th December 2023, in the district of Santiago, and in the double kidnapping and homicide on 9th January 2024 in the southern access of the district of San Bernardo. Additionally, this vehicle had been kept under the custody of the defendant EDGAR BENÍTEZ RUBIO at his residence, located at ███████████████. Upon its seizure, authorities discovered that the licence plate PYS████ was falsified. According to the chassis and engine numbers, the vehicle was originally registered under licence plate ███W-16. This same plate had

 This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00213

*been sent via WhatsApp on 7th December 2023 by the defendant EDWARD GONZÁLEZ ARANGO to the defendant GAMEZ FINOL, also known as GAMEZ SALAS. He was later detained for his involvement in the kidnapping that took place on 14th December 2023.*

*Furthermore, it was established that a Hyundai Grand I10, bearing licence plate ▮▮J-44, was used in the kidnapping and homicide that took place on 21st February 2024. Surveillance footage revealed that this vehicle was hidden at ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ until 13:42 hours on 21st February 2024. At that time, a Chevrolet Sonic, licence plate ▮▮K-38, approached and parked behind it. A suspect exited the Sonic, entered the Hyundai Grand I10, and drove it away, followed by the Chevrolet Sonic, licence plate ▮▮K-38. On 8th March 2024, police officers conducted an identity check on the occupants of the Chevrolet Sonic, licence plate ▮▮K-38. One of the individuals inside was later identified as the defendant who was killed during the shoot-out with Carabineros officer Sánchez Soto.*

*Additionally, a ballistic analysis of the firearms and ammunition used in the homicide of Carabineros officer ▮ESS▮▮▮▮▮▮▮▮▮▮▮, revealed a direct match with one of the firearms used in the kidnapping of victim L.F.C.R, on 3rd March 2024, in the district of Estacion Central. During that kidnapping, the victim sustained a gunshot wound to the leg.*

8. *Regarding the kidnapping for extortion that took place on 12th June 2024, it was ordered by the defendant ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS. The act of unlawfully depriving the victim of liberty was carried out by the defendants NIXON QUINTEROS CHOURIO, OSMAR ROMERO PRINCE, and JOHANDRY VALLADARES RIVAS, with the latter maintaining direct contact with "TURKO" throughout the operation. The 3 defendants transported the victim to a captivity site located in the "Ribera del Rio" settlement in the district of Talagante, which was administered by YORMAN PEROZO ARRAGA. He was also responsible for conducting video calls with "TURKO", during which he showed the victim on camera, while "TURKO" simultaneously made an extortion call to the victim's partner. Furthermore, the defendant JOSE GARCÍA ORJUELA acted as a guard. Regarding this kidnapping for extortion, it is directly linked to other offences committed by the criminal organisation, specifically through the site where the victim was held captive, the "Ribera del Rio" settlement in the district of Talagante. This same location was previously used by the organisation to detain victims of the kidnapping on 3rd March 2024, as well as in the kidnapping and homicide that took place on 8th June 2024. Moreover, the same vehicles associated with the kidnapping on 12th June 2024 were used, a CHEVROLET CORSA, bearing licence plate ▮▮F-52 and a CHANGAN CX70, bearing licence plate ▮▮Z-73. These vehicles were used to transport the defendants OSMAR ROMERO PRINCE and JOSE GARCÍA ORJUELA who, on 8th June 2024, abducted the victim EDGARD LASSO RODRIGUEZ, who was later murdered by his captors.*

*Furthermore, forensic ballistic analysis established that the firearm used in the kidnapping and homicide on 8th June 2024 was also used in: The quintuple homicide in the district of Lampa on 16th June 2024; a homicide in the district of Lo Prado on 15th October 2021; a kidnapping resulting in homicide on 30th December 2021. All these offences are directly linked to the criminal organisation "TREN DE ARAGUA".*

*The various criminal acts committed by the organisation have been linked through the use of common locations for the commission of various offences, including safe houses for sheltering gang members, detention sites for kidnapping victims, and*

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT

54

EXT-GAMEZ-SALAS-00214

meeting points for members of the organisation. These locations were also frequented by the defendants, as vehicles linked to the criminal organisation were observed at these sites. The following locations have been directly associated with the organisation's criminal operations:

1.- Regarding the property located in Chorrillos No. 130, in the district of Graneros, it has been directly linked to individuals involved in the homicide of Carabineros officer EMMANUEL SANCHEZ SOTO. Following the operation, the defendant YOLVI GONZÁLEZ ARCAYA was seen leaving the residence with a suitcase, accompanied by other defendants involved in the offence. This location is also associated with the kidnappings that took place on 28th February, 3rd March, and 5th March 2024, as vehicles used in these offences were photographed near the property. These include a TOYOTA 4RUNNER, bearing license plate ▮▮▮64, a blue Chevrolet Spark, bearing license plate ▮▮X-81, and black Great Wall Florid, license plate ▮▮P-75.

2.- Regarding the property at Nueva Imperial No. 4975, in the district of Quinta Normal, it has been directly linked to the double kidnapping and homicide that took place on 9th January 2024, as one of the victims, ANDERSON SÁNCHEZ MOLINA, was under a court-imposed night-time house arrest at this address. On the day of the offence, surveillance footage near the property recorded the vehicles used in the kidnapping. The property is also linked to the kidnapping and homicide on 5th June 2024, as both victims were held captive at this address before being transported and murdered in the district of Lampa. Additionally, this location is linked to the homicide of Carabineros officer Daniel Palma on 5th April 2023, which was perpetrated by members of "TREN DE ARAGUA". In this case, an arrest warrant was issued for an individual registered at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3.- Regarding the "SANTA MARTA" settlement, in the district of Maipú, it has been frequently used by the organisation for holding kidnapped victims, providing shelter for some defendants, and even serving as a secure location for receiving ransom payments from kidnappings for extortion. This location is linked to multiple offences, including: the kidnapping and homicide of RLOM ▮▮▮▮▮▮▮▮▮▮ on 21st February 2024, where the victim's body was buried at the site, as it serves as the meeting place for coordinating the offence before and after its commitment; the kidnapping for extortion on 28th February, 3rd March and 5th March 2024, where the vehicles used in these offences were captured on surveillance near the Santa Marta settlement; the kidnapping for extortion on 27th July 2024, in which the victim was detained at this location, in which the defendant JULIAN IGLESIAS HOYOS, son of JULIO IGLESÍAS PEREIRA, was responsible for guarding the victim; the ransom payment for a businessman kidnapped in Rancagua on 8th November 2023 was also processed at this location.

Regarding the indicators of membership in the criminal organisation, it demonstrates a clear group identity, which is reinforced through the recurrent use of pirate imagery as a common insignia, the constant use of pirate flag emojis in WhatsApp group messages, and social media posts displaying firearms alongside skull and crossbones stickers. On 21st September 2023, following a police raid at Tocorón Prison ADRIÁN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, posted an image stating: "THEY KNOCKED DOWN THE CASTLE BUT NOT THE KING, SO THE GAME CONTINUES", accompanied by pirate flags. This was a direct reference to the fact that the organisation's founder and leader, HÉCTOR RUSTHENFORD GUERRERO FLORES, alias "NIÑO GUERRERO", had not been captured. Later, on 26th March 2024, the same defendant posted an image specifying the official drug prices set by the organisation, warning that selling below these rates was prohibited.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl
Code: UEKMXSXMHWT



SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00215

Furthermore, on 24th March 2024, "TURKO" posted a WhatsApp status stating: "TODAY, I WANT TO THANK MY BROTHERS WHO HAVE BEEN WITH ME SINCE DAY ONE, THROUGH GOOD AND BAD. WE ALL SHARE ONE PIECE OF BREAD, AND WE DO NOT TURN OUR BACKS ON EACH OTHER. EITHER WE ALL RISE OR WE ALL FALL TOGETHER. BLESSINGS, LIFE, AND HEALTH TO ALL OF YOU, ALWAYS FROM THE HEART, NEVER OUT OF CONVENIENCE... HERE, WE DON'T CARE WHO IS THE FASTEST, BUT RATHER WHO DRIVES PROPERLY. HAPPY DAY, BLESSING TO ALL" (pirate flag emojis, a "B" symbol, and Turkish flag emojis).

Similarly, on 30th March 2024, a screenshot of a WhatsApp status posted by the defendant alias "Turko" displayed 6 firearms with loaded magazines, captioned: "PIRATES ONLY".

### Fact No. 2

On 19th December 2023, at approximately 22:37 hours, the victim R.D.S.D. was working at his minimarket located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, in the ▮▮▮▮▮▮▮▮▮▮▮▮▮, when he received WhatsApp messages from the number ▮▮▮▮▮▮▮0580, extorting him with photographs of his family, a video showing an individual with a foreign accent holding a grenade, A threat stating that the grenade would be thrown at him if he did not pay a sum of money to the criminal organisation.

On 27th December 2023, at approximately 23:45 hours, two unidentified individuals, riding a motorcycle, arrived at the front of the business premises located at Avenida Independencia No. 1603, in the district of Independencia, owned by the victim, R.D.S.D., and at that moment, they discharged firearms towards the property.

The defendant, RAFAEL ADRIAN GAMEZ FINOL, also known as ADRIAN ENRIQUE GAMEZ SALAS, instructed, coordinated, and organised the extortion and subsequent intimidation of the victim. He ordered his subordinates to attack R.D.S.D., as the victim refused to pay for protection.

### Fact No. 3:

The defendant CARLOS FRANCISCO GOMEZ MORENO, alias "Carlos Bobby", is a leader of the criminal organisation responsible for coordinating the activities of Tren de Aragua in the Metropolitan region, particularly in the trafficking of ketamine, kidnappings, extortions, and homicides.

To facilitate the commission of kidnappings, the criminal association, through the defendant JHONNY LOPEZ MENDOZA, alias "MUDO", maintained contact with BRIAN PIÑA MENDOZA, who regularly provided access to a property located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮n exchange for monetary compensation.

Within the structure of the criminal organisation, under the leadership of CARLOS FRANCISCO GOMEZ MORENO, alias "Carlos Bobby", individuals such as JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVERO CARMONA, were involved in offences of kidnappings, homicides, torture, and drug trafficking under the direct orders of the organisation's leaders.

Between 26th and 28th December 2023, JOSEPH TORRES MARTINEZ, alias "GORDO JOSEPH", RAY NAPOLES CASTILLO, alias "RAY", and EDIXSON RIVERO CARMONA, alias "DISPARO", along with other individuals, without authorisation from CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", went to the residence of PEDRO BETANCOURT, located at ▮▮▮▮▮▮▮



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00216

Armed with firearms, they demanded payment of an alleged drug-related debt amounting to 10 million Chilean pesos, as well as the surrender of two litres of ketamine. ████ PB ████ claimed that another individual, known as "Mala Fama", possessed additional quantities of ketamine. In response, the group attempted to kidnap him to seize both the ketamine and the money. However, their attempt failed when the target managed to escape. Since ████ PB ████ had only 700,000 Chilean pesos and half a litre of ketamine, the group not only stole these items but also kidnapped him and his partner. They were held in various locations, including a property at ████ and another property at ████ owned by associates of JOSEPH TORRES MARTÍNEZ.

Within this context, on 27th December 2023, CARLOS FRANCISCO GÓMEZ MORENO personally contacted ████ PB ████ by phone to inquire about the legitimacy of the alleged debt owed to Joseph and, by extension, the organisation. Upon learning that no such debt existed, and that the kidnapping had been carried out without his authorisation, he decided to take punitive action, ordering the kidnapping and subsequent execution of JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVEROS CARMONA for acting without his consent.

On 28th December 2023, JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVEROS CARMONA forcibly transported ████ PB ████ and his partner, S.K.B.V., to the property at ████ a designated site for captivity provided by the defendant BRIAN PINA MENDOZA, as arranged by JHONNY LOPEZ MENDOZA, alias "MUDO". Upon their arrival, CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", ordered the release of PEDRO BETANCOURT and his partner. Simultaneously, he instructed the detention of JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLO, and EDIXSON RIVEROS CARMONA for their unauthorised actions. The three were forcibly restrained and confined to a room in the property before being relocated to another site, owned by CARLOS SEPULVEDA MORALES, alias "VECINO", who, in exchange for monetary compensation, provided a secure location in Machicura, within the same district, for torturing and detaining victims.

Subsequently, at approximately 00:50 hours on 29th December 2023, the defendant CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY" personally contacted his subordinates, including CARLOS DAYAN MAYOR FERNÁNDEZ, and issued direct instructions to execute JOSEPH TORRES MARTINEZ, RAY NAPOLES CASTILLOS, and EDIXSON RIVEROS CARMONA. Following this order, the three detainees were forcibly removed from the property, placed inside a Nissan Versa, bearing licence plate ████ T-88, and transported to a deserted area at El Trébol with Camino Rinconada, in the district of Maipú. Upon arrival, they were ordered to exit the vehicle. At this moment, EDIXON RIVERO CARMONA managed to escape from his captors. However, JOSEPH TORRES MARTÍNEZ and RAY NAPOLES CASTILLO were immediately shot multiple times by the perpetrators, including CARLOS DAYAN MAYOR FERNÁNDEZ, resulting in their deaths at the scene. The cause of death was determined as follows: JOSEPH TORRES MARTÍNEZ suffered penetrating and non-penetrating gunshot wounds to the head, abdomen, and other regions, whereas RAY NAPOLES CASTILLO sustained cervico-cranioencephalic gunshot wounds, including projectile entry and exit wounds.

**FACT No. 5**

"In the days leading up to the kidnapping of former military officer, ████ RLOM ████ LD



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ SALAS-00217

████████████████████████, which took place on 21st February 2024, members of "TREN DE ARAGUA", under the leadership of CARLOS FRANCISCO GOMEZ MORENO, alias "CARLOS BOBBY", and RAFAEL ENRIQUE GAMEZ SALAS, also known as ADRIAN RAFAEL GAMEZ FINOL, alias "TURKO", among other aliases previously indicated, received instructions from the leadership of the organisation to kidnap and subsequently execute the Venezuelan refugee and former Lieutenant, RLOM ████████████████, in exchange for a large sum of money. As a result, the organisation began planning the crime, gathering the necessary intelligence and physical resources to first abduct and then execute the victim.

To facilitate the kidnapping and execution of the victim RLOM ████████ the defendant ADRÍAN RAFAEL GÁMEZ FINOL, also known as RAFAEL ENRIQUE GÁMEZ SALAS, acting with at least prior authorisation from CARLOS FRANCISCO GÓMEZ MORENO, took charge of coordinating the operation. To this end, he created a WhatsApp group, in which he selected and added the individuals who would participate in the kidnapping and informed the group that he had been assigned the task of coordinating and executing the offence. He added the following individuals to the group: YOLVI GONZÁLEZ ARCAYA, DAYONIS JUNIOR OROZCO CASTILLO, WIMNER RIVAS OLIVARES, JOHNNY JOSÉ LÓPEZ MENDOZA, an individual identified as MONITO, and another individual known as MOROCHO. He instructed his subordinates to meet at the residence of the defendant WIMNER RIVAS OLIVARES, who was his right-hand man in the Metropolitan region. This meeting took place at the so-called "Santa Marta" settlement, where the plan was explained, and various orders were issued. YOLVI MIGUEL GONZÁLEZ ARCAYA was assigned the responsibility of storing and securing bulletproof vests, which would be worn to impersonate officers of the PDI (Policia de Investigaciones de Chile - Chilean Investigative Police).

Once the group was fully assembled and coordinated, they secured the necessary resources for the execution of the offence, including vehicles, firearms, police uniforms to impersonate PDI officers, a metallic battering ram, a designated location to detain the kidnapped victim, and a separate site to dispose of the body. In addition, the group gathered intelligence on the victim, and assigned specific roles to each participant, including abducting the victim from his residence, providing cover and security, transporting, detaining, and executing the victim, and disposing of the body.

As part of the preparations, EDGARD JAVIER BENITEZ RUBIO, from at least 12th February 2024, was in possession of a grey NISSAN VERSA, bearing licence plate ███D-14. However, the licence plate did not correspond to this vehicle. According to the engine and chassis numbers, the vehicle was actually registered with licence plate ███S-67. This vehicle had been reported as stolen on 3rd February 2024, in the district of Peñalolén. Given these facts, the defendant must have been aware of the vehicle's illicit origin.

On the afternoon of 19th February 2024, a few hours before the abduction, at Avenida Dorsal No. 1395, in the district of Conchali, the defendant EDGARD JAVIER BENÍTEZ RUBIO delivered and facilitated a vehicle under his custody to other members of the criminal organisation, to be used the following day for the commission of the offence.

On 20th February 2024, at approximately 23:00 hours, as premeditated, the defendants MAICKEL VILLEGAS RODRÍGUEZ and ÁNGEL CASTELLANO RODRÍGUEZ, arrived at the vicinity of the building located at ███████████ ████████████████ where the victim, RLOM ████████████ A███ ████████ and his family resided. Inside a white Chevrolet Sail, licence plate ████D-

 This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

58

EXT-GAMEZ-SALAS-00218

43, they set up a surveillance post in the immediate surroundings of the building to provide cover and support for the operation. Subsequently, at 03:05 hours, five other participants arrived at the location, including the defendants WALTER RODRÍGUEZ PEREZ, JHONNY JOSÉ LÓPEZ MENDOZA, alias "MUDO", and JOSÉ CARLOS VALVERDE ARAUJO. They arrived on board a grey Nissan Versa bearing licence plate ███D-14, equipped with a blue beacon, and impersonating officers of the Policia de Investigaciones de Chile (Chilean Investigative Police - PDI), armed with firearms. One of the individuals entered the building lobby first, presenting a false warrant to the concierge on duty. Subsequently, three other defendants entered, including WALTER RODRÍGUEZ PEREZ, carrying a metallic battering ram. They took the lift to the ███████ The defendant WALTER RODRÍGUEZ PEREZ, along with two other defendants, used the battering ram to force entry into the flat No. ████ where the victim resided. Upon entering, they restrained and handcuffed RLOM ███████████████, threatened him with firearms, handcuffed his hands behind his back, and seized two mobile phones belonging to the victim. Then, they removed him from his residence against his will, leading him through the hallway and into the lift while one of the kidnappers kept him restrained by the neck, he remained handcuffed throughout the descent to the ground floor. They escorted the victim out of the building through the vehicle entrance gate to the public street, where MAICKEL VILLEGAS RODRÍGUEZ and ANGEL CASTELLANO RODRÍGUEZ were waiting in the white Chevrolet Sail. Their role was to provide cover, record footage of the kidnapped victim handcuffed, and report the offence to the criminal organisation's leaders. The victim, still restrained and under threat, was then forced into the grey Nissan Versa bearing licence plate ███D-14, where a fifth perpetrator, also impersonating a police officer, was waiting. Once the victim was secured inside the vehicle, both cars left the crime scene. The Nissan Versa carrying the kidnapped victim and the defendants WALTER DE JESÚS RODRÍGUEZ PEREZ, JHONNY JOSÉ LOPEZ MENDOZA, and JOSE CARLOS VALVERDE ARAUJO, followed by the Chevrolet Sail, driven by VILLEGAS RODRÍGUEZ with CASTELLANO RODRÍGUEZ as co-driver. Both vehicles left the scene and reunited at kilometre 20 of the Costanera Norte motorway, in the district of Renca, because the Nissan Versa, license plate ███D-14, suffered a mechanical failure. At this location, a third vehicle, a grey Hyundai I10 bearing licence plate ███J-44 arrived. The driver of this vehicle remains unidentified and is under investigation. At this point, the group of police impersonators split into two teams: the defendant RODRIGUEZ PEREZ, along with the victim and another fake police officer, boarded the Hyundai I10. The remaining three impostors boarded the Chevrolet Sail, where the defendants VILLEGAS RODRÍGUEZ and CASTELLANO RODRÍGUEZ were waiting to assist in their escape, ensuring that the kidnappers could flee the scene and evade law enforcement detection. The Chevrolet Sail then travelled south along Avenida General Velásquez, while the Hyundai I10 headed towards the district of Renca.

The victim remained deprived of liberty before being killed by asphyxiation by suspension. The defendants KEVIN DANIEL HERNÁNDEZ RAMOS, alias "PICHOTA", LUIS ALFREDO CARRILLO ORTIZ, alias "Gocho", LEONAL ALBERTO SANZ BRITO, alias "LEO", JULIO CÉSAR IGLESIAS PEREIRA, JULIÁN ANDRÉS IGLESIAS HOYOS, and HÉCTOR OSVALDO SOTO MAUREIRA, subsequently concealed the body to prevent discovery of the offence. They dug a hole inside the residence of JORDÁN ERNESTO SOTO FUENZALIDA which was a makeshift structure (media agua) located in the settlement known as Santa Marta, in the district of Maipú. The victim's body was placed inside a suitcase, filled with lime, then buried in the hole, and lastly, filled and concealed with a concrete slab. This measure was intended to hinder the discovery of the body and eliminate any trace of evidence related to the offence.



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00219

On 25th February 2024, a meeting was held at the residence of WIMNER RIVAS OLIVARES, during which CARLOS FRANCISCO GÓMEZ MORENO instructed the defendants involved in the kidnapping to flee the country. Among those who complied with this order were JHONNY JOSÉ LÓPEZ MENDOZA and JOSE CARLOS VALVERDE ARAUJO.

It was later determined that the vehicle in the possession of the defendant EDGARD BENÍTEZ RUBIO prior to his departure from Chile was a Chevrolet Spark, licence plate ███ X-81. This vehicle was parked outside his residence at ████████████████████ On 27th February 2024, at approximately 23:07 hours, two unidentified individuals arrived, took possession of the vehicle in exchange for a cash payment, and drove it to an unknown location.

Moreover, it was confirmed that the same vehicle had been used in at least two other kidnappings, which occurred on 28th February 2024 and 3rd March 2024. In these offences, the vehicle was used to provide cover and transport for the perpetrators. EDGAR BENÍTEZ RUBIO received financial compensation for providing the vehicle to the criminal organisation".

**Fact No. 6:**

On 28th February 2024, and in the days prior, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, alias "TURKO", planned the kidnapping of the victim, identified by the initials H.A.T.R., through a WhatsApp group called "De la mano de dios". To this end, ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, alias "TURKO", instructed the defendant ANTONY BARBOZA BRACHO, who was incarcerated at the Preventive Detention Centre Santiago I, to contact the victim via Instagram, where he sold clothing, accessories, and footwear. He was ordered to pose as a customer interested in purchasing a pair of trainers. The victim agreed to meet him at his workplace, a barbershop, and provided his phone number to coordinate the transaction.

Subsequently, the defendant GAMEZ FINOL, shared the victim's photographs, phone number, and workplace in the WhatsApp group. He instructed the defendants WIMNER RIVAS OLIVARES and "MOROCHO" to secure the necessary vehicles and drivers for the kidnapping. He also directly ordered the defendant YOLVI GONZÁLEZ ARCAYA to pose as the buyer during the transaction, as this would serve as a distraction for the other accomplices to subdue the victim and force him into a vehicle.

Later, in the WhatsApp group "De la mano de dios", the defendant, ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, alias "TURKO", instructed that someone message the victim. This order was followed by WIMNER RIVAS OLIVARES, alias "TITI", and another defendant known as "MOROCHO". They decided the message should be sent from an untraceable "burner" phone. This is a prepaid, unregistered mobile number. They decided that the message should be sent by the defendant YOLVI GONZALEZ ARCAYA. The defendant JOSE CARLOS VALVERDER ARAUJO drafted the message, which was then sent to the victim by YOLVI GONZÁLEZ ARCAYA. As a result, the victim was lured to the front of his residence at approximately 23:00 hours on 28th February 2024.

At approximately 23:00 hours, the victim, identified by the initials H.A.T.R., was waiting outside his residence at ████████████████ in the district of ██████, to sell a pair of trainers. At that moment, arrived at the scene a grey Toyota 4Runner, licence plate ███ 664; a blue Chevrolet Spark, licence plate ███ X-81;



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

SBU -LAW ENFORCEMENT

EXT-GAMEZ-SALAS-00220

and a black Great Wall Florid, licence plate ▮▮P-75. The defendant YOLVI GONZALEZ ARCAYA stepped out of the Great Wall Florid and distracted the victim by asking to try on the trainers. At that moment, the armed defendants exited the vehicles bearing licence plates ▮▮X-81 and ▮▮664, threatened the victim, and forced him into the Great Wall Florid, licence plate ▮▮P-75. The perpetrators then fled the scene with the kidnapped victim.

Subsequently, the victim was transported against his will and under death threats to a secret location where the kidnappers seized his personal belongings, called the victim's partner, identified by the initials P.A.A.G., and demanded cash, jewellery, and other valuables in exchange for the victim's release. P.A.A.G. complied with the extortion demands. Therefore, the defendant WIMNER RIVAS OLIVARES arrived on a motorcycle to retrieve the valuables and cash from the victim's family near his residence. Once the ransom was paid, the victim H.A.T.R. was released at the intersection of Avenida Lo Espejo and Camino a Lonquén, in the district of Lo Espejo.

**Fact No. 7:**

On 9th April 2024 at 20:24 hours, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, contacted the victim identified by the initials L.D.C.A., owner of a commercial establishment located at ▮▮ ▮▮, in the district of ▮▮▮▮ via WhatsApp from the telephone number ▮▮7538, sending the following text message:

"let's see if you still think the same. Reach out, and what I'm going to tell you is this: the PDI will not be with you 24/7, so it's better to come to an agreement. Don't be stupid, you have more to lose... If you shut down the business... So, get in touch, you have 24 hours, otherwise, you will face the consequences".

As the victim did not respond to the messages, he also called him through the same application, demanding money in exchange for protection. During this call, the victim excused himself, claiming he was merely an employee. In response, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, stated that he would send someone to shoot at the commercial premises. Immediately afterwards, he sent a photograph of the victim alongside his partner, accompanied by the following message: "Don't worry... You've already lost the chance to settle things the right way".

With the intent of following through on his threats, the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, ordered the defendant YOLVI GONZÁLEZ ARCAYA to go to the victim's business premises, which the latter did at 20:45 hours on the same day, 9th April 2024. He arrived on a motorcycle, accompanied by a second unidentified individual who was driving. Once stationed in front of the commercial premises while the victim was inside. The defendant YOLVI GONZÁLEZ ARCAYA dismounted the motorcycle. Holding a firearm in his right hand and his mobile phone in his left hand, he then recorded a video while discharging the firearm at the premises, causing damage due to the ballistic impacts.

Finally, the defendant YOLVI GONZÁLEZ ARCAYA sent the recorded video via WhatsApp to the defendant ADRIAN RAFAEL GAMEZ FINOL, also known as RAFAEL ENRIQUE GAMEZ SALAS, as evidence of the shooting.

**Second:** In the hearing held on 3rd February 2025, the previously identified Guarantee Court granted the extradition request submitted by the Public

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT



SBU -LAW ENFORCEMENT

EXT-GAMEZ.SALAS-00221

Prosecutor's Office, further indicating that it is appropriate to request the preventive detention of the defendant in the United States, considering that the requirements set out in Article 140, in relation to Article 431, both of the Code of Criminal Procedure, are met. Consequently, it ordered that the case files be forwarded to this Court, for it to rule on the extradition of the defendant.

Third: The Public Prosecutor's Office, during the court proceedings, reiterated the arguments presented in the hearing before the court *a quo* and requested the preliminary detention of Adrián Rafael Gamez Finol, also known as Rafael Enrique Gamez Salas, stating that the requirements set out in Article 140 of the Code of Criminal Procedure are met in this case. It also referred to the evidence supporting the existence of the offences and the defendant's involvement, and the necessity of precautionary measures. Furthermore, the prosecuting entity submitted a document issued on 23rd January 2024 by the relevant Office of International Affairs, which confirms that the identified defendant was detained on 28th December 2024 and is currently being held in a detention centre located in Brownsville, Texas.

For their part, the claimants supported the Prosecutor's request, while the defence, without objecting, requested that the petition be resolved in accordance with the law.

Fourth: Regarding the request for preliminary detention, considering that the requirements set out in Article 434 of the Code of Criminal Procedure are met, and that the case falls under the provisions of Article 11 of the "Extradition Treaty between the Government of the Republic of Chile and the Government of the United States of America", and given that the detention of the defendant, Adrián Rafael Gamez Finol, also known as Rafael Enrique Gamez Salas, has been ordered by the Judge of the 11th Guarantee Court of Santiago, following his formal charge as the perpetrator of a consummated offence of criminal association under Article 293, section 2 of the Criminal Code; two consummated offences of extortion under Article 438 of the Criminal Code; two consummated offences of unjustified firearm discharge, as defined and sanctioned under Article 14 letter d) of Law No. 17,798; one consummated offence of kidnapping resulting in homicide under Article 141, section 5 of the Criminal Code; and one consummated offence of kidnapping for extortion, covered under Article 141, section 3 of the same legal instrument, all of which were committed during 2023 and 2024, and considering that the requirements set out in Article 140 of the Code of Criminal Procedure are also met, the request for preliminary detention submitted by the Public Prosecutor's Office is granted. Accordingly, it is ordered that an official letter be sent to the judicial authorities of the United States, containing the request for the preventive or preliminary detention of the defendant Adrián Rafael Gamez Finol, also known as Rafael Enrique Gamez Salas, whose identity has been corroborated by the Public Prosecutor's Office.

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

62

EXT-GAMEZ.SALAS-00222

**Fifth:** Regarding the request for active extradition, in accordance with the provisions of Article 431 of the Code of Criminal Procedure, such a measure is applicable only when an investigation has been formally initiated for an offence that, under Chilean law, is punishable by deprivation of liberty for a period of more than one year, provided that the proceedings establish the country and specific location where the defendant is currently situated. It is also applicable, as set out in the final section of the aforementioned Article, for the purpose of enforcing a final conviction in Chile where the imposed custodial sentence exceeds one year and must be effectively served.

Furthermore, the Extradition Treaty between the Government of the Republic of Chile and the Government of the United States of America, published by Chile in April 2017, establishes, in Article 2, number 1, an offence is extraditable if it is punishable under the laws of both States by deprivation of liberty for a maximum period of more than one year or by a more severe penalty.

**Sixth:** In the present case, the requirements for extradition, as set out in the Extradition Treaty between the Government of the Republic of Chile and the Government of the United States of America and Article 431 of the Code of Criminal Procedure, have been met, given that the offences for which extradition is requested were committed within Chilean territory.

Moreover, the facts subject to the extradition request, and for which the investigation was formally initiated, correspond to one offence of criminal association under Article 293, section 2 of the Criminal Code; two offences of extortion under Article 438 of the Criminal Code; two offences of unjustified firearm discharge, as defined and sanctioned under Article 14 letter d) of Law No. 17,798; one offence of kidnapping resulting in homicide under Article 141, section 5 of the Criminal Code; and one offence of kidnapping for extortion. All of these offences carry penalties exceeding one year.

Furthermore, it must be considered that a detention order has been issued against the requested person; the statutory limitation period has not expired, in accordance with Articles 97 et seq. of the Criminal Code; and the extradition request concerns common criminal offences, which do not qualify as political or military offences, as per the provisions of the aforementioned Treaty.

**Seventh:** According to the reasoning set forth, it is possible to conclude that the requirements for extradition are met, both under domestic law and international law, thereby justifying the request for the extradition of the defendant Adrián Rafael Gamez Finol, also known as Rafael Enrique Gamez Salas, as submitted by the Public Prosecutor's Office in case RUC 2401355710-8, RIT 7787-2024, of the 11th Guarantee Court of Santiago.

In light of the legal considerations and provisions previously cited, and in accordance with Articles 431, 432, 433, 434, 435, and 436 of the Code of Criminal

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

63

EXT-GAMEZ SALAS-00223

Procedure; Articles 141, 293, and 438 of the Criminal Code; Article 14 letter d) of Law No. 17,798; and Articles 1, 2, 4, and 11 of the Extradition Treaty between the Government of the Republic of Chile and the Government of the United States of America, it is hereby ruled:

I. That the request for the preliminary detention of **Adrián Rafael Gamez Finol**, a Colombian national, identity document No. ████████, foreign identity card No. ████████ who is also registered in the Bolivarian Republic of Venezuela under the identity of **Rafael Enrique Gamez Salas**, a Venezuelan national, Venezuelan passport No. ████████, alias "Turko", is hereby granted to prevent his escape. Consequently, it is ordered that an official letter be sent to the Ministry of Foreign Affairs to formally request the authorities of the United States to detain the individual in question. Such communication shall be addressed to the Legal Directorate of the Ministry via email at ████████████ Issue official notice.

II. The request for active extradition submitted by the Public Prosecutor's Office concerning the defendant **Adrián Rafael Gamez Finol**, also known as **Rafael Enrique Gamez Salas**, is granted, in light of his criminal liability as the perpetrator of a consummated offence of criminal association under Article 293, section 2 of the Criminal Code; two consummated offences of extortion under Article 438 of the Criminal Code; two consummated offences of unjustified firearm discharge, as defined and sanctioned under Article 14 letter d) of Law No. 17,798; one offence of kidnapping resulting in homicide under Article 141 section 5 of the Criminal Code; and one offence of kidnapping for extortion covered under Article 141 section 3 of the same legal instrument. All of these offences were committed between 2023 and 2024. Issue official notice.

Strict compliance must be given to the provisions of Article 436 of the Code of Criminal Procedure. Accordingly, a copy of this resolution must be forwarded to the Ministry of Foreign Affairs to initiate the necessary diplomatic procedures to secure the extradition, enclosing the following supporting documents:

1 .- Full copy of the case file

2 .- Full copy of the formal charges brought against the defendant by the Public Prosecutor's Office, along with the supporting evidence

3 .- Copies of the legal provisions defining and penalising the offences subject to this extradition request, as well as statutory provisions on prescription, and all other legal provisions referenced in this ruling, certified as valid and in force

4 .- All available information regarding the identity, nationality, and residence of the defendant.

Pursuant to Article 226 Y of the Code of Criminal Procedure, and in



This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

64

EXT-GAMEZ.SALAS-00224

SBU -LAW ENFORCEMENT

accordance with the ruling issued by the Court of First Instance at the hearing of 27th January 2025, the secrecy of the evidence in this case is maintained, and all necessary protective measures must be adopted accordingly.

The Secretary of this Court must, via email, notify all parties who appeared at today's hearing.

**Case No. 373-2025 Penal (consolidated No. 418-2025)**

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

65

EXT-GAMEZ.SALAS-00225

Issued by the First Chamber of the Court of Appeal of San Miguel, made up of Ministers Juan Angel Muñoz L., Mauricio Alejandro Olave A., and Deputy Minister Christian Carvajal S. San Miguel, 12th February 2025.

In San Miguel, on 12th February 2025, I notified the preceding resolution in the Secretariat through the daily status (Estado Diario).

This document incorporates an electronic signature, and its original can be validated at http://verificadoc.pjud.cl

Code: UEKMXSXMHWT

67

EXT-GAMEZ SALAS-00226

Supplement to the request for the extradition of

Rafael Adrián Gámez Finol

aka

Adrián Enrique Gamez Salas

aka

"El Turko"

**Request:** Please disregard fact number 3 in the extradition request (pages 20-22, 29, and 56-57 of the English version), as it refers to a different defendant.

**Clarification regarding the arrest warrant in this case:** In the Chilean court system, arrest warrants are generated automatically, and list only one charge, regardless of how many charges there are against the defendant. Even though the warrant lists only one charge, the full list of charges underlying the arrest warrant are part of the court's record for the case. In this case, the charges underlying the arrest warrant against GAMEZ SALAS are: criminal association, extortion (two charges), kidnapping resulting in homicide, kidnapping for extortion, and unjustified discharge of a firearm (two charges).

**Additional information regarding facts of the case**

**I. Criminal association**

1. On or about April 11, 2024, as part of their investigation into the April 10, 2024, homicide of Police Officer Sánchez, Chilean authorities arrested GONZÁLEZ ARCAYA and seized a cell phone from him. All of the references in this extradition request and in supplements to the request to evidence obtained from GONZÁLEZ ARCAYA's phone refer to that same cell phone seized on April 11, 2024. Such evidence was discovered when GONZALEZ ARCAYA's phone was lawfully seized and searched by Chilean authorities.

2. On January 12, 2024, EDWARD MAURICIO GONZÁLEZ ARANGO (hereinafter "EDWARD") was arrested in connection with a kidnapping for ransom that took place on December 14, 2023. At the time of his arrest, EDWARD was found in possession of an iPhone 12 Pro Max, which was lawfully seized. On the same day, judicial authorization was requested for the extraction, download, and analysis of the phone's contents, which was granted by the 7th Criminal Magistrate Court of Santiago.

   From the analysis of the phone's data, as documented in Police Report No. 5551 from OS9 of Carabineros, investigators found a WhatsApp conversation dated January 8, 2024, at 19:47 hours, between the defendant EDWARD and the phone number ███ ███6152, which has the WhatsApp profile name "TURKO." In the exchange, TURKO sent



EXT-GAMEZ-SALAS-00227

EDWARD a link to a press article reporting an extortion incident at a commercial establishment in the municipality of Independencia. This event corresponds to the crime reported by ▇▇▇. Following the link, TURKO messaged EDWARD: "that shithead doesn't want to pay, I'm going to hit him again."

3. Within WhatsApp group *"De la mano de Dios"*, investigators found messages indicating that the extortive kidnapping of February 28, 2024, had been planned and carried out by its members. The contact saved as "TURKO" had forwarded a screenshot of an Instagram conversation between the victim and the account ▇▇▇▇▇▇▇ in which the victim's phone number appears. This number matches the one the victim later provided to police officers. Additionally, "TURKO" shared photos of the Instagram profile belonging to H.A.T.R.(victim) and began issuing instructions in the *"De la mano de Dios"* WhatsApp group.

   Among other things, GAMEZ SALAS used the group to share personal details of two victims who were subsequently kidnapped on or about March 3, 2024, and February 28, 2024. He directed members of the group who were in Chile to secure the vehicles and drivers needed to execute the kidnapping. He then gave specific instructions to the defendant, YOLVI GONZÁLEZ ARCAYA, telling him to pose as a buyer, try on some sneakers, and distract the victim—allowing other individuals to approach and force her into a vehicle. Later, in the *"De la mano de Dios"* group, the defendant "TURKO" requested that someone write to the victim.

   The other victim, on March 3, was LUIS CORTÉS RIVAS. Evidence was found in the *"De la mano de Dios"* group of the planning and attempt to kidnap him, sending photographs of the victim, his vehicle and his home, along with messages that indicate that there were people in charge of following the victim, at that time. Finally, the kidnapping could not take place, because on the day that CORTÉS RIVAS was being watched, he went into his home and never came back out. This led Turko to call off the operation, for that day.

   The above information was discovered when GONZALEZ ARCAYA's phone was lawfully seized and searched.

4. A chat conversation between GAMEZ SALAS and Gonzalez Arcaya indicated that, in or about April 2024, while Los Piratas members were engaged in robberies in Santiago, they were in direct contact with GAMEZ SALAS to coordinate a kidnapping. Gonzalez Arcaya sent a video to GAMEZ SALAS, informing GAMEZ SALAS that Los Piratas members had been carrying out robberies while on motorcycle. Subsequently, GAMEZ SALAS issued orders regarding a kidnapping the group was planning, instructing them to use the victim's own vehicle for the crime.

   This conversation was found inside the phone seized from the defendant YOLVI GONZÁLEZ ARCAYA during the investigation into the murder of police officer Emanuel Sanchez Soto.

5. Shortly after Lieutenant Soto's homicide, GAMEZ SALAS issued instructions to Los Piratas members regarding actions they should take to avoid detention by the police, including



EXT-GAMEZ SALAS-00228

changing their clothing, switching their mobile phones, concealing themselves if traveling together in the same vehicle, and dividing into groups of two if traveling by bus, among other measures.

The conversation was found inside the phone seized from the defendant YOLVI GONZÁLEZ ARCAYA during the investigation into the murder of police officer Emanuel Sanchez Soto.

6. In connection with the homicide of Lieutenant Soto, Los Piratas members used a white Chevrolet Onix bearing license plate ▮▮-11. When Chilean authorities seized that car, they discovered that the license plate was falsified; according to the chassis and engine numbers, the vehicle was originally registered under license plate ▮▮V-16—a plate number that had been sent by Los Piratas member Edward Gonzalez Arango to GAMEZ SALAS via WhatsApp a few months earlier, on or about December 7, 2023.

That conversation, along with the photograph of the license plate, was found inside the phone seized from the defendant EDWARD GONZÁLEZ ARANGO during the investigation of a kidnapping that occurred on December 14, 2023, in which the Chevrolet Onix vehicle was seized. This vehicle was used to provide cover at the time of the kidnapping by EDWARD GONZÁLEZ ARANGO, while the victim was put into another vehicle.

In the investigation of the aforementioned kidnapping, victims and witnesses say that the driver who picked up the victim was called "Musculito," and a co-defendant testified in the investigation that the driver was nicknamed "Turko."

7. In a recorded video conversation between GAMEZ SALAS and another member of Los Piratas , GAMEZ SALAS stated that loyalty and commitment to the organization had to be maintained, reassured the member that nothing would happen to them, and advised Los Piratas members to avoid gathering together too frequently because doing so could risk the entire group's exposure. In the same conversation, GAMEZ SALAS also discussed promotions within the criminal structure, telling another member to remain focused on his tasks and stop "partying," as another member was next in line to take over his position. He also noted that another member would need to act as the right-hand man to this successor because they could not both perform the same role simultaneously

That video was obtained from the forensic analysis of the cell phone of JOSUE DAVID RAMÍREZ OLIVEROS, the other defendant involved in the homicide of Teniente Sánchez.

8. On March 26, 2024, GAMEZ SALAS posted an image specifying the official drug prices set by Los Piratas, warning that selling below these rates was prohibited.

This post was found in the phone seized from defendant YOLVI GONZÁLEZ ARCAYA.

9. In a WhatsApp conversation between Los Piratas members Gonzalez Arcaya and an individual known as "Morocho", who was responsible for acquiring logistical resources for Los Piratas's crimes, GONZÁLEZ ARCAYA expressed his intent to carry out a kidnapping, to



EXT-GAMEZ.SALAS-00229

which Morocho replied that he was waiting for a call from GAMEZ SALAS to assemble a team.

In the conversation in question, the defendant -nicknamed MOROCHO (later identified as JOSE NARCISO BRACAMANTE MONTILLO)- told YOLVI GONZÁLEZ ARCAYA, "MAN, I'M WAITING FOR MUSCULO TO CALL ME, I'M WAITING FOR MUSCULO TO CALL ME TO TELL ME TO GET THE TEAM TOGETHER, BUT I'M NOT GOING TO TELL ANYONE ANYTHING."

A protected witness, who was a member of the Aragua Train, stated to authorities on May 20, 2025, that TURKO is also known as MUSCULITO. Later that same day, this witness was shown a photograph of GAMEZ FINOL taken when he obtained his Chilean identity card, and he immediately recognized the subject of the photo as "MUSCULITO."

The information regarding this conversation was obtained from the forensic analysis of GONZÁLEZ ARCAYA's phone.

10. GAMEZ SALAS played a leading role in a kidnapping for extortion that Los Piratas members committed on or about June 12, 2024. GAMEZ SALAS ordered the kidnapping. Los Piratas member Huascar Baez Pena, who was incarcerated in Chile, sent GAMEZ SALAS a photograph of the intended kidnapping victim. GAMEZ SALAS then forwarded this photograph to his operatives, and at least one operative maintained direct contact with GAMEZ SALAS throughout the kidnapping operation. Later, after the victim had been unlawfully deprived of liberty, another operative conducted video calls with GAMEZ SALAS, showing the victim on camera. The above information comes from a June 15, 2024, statement given by the defendant in that case, NIXON QUINTERO CHOURIO. The victim's partner also provided a declaration to police stating that, during the above events, GAMEZ SALAS simultaneously contacted the victim's partner via video call and extorted a payment of 20 million Chilean pesos (approximately USD 20,260) for an alleged drug-related debt between the victim's partner and the criminal organization.

NIXON QUINTERO CHOURIO was arrested in flagrante delicto by investigative police while transporting the kidnapped victim in a vehicle. During questioning, he stated that the individual who had planned the kidnapping and made the extortion calls was known by the alias "TURKO". The victim's parter also declared to the police that Turko contacted them and requested payment for the alleged drug debt.

## II. Extortion and Unjustified Firearm Discharge (Victim R.D.S.D.) – December 2023

1. Victim R.D.S.D., the owner of a minimarket in the district of Independencia, in Santiago, Chile, reported to Chilean police on Dec. 20, 2023, that, on or about December 19, 2023, he received threatening WhatsApp messages extorting him to pay money in exchange for protection, showing photographs of his family, and containing a video depicting a grenade, accompanied by a threat stating that the grenade would be thrown at his place of business.

At the same time R.D.S.D. reported the crime, on December 20, 2023, he also reported to police that he had received the following WhatsApp message on December 19, 2023: "Good evening, R. First of all, a greeting. Read carefully what I'm about to write. We have your location. We know that you own a 2022 Mazda, that you live on the



EXT-GAMEZ-SALAS-00230

ground floor of the Inglaterra building with white gates, that you own two minimarkets, a bakery, two warehouses, and that you have various businesses in the area. We require your cooperation with our organisation. In return, we will provide you with protection for all your businesses and your home. If you are not willing to cooperate, things will become far more costly for you. I expect you to treat me with respect and provide a clear and positive response to my request. I repeat: we are an organisation. Do not play with us, we are breathing down your neck. I await your response."

R.D.S.D. told authorities that he chose to ignore the messages. He further told authorities that around a week later, on or about December 27, 2023, at approximately 11:45 p.m., while he was cleaning his private residence, which is adjacent to his business premises, he heard a burst of gunfire.

The police report from the crime scene indicates that security camera footage from the scene showed two individuals arriving on a motorcycle and opening fire on the business premises. Subsequent analysis of the crime scene by police revealed fifteen bullet casings on the public roadway outside R.D.S.D.'s business. The police report from the crime scene also indicated that the discharge of firearms caused damage to the property. The camera footage shows that the motorcyclists travel south on Calle Bélgica, passing in front of the victim's business, turn around on the same street to return and shoot at the victim's premises located at Av. Inglaterra No. 1198, in the municipality of Independencia. The incident occurs at 11:45 p.m.

Police Report No. 5551 from OS9 of Carabineros indicates that, in the analysis of a phone seized from EDWARD MAURICIO GONZÁLEZ ARANGO, investigators found a WhatsApp conversation dated January 8, 2024, at 19:47 hours, between the defendant EDWARD and the phone number ███████6152, which has the WhatsApp profile name "TURKO." In the exchange, TURKO sent EDWARD a link to a press article reporting an extortion incident at a commercial establishment in the municipality of Independencia. This event corresponds to the crime reported by R.D.S.D. Following the link, TURKO messaged EDWARD: "that shithead doesn't want to pay, I'm going to hit him again."



EXT-GAMEZ SALAS-00231



Ya, hágale, hágale, hágale, pa que nos activemos de una vez, hay una platica que hay que cobrar por allá, entonces para que coordinemos con este loco de una vez. Me mandaron el número otro loco de allá pa que coordinemos bien.

Ese hp no quiere pagar ya lo voy a volver atacar   17:53

[Message from GONZÁLEZ ARANGO to TURKO, transcribed from audio: Alright, go for it, go for it, go for it, so we can get moving right away. There's some money we need to collect over there, so let's coordinate with that guy right away. They sent me the number of another guy over there so we can coordinate properly.]

[Text message from TURKO to GONZÁLEZ ARANGO: "that shithead doesn't want to pay, I'm going to hit him again."]

The news article shared relates to a threat delivered via WhatsApp to the victim, featuring a video in which grenades are displayed as a means of intimidation to force payment for protection. The video ends with the extortionist warning that the attacks would begin that same day. Shortly thereafter, two individuals on a motorcycle carried out a series of firearm attacks on the commercial establishment.

## III. Kidnapping Resulting in Homicide (Victim RLOM ) – February 2024

1. In the days leading up to February 21, 2024, members of Tren de Aragua, under the leadership of Carlos Bobby and GAMEZ SALAS, received instructions from Tren de Aragua leadership to kidnap and execute victim RLOM , a former Lieutenant in the Venezuelan military who was living in Independencia, in Santiago, Chile, in exchange for a large sum of money. GAMEZ SALAS, acting with prior authorization from Carlos Bobby, took charge of coordinating the operation and was involved in the planning and execution of the offense.

This information comes from chats found in seized cell phones, in which El Turko is seen reporting that the authorization to commit the kidnapping and murder dressed as Chilean Investigative Police (PDI) officers came from "above," which is consistent with our hypothesis. This information was found on the phone of JOSUE DAVID RAMIREZ OLIVEROS, from which screenshots were extracted from the WhatsApp group named after



EXT-GAMEZ SALAS-00232

a pirate flag icon, where El Turko is seen reporting that the upper echelons of the criminal organization authorized him to commit the crime, which was to be carried out while disguised as officers of the Chilean Investigative Police.

Carlos Bobby himself instructed at a meeting held on February 25, 2024, at the home of one of the faction members, that all those who had participated in the crime should leave Chile, which is supported by two testimonies from members of the organization. One testimony comes from the owner of the property where the meeting was held to receive Carlos Bobby's order on February 25, 2024, who states that the kidnapping and murder were ordered by leaders of Tren de Aragua. Testimonies indicate that Carlos Bobby received the order from the leadership of Tren de Aragua to carry out the kidnapping and murder, and decided to entrust the task to Adrián Gámez Finol. Those same testimonies indicate that the kidnapping would be paid for abroad. This information comes from the witnesses who testified on December 27, 2024, and September 16, 2025. The other witness who stated that payment would be made abroad is confidential witness No. 7, who testified on June 15, 2024, and whose role is to kidnap and hold the victims captive.

Similarly, the phone of a high-ranking member of Los Piratas, who is accused of participating in the kidnapping and murder of RLOM , was seized. Inside this phone, an audio recording was found in which the accused and owner of the cell phone says that Bobby ordered the death of a member of the FAES (Special Armed Forces) in Chile, and that he carried it out.

2. In the days leading up to February 21, 2024, members of Tren de Aragua, under the leadership of Carlos Bobby and GAMEZ SALAS, received instructions from Tren de Aragua leadership to kidnap and execute victim RLOM , a former Lieutenant in the Venezuelan military who was living in Independencia, in Santiago, Chile, in exchange for a large sum of money. GAMEZ SALAS, acting with prior authorization from Carlos Bobby, took charge of coordinating the operation and was involved in the planning and execution of the offense. There is no evidence that GAMEZ SALAS received payment for his role in this crime.

Screenshots were found in the cell phone of defendant JOSUE DAVID RAMÍREZ OLIVEROS, dated February 11, 2024. These screenshots came from a WhatsApp group identified by a pirate flag icon as its name. In the group, a contact saved under the name "." (period) discussed the planning of the kidnapping and homicide of RLOM stating that "from above they had entrusted him with it." The messages also included the phrase "it's as PDI," suggesting that the crime would be carried out disguised as officers of the Chilean Investigative Police (PDI). The same contact later indicated that only one person should speak the next day to explain the plan, implying the sensitive and high-profile nature of the operation.

In the messages shown in the screenshots, the sender used a WhatsApp profile picture that matched the one associated with two phone numbers: ███54381 and ███6152. These numbers were saved on EDWARD's phone and are linked to TURKO. When reviewing the contact list of JOSUE DAVID RAMÍREZ OLIVEROS, the number ███6152 was found saved under the name "." Likewise, when reviewing the contact



list of the phone seized from YOLVI MIGUEL GONZÁLEZ ARCAYA, the same number appeared saved under the name "TURKO.".

Through analyses of phones seized from Gonzalez Arcaya, Ramirez Olivares, and Gonzalez Arango, authorities determined that the sender of the messages in the screen shots on Ramirez Olivares's phone was the individual known as "Turko." Among other things, the WhatsApp profile picture for that user matched the WhatsApp profile picture that Chilean authorities found was associated with two phone numbers that were saved as contacts on Gonzalez Arango's phone. One of those phone numbers was saved in Gonzalez Arcaya's phone under the name "Turko."

In relation to this group, on December 27, 2024, a protected witness gave testimony summarizing that the kidnapping and homicide of ▮RLOM▮ involved his friends and acquaintances. The witness stated that he was added to the WhatsApp group with the pirate flag icon approximately ten days before the crime. In the group, an individual using the nickname "TURKO" wrote that the leaders of Tren de Aragua had entrusted him with a task, which was to be carried out disguised as officers of the Chilean Investigative Police. The witness also recalled meeting the defendant at the home of DAYONIS JUNIOR CASTILLO OROZCO, where a video call took place during which TURKO explained the plan.

3. GAMEZ SALAS instructed his subordinates to meet at the residence of co-conspirator Wimner Rivas Olivares in the Santa Marta settlement in the district of Maipú, Chile. This instruction was given in the WhatsApp group with the pirate flag icon.

The pirate flag group is a group created by Turko that is configured so that messages are automatically deleted afterwards. The information known about this group comes from screenshots taken by JOSUE DAVID RAMIREZ OLIVEROS, which were extracted from his phone, where Turco reports that the group members are talking about going to the home of WINMER RIVAS OLIVARES. The metadata for these images is dated February 11, 2024.

4. At that meeting, the group discussed the plan for the crime and received orders for its execution. GAMEZ SALAS issued the initial directives, which included ordering operatives to maintain secrecy regarding the operation. Gonzalez Arcaya was assigned the responsibility of storing and securing bulletproof vests, which would be worn to impersonate officers of the Chilean Investigative Police. Once the group was fully assembled and coordinated, they secured the necessary resources for the execution of the plan, including vehicles, firearms, police uniforms to impersonate Chilean police officers, a metallic battering ram, a designated location to detain the kidnapped victim, and a separate site to dispose of the body. The group also gathered intelligence on ▮RLOM▮ and assigned specific roles to each participant, including abducting the victim from his residence, providing security for the criminal operation, transporting, detaining, and executing the victim, and disposing of the body.

This information was obtained via the testimony of two protected witnesses: one testified on December 27, 2024, and September 16, 2025, and the other testified on March 20, 2025.



EXT-GAMEZ SALAS-00234

Regarding the role of the first protected witness, it is known that he is an operative arm of the criminal organization, responsible for logistics to ensure that the leaders' orders are carried out in the field. He also maintains direct contact with local bosses, such as El Turko. In addition, he participates in kidnappings and extortion, collecting payments from victims on behalf of the organization's leaders. There is also a record of him sending money to another member of the criminal association with the intention of having that person come to Chile to commit kidnappings. Both individuals were subsequently charged with the kidnapping on June 12, 2024.

The second protected witness is an armed member, responsible for obeying the orders given by the leaders, carrying out tasks such as kidnapping, guarding, and in some cases extorting the victims.

5. After the kidnapping of RLOM Los Piratas members that were involved in the crime and fled the country said goodbye in messages to the group on the WhatsApp group "De la mano de dios," which GAMEZ SALAS created and administered, with some of the members using pirate emojis. The information about the group was found in GONZALEZ ARCAYA's phone.

6. Gonzalez Arcayas's phone was seized on April 11, 2024, upon his arrest. Various analyses have been carried out on the defendant's cell phone, the first of which was in the case of the homicide of Lieutenant Sánchez, on November 11 2024, reflected in police report N°5551 from Carabineros de Chile. Three further analyses were subsequently done by the Investigation Police, one in investigation RUC 2400210480-2, for the kidnapping of Ronald Ojeda on February 21, 2024, another in investigation RUC 2400264132-8, for the kidnapping for ransom on February 28, 2024. The dates of the analysis reports are September 17, 2024, (Infopol 821), October 15, 2024 (Infopol 889), and June 4, 2024 (Infopol 483).

It should be noted that investigation RUC 2400210480-2 addresses the criminal association "Los Piratas," which includes the Ojeda case. Police reports OS9 No. 2708, No. 3625, and No. 5551 were prepared with the aim of clarifying the kidnapping and murder on December 28 and 29, 2023, the kidnapping on February 28, 2024, and the extortion and unjustified shootings on April 9, 2024, crimes committed by "Los Piratas".

Upon analyzing Yolvi González Arcaya's cell phone, within the WhatsApp records, a group was found that has the setting activated to periodically delete WhatsApp messages. This group chat is named after a pirate flag icon, and was created by a user named "Turko" on February 10, 2024 (in other phones seized in the investigation, it was saved as "Turco"; the name is spelled as both "Turko" and "Turco", in the phones that were seized during the investigation). The group has seven members from Los Piratas, six of whom have already been identified, and four of whom have already been charged or are in the process of extradition for the kidnapping and murder on February 21, 2024. The reports regarding the information found in GONZÁLEZ ARCAYA's phone are the following: Police report N°2708, dated May 28, 2024 (special police unit OS9); police report N°3625, dated July 19, 2024 (special police unit OS9); police report N°5551, dated November 11, 2024 (special police unit OS9); police report N°821, dated September 17, 2024 (police unit BIPE);

police report N°889, dated October 15, 2024 (police unit BIPE); police report N°483, dated June 4, 2024 (police unit BIPE). The BIPE police reports, Nos. 483 and 821, were prepared for the Ojeda case, in addition to covering the kidnapping and murder on February 21, 2024. The forensic report of the WhatsApp chats and other data found on the cell phone authorities had previously seized from JOSUE DAVID RAMIREZ OLIVEROS is dated September 17, 2024.

### IV. Kidnapping for Extortion (Victim H.A.T.R.) – February 2024

1. On April 17, 2024, the victim, H.A.T.R., contacted a PDI official by telephone, informing him that, in connection with the murder of Police Officer Lieutenant Sánchez, he had seen photographs of one of the detained defendants on television and recognized Yolvi Gonzalez Arcaya as the person who had approached him to buy sneakers, as an excuse to kidnap him. The victim also sent the police Yolvi Gonzalez Arcaya's Instagram profile, because he recognized in one of the photographs on Gonzalez Arcaya's Instagram profile the ring that had been stolen from the victim while he was kidnapped.

2. Chilean authorities searched Gonzalez Arcaya's phone, on which they discovered the WhatsApp group *"De la mano de Dios"* which Chilean authorities subsequently determined was created by GAMEZ SALAS, from the forensic analysis of the phone. The police found that the group was created by a user saved under "Turko".

### V. Extortion and Unjustified Firearm Discharge (Victim L.D.C.A.) – April 2024

1. Victim L.D.C.A. reported the events to the police on April 9, 2024, at 23:42.

2. On April 9, 2024, at approximately 8:24 p.m., victim L.D.C.A., the owner of a commercial establishment in the district of Estación Central, in the city of Santiago, received an extortion call via WhatsApp. The male caller demanded that L.D.C.A. pay money in exchange for protection, warning that, if L.D.C.A. refused, she would have to face the consequences. The victim refused to pay, and shortly after received a message showing a photograph of herself and her partner stating: "Don't worry... you've already lost the chance to settle things the right way". The victim provided this message to the police.

3. Security camera footage from around L.D.C.A.'s business showed that, approximately twenty minutes later, at around 8:45 p.m., two individuals arrived at L.D.C.A.'s business on a motorcycle and fired approximately eight shots at the storefront, while L.D.C.A. was inside. Security camera footage from the store on the night of the incident showed Gonzalez Arcaya discharge a firearm at L.D.C.A.'s business premises, causing damage to the property. Gonzalez Arcaya held a firearm in his right hand and his cell phone in his left hand, and on his phone, he recorded himself carrying out the shooting. These images were found in González Arcaya's phone.

EXT-GAMEZ SALAS-00236

4. L.D.C.A. further told authorities that, the following day, April 10, 2024, she received additional messages on WhatsApp from the same number used in the previous day's extortion call. The messages stated (translated from the original Spanish):

"Let's see if you still think the same. Reach out, and what I'm going to tell you is this: the PDI [Chilean police] will not be with you 24/7, so it's better to come to an agreement. Don't be stupid, you have more to lose... If you shut down the business... So, get in touch, you have 24 hours, otherwise, you will face the consequences."

The victim provided a copy of this recording to the police, on April 11, 2024.

5. Chilean authorities believe that "Turko" issued the order to Gonzalez Arcaya to go to L.D.C.A.'s business premises the night of the incident, because "Turko" was the person who made the threats, after which González went to the scene of the crime. On April 9, González sent the video to "Turko", as if he were reporting on the task he had been entrusted to carry out.

The police team confirmed that, moments before YOLVI GONZÁLEZ ARCAYA fired the shots, a group video call was made from TURKO (█████4392) involving █████ █████5247 (LLANERO), █████7358 (BEMBA), █████6529 (TACHUELA OR JHOANA), █████3977 (GRANDE), █████4936 (BOTY), and █████0944 (YOLVI GONZÁLEZ) as participants.

## VI. Identification of "Turko" as GAMEZ SALAS

1. On June 12, 2024, the partner of the victim of the June 12, 2024, kidnapping went to the Villarrica Criminal Investigation Brigade to file a report, providing a screenshot showing El Turko making a video call, which was attached to report No. 1679, filed with the aforementioned Brigade.

2. On January 12, 2024, Chilean authorities seized a phone from Gonzalez Arcaya in connection with an investigation into him, which led to the identification of Gamez Salas. The extraction and analysis of the phone had been authorized by the court earlier that same day.

3. The Special Police Investigations and Anti-Kidnapping Brigade reported on the steps taken to identify El Turko in police reports No. 879 and No. 903, dated October 10 and 18, 2024, respectively. Their search began when the OS9 was asked for a copy of the extraction from YOLVI's cell phone on May 9, 2024.

## Additional information regarding Chilean law

1. The maximum punishment for each of the offenses for which GAMEZ SALAS would be prosecuted are the following:

   a) Criminal association: 10 years in prison
   b) Extortion: life in prison, with the possibility to request provisional release after 40 years of imprisonment.
   c) Unjustified firearm discharge: 15 years in prison



EXT-GAMEZ.SALAS-00237

      d) Kidnapping resulting in homicide: life in prison, with the possibility to request provisional release after 40 years of imprisonment.

      e) Kidnapping for extortion: 15 years

2. The statute of limitations for each of the offenses for which GAMEZ SALAS would be prosecuted are the following. It should be noted that the statute of limitations is calculated from the time the offense was committed:

      a) Criminal association: 10 years

      b) Extortion: 15 years

      c) Unjustified firearm discharge: 10 years

      d) Kidnapping resulting in homicide: 15 years

      e) Kidnapping for extortion: 10 years

